IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

**No. 22-1587**

_____

**COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA GAME COMMISSION,**

**Appellants**

v.

**THOMAS E. PROCTOR HEIRS TRUST**

_____

**JOINT APPENDIX VOL. IV**

_____

APPEAL FROM THE JUDGMENT OF THE UNITED STATES
DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
ENTERED DECEMBER 3, 2021

Josh Shapiro
*Attorney General*

Office of Attorney General
15th Floor, Strawberry Square    BY:    Michael J. Scarinci
Harrisburg, PA 17120                   *Deputy Attorney General*
Phone: (717) 857-2184
FAX:   (717) 772-4526                  J. Bart DeLone
                                       *Chief Deputy Attorney General*
DATE: June 7, 2022                     *Appellate Litigation Section*

**JOINT APPENDIX**
**INDEX**

**VOLUME  IV of V[1]**

| Trial Ex. J10 | Bradford County List of Unseated Lands & Taxes (1901-05) | JA433-447 |
|---|---|---|
| Trial Ex. J11 | Bradford County List of Unseated Lands & Taxes (1906-08) | JA448-458 |

---

[1] Due to the large file size of the photographs of these tax books, these documents must be placed in a separate volume.

# List of Unseated Lands in the County of Bradford and the taxes assessed thereon for year 1901

Township: Barclay



**JOINT EXHIBIT**
**10**
Commonwealth of Penn. v.
Thomas E. Proctor Heirs Trust
et al.
No. 11:12-cv-1567

J10.001

JA433

List of Unseated Lands in the County of Bradford, and the three assessed thereon for the year 1901.

| No | Warrantee Name | Township | Value to tax 2 mile 1½ mile | Value to tax 1½ mile | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 287 | Kista M. | Le Roy | 1100 | 386 | 66 | | | | | |
| 317 | Stearte John | Do | 2036 | 817 | 80 | | | | | |
| 429 | Bizell N. M | " | 2740 | 987 | 11 | | | | | |
| 344 | Bacon Jacob | " | 1980 | 693 | 97 | | | | | |
| 190 | Harralson Peter | " | 600 | 210 | 90 | | | | | |
| 91 | Whitall Church | " | 132 | 64 | 27 | | | | | |

J10.002     JA434

# List of Unseated Lands in the County of Bradford and the Taxes assessed thereon for the year 1901.

1901

JA435

J10.003

List of Unseated Lands in the County of [Bedford] ... Assessed thereon for the year 1902

| Acres | Warrantee Names | Township | ... |
|---|---|---|---|

J10.004

# Book of Assessed Inserts in the County of Bradford. And the tax Assessed thereon for the year 1902.

| Assess | Ratepayers Names | Township | 5 Mills Total Value | ½ Mills Poor tax | 2 Mills School tax | 2 Mills School tax | 2 Mills Poor tax | 5½ Mills Total Assessed | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 247 | Biddle M.J. | Le Roy | 1104 | 552 | 166 | 221 | 221 | 883 | Paid Dec 18 1902 by Louis Beaumont &c. |
| 377 | Baker John. | | 2156 | 12.08 | 3.80 | 5.07 | 5.07 | 2429 | |
| 1052 | Riddell N. M. | | 2940 | 13.70 | 4.11 | 548 | 548 | 2292 | |
| 344 | Barnes John Jr. | | 1980 | 9.90 | 2.97 | 396 | 396 | 1584 | |
| 160 | Bosquet Otto | | 600 | 3.60 | 98 | 120 | 120 | 480 | |
| 91 | Biddle Clarence | | 1125 | 9.1 | 27 | 36 | 36 | 146 | |
| 1203 | Boyd John. | | 2415 | 12.09 | 3.63 | 484 | 484 | 1934 | |
| 105 | Clifton Isaac | | 840 | 105 | 32 | 42 | 42 | 168 | |
| 194 | Cordier Isaac | | 1390 | 6.96 | 2.09 | 278 | 278 | 1112 | |
| 248 | Crandon Andrew | | 2120 | 10.65 | 3.20 | 426 | 426 | 1704 | |
| 290 | Hattie Hyman | | 1160 | 5.80 | 1.74 | 232 | 232 | 928 | |
| 1031 | Kreller Fink George | | 2086 | 12.95 | 3.88 | 517 | 517 | 2069 | |
| 333 | Kautz Bernard | | 666 | 3.33 | 100 | 133 | 133 | 528 | |
| 230 | Kautz Lucero | | 920 | 4.60 | 1.38 | 184 | 184 | 736 | |
| 236 | Kautz Michael 10.64 | | 716 | 3.58 | 1.07 | 143 | 143 | 573 | |
| 444 | Mary Joseph | | 2464 | 12.32 | 370 | 447 | 447 | 1971 | 20.94 |
| 447 | Neil Lewis | | 2237 | 11.18 | 3.3 | 447 | 447 | 1790 | |
| 440 | Wira Joseph | | 1940 | 9.28 | 2.77 | 369 | 369 | 1476 | |
| 11 | Nittchma Wagner | | 66 | 33 | 10 | 13 | 13 | 53 | |
| 112 | Royd Peter J. | | 2270 | 13.50 | 3.41 | 454 | 454 | 1816 | |
| 116 | Prengton Benj. | | 2976 | 14.88 | 4.37 | 583 | 583 | 2358 | |
| 241 | Patrell John | | 1260 | 6.30 | 1.89 | 252 | 252 | 1008 | |
| 242 | Wm. Mrs. Williams | | 1840 | 9.20 | 2.76 | 368 | 368 | 1472 | |
| 102 | Meil Catherine | | 2092 | 10.48 | 3.14 | 419 | 419 | 1677 | |
| 102 | Vanmatta James | | 2712 | 13.56 | 4.07 | 542 | 542 | 2170 | |
| 300 | Latimer Sittles | | 1824 | 9.12 | 2.74 | 365 | 365 | 1459 | |
| 307 | Wilson Williams | | 2200 | 12.00 | 336 | 448 | 448 | 1792 | |
| 200 | Peter O Merry | | 400 | 2.00 | 60 | 80 | 80 | 720 | *7.40 |
| 222 | Peter Bielle A | | 403 | 2.02 | 61 | 51 | 51 | 3.23 | *7.43 |
| 170 | Bee O Merry | | 245 | 1.74 | 53 | 70 | 70 | 278 | 296 | Paid Dec 3 1902 by J. J. Hill |
| 160 | Hoff John. | | 3600 | 16.0 | 48 | 64 | 64 | 208 | 273 | Paid Dec 3 1902 by J. A. Hill |
| 210 | Riddell Francis | | 768 | 3.84 | 116 | 154 | 154 | 614 | 653 | Paid Dec 3 1902 by Patrick |
| 291 | Biddle James | | 1892 | 2.91 | 87 | 116 | 116 | 466 | 1195 | Paid Dec 3 1902 by N. Hill |

Case: 22-1587 Document: 14-3 Page: 8 Date Filed: 06/07/2022
Case 1:12-cv-01567-CCC-SES Document 101-3 Filed 04/17/18 Page 7 of 10

1902

 

# List of Unseated Lands in the County of Bradford and the taxes assessed thereon for the year 1902.

| Acres | Warrantee Name. | Township | Value | 5 Mills County tax | 1½ Mills Poor tax | 10 Mills School tax | 10 Mills Town tax | 10 Mills Road tax | 12 Mills Independent Dist. School tax | 10 Mills Special Road tax | | | | | by |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 382 | Betz Henry | Overton | 764 | 382 | 115 | 764 | 764 | 764 | | 764 | Paid | Jan | 23 | 1903 | by Burden Iron Co. & Corning |
| 370 | Betz John | | 3700 | 1850 | 555 | 3700 | 3700 | 3700 | | 3700 | Paid | Dec | 18 | 1902 | by Union Tanning Co |
| 384 | Betz Joseph | | 384 | 192 | 58 | 384 | 384 | 384 | | 384 | Paid | Jan | 25 | 1904 | by Thos D Rouse & Son |
| 386 | Betz James | | 3860 | 1930 | 579 | 3860 | 3860 | 3860 | | 3860 | Paid | Dec | 18 | 1902 | by Union Tanning Co |
| 436 | Bypon Henry | | 436 | 218 | 65 | 436 | 436 | 436 | | 436 | Paid | Jan | 25 | 1904 | by Thos D Rouse & Son |
| 104 / 135 | Cooley Henry | | 208 / 270 | 104 / 135 | 31 / 41 | 208 / 270 | 208 / 270 | 208 / 270 | | 208 / 270 | Paid | Dec | 18 | 1902 | by Union Tanning Co |
| 608 | Cooley Joshua | | 912 | 456 | 137 | 912 | 912 | 912 | | 912 | Paid | Dec | 23 | 1902 | by Ayers & Dearing |
| 437 | Cooley Samuel | | 437 | 219 | 65 | 437 | 437 | 437 | | 437 | Paid | Jan | 25 | 1904 | by Thos D Rouse & Son |
| 200 | Castalon Geo (West) | | 200 | 100 | 30 | 200 | 200 | 200 | | 200 | Paid | Dec | 18 | 1902 | by Union Tanning Co |
| 141 | Collins James | | 1410 | 705 | 212 | 1410 | 1410 | 1410 | | 1410 | Paid | Dec | 18 | 1902 | by Union Tanning Co |
| 414 | Eckhart George | | 4140 | 2070 | 621 | 4140 | 4140 | 4140 | | 4140 | Paid | Dec | 18 | 1902 | by Union Tanning Co |
| 87 | Edge Peter | | 100 | 50 | 15 | 100 | 100 | 100 | | 100 | Paid | Jan | 23 | 1903 | by Burden Iron Co. & Corning |
| 10 / 42 | Ellis Marcy | | 10 / 42 | 05 / 21 | 02 / 06 | 10 / 42 | 10 / 42 | 10 / 42 | | 10 / 42 | Paid | Dec | 21 | 1903 | by R. J. Thompson & Mary B Strong |
| 273 | Irvine Richard | | 2730 | 1365 | 410 | 2730 | 2730 | 2730 | | 2730 | Paid | Dec | 18 | 1902 | by Union Tanning Co |
| 354 / 384 | Fritz Samuel | | 3540 / 3840 | 1770 / 1920 | 531 / 576 | 35 / 3840 | 35 / 3840 | 35 / 3840 | | 35 / 3840 | Paid | Dec | 18 | 1902 | by Union Tanning Co |
| 400 | Haga Nathan | | 200 | 100 | 30 | 200 | 200 | 200 | | 200 | Paid | Dec | 23 | 1902 | by Ayers & Dearing |
| 340 | Haga Peter | | 170 | 85 | 26 | 170 | 170 | 170 | | 170 | Paid | Dec | 23 | 1902 | by Ayers & Dearing |
| 324 | Hiltzmier Robert | | 3240 | 1620 | 486 | 3240 | 3240 | 3240 | | 3240 | Paid | Dec | 18 | 1902 | by Union Tanning Co |
| 437 | Hardy Samuel | | 874 | 437 | 131 | 874 | 874 | 874 | | 874 | Paid | Dec | 3 | 1902 | by J. A. Hill |
| 437 | Hardy James | | 4370 | 2185 | 656 | 4370 | 4370 | 4370 | | 4370 | Paid | Dec | 18 | 1902 | by Union Tanning Co |
| 300 | Hardy Henry | | 150 | 75 | 23 | 150 | 150 | 150 | | 150 | Paid | Dec | 23 | 1902 | by Ayers & Dearing |
| 282 | Hiltzmier Jacob | | 600 | 300 | 90 | 600 | 600 | 600 | | 600 | Paid | Dec | 18 | 1902 | by Union Tanning Co |
| 400 | Hampton Jonathan | | 400 | 200 | 60 | 400 | 400 | 400 | | 400 | Paid | Dec | 18 | 1902 | by Union Tanning Co |
| 210 | Hampton Peter | | 210 | 105 | 32 | 210 | 210 | 210 | | 210 | Paid | Dec | 22 | 1903 | by W. G. Cobb |
| 228 | Lailey Hugh | | 228 | 114 | 35 | 228 | 228 | 228 | | 228 | ⅔ Paid | Nov | 18 | 1902 | by M. D. Swartz; ⅓ Sold to J. B. Johnson June 13 1904 |
| 100 | Lailey Andrew | | 100 | 50 | 15 | 100 | 100 | 100 | | 100 | ⅓ paid by J P Kirby Oct 28 1902; ⅓ paid by M C Griswold 1-1-03; ⅓ " " H N Betts Jan 1 1903; ⅓ paid by E W Hale Jan 12 1904 | | | | |
| 365 | Moore George | | 365 | 183 | 55 | 365 | 365 | 365 | | 365 | Paid | Dec | 18 | 1902 | by Union Tanning Co |
| 608 | Moore Paul | | 1216 | 608 | 182 | 1216 | 1216 | 1216 | | 1216 | Paid | Dec | 15 | 1902 | by Susquehanna & N.Y. R.R. Co |
| 100 | North Jonathan | | 100 | 50 | 15 | 100 | 100 | 100 | | 100 | Paid | Dec | 22 | 1903 | by W. G. Cobb |
| 400 | Seeley Henry | | 800 | 400 | 120 | 800 | 800 | 800 | | 800 | Paid | Dec | 3 | 1902 | by J. A. Hill |
| 437 | Seeley Jonathan | | 4370 | 2185 | 656 | 4370 | 4370 | 4370 | | 4370 | Paid | Dec | 18 | 1902 | by Union Tanning Co |
| 400 | Seeley Peter | | 800 | 400 | 120 | 800 | 800 | 800 | | 800 | Paid | Dec | 18 | 1902 | by Union Tanning Co |
| 382 | Seeley Joseph | | 764 | 382 | 115 | 764 | 764 | 764 | | 764 | Paid | Dec | 3 | 1902 | by J. A. Hill |
| 400 | Siddons Andrew | | 600 | 300 | 90 | 600 | 600 | 600 | | 600 | Paid | Dec | 23 | 1902 | by Ayers & Dearing (~~Union Tanning Co~~) |
| 400 | Siddons George | | 600 | 300 | 90 | 600 | 600 | 600 | | 600 | Paid | Dec | 23 | 1902 | by Ayers & Dearing |
| 325 | Siddons Peter | | 325 | 163 | 49 | 325 | 325 | 325 | | 325 | Paid | Dec | 15 | 1902 | by Susquehanna & N.Y. R.R. Co |
| 175 | Siddons James | | 175 | 88 | 26 | 175 | 175 | 175 | | 175 | Paid | Dec | 15 | 1902 | by Susquehanna & N.Y. R.R. Co |
| 320 | Temple Peter | | 320 | 160 | 48 | 320 | 320 | 320 | | 320 | Paid | Jan | 23 | 1903 | by Burden Iron Co. & Corning |
| 440 | Temple Samuel | | 440 | 220 | 66 | 440 | 440 | 440 | | 440 | Paid | Jan | 23 | 1903 | by Burden Iron Co & Corning |
| 465 | Temple George | | 465 | 233 | 70 | 465 | 465 | 465 | | 465 | 465 Paid / 465 Paid | Jan / Dec | 23 / 15 | 1903 / 1902 | by Burden Iron Co & Corning / by Susquehanna & N.Y. R.R. Co |
| 30 | Tybout Andrew | | 30 | 15 | 05 | 30 | 30 | 30 | | 30 | Paid | Dec | 18 | 1902 | by Union Tanning Co |
| 27 | Thwill William | | 27 | 14 | 04 | 27 | 27 | 27 | | 27 | Paid | Dec | 15 | 1902 | by Susquehanna & N.Y. R.R. Co |
| 258 | Fritz John | | 516 | 258 | 77 | 516 | 516 | 516 | | 516 | Paid | Dec | 18 | 1902 | by Union Tanning Co |
| 188 | Woodruff Hannah | | 70 | 35 | 11 | 70 | 70 | 70 | | 70 | Paid | Dec | 21 | 1903 | by R. J. Thompson & Mary B Strong |
| 105 | John Moore | | 30 | 15 | 05 | 30 | 30 | 30 | | 30 | Paid | Dec | 21 | 1903 | by R. J. Thompson & Mary B Strong |
| 25 / 185 | Tybout Andrew | | 25 / 185 | 13 / 92 | 04 / 28 | 25 / 185 | 25 / 185 | 25 / 185 | | 25 / 185 | Paid | Dec | 18 | 1902 | by Union Tanning Co |

List of Taxes and Land etc. in the County of [Montgomery?] Maryland    And the taxes assessed thereon for the year 1903.

List of Assessed Lands in the County of Brantford    Township   The Twp Yarmouth     And the tax is Assessed thereon for the year 1903.

| No. | Assessed Name | Acres | No. acre | Bear Tax 4½ Mils | Bear Tax 2 Mils | Equalized Tax 2½ Mils | Wheat Tax 2½ Mils | Bear Tax 8 Mils | Straw Tax 2 Mils | Undisturbed 13 Mils | November 8 Mils | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 237 | Biddle M. J. | 1144 | 447 | 221 | 152 | 221 | | | | | | Paid Dec 22 1908 by £ 15 6 4a. |
| 217 | Booker John. | 2036 | 1141 | 507 | 634 | 184 | | | | | | |
| 492 | Biddle Wm Wm. | 2741 | 1233 | 548 | 1268 | 807 | 348 | | | | | |
| 311 | Jansen John Jr. | 1900 | 841 | 396 | 1370 | 396 | 274 | | | | | |
| 126 | Burwell Peter | 600 | 270 | 120 | 498 | 120 | 198 | | | | | |
| 911 | Biddle Eliezah | 162 | 82 | 36 | 190 | 36 | 60 | | | | | |
| 1103 | Boyd John | 2413 | 1088 | 484 | 46 | 484 | 18 | | | | | |
| 1104 | Boyd John | 210 | 95 | 42 | 203 | 119 | 208 | | | | | |
| 1005 | Corkhouse Samuel | 1372 | 620 | 275 | 134 | 273 | 54 | | | | | |
| 1714 | Cartwer James | 2030 | 959 | 426 | 343 | 676 | 131 | | | | | |
| 343 | Corpler Archer | 1160 | 522 | 232 | 533 | 1062 | 213 | | | | | |
| 290 | Biddle Hyman | 2096 | 1163 | 517 | 290 | 580 | 116 | | | | | |
| 451 | Chadwick Geo. | 944 | 249 | 133 | 647 | 1293 | 259 | | | | | |
| 333 | Christy Samuel Edmund | 666 | 411 | 184 | 167 | 333 | 67 | | | | | |
| 220 | Christy Samuel | 716 | 322 | 143 | 230 | 460 | 92 | | | | | |
| 236 | Christy Michael | 246 | 109 | 193 | 179 | 358 | 72 | | | | | |
| — | Harry Joseph | 2484 | 1007 | 447 | 209 | 1032 | 246 | | | | | |
| — | Matthews | 2081 | 830 | 369 | 224 | 1118 | 224 | 3208 | 12.37 | | | |
| 410 | Myers Joseph | 1305 | 30 | 18 | 180 | 369 | 180 | | | | | |
| 11 | Stik Maur Henrich | 66 | 1020 | 484 | 07 | 13 | 07 | | | | | |
| 112 | Slogel Peter Jr. | 2271 | 1312 | 583 | 365 | 1135 | 368 | | | | | |
| 116 | Plancher Benjamin | 2916 | 367 | 282 | 227 | 4484 | 227 | | | | | |
| 341 | Pitts John. | 1204 | 1123 | 419 | 126 | 630 | 126 | | | | | |
| 2169 | Reid William | 2496 | 1120 | 512 | 210 | 1048 | 210 | | | | | |
| 3041 | Brunson James | 2712 | 678 | 368 | 271 | 1306 | 678 | | | | | |
| 1482 | Brewster James | 1224 | 821 | 365 | 182 | 912 | 182 | | | | | |
| 2107 | Wilcox William | 2364 | 108 | 248 | 224 | 1120 | 224 | | | | | |
| 200 | Wks Henry | 400 | 180 | 80 | 360 | 248 | 360 | 80 | | | | Paid Dec 27 1906 by £ |
| 242 | Wks Frederick | 404 | 182 | 81 | 100 | 200 | 100 | 81 | | | | |
| 174 | Shew Henry | 348 | 157 | 70 | 40 | 202 | 40 | 174 | | | | Paid Nov 27 1903 by James |
| 160 | Sheff John | 350 | 146 | 64 | 36 | 174 | 36 | 160 | | | | Paid Nov 27 1903 by James |
| 330 | Stuckhouse Andrew | 765 | 344 | 154 | 32 | 64 | 32 | 384 | | | | Paid Nov 27 1903 by James |
| 291 | Tintill James | 592 | 267 | 116 | 77 | 384 | 77 | 193 | | | | |
| | | | | | | 38 | 116 | 291 | 38 | | | |
| 221 | Parker William | 1360 | 828 | 368 | 184 | 990 | 184 | 368 | | | | Paid Dec 22 1906 by £ |

List of Assessed Assets in the County of Bradford and the Yearly Assessed Values for the year 1903.

| Area | Ratepayers Names | Township &c | | | | | | |
|---|---|---|---|---|---|---|---|---|

J10.009

List of Elected Tenants in the County of Blackpool

And the Rates Assessed thereon for the year 1904

J10.010

JA442

# List of Owners of Lands in the County of Brantford

## And the Taxes Assessed thereon for the year 1904.

| Acres | Christian Names | Sy. Roy Forwarded | Persons | Annuity Day 2½ Mills | Poor Tax 1½ Mills |
|---|---|---|---|---|---|
| 237 | Waddle Wm. J. | | 1422 | 1192 | 212 |
| 91 | Waddle Thedrick | | 227 | 1262 | 84 |
| 113½ | Waddle Wm. | | 3006 | 1406 | 5 1/8 |
| 317 | Wester John | | 2583 | 1404 | 5 1/8 |
| 344 | Wearder John Sr | | 2493 | 1882 | 8 1/7 |
| 410 | Wearder John | | 390 | 403 | 1 2/8 |
| 403 | Wright John | | 445 | 841 | 151 |
| 105 | Wolfe Jackson Samuel | | 442 | 1114 | 39 |
| 174 | Watkins James | | 1066 | 861 | 238 |
| 200 | Watts Thedrick | | 404 | 223 | 61 |
| 200 | Watts Henry | | 400 | 220 | 60 |
| 248 | Hayden Calloson | | 7494 | 1331 | 4118 |
| 290 | Wakh Hosea | | 2680 | 1117 | 308 |
| 431 | Wentworth Geo | | 3418 | 1496 | 5 1/7 |
| 333 | Wentley Geneva | | 332 | 488 | 1 2/8 |
| 236 | Weeks Whitehead | | 2484 | 1053 | 364 |
| | Henry Joseph | | 944 | 419 | 1416 |
| 447 | Wall Charles | | 1110 | 611 | 167 |
| 447 | Wices Joseph | | 2492 | 1640 | 447 |
| 110 | Whitelew Patrick | | 2460 | 1353 | 369 |
| 112½ | Lloyd Geo F. | | 848 | 148 | 13 |
| 426 | Wester Williams | | 3896 | 1513 | 494 |
| 426 | Wetringh Benjamin | | 1998 | 1099 | 383 |
| 344 | Wester John | | 3888 | 2173 | 583 |
| 282 | Rice Catison | | 2080 | 1411 | 497 |
| 394 | Weeks James | | 3316 | 1584 | 368 |
| 407 | Wilson Williams | | 2899 | 1067 | 68 |
| 174 | Weston Henry | | 1630 | 234 | 60 |
| 160 | Nuff John | | 440 | 220 | 60 |
| 350 | Watts Williams | | 940 | 523 | 143 |
| 291 | Weeks James | | 747 | 401 | 109 |

# List of Illiterate Scholars in the County of Wexford.

## Oxilan Township

# Attackes As issued Rations for the year 1904.

J10.012

JA444

Book of Valued Lands in the County of Stafford

And Value Assessed thereon for the Year 1905.

| No. | Valued Name | Haverley Township | | | | | | Paid | | When |
|---|---|---|---|---|---|---|---|---|---|---|

J10.013

JA445

List of Unseated Lands in the County of Bradford

List Taxes Collected Thereof for the year 1905.

J10.014



JOINT EXHIBIT

11

Commonwealth of Penn. v.
Thomas E. Proctor Heirs Trust
et al.

No. 1:12-cv-1567

# List of Unsettled Lands in the County of Bradford and the Year assessed thereon for the Year 1906.

Fox Roy Township

| Acres | Warrantee Name | Whole tract also no 6th | County also no 6th | From also no 2 mile | | | | | When Paid | By Whom |
|---|---|---|---|---|---|---|---|---|---|---|
| 207 | Bidele M.J. | 1422 | 853 | 284 | 2311 | 427 | 569 | 356 | | |
| 317 | Baker John | 2863 | 1712 | 571 | 571 | 856 | 1141 | 773 | | |
| 314 | Barnes John Jr. | 2812 | 1307 | 502 | 502 | 784 | 1008 | | | |
| 180 | Boynton Peter | 730 | 450 | 180 | 100 | 228 | 300 | 188 | | |
| 91 | Beale Clement | 227 | 45 | 45 | 45 | 68 | 90 | 57 | | |
| 405 | Boyd John | 1005 | 605 | 242 | 126 | 302 | 404 | 212 | | |
| 432 | Bidele H.M. | | 2074 | 671 | 202 | 1037 | 1382 | 862 | | |
| 202 | Beck Henry | 4400 | 2442 | 881 | 81 | 121 | 162 | 101 | | |
| 202 | Beale Frederick 250R | 4420 | 2641 | 871 | 871 | 120 | 174 | 109 | | |
| 174 | Bidele James 250R | 727 | 436 | 145 | 145 | 290 | 182 | 182 | | |
| 105 | Stephenson Samuel | 262 | 157 | 52 | 52 | 79 | 101 | 66 | | |
| 174 | Coleen James | 1866 | 940 | 313 | 313 | 470 | 626 | 392 | | |
| 380 | Conklin Thomas | 950 | 570 | 190 | 190 | 380 | 231 | | | |
| 343 | Clayton Andrew | 2700 | 1670 | 567 | 567 | 836 | 1114 | 692 | | |
| 431 | Smith Aaron | 2030 | 1218 | 406 | 406 | 609 | 812 | 508 | | |
| 333 | Southward George | 3445 | 2069 | 690 | 690 | 1034 | 1380 | 862 | | |
| 430 | George Howard | 832 | 498 | 166 | 166 | 250 | 332 | 208 | | |
| 236 | Smith Simon | 2420 | 1404 | 485 | 485 | 727 | 970 | 606 | | |
| 236 | Smith Michael | 944 | 566 | 189 | 189 | 283 | 378 | 236 | | |
| 160 | Grey John | 400 | 240 | 80 | 80 | 160 | 100 | | | |
| 440 | Grey Joseph | 1110 | 666 | 222 | 222 | 444 | 273 | 178 | | |
| 497 | Todd Charles | 2982 | 1789 | 596 | 596 | 892 | 1192 | 746 | | |
| 410 | Simon Joseph | 2466 | 1476 | 492 | 492 | 738 | 984 | 615 | | |
| | Kellerman Robert | 88 | 53 | 18 | 18 | 26 | 36 | 22 | | |
| 412 | Ruffle Eliza | 3296 | 1978 | 659 | 659 | 989 | 1318 | 824 | | |
| 522 | Fuller William | 1978 | 1179 | 400 | 400 | 600 | 800 | 500 | | |
| 486 | Pennington Benjamin | 3885 | 2333 | 778 | 778 | 1166 | 1554 | 972 | | |
| 341 | Pallen John | 3072 | 2150 | 718 | 718 | 1078 | 1436 | 898 | | |
| 262 | Pease Catharine | 2620 | 1572 | 524 | 524 | 786 | 1048 | 656 | | |
| 402 | Normacks James | 3316 | 1990 | 663 | 663 | 993 | 1326 | 827 | | |
| 302 | Simon James | 2432 | 1459 | 486 | 486 | 730 | 972 | 608 | | |
| 407 | Nelson William | 2849 | 1709 | 570 | 570 | 855 | 1146 | 712 | | |

# 278    List of Unseated Lands in the County of Bradford and the Taxes assessed thereon for the year 1906.    279

*1906*

Everton Township

| Acres | Warrantee Names |
|---|---|
| 375 | Avery Henry |
| 370 | Avery John |
| 376 | Avery Joseph |
| 436 | Avery Jesse |
| 104 | Avery Henry |
| 607 | Avery Amelia |
| 200 | Carleton Geo. West |
| 114 | Carleton James |
| 414 | Eckbert George |
| 17 | Edgar Peter |
| 10 | Ellis Mary |
| 340 | Eddy Daniel |
| 208 | Eddy John |
| 27 | Fennell William |
| 400 | Fagan Graham |
| 324 | Wilkins Robert |
| 437 | Hardy James |
| 437 | Hardy Robert |
| 272 | Philips Jacob |
| 490 | Humphreys Jonathan |
| 210 | Humphreys Peter |
| 273 | Humphreys Robert |
| 228 | Kennedy Hugh |
| 100 | Kennedy Arthur |
| 607 | Means Paul |
| 30 | Means John |
| 100 | Meek Jonathan |
| 400 | Ulley Thomas |
| 437 | Ulley Jonathan |
| 400 | Ulley Peter |
| 352 | Ulley Joseph |
| 175 | Watson Jackson |
| 400 | Watson George |
| 320 | Watson Phill |
| 320 | Watson James |
| 440 | Temple Jn |
| 440 | Temple Arnold |
| 70 | Youmans Hannah |

# List of Unrated Lands in the County of Bradford and the Taxes accruent thereon for the year 1907

## Barclay Township

J11.004

JA451

List of Unseated Lands in the County of Bradford and the Taxes assessed thereon for the year 1907.

in Le Roy Township

1907

JA452

J11.005

Uncalled Lands in the County of Bradford

Grattan Township

and the taxes assessed thereon for the year 1907.



J11.006

JA453

List of Unsettled Lunies in the County of Bosspur, and the Views assessed thereon for the year 1908.

J11.007

List of Unseated Lands in the County of Bradford and the taxes assessed thereon for the year 1905.

| Own Warrantee Names | | Bradley Township | | | | | | | | | When Paid | By Whom Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 Philander Anderson | | | 92 | 95 | 18 | 2 90 | 2 00 | 2 00 | 1 19 | 1 17 | Dec w 1905 | Pocket home timber Co |
| 79 William William | | | 2 00 | 1 80 | 60 | | | | | | Dec w 1911 | Pocket home timber Co |

# List of Unsealed Lands in the Township of Brantford and the Taxes Levied thereon for the year 1905

Luby Township

| No. | Ratepayers' Names |
|---|---|
| 159 | Acheson John |
| 207 | Biddle Wm. J. |
| 317 | Baker John |
| 402 | Birrell W. M. |
| 440 | Benson John Sr. |
| 187 | Boynton Yates |
| 71 | Biddle Clement |
| 403 | Boyce John |
| 105 | Stephenson Samuel |
| 91 | Bradley James |
| 341 | Bingham Anderson |
| 290 | Curry Vernon |
| 437 | Cadwell George |
| 333 | Cady Richard |
| 230 | Cady Vernon |
| 236 | Cady Michael |
| 471 | Cady Joseph |
| 403 | Mary Charles |
| 11 | Vaughn Robert |
| 385 | Vaughn Peter J. |
| 341 | Patten John |
| 456 | Thompson Benjamin |
| 222 | Pudell William |
| 227 | Pudell Cathaven |
| 30 | " " |
| 402 | Armstrong James |
| 207 | Simmons James |
| 41 | " " |
| 174 | Bird Henry |
| 149 | Cass John |
| 370 | Henderson Thomas |
| 371 | Biddle Thomas |
| 202 | Biddle Riley Jr. |
| 202 | Bate William |
| 407 | Wilson William |
| 64 | Eckert George |

Assessed on actual list to Jacob Platt

Wilcox Aid Field Brantford

Actual Value Brantford
Residential Rural
Central Annie Smith Co.

List of Unseated Lands in the County of Bradford

List of Seated Lands assessed therein for the year 1938

## List of Uncollected Lands in the County of Bruce and the Taxes accrued thereon for the year 1908.

| Owners' Names | | Acres | Consideration | Arrears Tax | | Refund &c | Amount of Tax for 1908 | Amount Paid | Interest | When Paid | | By whom Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 94 | Everest John Sr. | Carrick Township | 155 | 113 | 38 | | 244 | 131 | 50 | | Mar. | 1909 | L. S. Wagner |
| 240 | Litt. Whittaker &c + Daughter | | 320 | 172 | 66 | | 242 | 176 | 76 | | Dec. 1 | 1909 | Henry C. Walters |
| 240 | Stewart Mr John Jr. | | 460 | 273 | 93 | | 603 | 325 | 137 | | Mar. 12 | 1909 | Grace E. Good |
| 376 | " | " | 376 | 226 | 75 | | 489 | 263 | 113 | | Mar. 16 | 1909 | Grace E. Good |
| 320 | Murray M. P. | | 500 | 300 | 100 | | 650 | 355 | 150 | | June 3 | 1910 | Dr. P. Laurie |
| 106 | " | " | 106 | 64 | 21 | | 188 | 74 | 32 | | June 3 | 1910 | M. G. Laurie |
| 200 | Richard Chris. | | 200 | 120 | 40 | | 260 | 140 | 60 | | Nov. 1 | 1908 | Alex M. Laurie |
| 100 | McQuarrie James | | 100 | 60 | 20 | | 130 | 70 | 30 | | Nov. 30 | 1908 | John N. Laurie |

J11.011     JA458

## CERTIFICATE OF SERVICE

I, Michael J. Scarinci, Deputy Attorney General, do hereby certify that I have this day served the foregoing Joint Appendix – Volume IV of V, via electronic service, on the following:

Christopher R. Healy, Esq.
Troutman Pepper Hamilton Sanders
Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

Laura A. Lange
1670 Sturbridge Drive
Sewickley, PA 15143

Justin G. Weber
Troutman Pepper
100 Market Street
P.O. Box 1181
Suite 200
Harrisburg, PA 17108
Attorneys for Appellees

Four copies were also sent by first class mail to the Clerk of the United States Court of Appeals for the Third Circuit in Philadelphia, Pennsylvania.

/s/ Michael J. Scarinci
_____

Deputy Attorney General

DATE: June 7, 2022