IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

**No. 22-1587**

_____

**COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA GAME COMMISSION,**

**Appellants**

v.

**THOMAS E. PROCTOR HEIRS TRUST**

_____

**JOINT APPENDIX VOL. V**

_____

APPEAL FROM THE JUDGMENT OF THE UNITED STATES
DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
ENTERED DECEMBER 3, 2021

JOSH SHAPIRO
*Attorney General*

Office of Attorney General
15th Floor, Strawberry Square      BY:    MICHAEL J. SCARINCI
Harrisburg, PA 17120                      *Deputy Attorney General*
Phone: (717) 857-2184
FAX:   (717) 772-4526                     J. BART DELONE
                                          *Chief Deputy Attorney General*
DATE: June 7, 2022                        *Appellate Litigation Section*

**JOINT APPENDIX
INDEX**

**VOLUME  V of V**

| Docket No. | Document Description | Page Numbers |
|---|---|---|
| Trial Ex. J12 | Newspaper article: notice of treasurer's sale Apr. 9, 1908 | JA459-461 |
| Trial Ex. J13 | Newspaper article: notice of treasurer's sale Apr. 16, 1908 | JA462-464 |
| Trial Ex. J14 | Newspaper article: notice of treasurer's sale Apr. 23, 1908 | JA465-467 |
| Trial Ex. J15 | Newspaper article: notice of treasurer's sale Apr. 30, 1908 | JA468-470 |
| Trial Ex. J16 | Newspaper article: notice of treasurer's sale Apr. 9, 1908 | JA471-473 |
| Trial Ex. J17 | Newspaper article: notice of treasurer's sale Apr. 16, 1908 | JA474-476 |
| Trial Ex. J18 | Newspaper article: notice of treasurer's sale Apr. 23, 1908 | JA477-479 |
| Trial Ex. J19 | Newspaper article: notice of treasurer's sale Apr. 30, 1908 | JA480-482 |
| Trial Ex. J20 | Newspaper article: notice of treasurer's sale May 7, 1908 | JA483-JA485 |
| Trial Ex. J21 | Newspaper article: notice of treasurer's sale May 14, 1908 | JA486-488 |
| Trial Ex. J22 | Newspaper article: notice of treasurer's sale May 21, 1908 | JA489-491 |

| Docket No. | Document Description | Page Numbers |
|---|---|---|
| | | |
| Trial Ex. J23 | Newspaper article: notice of treasurer's sale May 28, 1908 | JA492-494 |
| Trial Ex. J24 | Newspaper article: notice of treasurer's sale June 4, 1908 | JA495-497 |
| Trial Ex. J25 | Treasurer's Deed Book | JA498 |
| Trial Ex. J26 | McCauley, Jr. 1910 quitclaim deed | JA499-502 |
| Trial Ex. J27 | Act of 1806, Mar. 28, P.L. 644 | JA503-505 |
| Trial Ex. J28 | Act of 1815, Mar. 13, P.L. 177 | JA506-510 |
| Trial Ex. J29 | Act of 1887, June 6, P.L. 363 | JA511 |
| Trial Ex. J31 | Excerpts of Deposition of Gregory Gass (p. 2, 31-33) | JA512-515 |
| Trial Ex. J33 | Will of Thomas E. Proctor | JA516-538 |
| Trial Ex. P1 | Excerpts of Wilkinson Report (p.1-2, 7, 13-17, 20-25, 31) | JA539-554 |
| Trial Ex. D1 | LeRoy Township Assessment Records, Selected Years (1896-1931) | JA555-586 |
| Trial Ex. D6 | Excerpts – McIntyre Twp. Assessments (p. 1, 16-31) | JA587-603 |

| Docket No. | Document Description | Page Numbers |
|---|---|---|
| Trial Ex. D50 | Recapitulation Statement | JA604-09 |
| 219 | Pa. Game Commission's Proposed Findings of Fact and Conclusions of Law | JA610-639 |
| 219-2 | *Pa. Game Comm'n v. Proctor Heirs Trust*, 493 M.D. 2017 (Ceisler, J.) | JA640-659 |
| 220 | Proctor Trust's Proposed Findings of Fact and Conclusions of Law | JA660-693 |

# Reporter and Journal

## BRADFORD REPUBLICAN

TOWANDA, PA., THURSDAY, APRIL 9, 1908.    VOL. XXIV, NO. 15.

### CHANGES IN TOWANDA

About the Usual Number of Removals This Spring.

### BUT TWO BUSINESS CHANGES

Number of People to Forsake the "City of Promise" Below the Average of Past Years—Some Families Added to Town's Population.

### SHARRONE, THE BAD.

Italian Recently Acquitted of Murder, Again in Limelight.

#### NOW FUGITIVE FROM JUSTICE.

It is Alleged He Demanded Money From Fellow Countryman in South Waverly, and Upon Being Refused Committed a Murderous Assault.

### Games Towanda Team Has Booked For First Part of Season.

### BASEBALL SCHEDULE.

### DOINGS OF STRIKERS

How Boilermakers Prevent Men From Taking Their Places.

### MANEUVERING ON BOTH SIDES

### TRAIN MEN DISSATISFIED

Service Should Count.

### FROM NEARBY PLACES

What is Occurring in Many Town Merchants.

### SUGAR RUN WOMAN INJURED

### Gallant Towandian.

### Received Notice.

### A. D. Dye Class Banquet.

JOINT EXHIBIT

12

Commonwealth of Penn. v.
Thomas E. Proctor Heirs Trust
et al.

No. 1:12-cv-1567

# REPORTER-JOURNAL AND BRADFORD REPUBLICAN.

TOWANDA, PA., APRIL 8, 1908.

## HOMETS FERRY.

Mrs. Clarence Fish was called to her mother's and sister's bedside recently at Tunkhannock.

Virginia Ellenberger visited at her grandfathers a few days last week.

Among the movers this spring were Charles Grippen from Edward Horton's farm to the own farm at Gregg's Landing, Milton Grippen to Athens; Stewen Perry from Standing Stone to Ada Irvine's house, Charles Forrest to his recently purchased farm known as the George Sumner home, and Henry Brown to George Forrest's house in town; Frank Vaughn to Edward Horton's home to care for the next man; Monte Overfield from Tunkhannock to Mr. Vaughn's farm; Fred Larabee to Edward Horton's tenant house; Michael Burk to Ransom.

Emma Biles has returned to her home after spending the winter at the home of her brother, P. A. Biles.

Lizzie Moore is visiting at Standing Stone.

## SOUTH GHENT.

Mrs. Florence Wright and daughter, Edith, spent Sunday at E.O. Horton's at Hornbrook.

School closed Monday. Those who have neither been absent nor tardy the whole term are Mossie Baxter, Nellie Stephenson and Harry Stephenson. Frank Chase received the most headmarks in "B" spelling class and Harry Stephenson received the most in "B" spelling class.

R. A. Stephenson is making some decided improvements on the Marie Horton farm which he recently purchased.

R. W. Ransom and wife were doing business at the county seat Wednesday.

Oscar Shores and wife of Black, and Mrs. O. Searls of Otselic, N. Y., spent Thursday in this place.

## GHENT.

Julian Bradley and wife of Athens, visited the lady's son, J. L. Watkins and family, last week.

Mrs. E. M. Vought is spending a few days with her daughter, Mrs. Wilson Gillette, in Towanda.

C. M. Horton and wife visited at I. P. Chaffee's in Hornbrook Thursday.

J. F. Horton attended the Annual Conference at Carbondale.

The social which will be held at the Ghent hall by the school on Saturday evening, April 11, should be kept in mind by all. A short program will be rendered by the pupils. A peanut and candy stand will be one of the features. Refreshments will be served. Admission 15 cents.

## FRANKLIN HILL.

The Center school closed Wednesday, April 1, having a short program in the afternoon, and after the program the teacher, Miss Florence Stevens, treated the company and scholars to ice cream and cake.

Miss Alice and Melvin Crane visited their sister, Mrs. Floyd Jennings, at West Burlington Thursday and attended the school entertainment in the evening.

## SUNNYSIDE.

D. J. Donovan has gone to Canandaigua, where he is going to work in the coming summer.

Gaylord Park and Mark Lcan have gone to the Flats to work the remainder of the year.

Miss Nellie Leon of this place spent a few days visiting friends in Athens.

Miss Nora Ousley closed a very successful term of school at this place on Friday.

Mr. Schoonover has moved on the place vacated by Mr. Park.

## BLACK CREEK.

Mrs. Audley Northrup and two...

## EAST SMITHFIELD.

The funeral of Frank Patell was held at the home of Frank Scott on Friday, April 3. He was a descendant of Samuel Myer, who came to this township 95 years ago. A large number. Louise of Athens and a half-brother Kenus Myer of Waverly, survive him. Mr. Patell was esteemed for his honesty and uprightness.

Mr. and Mrs. John Messing, U. of Sayre, George Byber, Sr. and Mr. and Mrs. George Byber, Jr. of Big Pond visited attended the funeral of Mr. Patell.

Rev. Mr. Crawford of Elmira, officiated at the funeral of the late Adelines Jones of Ridgia, whose death was recorded last week. Mrs. Jones was too ill to be present. The son, William, and three of his sons, Bert, Rollo and Willard, came to the funeral.

Mr. and Mrs. J. S. Dely returned from Reading, Mass., last Friday.

Miss Gertrude Clark is in Laquin with her cousin, Mrs. Coon, wife of Dr. M. Coon.

Misses Ruth Fraley, Helen Riggs and Ruth Waldron and Robert Lane have returned to Mansfield, having spent a week at home.

Mr. and Mrs. M. V. Lampman visited in Burlington the first of this week.

A young son of E. V. Nichols is ill with pneumonia. His condition is reported favorable.

Rev. J. P. Topping, of Melrose, Mass., has been invited to deliver the Memorial address on May 30.

Mrs. Guy Bosworth and children came to town last week.

Miss Ethel Harkness had a pleasant surprise visit from friends recently.

James Gernold and sister, Miss Hattie, attended the funeral of their cousin, Miss Danfey, in Elmira, last week.

## ORWELL.

George Alderdone of Oregon, who left here 26 years ago, and James Alderdone of Nichols, have been visiting relatives and friends in this place.

Mr. and Mrs. A. C. Frisbie, who have been spending the winter at G. C. Frisbie's, returned to their home in Potterville on Thursday.

James E. Eastman visited his wife at the Packer hospital Thursday.

C. A. Dimmick and family have moved on his farm outside of the village for the summer.

Fred Harder has moved on J. C. Potter's farm at South Hill.

Mr. Frisbie visited his brother, W. H. Pierce, at Union Valley Saturday and Sunday.

Ira Morris and family have moved from North Orwell to their home in this place.

Born March 31, to Mr. and Mrs. Fred Smith, nee Phoebe Coolcs, of Bloomfield, N. J., a daughter.

Mr. and Mrs. Fred Tyrrell and sons of Orange, spent Sunday with their parents, Mr. and Mrs. A. R. TStoll.

Dr. A. L. Jenking of LeRaysville, will be at his dental office in this place Saturday, April 11. He has been coming every two weeks all Winter.

## POWELL.

Mr. and Mrs. Leo Perry spent Sunday with relatives at Laceyville.

Mrs. Augusta Albiclel of Plainsville, is visiting relatives here.

Ernest Putter of New York, has been spending a few days here.

Frank Ward went Monday to Buffalo to work in the Lehigh Valley offices.

Miss Myrtle Baxter spent Saturday with friends in Towanda.

John Ransom and family have moved to the home recently vacated by Mrs. Kate Camp.

Mrs. Hattie Benedict of Monroeton, spent Monday at Wellington Ward's.

Charlie Warriner of Laquin, spent Sunday with his brother, Harry Warriner.

## SHESHEQUIN.

Mrs. Ledema Miller visited Sunday in Sayre and Waverly.

Mr. and Mrs. H. E. Rogers visited at Harvey Mather's Sunday.

Miss Christina Kilmer is visiting in Sayre.

Myrtie Purcell spent Saturday in Sayre.

Miss Rheta Bone is ill at the home of her parents.

Robert Knapp and family are visiting at George Tompkins's.

## EAST TOWANDA.

Mr. and Mrs. Oliver closing to spent...

## GRANVILLE CENTRE.

Alfred Bower is home from Both any college. Mr. Bower expects to move from here soon. He has been pastor here for a number of years.

Mr. and Mrs. Dayton Phinney and children of Leolanville, visited at Ed Little's Sunday.

Mr. and Mrs. George Allen of Laquin, visited at Orrin Allen's Sunday.

Mrs. Lena Saxton is improving steadily.

Mrs. Maude Vosburg has returned to Rochester, after spending some time with her parents, Mr. and Mrs. Soothe.

The Ladies' Auxiliary will meet with Mrs. Uncell Taylor, Thursday, April 9.

Misses Ruth Saxton and Achsah Granger and Max Havier of the Mansfield State Normal, spent their vacation at their homes in this place.

Mr. and Mrs. Amos Bassett spent Sunday at West LeRoy.

The school entertainment passed off very pleasantly; much credit is due the scholars and all those who assisted.

Glenn Lilley spent Saturday at LeGanville.

Miss Helen Sellock, who has been home since early in the Winter on account of sickness, has returned to her studies at Mansfield.

Word was received here Monday of the death of Jerome May, at Rose Valley, formerly of Granville. He was a brother of Leland May of this place.

We are sorry to note the removal from this place to Lycoming county of C. C. Case and family, also William Case and family.

## ULSTER.

Mrs. A. M. Tarbell of Rushford, N. Y., is in town, called here by the illness of her mother, Mrs. Fred Young.

Henry Matthews spent Saturday and Sunday with his mother at the Van Dyke Home.

Earl Horton returned last Friday to __ University.

Miss Effie Bartholomew has returned from New York, where she has been studying millinery styles.

Mr. Giles of Pittston has opened a store in the Quinlan block.

Mrs. Charles Ross entertained the Fortnightly club Tuesday afternoon.

Rev. and Mrs. J. R. Davis have recently moved here from Wilmington, Del.

Miss Mattie King has returned from a visit with relatives in Lester shire.

## NORTH ROME.

Dick Horton has been doing carpenter work at Athens the past two weeks.

Mr. and Mrs. John Baxter were visiting their uncle and aunt, Mr. and Mrs. Job Billard, of Trinket, Saturday.

Miss Mary Young of Ghent, was calling in this place Thursday.

Miss Ina Horton closed a very successful term of school at South Ghent Monday.

Mr. and Mrs. George Murphy were shopping in Ulster Saturday.

Mrs. Amanda Murphy is slowly improving from her long illness.

Jay Billard spent Friday afternoon with his grandmother.

## FRANKLINDALE.

Merton Smith has moved from John Spalding's farm to Monroeton.

Mrs. James Updegroff of Barclay, visited at H. Brown's last week.

Clark Reynolds of Athens, spent last week with friends and relatives here.

Mr. and Mrs. Fred C. Johnson of Sayre, were visiting their old friends here Saturday and Sunday.

Grant Willey has moved in Ungan Hill.

Mr. and Mrs. Horace Willey and Arthur Ellis of Towanda, visited with friends and relatives here Sunday.

Legal Blanks at The Review.

## The Markets.

Special reports in the Reporter-Journal and Republican are corrected every week.

### Towanda Provision Market.

Butter ......................... 36c to 37c
Eggs ........................... 15c

### General Markets.

New York, April 7.

WHEAT—May, $1.06; July, 99c;
CORN—May, 68c; July, 67c.



# You Will Need an Oil Stove

When warm days and the kitchen fire make cooking a burden—then is the time to try a New Perfection Wick Blue Flame Oil Cook-Stove.

Marvelous how this stove does away with kitchen discomforts—how cool it keeps the room in comparison with conditions when the coal fire was burning. The quick concentrated heat of the

# NEW PERFECTION
## Wick Blue Flame Oil Cook-Stove

goes directly to boil the kettle or bake the bread, and none is diffused about the room to overheat it. Then using the "New Perfection" is real kitchen comfort. Made in three sizes and fully warranted. If not with your dealer, write our nearest agency.



The **Rayo** Lamp just such a lamp as you want—handsome enough for the parlor; strong enough for the kitchen, camp or cottage; bright enough for every occasion. If not with your dealer, write our nearest agency.

Atlantic Refining Company
(Incorporated)

## SOUTH TOWANDA.

Miss Mary Smith closed a successful term of school at Scotts school on Monday, April 6. Esther Epley, Mary Nickerson, Howard Nickerson for being present every day of the term.

Mr. and Mrs. J. H. Epley and daughter spent Sunday with friends at Macedonia.

R. B. Pierce of Picture Rocks, spent Sunday with relatives here.

Mr. and Mrs. H. M. Bowman, Mr. and Mrs. George Broughans and Mrs. F. House of Sayre, visited Mrs. Sarah Smith last Friday.

Among the movers here this spring are Isaac Pierce from Asylum township to John Lilli dal's house on the flats; George Kintner from Towanda to George Fox's place; Mrs. Amarilla Maynard from the Beidelman place to Childand's home, recently vacated by Elias Ackley.

Mr. and Mrs. George Stroud have begun housekeeping at 6 College avenue, Towanda.

## BLACK.

Mrs. Max Hoast and little son, Carl, of Brooklyn, N. Y. are visiting her sister, Mrs. Thomas Idler.

C. B. Vought and wife are somewhat improved.

T. C. Smith is ill.

Mr. and Mrs. Floyd Shores spent Sunday at Walter Card's.

All should remember the Easter supper at F. G. Smith's Friday evening, April 17.

Mr. and Mrs. S. Chaffee have moved in Fred Kilmer's house.

## GROVER.

Mrs. William Fleming is ill.

Mrs. James H. Eastgate has been quite sick for a week.

Mrs. David Owen visited Mrs. Mer...

John Elliott has moved from Ralston to his farm on Barnes Hill.

Mrs. Myron Dutton has bought the Judson Morse property in this place.

Mrs. Martha Winkler of Alba, is the guest of her daughter, Mrs. Elmer Palmer.

Amos Bassett has moved into the house his son, Beeman bought of Dr. S. B. Comstock.

Mr. and Mrs. Colin McNeal spent Wednesday at Leolyn with their daughter, Mrs. Will McVett.

Mrs. Amanda Huff and daughter, Lilly of Williamsport, spent Sunday with Rev. J. H. Ryder and family.

Messrs. Riley & Williams are fully equipped with a fine young team and span new meat wagon. They will soon be on the road peddling meat.

## WARRENHAM.

Born April 3, to Mr. and Mrs. Lewis Short, a daughter.

Ralph Beardslee received word that his wife was sick in New York and he went to the city on Saturday.

Frances Dewing went to Owego on Saturday.

Blanche Manchester spent several days last week at Potterville, returning home Sunday.

Andrew Dewing and family visited Mr. and Mrs. Clarence Corbin at Tracy Creek Sunday.

James Bailey of LeRaysville, visited at A. M. Pendleton's on Sunday.

## Treasurer's Sale of Unseated Lands.

In pursuance of the several Acts of Assembly having reference to the assessment of taxes upon unseated lands in the Commonwealth of Pennsylvania, and the sale of the same for the non-payment thereof, I, the undersigned, Treasurer of Bradford County, will expose to public sale at the Treasurer's office in the Borough of Towanda, on the second Monday of June next, being the 8th day of June, 1908, at 1 o'clock p. m., the several tracts and parts of tracts of the following seated, unseated or parts thereof, on which taxes remain due and unpaid at the present time, by order of the several warrants for taxes in the County Treasurer's office for the non-payment thereof.

| ACRES | WARRANTEE NAMES | AMOUNT OF TAXES |
|---|---|---|
| | BARCLAY TOWNSHIP | 1907 |
| 244½ | Adams, John | |
| 250 | Biddle, Mark | |
| 25 | Biddle, Clement | |
| 50 | Biddle, James | |
| 308 | Barnes, John | |
| 200 | Barnes, James, Jr | |
| 38 | Cunningham, D. H. | |
| | Davis, Jacob | |
| | Garrison, Moses | |
| | Hitchcock, Elias | |
| | Hitchcock, George | |
| | Hitchcock, Robert | |
| | Kellogg, Amos | |
| | Ladley, James | |
| | Ladley, Joseph | |
| | Ladley, Peter | |

**LINDALE.**

has moved from John
m to Monroeton.

s Updegroff of Barclay,
Brown's last week.

molds of Athens, spent
ith friends and relatives

Mrs. Fred C. Johnson of
visiting their old home
y and Sunday.

ley has moved to Crayton

Mrs. Horace Willey and
of Towanda, visted with
relatives here Sunday.

nks at The Review.

## Markets.

reports in the Reporter-
Republican are corrected

la Provision Market.

................26c to 27c

......................15c

eneral Markets.

New York, April 7.
ay, 98¾c.; July, 94c.
75¼c.; July, 73⅝c.
creamery, specials, 31c.; ex-
firsts, 28a29¾c.; seconds, 24s
21a23c.; held, specials, 29c.
ic.; firsts, 25a27c.; seconds
21a22c.; state dairy, good
97c.; common to fair, 20a22c.
als, 25a25½c.; extras, 24½c.
seconds, 19a20c.; thirds, 18s
creamery, firsts, 22a23c.
Full cream, specials, 16c.
ream; small, white, fancy,
and small, colored, fancy,
to prime, 14a14½c.; winter
; common to fair, 9a11c.
and specials, 10½c.; fine, 8a
ood, 5a7c.; common, 3a4c.

Pennsylvania and nearby
fancy, 19c.; good to choice,
and mixed, extras, 17c.
firsts, 15½a15½c.; western
firsts to extra firsts, 16a
and southern, regular
firsts, 16c.; firsts, 15½a15½c.
5c.; thirds, 13a14c.; dirties,
cks, 10a12c.; duck eggs, 22a
s, 65a75c.

ring, cold storage, $3a$4;
old storage, $2a2.50; common.
; Northern Spy, cold stor-
common storage, $1.75a2.50;
storage, $1.75a2.75; common
75; Greening, cold storage,
$3.50a4.50; general offerings,
son storage, $1.50a2.75; Rus-
$1.50a2.25; Golden, $1.50a2;
.25.

y, prime, large bales, per
c.; No. 3 to No. 1, 75a85c.
packing, 65c.; clover and
a85c.

dy rye, 60a70c.; shore and
a55c.; oat and wheat, 45a

OULTRY — Iced turkeys,
best, 16a17c.; toms, 16c.
; 12a14c.; chickens, spring,
elphia, 3 to 4 pounds per
, 35a40c.; Pennsylvania, 3
a35c.; poorer grades, 17a
dry picked and scalded,

supper at P. G. Smith's Friday even-
ing, April 17.

Mr. and Mrs. S. Chaffee have moved
in Fred Kilmer's house.

Mr. and Mrs. Clarence Corbin at
Tracy Creek Sunday.

James Bailey of LeRaysville, visited
at A. M. Pendleton's on Sunday.

# Treasurer's Sale of Unseated Lands.

In pursuance of the several Acts of Assembly having reference to the assessment of taxes upon unseated lands in the Commonwealth of Pennsylvania, and the sale of the same for the non-payment thereof, the undersigned, Treasurer of Bradford County, will expose to public sale at the Treasurer's Office in the Borough of Towanda, on the second Monday of June next, being

### JUNE 8, 1908.

at 1 o'clock p. m., the several tracts under the following names, warrantee or owners, unless prior payment of taxes and interest at 6 per cent. interest thereon be made. Interest will be collected from January 1, 1907, on 1906 taxes; and from January 1, 1908 on 1907 taxes. Also 50 cents will be collected on each tract for advertising.

| No. Acre. | Warrantees' Names. | Amount of Taxes. Year. 1906. | 1907. |
|---|---|---|---|
| | **BARCLAY TOWNSHIP.** | | |
| 234½ | Adlum, John | | $ 37 63 |
| 202 | Biddle, Mark J. | | 18 99 |
| 25 | Biddle, William | | 2 35 |
| 150 | Biddle, James | | 29 70 |
| 433 | Barrow, John, Jr. | | 46 72 |
| 96 | Cunningham, D. H. (1-10 interest) | | 45 |
| 244 | Erwin, Richard | | 39 38 |
| 23 | Groff, John | | 2 17 |
| 26 | Hiltzheimer, Thomas | | 2 82 |
| 157 | Hiltzheimer, Jacob | | 14 76 |
| 40 | Hiltzheimer, Robert | | 3 76 |
| 238 | Ladley, Andrew, (1-10 interest) | | 2 23 |
| 100 | Ladley, Andrew, (1-10 interest) | | 2 23 |
| 80 | Ladley, Joseph, (1-10 interest) | | 28 |
| 330 | Ladley, Joseph (1-10 interest) | | 3 10 |
| 434 | Ladley, Peter, (1-10 interest) | | 4 09 |
| 160 | Reed, Collinson | | 25 38 |
| 211 | Shoemaker, James | | 2 12 |
| 212 | Stewart, Walter, (1-10 interest) | | 1 99 |
| 56 | Tybout, Andrew | | 4 97 |
| | **LeROY TOWNSHIP.** | | |
| 199 | Adlum, John | | 9 00 |
| 237 | Biddle, M. J. | | 10 65 |
| 432 | Biddle, N. J. | | 19 80 |
| 440 | Barton, John, Sr. | | 19 80 |
| 150 | Boynton, Peter | | 6 75 |
| 91 | Biddle, Clement | | 4 92 |
| 403 | Boyd, John | | 18 14 |
| 348 | Grayden, Andrew | | 15 67 |
| 290 | Gratz, Hiram | | 14 85 |
| 333 | Gratz, Bernard | | 14 98 |
| 230 | Gratz, Simeon | | 10 35 |
| 444 | Henry, Joseph | | 44 96 |
| 410 | Haines, Josiah | | 44 28 |
| 486 | Pennington, Benjamin | | 21 87 |
| 311 | Patton, John | | 13 89 |
| 227 | Reed, Collinson | | 10 27 |
| 55 | Reed, Collinson | | 6 31 |
| 452 | Shoemaker, James | | 20 35 |
| 257 | Simons, James | | 11 61 |
| 47 | Simons, James | | 6 75 |
| 171 | Beck, Henry | | 17 63 |
| 160 | Graff, John | | 16 20 |
| 380 | Dundass, Thomas | | 38 48 |
| 291 | Biddle, James | | 20 44 |
| | **MONROE TOWNSHIP.** | | |
| 17 | Cunningham, D. H., (1-10 interest) | | 04 |
| 57 | Moore, John | | 1 24 |
| 144 | Stewart, Walter, (1-10 interest) | | 32 |
| 45 | Woodruff, Hannah | $ 1 10 | 1 01 |
| | **OVERTON TOWNSHIP.** | | |
| 370 | Betz, John | | 12 08 |
| 368 | Betz, James | | 131 24 |
| 104 | Cooley, Henry | | 3 54 |
| 200 | Castator, George | | 6 80 |
| 273 | Erwin, Richard | | 31 70 |
| 10 | Elms, Marcy | 38 | |
| 354 | Fritz, Samuel | | 12 04 |
| 258 | Fritz, John | | 8 28 |
| 437 | Hardy, Samuel | | 29 71 |
| 437 | Hardy, James | | 14 86 |
| 282 | Hiltzheimer, Jacob | | 38 35 |
| 400 | Hampton, Jonathan | | 13 60 |
| 100 | Ladley, Andrew, (1-10 interest) | | 34 |
| 400 | Moore, John | $1 14 | 94 |
| 400 | Seeley, Henry | | 27 20 |
| 400 | Seeley, Peter | | 13 60 |
| 382 | Seeley, Josiah | | 26 08 |
| 30 | Tybout, Andrew | | 1 02 |
| 25 | Tybout, Andrew | | 86 |
| 50 | Woodruff, Hannah | $ 2 06 | 1 70 |
| 400 | Haines, John F., (owner) | | 17 63 |
| 376 | Haines, John F., ((owner) | 33 44 | 12 78 |

Treasurer's Office, Towanda, Pa., April 9, 1908.

**W. F. WATERS, County Treasurer.**

# Reporter Journal
## BRADFORD REPUBLICAN

TOWANDA, PA., THURSDAY, APRIL 16, 1908.    VOL. XXIV. NO. 16

## A WILFULL KILLING

### Salvatori Biondi Deliberately Murdered Lingi Biondi.

### SO SAYS THE CORONER'S JURY

Threatened to Kill, Singled Out His Victim, Shot Him Dead and Then Tried to Kill Father of Murdered Man.

# SENATORIAL CONTEST IS IN DOUBT

## PRATT DEFEATS WILT FOR CONGRESSIONAL NOMINATION

## DEAN FOR SHERIFF--MOORE FOR TREASURER.

### Foyle Wins Nomination for Register and Recorder Over Hoffman by Small Majority--Commissionership Won by Marsh and Bird.

### Mills and Moscrip Are the Legislative Nominees.

#### THE REPUBLICAN NOMINEES.

## ONLY OFFICIAL COUNT WILL TELL

### Unofficial Figures Place Shields in the Lead by Five Votes.

### NEITHER CANDIDATE CERTAIN

## SEE-SAW WITH PIANO.

## FROM NEARBY PLACES

### What is Occuring in Many Town Hereabouts.

#### WAYNE COUNTY JAIL EMPTY

**JOINT EXHIBIT**

**13**

**Commonwealth of Penn. v. Thomas E. Proctor Heirs Trust et al.**

**No. 1:12-cv-1567**

REPORTER-JOURNAL AND BRADFORD REPUBLICAN.

TOWANDA, PA., APRIL 16, 19...

## ULSTER.

The Ladies' Aid society of the Presbyterian church will give an Easter supper in the church parlors on Thursday, April 16. Price 25 cents.

Miss Josephine Gore entertained a few of her friends at the home of E. J. Sherman, Saturday evening in honor of her sister, Miss Luella Gore, and Miss Mabel Merrick.

C. D. Lindley and family of Elmira, have recently moved into the house on Second street owned by Wm. Grey.

The four months' old son of Mr. and Mrs. Leon McKinney died Friday morning of pneumonia.

Mrs. J. C. Mather was shopping in Towanda Monday.

M. E. Evans and family have moved into their new house on Smithfield street.

Miss Edna Mather spent part of Wednesday and Thursday in Ithaca.

Mr. and Mrs. H. H. Bowman and Miss Emma Smith came down from Buffalo Saturday for a few days' visit with relatives.

George Matthews is home from Mansfield.

## LEONA.

Mr. W. J. McMahon is in Smithfield caring for her granddaughter, Hester Burdette, who has been ill with pneumonia.

Mrs. Laura Strange and daughter Sophia, of Sylvania, visited Saturday at James Kennedy's.

Fred Hooker is able to be around the house, after an attack of the grip.

Mrs. Ben Leonard still continues seriously ill. Mrs. Theodore Kenyon and Mrs. English, her sister from Frenchtown, are caring for her.

Carleton Ridgers Baker, the three years old grandson of A. T. Griffith, is recovering from an attack of pneumonia.

Miss Daisy Doane closed a very successful term of school on Wednesday last, and Daisy Kennedy at the lower school on Friday.

## SYLVANIA.

Jack Smith and wife, both died of pneumonia at Mainsburg. Mrs. Smith died Friday and was buried Monday. Mr. Smith died Sunday and his funeral was held Wednesday at Mainsburg.

The Ladies' Aid society held at the P. O. J. hall Saturday night. The program will be given...

[text illegible]

## WEST FRANKLIN.

There will be an Easter supper at the Grange hall Saturday evening, April 18. All members of the Grange and their families are requested to be present. Everybody bring plenty of eggs and other cake or biscuit.

The L. C. O. F. of West Franklin, will celebrate the birth anniversary of the order by having services at the Christian church April 26, at 2 p.m., conducted by Rev. Mrs. Allen.

The Towanda Valley Mail association have recently made great improvements in the Grange hall by repainting and repapering the lodge room.

An unusually large vote was polled at the primary election. H. R. Burroughs, candidate for county auditor, received a large majority of the votes cast for auditor, which shows the standing in his community.

J. S. Scott's mill has resumed business again after being idle since the Wall street panic. M. C. Burroughs has charge of the power department.

There will be an entertainment and supper at the M. E. church Friday evening, April 17.

## NEW ALBANY.

Charles Meredith was up from Monroeton on business last Thursday.

John E. Silvara was in Scranton on Friday.

Miss Pearle Lang and Mrs. Ed Vandyke have been ill.

The ladies of the M. E. Aid society met with Mrs. Billings on Wednesday for supper.

Thos Monroeton also played a return game of baseball on Saturday. There was no game in favor of the visiting team, 10 to 4.

W. E. Franke was home from New York on Saturday.

George Strahle whose home is near New Era had two fingers of his left hand amputated while cutting brush one day last week.

Charles Bender has moved to Towanda.

Mrs. Joseph Cairns and little child, are home from Venango county, visiting the lady's parents, Wm. Wood and wife.

George I. Hinverly was down from Sayre on Saturday.

## NORTH HOME.

Norman Card of Borie, Pa., is spending some time with friends here.

John Baxter was doing business in Ulster Wednesday.

There will be a sugar party at Myron Osborne's Monday night, April 20, for the benefit of the pastor, Rev. Pt J. Niles. Everybody is cordially invited.

Easter services will be held at the school house in this place next Sunday evening. A fine program will be rendered.

Those who took dinner at Orin Durland's last Thursday were Mr. and Mrs. Aaron Pollock of Windham, Mr. and Mrs. Arnold Hastings of Borie, Pa., John Baxter and wife and Norman Card of Porter county.

## SACO.

Rev. and Mrs. W. H. Eastelle of Ulster, spent Tuesday at J. P. Vandyke's.

Mr. and Mrs. George Heath moved to Hornbrook last week, where he has employment in a saw mill.

Mr. and Mrs. Earl Lewis and Sam Morrison of Ulster, and Miss Ethel Olmstead of Athens, were callers at this place Monday.

Miss Belle Presnall closed a successful term of school at Luthers Mills Friday.

Miss Mary Howie is visiting relatives in South Towanda.

The warm sugar social was quite well attended, receipts, $10.

Mrs. Frank Hoffman and son of Towanda, are visiting at R. A. Pearsall's.

## TYRRELL.

Ray Strope returned on Saturday from Wilmington, Vt., where he spent the winter.

Vernon Tyrrell and daughter, Mrs. L. H. Seton, visited Mrs. J. R. Eastman at the Sayre hospital Tuesday last.

Mrs. Walter Nelson and Mrs. Stan-

## GROVER.

Mr. and Mrs. W. Wilcox of LeRoy, were the guests of Mr. and Mrs. Joe White Sunday.

Mrs. A. J. Rathbun and her milliner, Miss Lily Palmer, went to Elmira on business last week.

The school children of Grover, under the superintence of their teachers, Frank Riley and Miss Grace Owen, gave a very fine entertainment in the Disciple church last Wednesday night. Mr. Riley and Miss Owen have conducted a very successful term of school and seem to have satisfied both parents and pupils.

Mr. and Mrs. James H. Eastgate are in Elmira.

Quite a number of Grover people went on Friday last on an excursion to Washington. Among the number were Frank Riley, Miss Grace Owen, Mrs. Augusta Vermilya and Miss Etta Boyce.

Dwight Comstock has returned from Elmira, where he has been a student in a business college.

The D. O. S. of A. gave a warm sugar party in their hall Saturday night.

B. V. Newell had a cow last week.

Miss Edith Wright, who has been visiting her sister, Mrs. Herbert Browning, returned to her home in Roaring Branch on Thursday.

Charles McCarthy of Muncy, spent Sunday with his parents here.

## TERRYTOWN.

Will Hassell of West Point, spent Monday at B. R. Terry's.

B. M. Bowman and family have moved from Vitol Hill to Wyalusing.

Frank Shultz returned last week from a visit with friends in New York state; he also was in Buffalo and Niagara Falls.

Ethel Layman is attending the Spring term of school at Mansfield.

Mrs. Almeda Terry's home is occupied by Mr. and Mrs. Colyer. Mr. Colyer is overseeing a lumber job for his father, George W. Culver of Forty Fort.

[text illegible] spent several days last week with their sons in Athens.

Mr. and Mrs. B. R. Terry visited her mother at Evergreen Sunday.

Mr. and Mrs. F. H. Owen spent Sunday at Silvara.

## DURELL.

Miss V. Isabelle Ott closed a very successful term of school last Thursday and returned to her home at Towanda. Those neither tardy nor absent for the entire term were Martin Acla, Stephen Nelley and Alfred Nelley.

Mr. and Mrs. Brenton Zerick made a business trip to Towanda on Friday.

Miss Sadie E. Ackley, who has been teaching the Frenchtown school for the past term, returned home Saturday.

Miss Josie Prickle of Towanda, is spending the week with friends here.

Miss Ethel Ott visited her sister a few days last week.

## EAST TOWANDA.

L. C. Aldrich and daughter, Miss Julia, of Watsontown, are visiting relatives and friends here.

The Social club will meet with Mrs. Walter Horton for dinner on Thursday.

Mrs. Emma Bower of Colley, has returned home after spending a few days with her sister, Mrs. Charles Hopkins.

Pearce White has returned to Wilkes-Barre.

Mrs. B. W. Ransom of Ghent, spent Saturday and Sunday at Walter Horton's.

Mr. and Mrs. Oliver Goodwin and son, James, spent Sunday at Wysox.

M. W. Parker is treating his house to a coat of paint.

## FRANKLINDALE.

Roy Lobb of Wyalusing, visited at Melvin Rhine's last week.

Mr. and Mrs. Richard Cranmer of Driftwood, are visiting Harry Cranmer.

[text illegible] Young has moved in Mahlon Rockwell's house on Craton Hill and Martin Green has moved to West Franklin.

## WEST HILL.

Miss Gertrude Newcomer, who is attending school in Elmira, is spending her Easter vacation with her parents here.

Miss Alice Lawlor of New York, spent last week with her aunt, Mrs. Maggie Sydney.

The young people of the M. E. church at Wellsburg, will give an entertainment, "The Old Maid's Convention," on Wednesday evening, April 15.

Special services were held in the Baptist church at Wellsburg all last week, the Rev. T. W. Carter, pastor of the church, was assisted by Rev. Mr. Emerson of Reading Centre.

Mrs. Sarah Stringer, who has been spending the Winter with Rev. and Mrs. T. W. Huff in Troy, N. Y., is about to move from Elmira to her old home on Terrace avenue, Wellsburg.

Miss Mary Sydney of Owego, spent her Easter vacation with her parents here.

Rev. T. W. Carter and Rev. Mr. Emerson took dinner at Richard Colwell's on Wednesday and made several calls.

P. D. Hanlon will begin his new house, having finished sawing the lumber.

Mrs. Emma Colwell has returned home, after spending some weeks with her son, Frank Colwell, in Catlin.

## WESTON.

Miss B. F. Cox was called to New Albany, Sunday by the serious illness of her brother, W. Z. Wanck.

Mrs. Zole Thurston has returned to Towanda after caring for Mrs. Pearl Northrup the past two weeks.

Mr. and Mrs. Solon Spencer of Franklindale, and Burt Brown of Powell, spent Sunday at R. F. Cox's.

John Thurston of Powell, has moved on Frank Hancock's farm.

Avila Watkins has purchased a fine driving team.

M. McClure is spending some time with relatives in Towanda.

[text illegible]

## BUMPVILLE.

Mrs. Rockwell and two children of Lestershire, are visiting at the home of L. K. Cowell.

John Cotton and Miss Clara Cotton of Vawter, and Mrs. Mayne Thompson of Athens, visited at A. E. Arnold's on Sunday.

There will be a warm sugar party at the home of A. E. Arnold Friday evening, April 17. Everybody is cordially invited.

As this was a surprise party, Mr. Richards feels thankful to the friends and neighbors in general, who would have helped had they known in time.

## WARNHAM.

May Darling of Little Meadows, is assisting Mrs. R. L. Beardslee with her housework.

Nellis and Genevieve Dewing spent Sunday in Binghamton.

There will be a social at the home of Mrs. Anna Young Tuesday evening, April 21; everybody come.

Ralph Beardslee and son Russell returned from New York Tuesday. Mrs. Beardslee is doing as well as can be expected.

## LeRoy.

Mr. and Mrs. L. Churchill have been visiting at East Canton and Canton during the past week.

Many pints of liquor are alleged to have been distributed on Saturday last presumably in the interest of a certain candidate for a county office. Did the constable make a note of it?

Mrs. Louise Jones and son, Thomas, of Sayre, are visiting at the lady's parents.

Ernest Mason of Sayre, has made preparations to locate on the Robert Mason farm one mile southeast from Canton.

Mr. and Mrs. Charles Robinson have returned from a winter's visit at Philadelphia.

Louis Kelly, who has been seriously ill, is now convalescent and in a fair way to recovery.

Mr. and Mrs. Clinton McCraney of Sayre, have been visiting relatives here during the past week.

Mr. and Mrs. Truman Morse of Elmira, are visiting their parents, Mr. and Mrs. S. B. Morse.

Mr. Crum, the artist, and lady are stopping at H. K. Mott's.

## DOTY HILL.

Mrs. Jane Ameleb of Gillett, is spending a few days with her daughter, Mrs. Herman Wood.

Mr. and Mrs. Claude Andrus and Mrs. Daisy Newell of Gillett, were guests of Mr. and Mrs. Frank E. Campbell Sunday.

Mrs. Belle Dewey of Elmira, spent Sunday at home.

Erwin Brown was a caller at William Easton's Sunday.

Merton Halstead and wife began housekeeping last week on the Bentley Creek road, in the house owned by Hiram Youngs.

Mrs. William Easton and Miss Ethel Crane called on Miss Rogers at Wellsburg Thursday.

Mattie Coleman of Wellsburg visited friends on the hill Saturday.

Stickley-Brandt Furniture is the kind that serves the longest and best.

Only $19.60

For this excellent Chamber Suit in finely selected golden Oak...



For five hundred more designs of handsome and well-made Furniture, see our factory-price catalogue. Free on request.

STICKLEY BRANDT FURNITURE CO.
BINGHAMTON, N. Y.

## Treasurer's Sale of Unseated Lands.

In pursuance of the several Acts of Assembly having reference to the assessment of taxes upon unseated lands in the Commonwealth of Pennsylvania, and the sale of the same for the non-payment thereof, the undersigned, Treasurer of Bradford County, will expose to public sale at the Court House in the Borough of Towanda, on the second Monday of June next, being

JUNE 8, 1908...



JA463

...nius Roeser of Colley, has ...ed home after spending a few ... with her sister, Mrs. Charles ...pkins.

Payne White has returned to ...ilkes-Barre.

Mrs. R. W. Ransom of Ghent, spent ...turday and Sunday at Walter Horn's.

Mr. and Mrs. Oliver Goodwin and ...n, James, spent Sunday at Wysox.

M. W. Parker is treating his house ...a coat of paint.

### FRANKLINDALE.

Mrs. Dr. Lautz of Wyalusing, visit...at Melvin Shiner's last week.

Mr. and Mrs. Richard Cranmer of ...iftwood, are visiting Harvey Cran...er.

Till Young has moved in Mahlon ...ockwell's house on Crayton Hill and ...artin Green has moved to West ...anklin.

Earl Sickler and Robert Camp of ...owell, visited at Horace Bacon's on ...nday.

The pastor of the M. E. church will ...each a special Easter sermon next ...nday at the regular service.

returned from New York Tuesday.

Mrs. Beardslee is doing as well as can be expected.

...burg Thursday.

Mattie Coleman of Wellsburg visited friends on the hill Saturday.

## Treasurer's Sale of Unseated Lands.

In pursuance of the several Acts of Assembly having reference to the assessment of taxes upon unseated lands in the Commonwealth of Pennsylvania, and the sale of the same for the non-payment thereof, the undersigned, Treasurer of Bradford County, will expose to public sale at the Treasurer's Office in the Borough of Towanda, on the second Monday of June next, being

**JUNE 8, 1908.**

at 1 o'clock p. m., the several tracts under the following names, warrantee or owners, unless prior payment of taxes and interest at 6 per cent, interest thereon be made. Interest will be collected from January 1, 1907, on 1906 taxes; and from January 1, 1908 on 1907 taxes. Also 50 cents will be collected on each tract for advertising:

| No. Acre. | WARRANTEES. NAMES. | 1906. | 1907. |
|---|---|---|---|
| | **BARCLAY TOWNSHIP.** | | |
| 234½ | Adlum, John | | $ 37 63 |
| 202 | Biddle, Mark J. | | 18 99 |
| 150 | Biddle, William | | 2 35 |
| 150 | Biddle, James | | 29 70 |
| 433 | Barrow, John, Jr. | | 46 72 |
| 96 | Cunningham, D. H. (1-10 interest) | | 45 |
| 244 | Erwin, Richard | | 39 53 |
| 23 | Groff, John | | 2 17 |
| 20 | Hiltzhelmer, Thomas | | 2 82 |
| 157 | Hiltzhelmer, Jacob | | 14 76 |
| 40 | Hiltzhelmer, Robert | | 3 76 |
| 238 | Ladley, Andrew (1-10 interest) | | 2 23 |
| 100 | Ladley, Andrew (1-10 interest) | | 2 35 |
| 30 | Ladley, Joseph (1-10 interest) | | 26 |
| 330 | Ladley, Joseph (1-10 interest) | | 3 10 |
| 434 | Ladley, Peter (1-10 interest) | | 4 09 |
| 160 | Reed, Collinson | | 25 38 |
| 211 | Shoemaker, James | | 19 53 |
| 212 | Stewart, Walter (1-10 interest) | | 1 99 |
| 56 | Tybout, Andrew | | 4 97 |
| | **LEROY TOWNSHIP.** | | |
| 199 | Adlum, John | | 9 00 |
| 237 | Biddle, M. J. | | 10 65 |
| 432 | Biddle, W. M. | | 62 21 |
| 440 | Barron, John, Sr. | | 19 80 |
| 150 | Boynton, Peter | | 6 75 |
| 91 | Biddle, Clement | | 4 92 |
| 403 | Boyd, John | | 18 14 |
| 348 | Grayden, Andrew | | 15 67 |
| 290 | Gratz, Hiram | | 14 85 |
| 333 | Gratz, Bernard | | 14 98 |
| 230 | Gratz, Simeon | | 10 35 |
| 444 | Henry, Joseph | | 44 96 |
| 410 | Haines, Josiah | | 44 22 |
| 486 | Pennington, Benjamin | | 21 87 |
| 341 | Patton, John | | 15 39 |
| 227 | Reed, Collinson | | 10 27 |
| 35 | Reed, Collinson | | 6 81 |
| 452 | Shoemaker, James | | 20 35 |
| 257 | Simons, James | | 11 61 |
| 47 | Simons, James | | 6 73 |
| 174 | Beck, Henry | | 17 62 |
| 160 | Graff, John | | 36 20 |
| 380 | Dundass, Thomas | | 38 48 |
| 201 | Biddle, James | | 29 44 |
| | **MONROE TOWNSHIP.** | | |
| 17 | Cunningham, D. H. (1-10 interest) | | 04 |
| 55 | Moore, John | | 1 34 |
| 144 | Stewart, Walter (1-10 interest) | | 52 |
| 45 | Woodruff, Hannah | $ 1 10 | 1 01 |
| | **OVERTON TOWNSHIP.** | | |
| 370 | Betz, John | | 12 58 |
| 308 | Betz, James | | 131 34 |
| 104 | Cooley, Henry | | 8 80 |
| 200 | Castator, George | | 8 80 |
| 273 | Erwin, Richard | | 31 70 |
| 10 | Ellis, Marcy | 38 | |
| 354 | Fritz, Samuel | | 12 04 |
| 258 | Fritz, John | | 8 78 |
| 437 | Hardy, Samuel | | 29 77 |
| 437 | Hardy, James | | 14 86 |
| 282 | Hiltzhelmer, Jacob | | 38 53 |
| 400 | Hampton, Jonathan | | 13 60 |
| 100 | Ladley, Andrew (1-10 interest) | | 42 |
| 30 | Moore, John | $1 14 | 1 02 |
| 400 | Seeley, Henry | | 27 20 |
| 400 | Seeley, Peter | | 13 60 |
| 382 | Seeley, Josiah | | 25 68 |
| 30 | Tybout, Andrew | | 1 02 |
| 25 | Tybout, Andrew | | 86 |
| 80 | Woodruff, Hannah | $ 2 06 | 1 70 |
| 204 | Haines, John F. (owner) | 17 63 | 16 75 |
| 876 | Haines, John F. ((owner) | 33 44 | 12 18 |

Treasurer's Office, Towanda, Pa., April 9, 1908.

W. F. WATKH..., ...

## ROWE'S
## Blood Syrup

Contains the medicinal prop-ties of the following drugs,

Sarsaparilla Root,
Queens Root,
Blue Flag,
Turkey Corn,
Burdock Root,
Pusiseroa,
Coriander Seed,
Prickley Ash Berries,
Buckthorn Bark,
Colchicura Seed,
Gentian,
Senna,
Iodide of Potash.

The above well known drugs ...e represented in

## ROWE'S
## Blood Syrup

An Ideal Spring Medicine

## ...URNER'S DRUG STORE

...resent Proprietorship Since 1872.
...th 'Phones.                 Towanda, Pa.

013-003

JA464

# Reporter and Journal

## BRADFORD REPUBLICAN



TOWANDA, PA., THURSDAY, APRIL 23, 1908.

VOL. XXIV. NO. 17

---

## FRAUD IS CHARGED

### Sayre Ballot Boxes to be Brought Into Court.

**ANOTHER SENATORIAL CHAPTER**

Court Has Issued an Order on Request of Requisite Number of Electors, for the Bringing in and Opening of Ballot Boxes.

Fraud is charged in the primaries held in Sayre borough on Saturday, April 11, and an order has been issued by Judge Fanning for the bringing in of the ballot boxes of the First, Second, Third and Fourth wards of the shop town.

The requisite number of electors presented a petition to the county commissioners setting forth that a fraud was committed in the several wards of Sayre, and asking that a recount be made of the ballots cast in the uniform primaries. The commissioners laid the matter of the elector' petition before the court and an order has been issued accompanying William T. Carey and Steven P. Nelson, justices of the peace of Sayre and custodians of the ballot boxes to bring them into court for opening and recounting of the votes.

Sheriff Griffin served the orders upon Messrs. Carey and Nelson and the ballot boxes are to be brought in and opened at once. D. E. Kaufman and Lilley & Wilson represent Moxen Shields, one of the senatorial candidates.

This will add another chapter to the now celebrated senatorial contest, which at present stands 52 in favor of Shields.

In Susquehanna County.

Crowe and Shields are both in Susquehanna county, where ballot boxes are being opened and recounts made. The end of the contest is not yet in sight.

---

## SIX LABORERS KILLED

### Engine Ran Away on Laquin Lumber Company's Railroad.

**DEAD ARE ALL FOREIGNERS.**

Engine and Flat Car Dashed Down Steep Grade and Were Derailed—Injured Taken to the Williamsport Hospital on Special Train.

Four foreign laborers were killed outright, two fatally injured and ten others injured to become able their removal to the Williamsport hospital by the running away of a locomotive on the Laquin Lumber company's railroad, near Whalen, at 8:15 yesterday morning.

A party of 25 laborers with their baggage were loaded upon a flat car to be transported from one lumber camp to another yesterday morning. The lumber company's large directionneted engine was derailed for the job, and it was when coming down the steep grade of the Barclay mountain near Whalen that the car caught an edge broke or worked out and the locomotive ran away down the hill for a distance of about half a mile.

The flying engine and car, with the car in front, struck the derail which loosed some 200 feet from the main track, and the car with the men upon it were hurled against the bank. The locomotive did not leave the rails, and as the mass of men rolled from the bank upon the track the ponderous machine plowed through the mass killing and maiming. One of the four killed outright had his head completely severed from his body. The others were badly mangled.

A special train took the injured to the Williamsport hospital. Of the nine or ten men injured badly enough to necessitate hospital treatment, all were more or less bruised. Smith Gardner, the Towanda undertaker, was directed to go to Laquin on the afternoon train with at least six caskets.

None of the locomotive crew were injured in the least, and in a few minutes the locomotive was again in service. The road upon which the accident occurred is owned and operated entirely by the Laquin Lumber company, and runs from a point just beyond Whalen to the top of the mountain near Burbank pond.

**WORK OF GRAND JURY.**

Three More Indictments Returned—

---

## BRADFORD COUNTY HAS A MURDER MYSTERY

### ROSS CAPTURED.

Italian Who Jumped Bail in Towanda, Is In Custody In Boston.

Chief of Police Miller Monday night received a message from Thomas Waltz, chief inspector of police of Boston, Mass., stating that he had captured and was holding Tony Ross, the Italian shoemaker who recently jumped bail in Towanda. It will be remembered Ross moved from Owego to Towanda where he opened a shoe shop on South Main street. He had only got nicely located when an Erie detective came to Towanda and caused his arrest on the charge of robbing Erie freight cars at Owego. He was placed in the county jail to await requisition papers, and during the interim was released on bail.

Shortly after getting out of jail Ross moved his household goods to Montonton from which place he slipped back to Boston. The Boston police were notified and Inspector Waltz went to work on the case and while he was working to a great disadvantage, kept at the task until yesterday when he located Ross among the thousands of Italians in Boston and caused his arrest.

Chief Miller leaves today for Boston and will bring Ross back where he is wanted for jumping his bail. Sheriff Kirk of Owego, was in Towanda one day last week with requisition papers for taking Ross back into New York state, only to find him missing. Ross will be brought back to Towanda where he will be turned over to Sheriff Kirk.

### Grand Jury.

The following Bradford county citizens have been summoned to serve on the grand jury this week:—

Benjamin Daniel T., Athens Boro., 3d w
Baxter Seth R., Springfield Twp....Farmer
Beardslee Edgar H., Troy Twp., 1st w
Coons Giles M., Canton Boro...Manufacturer
Calkins J. E., Burlington Twp....Butcher
Crane Ward J., Sayre Boro, 1st w...Clerk
Dugan Magard E., Alba Boro...Farmer
Curtis William, Orwell Twp....Farmer
Drake Robert B., Monroe Boro...Vendor
Decker Frederick H., North Creek Twp.
                                     Farmer
Dewers Patrick H., Herrick Twp....Farmer
Fowler William, LeRoy Twp....Miner
Fairchild C. Myer, Towanda Boro, 2d w
Keeler John C., Wyalusing Boro...Farmer
Harrington Miles, Athens Twp....Laborer
Miller Shay, New Albany Boro...Farmer

---

## WHO IS THE VICTIM?

### Coroner and Jury Say Man Was Murdered and Body Dissected.

**WAS BURIED IN QUICKLIME.**

High Water Washed Away Covering of Lime Before It Loosed Completely Obliterate Remains—Body Is That of White Man, Past 35 Years of Age.

A dissatisfied crime has been committed within a stone's miles of Towanda and Bradford county has a murder mystery equal to the grewsome which in years gone by baffled police and detectives of the great cities.

The famous Guldensuppe murder of New York city which a few years ago was the talk of the civilized world, was not one whit more fiendish and horrible in its detail than is the one brought to light by the finding of the dissected body of a white man, buried in quicklime and concealed beneath a bank of earth near the St. and N. Y. railroad bridge at Monostown, between Monroeton and Powell, Sunday evening.

There is not a particle of doubt but what the man was murdered and an attempt made to conceal the crime by the burial of the remains, after dissection, in quicklime, the complete work of obliteration only being prevented by the waters of Towanda creek.

### Coroner's Inquest.

Dr. J. C. Lee of Camptown, coroner of Bradford county, was in Monroeton Tuesday, and conducted an inquest. The following were empanelled and sworn as jurors: Dr. T. Dan Johnson, William Tyson, Anson Laloy, Raymond Jones, Russell Biddle, and Custer Miller. After viewing the remains and hearing the testimony of Fred Cranmer, the man who made the grewsome discovery, H. H. Hendley, H. R. Bentley, E. J. Cranmer, Dr. O. H. Rockwell, Albert Mingos, and E. R. Booth, the jury rendered a verdict that the man came to his death at the hands of parties unknown.

**Post Mortem.**

Dr. Lee, assisted by Dr. T. Dan Johnson, conducted a post mortem examination of the remains which satisfied the coroner beyond any doubt that the man was murdered and his body buried in quicklime.

---

## SHIELDS 52 AHEAD.

### Opening of Hallstead Ballot Box Discloses Big Error.

**PLACES ARE CHANGED AGAIN**

Sensational Development in the Senatorial Contest—Crowe Credited With Sixty-Three More Votes Than He Received in One Precinct.

Moxen Shields of Nicholson, Wyoming county, again leads William Crowe of Sayre, in the race for the Republican senatorial nomination. Mr. Crowe started the second week of the contest with 11 votes to the good, but now the deadlock had dissolved into darkness, Monday, Mr. Shields again took the lead, having a majority of 52.

How 'Twas.

This is how 'twas. Over in Susquehanna county the correctness of the returns in several districts was questioned by Mr. Crowe, and on an order from the court, the doubtful ballot boxes were taken to Montrose, and while the Hallstead ballot box was opened late yesterday afternoon, it was found that Mr. Crowe had been credited with 63 more votes than he received in that precinct. This cut down his lead in the three counties just 52, and placed Shields on top with 52 for balance.

There are 12 more ballot boxes in Susquehanna county to be opened and there is no telling what other changes will be made before the week ends.

The chances are that every ballot box in the entire twenty-third district will be opened and six timing played in court before the nomination is finally settled.

### Galant to No Avail.

On Friday night a jury in court at Corning brought in a verdict of "no cause of action" in the Lalau vs. Lane case, thereby refusing to grant either Dr. Lane or Mrs. Lane a divorce. Saturday an interesting correspondence began between the lawyers for the different parties. The divorce suit recently commenced by Mr. Corney and betrayed of her once more return to his home, where a hearty welcome awaits her. On the other hand, Mrs. Lane, through her attorney James O. Sebring, refuses Dr. Lane's gallant offer, and tells the doctor that she has no intention of conceding and forgiving his offense or of returning to him. The Lanes are prominent Corning people and their domestic troubles

---

## FROM NEARBY PLACES

### What is Occuring in Many Town Merchants.

**PROGRESSIVE LUZERNE COUNTY**

Seventeen Divorces Handed Down by Lackawanna Court in One Day—Rose Ball Interest is Awakening in Canton Village.

Mrs. Herman Griffith of Ulster, who has been visiting 42 for a long time, was operated upon Tuesday for the typhoid fever, assisted by Dr. Campbell of East Smithfield. The operation was a success, and the lady's recovery is assured.

Baseball interest is awakening in Canton. In a few weeks the teams of the Bellaire, Gleckner, Sheldon and Clench factories, together with the aids, will line up for a silver cup.

The recent Luzerne county grand jury was a progressive body of men in its report filed on Saturday morning a recommendation for the erection of a county road between Wilkes-Barre and Pittston, the purchase of the Wilkes-Barre North street bridge, the erection of a soldiers' monument at a cost of $150,000 and the removal of the Nanticoke dam.

The Harleton authorities have determined to stop Sunday selling on the cars of small dealers in that city, telling laundry to a street fact which was engendered during the marketing of a crew last Sunday. The initial law will be invoked if necessary.

Forest fires between Wilkes-Barre and White Haven, on Monday, ran over a large tract of woodland and threatened the destruction of Oliver's now-dry mill at Laurel Run and the Sunday cottages of a number of Wilkes-Barre people, on Wilkes-Barre

Mary Fennell, the well known Elmira athlete has been barred from playing on the University of Pennsylvania base ball team by the Governor's actions. He was elected captain of the team this year, but will be compelled to resign and retire from college base ball. Fennell is well known in Towanda.

The Wilkes-Barre Aerie, Fraternal Order of Eagles, has organized a base ball club and will enter the leagues to be composed of teams representing the big cities in the eastern part of the state.

---

**JOINT EXHIBIT**

**14**

**Commonwealth of Penn. v. Thomas E. Proctor Heirs Trust et al.**

**No. 1:12-cv-1567**

## MECHANICAL COW MILKER

### Tests at State College Show That Automatic Dairymaids Are Alright.

These are progressive days, and the Pennsylvania farmer has not been standing idly by while the business and professional world have been moving forward. Latest of the inventions that is working would be beneficial to the dairymen is a patent cow milker that has been tested successfully at State College's school of agriculture.

The contrivance is not a product of the last year, but it has been put to a practical test within the last 12 months at State College by Prof. I. T. Mairs, head of the department of animal husbandry assisted by a class of aspiring farmer students.

There are six good reasons why a mechanical cow milker is worth while, according to the results of the experiments. One operator can milk more cows in the same time with less effort with a machine than by hand; in general, cows are milked cleaner by the automatic apparatus; there is no variation in the output; there is no injury to the animal; the cows remain healthy; the quality of milk from each cow remains constant.

These mechanical milkers are operated by a vacuum pump, which in the State College experiment was run by an electric motor. Each machine milks two cows at a time into a bucket. In the operation of the milker a tread-power or gasoline engine might be used quite conveniently.

Ten cows were selected from the State College herd with the idea of determining the relative quality of the milk of each animal. During four weeks the cows were milked by hand and then for the same length of time they were milked by the machine. With the exception of two cows, all were milked equally as clean with the machine as by hand.

From observation it was seen that machine milking was as comfortable for the cow as hand milking. In order to compare the flavor of machine milk with that drawn by hand samples were taken at regular intervals from the milk of each cow and tested. It was impossible to find any difference in flavor between machine-drawn and hand-drawn milk.

Results are of prime importance to the dairymen of Pennsylvania, compelled, as they are, to get their wagons on the street by sunrise if they are to meet the trade of the morning. Working men who keep a few cows for the supply of milk to their neighbors find it difficult to reach their cows and complete the milking in time to make high-speed money and it is to meet their needs that mechanical milkers have been devised.

### ORGANIZATION IS READY.

**Committees Have Been Named for Village Improvement Work.**

Following are the standing committees of the Towanda Village Improvement society for the year of 1908:

Street Committee—Mrs. A. M. Tilton, chairman; Mrs. L. M. Osborne, Mrs. George Biddeway, Mrs. M. J. Long, Mrs. W. V. Winter, Mrs. I. S. MacNeal, Mrs. George Decker, Mrs. Margaret Stevens, Miss Nelle Bryant.

Tree Committee—Mrs. S. H. Smith, chairman; Mrs. G. L. Terry, Mrs. J. A. Wilt, Mrs. G. E. Frost, Mrs. George Stevens, Mrs. George Decker, Mrs. H. P. Barnes.

Sanitary Committee—Miss M. P. Spalding, chairman; Miss Irene Davies, Mrs. M. M. Spalding, Mrs. A. D. Dye, Mrs. C. S. Rogers, Mrs. M. E. Lilley.

Membership Committee—Mrs. George Ridgeway, chairman; Mrs. R. A. Mercur, Mrs. Alice H. Tate, Mrs. L. M. Hall, Mrs. T. B. Johnson, Mrs. W. W. Hooker, Mrs. George Shores, Miss Louise Powell, Miss M. P. Blight.

Cruelty Committee—Mrs. C. S. Fitch, chairman; Mrs. C. P. Welles, Mrs. W. Patton Griffith, Mrs. R. T. Dodson, Miss Annie Griffiths, Miss Charlotte Moore, Miss Emma Griffin.

Children's Auxiliary Committee—Mrs. W. W. Rooker, Mrs. H. P. Newell, Mrs. L. P. Spalding, Mrs. J. H. Turrell, Mrs. Marion Schmauch, Miss Mary Gordon, Miss Mary Powell, Miss Helen Powell.

### Robes for Altar Boys.

At the Holy Thursday services in the Church of ...

---

## Only $1.47

For this handsome Dining Room Chair in golden QUARTERED OAK, hand rubbed and polished, wood saddle shaped seat, French legs, turned back spindles, front and back posts, brace front glued. Chair box measurements. A worth high-grade Dining Chair that almost retails for $3.00 and above. All chairs carefully packed and shipped freight charges prepaid for $1.47.

Why not buy from the manufacturer, same as dealers do. Send TO-DAY for our factory-price catalogue of Furniture. Free.

## STICKLEY-BRANDT FURNITURE Co.

BINGHAMTON, N. Y.



You need the "Stickley-Brandt" Furniture catalogue to keep posted on Furniture styles.

---

### THREATS TO MURPHY.

**New York State Democrats May Hide the Fall Convention.**

New York, April 21.—The protest of Democrats all over the state against the methods of Murphy and Conners in grabbing arbitrary control of the state committee is to be carried through the September primaries and into the regular state convention in the fall, which will nominate a full state ticket.

Threats were made that if Murphy and Conners in the regular convention in the fall resorted to the tactics that adopted at Carnegie hall last week there would be a bolt and an opposition state ticket in the field. A state committeeman from up the state who was chosen out last week said:

"No matter what Murphy and Conners say or try to do in the fall convention, they will enough last week to betray the notice of the party in the state..."

---

# DEEDS RECORDED.

**With Location of Lands, Names of Parties and Considerations.**

Towanda Twp—Nov. 17, 1906. John L. Carter; 140 acres, $1,750.
Tuscarora Twp—March 17, 1908. Ross I. Carter and others to Ella J. Westcott; 140 acres, $4,700.
Tuscarora Twp—March 30, 1908. John W. Lyon and wife to Fred E. Carter; 82 acres, $1,700.
Tuscarora Twp—March 18, 1908. F. I. Carter and wife to Dutton C. Cobb; 92 acres, $1,600.
Tuscarora Twp—March 20, 1908. Camilla M. and John W. Lyon to Frank E. Carter; 25 acres, $450.
Tuscarora Twp—April 1, 1908. F. E. Carter and wife to Clarence Montgomery; 25 acres, $250.
Terry Twp—April 1, 1908. Daniel Vanderpool and wife to Franklin H. Johnson; lots, $1,400.
Towanda Boro—March 20, 1908. Edward L. Smith and others to Dr. Francis Chaffee; lot, $7,000.
Towanda Boro. and Twp—March 26, 1908. Francis Chaffee and others to Edward L. Smith; 13 acres, $2,500.
Athens Twp—April 1, 1908. Eleanor G. Little to Frank E. Carter; 458 acres, $8,500.
Athens Boro—March 11, 1908. Mary R. Stockbridge to Estella G. Jordan; lot, $2,100.
Herrick Twp—Feb. 17, 1908. Mary Avery Smith to William L. Fuller; 49 acres, $560.
Wyalusing Twp—March 11, 1908. Matilda H. and Lewis W. Ross to Abram L. Tiffany; 13 acres, $1.
South Creek Twp—Aug. 31, 1906. Sheriff Bradford County to Annie Pomeroy Holcomb; 160 acres, $75.
South Waverly Boro—March 20, 1905. Guy M. Thompson and wife to Lewis H. and Estella A. Vought; lot, $1,550.
Canton Boro—March 27, 1908. Jas. H. Braun, Jr., and wife to Sarah S. Ross; lots, $2,750.
Canton Twp—Feb. 11, 1908. H. L. Rogers and wife to Elnora Lee; ¼ acre, $120.
Canton Twp—March 24, 1908. Elnora Lee to William H. Mason; 11 acres, 147 perches, $2,500.
Canton Boro—March 1, 1908. Sarah S. Ross to Elnora Lee; lot, $2,000.
Troy Boro—April 1, 1908. Justin J. Crawford to Nettie Brughton; lot, $1,500.
Tuscarora Twp—Feb. 12, 1908. Mary and L. W. Smith to Benjamin F. Carter; 15 acres, $300.
Towanda Boro—April 2, 1908. Nancy Morrison to Flossie B. and Horace K. Witter; lot, $1.
Orwell Twp—March 19, 1908. Sarah D. Sibley and others to Mina Allis; lots, $1,600.
Litchfield Twp—March 11, 1908. Sarah Jonette and W. H. Carner to John P. Struble; lots, $700.
Canton Twp—Sept. 21, 1907. R. F. Little and others to C. C. Brown; lot, $200.
Albany Twp—April 2, 1908. C. P. Lyon and wife to Frank F. Carson; lot, $3,500.
South Creek Twp—March 17, 1908. Elmer O. Dewey and wife to Maria Pantz; 121 acres, $1,500.
Columbia Twp. and others—April 1, 1908. Samuel F. Wilson and wife to William D. Canfield; 36 acres, 147 rods, $719.

### Professional Certificate Examinations.

An examination for the accommodation of candidates for professional certificates who have professional grades received from this year's examinations and still lack some subjects to complete the work, will be held at the office of the county superintendent, Friday, May 15, at 9 a. m. Should it be found necessary, the examination will be continued on Saturday. Herbert S. Putnam, County Superintendent.

### Enjoyable Dancing Party.

The second social event of the after Lenten season in Towanda was held in Beattie hall last evening, the occasion being a subscription dance. About 40 couples were in attendance and spent an enjoyable evening. The Germania orchestra furnished music.

---

# CASTORIA

The Kind You Have Always Bought, and which has been in use for over 30 years, has borne the signature of and has been made under his personal supervision since its infancy. Allow no one to deceive you in this.

All Counterfeits, Imitations and "Just-as-good" are but Experiments that trifle with and endanger the health of Infants and Children—Experience against Experiment.

## What is CASTORIA

Castoria is a harmless substitute for Castor Oil, Paregoric, Drops and Soothing Syrups. It is Pleasant. It contains neither Opium, Morphine nor other Narcotic substance. Its age is its guarantee. It destroys Worms and allays Feverishness. It cures Diarrhœa and Wind Colic. It relieves Teething Troubles, cures Constipation and Flatulency. It assimilates the Food, regulates the Stomach and Bowels, giving healthy and natural sleep. The Children's Panacea—The Mother's Friend.

## GENUINE CASTORIA ALWAYS

Bears the Signature of

*Chas. H. Fletcher*

## The Kind You Have Always Bought

In Use For Over 30 Years.

THE CENTAUR COMPANY, 77 MURRAY STREET, NEW YORK CITY.

---

### WILL MEET NEXT WEEK.

Next Wednesday, April 22, the special national convention of the National Protective Legion will be held in Buffalo. The same delegates will attend who represented their legions at the last regular convention, also held in Buffalo.

The exact methods used by the national officers and Actuary Abe Landis in figuring the $112.53 dividend declared for policies maturing in 1908 will be explained to the convention. Action will be taken then by the delegates.

At the headquarters in Waverly it is expected confidently that the $112.55 rate will be approved. If not, it is said the dividend for 1908 will be somewhere in the neighborhood of $75.

In the way of heavy reduction in dividends—$250 formerly was paid—and the caustic criticism of the N. P. L., it is said that over 1,200 policies were written in Class B in the month of March.

### Divorce Doings.

Nellie H. Parmenter has been granted a divorce from Brenton J. Parmenter on the grounds of desertion and cruelty. Subpoenas have been awarded in the cases of Eileen A. Decker vs. Roy Decker, and Blanch Michael vs. Jay Michael.

---

### HELD ON A THIRD CHARGE.

**Nicholson Justice of the Peace to Be Tried in Harrisburg.**

I. W. Billings, the Nicholson, Wyoming county, justice of the peace, who is charged with falsifying pension vouchers payable to veterans of the Civil war, was given a third and final chance for a hearing in the Scranton federal building before United States Commissioner E. R. W. Searle, the witnesses against him being a pensioner named Jeffers and his wife.

After testimony was handed in the commissioner held Billings in $300 bail on this charge also. There are now three separate and distinct charges against Billings. Billings will be tried before Judge Archbald in the circuit court, which will open on Harrisburg at the Spring sessions of May 4.

### Institute to Be Held.

An institute for adult workers with boys will be held in Spring Forge on April 27, and at York on April 28 and 29. The institute will be held under the auspices of the State Young Men's Christian association. An excellent program has been prepared. Charles B. Horton of Towanda is secretary of the Boys' Work Committee.

---

# Treasurer's Sale of Unseated Lands.

In pursuance of the several Acts of Assembly having reference to the assessment of taxes upon unseated lands in the Commonwealth of Pennsylvania, and the sale of the same for the non-payment thereof, the undersigned, Treasurer of Bradford County, will expose to public sale at the Treasurer's Office in the Borough of Towanda, on the second Monday of June next, being the

JUNE 8, 1908.

## Professional Certificate Examinations.

An examination for the accommodation of candidates for professional certificates who have professional grades received from this years' examinations and still lack some subjects to complete the work, will be held at the office of the county superintendent, Friday, May 15, at 9 a. m. Should it be found necessary, the examination will be continued on Saturday. Herbert S. Putnam, County Superintendent.

## Enjoyable Dancing Party.

The second social event of the after-Lenten season in Towanda was held in Eagle hall last evening, the occasion being a subscription dance. About 40 couples were in attendance and spent an enjoyable evening. The Germania orchestra furnished music.

## Getting It All In.

The prosecuting witness in the damage suit against the city was giving in his testimony.

"Now, then, Mr. Bleedem," said his lawyer, "you will please tell the jury where you were injured."

"On my knee, in my feelings and right in front of the city hall," rapidly answered the witness, fearing an objection on the part of the other attorney.—Chicago Tribune.

All the news while it is news.

Parmenter on the grounds of desertion and cruelty. Subpoenas have been awarded in the cases of Elleen A. Backer vs. Roy Backer, and Blanch Michael vs. Jay Michael.

mittee of the State Young Men's Christian association. An excellent program has been prepared. Charles B. Horton of Towanda, is secretary of the Boys' Work Committee.

# Treasurer's Sale of Unseated Lands.

In pursuance of the several Acts of Assembly having reference to the assessment of taxes upon unseated lands in the Commonwealth of Pennsylvania, and the sale of the same for the non-payment thereof, the undersigned, Treasurer of Bradford County, will expose to public sale at the Treasurer's Office in the Borough of Towanda, on the second Monday of June next, being

## JUNE 8, 1908.

at 1 o'clock p. m., the several tracts under the following names, warrantee or owners, unless prior payment of taxes and interest at 6 per cent. interest thereon be made. Interest will be collected from January 1, 1907, on 1906 taxes; and from January 1, 1908 on 1907 taxes. Also 50 cents will be collected on each tract for advertising.

| No. ACRE | WARRANTEES. NAMES. | AMOUNT OF TAXES. YEAR. 1906 | 1907 |
|---|---|---|---|
| | **BARCLAY TOWNSHIP.** | | |
| 234½ | Adlum, John | $ 37 63 | |
| 205 | Biddle, Mark J. | 18 99 | |
| 25 | Biddle, William | 2 35 | |
| 150 | Biddle, James | 20 70 | |
| 433 | Barrow, John, Jr. | 46 72 | |
| 96 | Cunningham, D H. (1-10 interest) | | 45 |
| 244 | Erwin, Richard | 39 53 | |
| 25 | Geoff, John | 2 17 | |
| 20 | Hiltzheimer, Thomas | 2 82 | |
| 157 | Hiltzheimer, Jacob | 14 76 | |
| 40 | Hiltzheimer, Robert | 3 76 | |
| 238 | Ladley, Andrew. (1-10 interest) | 3 23 | |
| 100 | Ladley, Andrew. (1-10 interest) | 2 35 | |
| 30 | Ladley, Joseph. (1-10 interest) | 28 | |
| 330 | Ladley, Joseph. (1-10 interest) | 3 10 | |
| 434 | Ladley, Peter. (1-10 interest) | 4 09 | |
| 160 | Reed, Collinson | 25 38 | |
| 211 | Shoemaker, James | 19 83 | |
| 212 | Stewart, Walter. (1-10 interest) | 1 99 | |
| 56 | Tybout, Andrew | 9 09 | |
| | **LEROY TOWNSHIP.** | | |
| 190 | Adlum, John | | |
| 237 | Biddle, M. J. | 10 65 | |
| 432 | Biddle, W. M. | 62 21 | |
| 440 | Barrob, John, Sr. | 19 80 | |
| 150 | Boynton, Peter | 6 75 | |
| 91 | Biddle, Clement | 4 92 | |
| 403 | Boyd, John | 18 14 | |
| 348 | Grayden, Andrew | 15 67 | |
| 290 | Gratz, Hiram | 14 83 | |
| 333 | Gratz, Bernard | 14 93 | |
| 230 | Gratz, Simeon | 10 35 | |
| 444 | Henry, Joseph | 44 06 | |
| 410 | Haines, Josiah | 44 28 | |
| 480 | Pennington, Benjamin | 91 87 | |
| 341 | Patton, John | 15 30 | |
| 227 | Reed, Collinson | 10 97 | |
| 35 | Reed, Collinson | 6 31 | |
| 452 | Shoemaker, James | 20 35 | |
| 257 | Simons, James | 11 61 | |
| 47 | Simons, James | 6 75 | |
| 174 | Beck, Henry | 17 62 | |
| 160 | Graff, John | 16 20 | |
| 290 | Douglass, Thomas | 38 48 | |
| 201 | Biddle, James | 29 44 | |
| | **MONROE TOWNSHIP.** | | |
| 17 | Cunningham, D. H. (1-10 interest) | | 04 |
| 55 | Moore, John | | 1 24 |
| 144 | Stewart, Walter. (1-10 interest) | | 32 |
| 45 | Woodruff, Hannah | $ 1 10 | 1 01 |
| | **OVERTON TOWNSHIP.** | | |
| 370 | Retz, John | | 12 35 |
| 308 | Retz, James | 131 24 | |
| 104 | Cooley, Henry | 3 54 | |
| 200 | Castafor, George | 8 60 | |
| 273 | Erwin, Richard | 31 70 | |
| 10 | Ellis, Marey | 38 | |
| 354 | Fritz, Samuel | 12 01 | |
| 258 | Fritz, John | 8 78 | |
| 437 | Hardy, Samuel | 29 71 | |
| 437 | Hardy, James | 14 86 | |
| 282 | Hiltzheimer, Jacob | 38 35 | |
| 400 | Hampton, Jonathan | 13 60 | |
| 100 | Ladley, Andrew. (1-10 interest) | | 34 |
| 30 | Moore, John | $1 14 | 1 02 |
| 400 | Seeley, Henry | 27 20 | |
| 400 | Seeley, Peter | 13 60 | |
| 382 | Seeley, Josiah | 25 98 | |
| 30 | Tybout, Andrew | 1 02 | |
| 25 | Tybout, Andrew | 86 | |
| 20 | Woodruff, Hannah | $ 2 00 | 1 76 |
| 264 | Haines, John F. (owner) | 17 03 | 15 78 |
| 876 | Haines, John F. (owner) | 33 44 | 12 78 |

Treasurer's Office, Towanda, Pa., April 9, 1908.
W. P. MAXWELL, County Treasurer.



supply of

**ENT**

der, strained

rses —

sheep -

urs in hogs -

$ 1.00

Sloan, Boston, Mass.

JA467

# Reporter-Journal

## BRADFORD REPUBLICAN

TOWANDA, PA., THURSDAY, APRIL 30, 1908.  VOL. XXIV. NO. 18

## SEVEN ITALIANS DEAD

### Engine Ran-Away on Laquin Lumber Company's Railroad.

#### FOUR WERE KILLED OUTRIGHT

Engine and Flat Car Dashed Down Steep Grade and Car was Derailed—Injured Taken to the Williamsport Hospital on Special Train.

## SHIELDS IS 3 AHEAD

### Senatorial Candidates Again Changes Positions.

#### MORE BOXES ORDERED IN

## TWO DEATHS IN SHEEHAN FAMILY WITHIN 24 HOURS

Patrick Sheehan and Granddaughter Florence Pass Away.

## SUNDAY NIGHT'S FIRE.

### Shelton Home on North Fourth Street Practically Ruined.

#### NARROW ESCAPE FROM DEATH.

## ELISHA S. KEELER DEAD.

Well Known Citizen Passes Away.

## FROM NEARBY PLACES

### What is Occuring in Many Town Hereabouts.

#### NOMINATION COSTS MUCH.

LIQUOR CASES DISMISSED

HISTORICAL SOCIETY MEETING.

POND'S TO BE DRAINED.

JOINT EXHIBIT

15

Commonwealth of Penn. v.
Thomas E. Proctor Heirs Trust
et al.

No. 1:12-cv-1567

J15.001

JA468

REPORTER-JOURNAL AND BRADFORD REPUBLICAN

TOWANDA, PA., APRIL 29, 1908.

## BRADFORD COUNTY GRANGE DEPARTMENT

CONDUCTED BY
A.T. LILLEY
LEROY, PA.
CORRESPONDENCE SOLICITED

Union Grange reports 76 present at the 24th anniversary. After dinner a special session was held for speaking, singing and recitations. An interesting address was delivered by Rev. Touch of Burlington, who is a member of the order. More active work on the part of the young people desired.

Central Grange reports the debates and literary program prepared by lecturer committee as the most entertaining part of grange meetings. No lack of entertainment. At last meeting discussed the following:

"Resolved, The boy is more beneficial to the home than the girl." The negative side won by bringing the most points, showing or rather comparing the benefits derived from boy and girl's sports. showing, stroubles, etc. The girl was declared to be of most benefit at such times and also to be the most interested in home affairs after a certain age.

### DEEDS RECORDED.

With Location of Lands, Names of Parties and Considerations.

Rome Boro—March 5, 1908. Mrs. M. H. Study to 18-j. Coleman; lot; $350.

Rome Twp.—March 26, 1908. W. B. Browning and wife to Henry H. Coleman; lots, $250.

Rome Boro—Jan. 21, 1908. Carmi Asylum Twp.—April 4, 1908. Phoebe B. Minnos to Fred H. Robolson; 62 acres; $1,400.

Wysox Twp—Feb., 1905. Emerson R. Bull and wife to Sarah C. Shultz; lot; $25.

Monroe Twp.—March 20, 1908, Mary H. Cranmer to Franklin O. Jantz; lots, $175.

Albany Twp.—April 1, 1907. Lee A. Kenyon and wife to Sarah C. Kenyon and others; lot, $1.

Towanda Boro.—March 20, 1908, Anna M. Clark to Tracy Henley; lot, $1,850.

Wysox Twp.—March 20, 1908. Sallie M. Bartlett and others to Florence Ball $50 acres, $250.

Wysox Twp—April 6, 1908, Ruth N. Post to Florence Sell; 12 acres; $1.



## Only $8.90

For this handsome and massive style Posing Table, made of selected golden Oak, heavy beveled top, round corners, fancy rim, massive fluted and fancy turned legs, built on the famous Stickley principle. This excellent Table retails in stores for $15.50 and upwards. Carefully packed and shipped freight charges prepaid for $8.90.

Why pay the retailer's profit when you can buy at factory prices?
Send TO-DAY for our latest catalogue of Furniture. Mailed FREE.

## STICKLEY-BRANDT FURNITURE CO.
BINGHAMTON, N. Y.

"Stickley-Brandt Furniture" is made of honest materials and by skilled workmen.

### BUING THE LEHIGH.

Rummerfield People Want Pay For House Destroyed By Fire.

William Keeler, Alanson Keeler, Helen Wood, Amelia Brown, Lydia D. Keeler and Louisa A. Keeler of Rummerfield Tuesday through their attorneys, D. E. Kaufman and R. A. Mercur, filed suit against the Lehigh Valley Railroad company, asking damages in the amount of $2,500 for their home which was destroyed by fire on August 29, 1905.

### Treasurer's Sale of Unseated Lands.

In pursuance of the several Acts of Assembly having reference to the assessment of taxes upon unseated lands in the Commonwealth of Pennsylvania, and the sale of the same for the non-payment thereof, the undersigned, Treasurer of Bradford County, will expose to public sale at the Treasurer's Office in the Borough of Towanda, on the second Monday of June next, being

JUNE 8, 1908,

at 1 o'clock p.m., the several tracts under the following names, warranties or owners, unless prior payment of taxes and interest at 6 per cent, interest thereon be made, interest will be collected from June, 1907, on 1906 taxes; and from January 1, 1908 on 1907 taxes. Also 50 cents will be collected on each tract for advertising.

AMOUNT OF TAXES.

| WARRANTEES, NAMES | 1906 | 1907 |
|---|---|---|
| BARCLAY TOWNSHIP |  |  |

... 1, 1908, requiring all stallions kept for breeding purposes, in Pennsylvania to be registered.

This is all the more remarkable when it is known that nearly 700 stallion owners have complied with the new law, by forwarding the full description of their horses, together with a veterinarian's certificate of soundness.

Of the stallions registered 97 are classed as pure-bred trotters and pacers; 146 Percherons; 18 Shire Percherons and Morgans; 15 German coachers; 13 hackneys; 12 French draft; 18 Belgians; 11 Clydesdales; 5 Morgans; 3 saddlers; 10 French coach; 1 Percheron and Belgiah; 1 thoroughbred; 1 Cleveland bay, and 1 Shetland.

Nearly 750 breeders are engaged in the business, and nearly every county in the state has breeding establishments. There is still a large number of breeders who have failed to register, and quite a large number of stallions have been rejected as unfit for service.

Doctors Gay and Pearson, who have an office at 36th street and Woodland avenue, West Philadelphia, have a corps of clerks at work filing the certificates, and the 97 pure-bred standard trotters and pacers that have been registered.

The following stallions owned in Bradford county have been registered:

Bafus, H. B. Drake of Canton.

Brookside Chimes by Chimes, B. J. Parmenter of Columbia X Roads.

Kid Kusler, A. J. Wells of LeRaysville.

Leon H. Stedge and Charles Lake attended the reunion of the Ninth regiment at Wilkes-Barre on Monday.

He makes a specialty of curing patients through letter correspondence, you have no fee to pay, and you don't have to leave home. Here is the best opportunity you ever had to get well. Will you accept or reject it?

April 21, 1908, resolutions on the death of their sister, Mrs. Marion Quigley, were adopted. Nina Allis, Bertha Yager, and Lizzie Eddy, committee.

## Treasurer's Sale of Unseated Lands.

In pursuance of the several Acts of Assembly having reference to the assessment of taxes upon unseated lands in the Commonwealth of Pennsylvania, and the sale of the same for the non-payment thereof, the undersigned, Treasurer of Bradford County, will expose to public sale at the Treasurer's Office in the Borough of Towanda, on the second Monday of June next, being

### JUNE 8, 1908.

at 1 o'clock p. m., the several tracts under the following names, warrantee or owners, unless prior payment of taxes and interest at 6 per cent. interest thereon be made. Interest will be collected from January 1, 1907, on 1906 taxes; and from January 1, 1908 on 1907 taxes. Also 50 cents will be collected on each tract for advertising.

| No. Acres | WARRANTEES NAMES. | AMOUNT OF TAXES. 1906. | YEAR. 1907. |
|---|---|---|---|
| | **BARCLAY TOWNSHIP.** | | |
| 224½ | Adlum, John | $ 37 63 | |
| 202 | Riddle, Mark J. | 18 99 | |
| 25 | Riddle, William | 2 35 | |
| 150 | Riddle, James | 29 70 | |
| 432 | Barrow, John, Jr. | 46 72 | |
| 96 | Cunningham, D. H. (1-10 interest) | | 45 |
| 244 | Erwin, Richard | 39 53 | |
| 25 | Groff, John | 2 17 | |
| 50 | Hiltzheimer, Thomas | 2 32 | |
| 157 | Hiltzheimer, Jacob | 14 76 | |
| 40 | Hiltzheimer, Robert | 3 76 | |
| 238 | Ladley, Andrew (1-10 interest) | 2 22 | |
| 100 | Ladley, Andrew (1-10 interest) | 2 35 | |
| 100 | Ladley, Joseph (1-10 interest) | | 98 |
| 330 | Ladley, Joseph (1-10 interest) | 3 10 | |
| 434 | Ladley, Peter (1-10 interest) | 4 09 | |
| 160 | Reed, Collinson | 25 38 | |
| 211 | Shoemaker, James | 19 83 | |
| 213 | Stewart, Walter (1-10 interest) | 1 09 | |
| 56 | Tybout, Andrew | 4 97 | |
| | **LeROY TOWNSHIP.** | | |
| 100 | Adlum, John | 9 00 | |
| 237 | Riddle, M. J. | 10 65 | |
| 432 | Riddle, W. M. | 62 21 | |
| 440 | Barren, John, Sr. | 19 80 | |
| 150 | Bornton, Peter | 6 75 | |
| 91 | Riddle, Clement | 4 02 | |
| 103 | Reed, John | 18 14 | |
| 342 | Garden, Andrew | 15 67 | |
| 300 | Gintz, Illgan | 14 85 | |
| 322 | Gentz, Bernard | 14 98 | |
| 230 | Gratz, Simeon | 10 85 | |
| 444 | Henry, Joseph | 44 98 | |
| 410 | Haines, Josiah | 44 58 | |
| 486 | Pennington, Benjamin | 21 87 | |
| 347 | Patton, John | 15 30 | |
| 227 | Reed, Collinson | 10 27 | |
| 35 | Reed, Collinson | 6 87 | |
| 452 | Shoemaker, James | 20 35 | |
| 257 | Simons, James | 11 61 | |
| 47 | Simons, James | 6 75 | |
| 174 | Beck, Henry | 17 62 | |
| 160 | Graff, John | 18 00 | |
| 380 | Dundass, Thomas | 38 49 | |
| 291 | Riddle, James | 20 44 | |
| | **MONROE TOWNSHIP.** | | |
| 17 | Cunningham, D. H. (1-10 interest) | | 04 |
| 55 | Moore, John | 1 24 | |
| 144 | Stewart, Walter (1-10 interest) | | 32 |
| 45 | Woodruff, Hannah | $ 1 10 | 1 01 |
| | **OVERTON TOWNSHIP.** | | |
| 370 | Betz, John | 12 00 | |
| 308 | Betz, James | 131 24 | |
| 104 | Cooley, Henry | 3 54 | |
| 200 | Canistor, George | 6 80 | |
| 273 | Erwin, Richard | 31 70 | |
| 10 | Ellis, Marcy | 38 | |
| 354 | Fritz, Samuel | 12 04 | |
| 258 | Fritz, John | 8 78 | |
| 437 | Hardy, Samuel | 22 76 | |
| 437 | Hardy, James | 14 88 | |
| 282 | Hiltzheimer, Jacob | 38 35 | |
| 400 | Hampton, Jonathan | 13 00 | |
| 100 | Ladley, Andrew (1-10 interest) | | 34 |
| 30 | Moore, John | $1 14 | |
| 400 | Seeley, Henry | 27 20 | |
| 400 | Seeley, Peter | 13 60 | |
| 382 | Seeley, Josiah | 26 08 | |
| 30 | Tybout, Andrew | 1 02 | |
| 25 | Tybout, Andrew | 86 | |
| 50 | Woodruff, Hannah | $ 2 08 | 1 70 |
| 264 | Haines, John F. (owner) | 17 63 | 15 78 |
| 376 | Haines, John F. (owner) | 33 44 | 12 78 |

Treasurer's Office, Towanda, Pa., April 9, 1908.

W. F. WATERS, County Treasurer.

HESTER

and Shotgun Shells

from other makes, which ...ity nor reputation, by the big

... IN U. S. PAT. OFF.

y package of Winchester ... to guns and ammunition ... is to silverware the world ...ur own protection always

Big Red W"

# THE BRADFORD ARGUS.

Seventy-fifth Year. No.     Towanda, Pa., Thursday, April 9, 1908.     $1 a Year.

**Free, But Rearrested.**

To be free, having served his time in jail, but rearrested, was the fate of Charles Gottschall, of this place. On Saturday, after four months' confinement, he walked out, but there was another warrant for him and he had to face it.

Last summer for several months he conducted a bowling alley in a room in the Kirby block, South Main street. He was arrested for keeping a gambling room and allowing minors to play in a pool room. He gave bail and disappeared, but was caught some time afterwards on a Williamsport train and the Court sentenced him to pay the cost and serve 90 days in jail.

The charge on which he was rearrested was for obtaining money by false pretense from J. R. Overton, agent of the Kirby property, the man representing he owned the fixtures in the bowling alley. He got $110, which was never paid back. He gave bail in the sum of $150 for a hearing Saturday.

**Marriage Licenses.**

Harry T. Herman and Mable H. Vought, Rushville; Albert M. Neiss and Monica A. Tully Lee Center, N. Y., Edwin Bennett and Iva Brown, Troy; Max B. Jones and Jennie Lewis, Norwich, N. Y.

**Do You Open Your Mouth**

Like a young bird and gulp down whatever food or medicine may be offered you? Or, do you want to know something of the composition and character of that which you take into your stomach whether as food or medicine?

Most intelligent and sensible people now-a-days insist on knowing what they employ whether as food or as medicine. Dr. Pierce believes they have a perfect right to insist upon such knowledge. So he publishes broadcast and on each bottle wrapper, what his medicines are made of and verifies it under oath. This he feels he can well afford to do because the more the ingredients of which his medicines are made are studied and understood the more will their superior curative virtues be appreciated.

For the cure of woman's peculiar weaknesses, irregularities and derangement, giving rise to frequent headaches, backache, dragging-down pains or distress in lower abdominal or pelvic region, accompanied, oftimes, with a debilitating, pelvic, catarrhal drain and kindred symptoms...

**AWARD REDUCED.**

**Mrs. Nobles and Mrs. Williams Will Receive $75 for Land.**

In the matter of the laying out and opening a public road in Wysox township, over and through the lands of Mrs. Mary O. Nobles and Mrs. Ella Nobles Williams, the viewers have awarded Mrs. Nobles and Mrs. Williams the sum of $75.

The road, which is known as the Fair Ground road, was opposed during the changing and improving of the Lehigh right of way in East Towanda and Wysox township. When the improvements were completed, the Auditors and Commissioners of Wysox township met and made an award of $75 in favor of Mrs Nobles and Mrs. Williams for damages to their land. This amount they refused to accept and asked the Court to appoint viewers, in accordance with which Judge Fanning named C. L. Stewart, L. N. Gordon, and B. A. Cranmer. These gentlemen met last week with the interested parties, and after viewing the premises and making a full investigation, made an award in favor of Mrs. Nobles and Mrs. Williams for the sum of $25.

W. P. Wilson, Esq., was attorney for Wysox township; H. Streeter, Esq., appeared for the railroad company, and R. H. Williams looked after the interests of Mrs. Nobles and Mrs. Williams.

**Towanda High School Pupils.**

The pupils of the Towanda High School have done excellent work during the first 27 weeks. Those excellent in studies are Vere McNeal, Nellie Hoffman, Ruth Spalding and Ellen Pratt. Following is the relative standing of the classes: "E" in attendance — Sophomores, 32 per cent.; Freshmen, 23 per cent.; Seniors—5 per cent. Juniors, 5 per cent. Department— Freshmen, 9 per cent.; Sophomores, 8 per cent.; Seniors, 8 per cent.; Juniors, 9 per cent. Studies, Juniors, 17 1-2 per cent.; Seniors, 12 1-2 per cent.; Sophomores, 10 1-4 per cent.; Freshmen 9 1-3...

**Removals.**

Hugh Baird from No. 1 Second street to 26 Locust avenue.

Emory Kingsley from 8 Second street to 16 Olive street.

Clifford Maryott from 202 Second street to 16 North Main.

J. W. Keating from 202 Second to 111 Pine.

Mrs. Mary Butler from 206 Second to 302 Pine.

Mrs. Watkins from Sheshequin to 306 Second.

Mrs. John McGill from 306 Second to 310 Poplar.

William M. Spalding from "The Brooklyn" to 28 Main.

Norman McCoy from 111 Pine to "The Brooklyn."

George Weigel from 302 Third to 10 York avenue.

F. R. Mitten from 404 Third to 303 Pine.

H. L. Bradley from 303 Pine to 210 Bridge.

Mrs. James Kirwan from 303 Pine to Newark, N. J.

Horace Vail from Pine and Fifth to R. F. D. No. 4.

Mrs. Mary Ingham from 216 Poplar to 502 Third.

William E. Burke from 302 Third to 201 Third.

Martin Bowen from R. F. D. No. 2 to 212 State.

Horace K. Willey from 12 Fourth to 913 Main.

Mrs. M. Dormady from 200 Main to 615 Second.

Miles Middaugh from 126 Ward avenue to 37 Watts.

Olin Simpson from 114 Ward avenue to 126 Ward avenue.

Mrs. D. C. Stevens from 5 Fourth to 114 Ward avenue.

J. J. Morrison from 106 Pine to 301 1-2 Pine.

Martin Lynch from East Towanda to 4 Ward avenue.

Margaret L. Buell, from rear of Ward house to 6 William.

William Nagle from 4 Ward avenue to 303 Second.

**Forty Years Ago.**

It does not seem forty years ago...

**BOROUGH COUNCIL**

**Reports at Committees—Appointment of Special Police Approved.**

At the regular meeting of the Council on Monday evening a petition was presented by the residents of State street asking for a crosswalk near the old convent property. Petition was laid on the table, also the petition for paving Main street, from Bridge to Franklin streets.

It was decided to repair the macadam on South Main street and put it in as good shape as possible. It was also decided to take up stones in pavement between Court and Bridge streets in all depressed places and relay them.

Second street, between Elizabeth and Bridge, was reported in bad shape. Engineer Bull will make a grade of the road with a view of remedying the defect. It was also ordered that the Third ward polling place be reshingled and a crossing put in at the corner of Second and Bridge streets.

E. M. Hainsworth was employed at $40 per month to work on the streets and it was decided that under the direction of the Street Committee Main street be cleaned at least once a week, the merchants cleaning to the center of the street.

Bills were ordered paid. The appointment of Special Police by Chief Miller was approved.

First Ward—A. E. Coolbaugh, A. P. Watson, Albert McCraney, A. F. Eddy and Jacob Alles.

Second Ward—J. E. Graham, V. E. Hannell, J. A. Campbell, A. R. Brutzman, H. S. Loomis, George B. Sammons and John A. Barrett.

Third Ward—J. H. Harris, Warren Mingos, Port Northrup, Fred LaMont, Geo. B. Winter and Stephen S. Lewis.

**Fire in Athens.**

A fire, which it now seems likely was of incendiary origin, was discovered at midnite after 9 o'clock, on Friday evening, April 3, in a barn owned by C. S. Maurice in Athens, and situated only a short...

**Assignments at Wyoming Conference.**

The fifty-seventh annual conference of the Wyoming District of Methodism, came to a close at Carbondale, on Monday, after the appointments for the various districts had been made. There were but few changes in pastorates, one of them being the transferring of Rev. W. G. Simpson from Athens to Ashley.

The appointments for the Owego district are as follows:

Presiding Elder—C. M. Surdam, Waverly.

Apalachin—George V. McAllister.

Athens—F. D. Scott.

Berkshire—George O. Beers.

Camptown—W. H. Stone.

Candor—E. B. Singer.

Danby and South Danby—J. T. Bradburn.

Flemingville—E. D. Cavanaugh.

Harford—L. Fainworth.

Hornbrook-Ghent—A. O. Williams.

LeRaysville—F. A. King.

Litchfield—To be supplied.

Little Meadows—M. W. Barnes.

Lockwood—C. L. Myers.

Mehoopany—W. O. Wolcott.

Meshoppen—William MacAlpine.

Newark Valley—F. W. Young.

Nichols—C. L. Irvine.

North Tioga—D. F. Usangat.

Orwell—L. L. Vought.

Owego—L. D. Palmer.

Rome—F. J. Niles.

Sayre—J. F. Warner.

Skinner's Eddy—T. R. Warnock.

Slaterville—G. C. Jacoba.

Speedsville—To be supplied.

Spencer—I. B. Wilson.

Tioga—Levi Jennison.

Waverly—R. L. Clark.

West Danby—L. P. Howard.

Windham—J. A. Swingle.

Wyalusing—E. E. Barker.

**Orphans' Court**

Estate of Levi R. Chapman, late of Albany township, deceased; public sale of real estate decreed.

Estate of Ruth N. Post, minor child of Joanna Post, late of Wysox township...

**BASEBALL**

**Games Towanda Team Has Booked for First Part of Season.**

The Towanda baseball team has been thoroughly organized, and if the people of the county seat will now lend a helping hand home good games will be seen on the East Side Grounds the coming Summer. The make-up of the team has not yet been announced, but there is much better material to select from this year than last, and the diamond artists who will represent Towanda will be the best in these parts.

A subscription paper is to be circulated among the business men, and it is highly important that everyone contribute liberally. An otherimportant thing is patronizing the games. It is to be hoped that every person who can, will attend the games and help give Towanda some good amateur baseball.

Here is the schedule for the first part of the season, which opens on April 18, with a game with Ulster Towanda:

Mansfield Normal—At Towanda, April 24.

Ulster—At Ulster, May 2.

Owego—At Owego, May 9.

Tunkhannock—At Wyalusing, May 16.

Mansfield—At Mansfield, May 23.

Keeler's Business College—At Towanda, May 30.

Owego—At Owego, June 6.

**Manson Elsbree.**

Manson Elsbree died at his home near Tozer's Bridge, Athens township, Monday night after a long illness of uremic poisoning. For the past three days he had been in an unconscious condition, his death had been expected. Mr. Elsbree was born in this county and had always been a resident here, the greater part of his life being spent on the Elsbree homestead. A wife and one son, Fred Elsbree survive him. The funeral will be held Thursday afternoon at 1 o'clock and interment will be held...

**JOINT EXHIBIT**

**16**

**Commonwealth of Penn. v. Thomas E. Proctor Heirs Trust et al.**

**No. 1:12-cv-1567**

THE BRADFORD ARGUS, TOWANDA, PA., APRIL 9, 1908.

The Packers Combine has boosted the price of beef and pork from twenty to thirty per cent., and our Republican President and Congress take no efficient steps to bring the trust to time.

What was the matter with Dr. Hill that the Kaiser did not want him for Ambassador, and now we accepts him? Diplomacy seems to be boys' play as practiced by Teddy and the Kaiser.

Republican Congressmen from California and Wyoming make serious charges against Gifford Pinchot, Chief of the Bureau of Forestry, which threatens to involve the Republican party in another scandal.

"If the Night Riders destroy all the tobacco in Kentucy, what is the poor tobacco worm going to do for food?" asks the Louisville Herald. It will have to follow the smokers' example, and get used to cabbage.

And now it is said that Boss Cox of Cincinnati having done the dirty work to secure a Taft delegation from Ohio, is to be quietly pushed aside. But suppose Boss Cox refuses to be eliminated and joins the Foraker faction in making trouble?

Of course Mr. Hearst's new party, like all reformers, is organized to save the country. There may be, however, an idea in the background that Mr. Hearst and his followers will be eventually landed on the pay-roll of Uncle Sam.

State Rights and State Wrongs are being generally discussed since the decision of the Supreme Court on the Minnesota and North Carolina railroad cases — yet neither issue actually entered into the merits of the decisions.

Because the Philadelphia mint is again working to its full capacity, the Pittsburgh Chronicle - Telegraph thinks "hard times have seen their finish." But what of the "mint" throughout the South that will not be working at all this Summer?

President Roosevelt has ordered the Department of Justice to be lenient to the railroads in enforcing the "commodity clause" of the railroad rate bill, which goes into effect the first of May. This will allow the Coal Trust to still own railroads and coal mines and continue to charge exorbitant prices.

President Roosevelt is ambidextrous. He wields the big stick in one hand and a truncheon pen in the other, and creates equal havoc with each. He is a magician. He can transform Uncle Joe Cannon, who is a roaring Lion in the house, into a purring kitten in the White House. He is a patriot. Realizing from past observations that his party often times makes mistakes in nominating its candidates for the Presidency, he is seeking to relieve it of that responsibility and is making the nomination himself, by saying Taft is the man.

Go to the polls Saturday and

the unfortunate victims—one or more of them often being killed or badly hurt—and yet, when the very instigators of all such dangers are apprehended and should be taken to the electric chair or mount the gallows their maudling sympathizers begin the cry by saying they are "opposed to capital punishment." Should one or more of their devoted friends or relatives become victims in some of those horrible incendiary tenement house fires, such sympathizers would, no doubt, strongly plea and yearn for the law to take its course.

The dull feeling in the head which is not quite an ache, but bad enough to make one miserable, can be driven away by Lane's Family Medicine, the best cure for headache.

The newspaper is one of the main civilizing agencies of the world. In this country it sheds its light in 15,000,000 homes. The family hearthstone is made cheerful by its presence, the labors of the office are made more congenial, politics are enlivened, policies are broadened, prejudices are subdued, and a broad, enlightened civilization is consummated by it.

While to-day the newspaper industry is working in harmony with organized labor, its operating expenses are higher, because union labor is more expensive than unorganized labor was a few years ago. There is a tariff upon everything which goes to make a newspaper—the pulp, the type metal, the steel, the brass, the copper, print paper, coloring materials, and even the pencil which the editor pushes—but we still see some of the great city dailies selling for a cent apiece. Still, there is not a dollar of protection furnished this industry by the tariff bill.

The tariff on printing paper suitable for newspapers, valued at not over two cents per pound, is three-tenths of a cent a pound, or $6 a ton; on ground wood pulp, one-twelfth of a cent per pound, or $1.67 a ton. This is purely and simply a donation to the paper trust and a tax on the newspapers and other printing interest in the country, for there are no importations of these materials worth mentioning.

### The Jumping-off Place.

"Consumption had me in its grasp; and I had almost reached the jumping-off place when I was advised to try Dr. King's New Discovery; and I want to say right now, it saved my life. Improvement began with the first bottle, and after taking one dozen bottles I was a well and happy man again," says George Moore, of Grimesland, North Carolina. As a remedy for coughs and colds and healer of weak, sore lungs, and for prevent pneumonia New Discovery is supreme. Fifty cents and $1 at Dr. H. C. Porter & Son's Drug Store, Main Street, Towanda, Pa. Trial bottle free.

### WASHINGTON LETTER.

Washington, D. C.,
April 1, 1908.

Mr. Parsons, Editor of the Bradford Argus—Dear Sir: I noticed an article in your paper a few days

a Republican and a veteran of the Civil War, have approached Mr. Kipp in regard to the interests of the old soldiers and find him ready and willing to aid them whenever an opportunity affords, and by his efforts in the present Congress has gotten several private pension bills passed, and there are other bills pending that will be passed before the adjournment of Congress.

Mr. Kipp is a representative of the people (and not party), and the time has come for the American people to be represented by liberal, broad - minded and conservative men—one who has the interest of the people at heart, and who is above party intrigue or rings. It is a well-known fact that for years the Fourteenth District's Representatives have been "slated" from four to eight years ahead, and the "party whip" has been applied with vigor with the result of such measures that the ring has been represented—and not the people—and now we hope that the people will see the advisability of electing a man to Congress that will represent them.

Mr. Kipp is popular in Washington, in his district and his home, and we would be more than gratified if the good people of the Fourteenth District will unanimously agree upon Mr. Kipp's return to Congress—not as a Democrat, but as a thoroughly loyal American Citizen, and the choice of the people regardless of party or party affiliations.

The writer is not holding a Federal office, or has he any "political ax to grind," but simply living in the District of Columbia where there is high taxation without representation.

Very truly yours,
Charles Benjamin Nichols.

Beware of Ointments for Catarrh that Contain Mercury,

as mercury will surely destroy the sense of smell and completely derange the whole system when entering it through the mucous surfaces. Such articles should never be used except on prescriptions from reputable physicians, as the damage they will do is ten fold to the good you can possibly derive from them. Hall's Catarrh Cure, manufactured by F. J. Cheney & Co., Toledo, Ohio, contains no mercury, and is taken internally, acting directly upon the blood and mucous surfaces of the system. In buying Hall's Catarrh Cure be sure you get the genuine. It is taken internally and made in Toledo, Ohio, by F. J. Cheney & Co. Testimonials free.
Sold by Druggists. Price 75 cents per bottle.
Take Hall's Family Pills for Constipation

Because Frederick Gibson, a prominent Detroit capitalist, hugged and kissed Mrs. Anna M. Walsh several weeks ago, she is suing him for $75,000 damages in the Wayne County Circuit Court.

### Keeping Open House.

Everybody is welcome when we feel good; and we feel that way only when our digestive organs are working properly. Dr. King's New Life Pills regulate the action of stomach, liver and bowels so perfectly that one can not help feeling good when he uses these pills. Price, 25 cents, at Dr. H. C. Porter & Son's Drug Store, Main Street, Towanda, Pa.

Most young men think they know more than their parents about fast living; but they are dead wrong.

## Treasurer's Sale of Unseated Lands.

In pursuance of the several Acts of Assembly having reference to the assessment of taxes upon unseated lands in the Commonwealth of Pennsylvania, and the sale of the same for non-payment thereof, the undersigned, Treasurer of Bradford County, will expose to public sale at the Treasurer's Office, in the Borough of Towanda, on the second Monday of June next, being

### JUNE 8, 1908.

At one o'clock, p. m., the several tracts under the following names, warranties or owners, unless prior payment of taxes and interest and per cent, interest thereon be made. Interest on no account will be collected on each tract for advertising:

| No. | Warrantee Names. | Year. | Amount of Taxes |

*(table of warrantee names, townships and tax amounts — BARCLAY TOWNSHIP, LEROY TOWNSHIP, MONROE TOWNSHIP, OVERTON TOWNSHIP, etc.)*

Treasurer's Office, Towanda, Pa., April 9, 1908.
W. F. WATERS, County Treasurer.

## DO YOU WANT
### A GOOD PAIR OF
## Rubber Boots?
### ASK FOR THE
## BUFFALO
### BRAND
*Supreme Quality*
Made of
Pure Para Rubber
Sold Exclusively by



## W. L. SPENCER
## Red Star Shoe Store,
### TOWANDA, PA.

## LEHIGH VALLEY
### RAILROAD

...DA, PA., APRIL 9, 1908.

Republican and a veteran of the Civil War, have approached Mr. Kipp in regard to the interests of the old soldiers and find him ready and willing to aid them whenever an opportunity affords, and by his efforts in the present Congress he has gotten several private pension bills passed, and there are other bills pending that will be passed before the adjournment of Congress.

Mr. Kipp is a representative of the people (and not party), and the time has come for the American people to be represented by liberal, broad-minded and conservative men—one who has the interest of the people at heart, and who is above party intrigue or rings. It is a well-known fact that for years the Fourteenth District's Representatives have been "slated" from four to eight years ahead, and the "party whip" has been applied with vigor with the result of such measures that the ring has been represented—and not the people—and now we hope that the people will see the advisability of electing a man to Congress that will represent them.

Mr. Kipp is popular in Washington, in his district and his home, and we would be more than gratified if the good people of the Fourteenth District will unanimously agree upon Mr. Kipp's return to Congress—not as a Democrat, but as a thoroughly loyal American Citizen, and the choice of the people regardless of party or party affiliations.

The writer is not holding a Federal office, or has he any "political ax to grind," but simply living in the District of Columbia where there is high taxation without representation.

Very truly yours,
Charles Benjamin Nichols.

# Treasurer's Sale of Unseated Lands.

In pursuance of the several Acts of Assembly having reference to the assessment of taxes upon unseated lands in the Commonwealth of Pennsylvania, and the sale of the same for the non-payment thereof, the undersigned, Treasurer of Bradford County, will expose to public sale at the Treasurer's Office, in the Borough of Towanda, on the second Monday of June next, being

## JUNE 8, 1908,

At one o'clock, p. m. the several tracts under the following names, warrantee or owners, unless prior payment of taxes and interest at 6 per cent. interest thereon be made. Interest will be collected from January 1, 1907, on 1906 taxes; and from January 1, 1906, on 1907 taxes. Also 50 cents will be collected on each tract for advertising:

| No. Acres. | Warrantee Names. | Year. | Amount of Taxes. 1906 | 1907 |
|---|---|---|---|---|
| | **BARCLAY TOWNSHIP.** | | | |
| 234½ | Adlum, John | | | 37 45 |
| 202 | Biddle, Mark J. | | | 18 99 |
| 25 | Biddle, William M. | | | 2 36 |
| 150 | Biddle, James | | | 29 70 |
| 433 | Barrow, John, Jr. | | | 46 72 |
| 96 | Cunningham, D. H. (1-10 interest) | | | 53 |
| 244 | Erwin, Richard | | | 39 53 |
| 23 | Groff, John | | | 2 17 |
| 20 | Hiltzheimer, Thomas | | | 2 82 |
| 157 | Hiltzheimer, Jacob | | | 14 75 |
| 40 | Hiltzheimer, Robert | | | 3 76 |
| 25 | Hiltzheimer, Jacob | | | 2 35 |
| 238 | Ladley, Andrew (1-10 interest) | | | 2 25 |
| 100 | Ladley, Andrew (1-10 interest) | | | 2 35 |
| 30 | Ladley, Joseph (1 10 interest) | | | 28 |
| 336 | Ladley, Joseph (1-10 interest) | | | 3 10 |
| 434 | Ladley, Peter (1-10 interest) | | | 4 08 |
| 160 | Reed, Collinson | | | 25 36 |
| 211 | Shoemaker, James | | | 19 83 |
| 212 | Stewart, Walter (1-10 interest) | | | 1 99 |
| 58 | Tybout, Andrew | | | 4 37 |
| | **LeROY TOWNSHIP.** | | | |
| 199 | Adlum, John | | | 9 00 |
| 237 | Biddle, M. J. | | | 10 66 |
| 432 | Biddle, W. M. | | | 62 11 |
| 440 | Barron, John, Sr. | | | 19 80 |
| 150 | Boynton, Peter | | | 6 75 |
| 91 | Biddl , Clement | | | 4 92 |
| 403 | Boyd, John | | | 18 14 |
| 318 | Grayden, Andrew | | | 15 67 |
| 290 | Gratz, Hiram | | | 14 86 |
| 333 | Gratz, Bernard | | | 14 98 |
| 230 | Gratz, Simeon | | | 10 35 |
| 444 | Henry, Joseph | | | 44 56 |
| 410 | Haines, Josiah | | | 44 28 |
| 480 | Pennington, Benjamin | | | 21 87 |
| 341 | Patton, John | | | 15 39 |
| 227 | Reed, Collinson | | | 10 37 |
| 35 | Reed, Collinson | | | 6 31 |
| 452 | Shoemaker, James | | | 20 35 |
| 257 | Simons, James | | | 11 61 |
| 47 | Simons, James | | | 6 75 |
| 174 | Beck, Henry | | | 17 62 |
| 160 | Graff, John | | | 16 20 |
| 380 | Dundass, Thoin s | | | 35 48 |
| 291 | Biddle, James | | | 29 44 |
| | **MONROE TOWNSHIP.** | | | |
| 17 | Cunningham, D H. (1-10 interest) | | | 4 |
| 55 | Moore, John | | | 1 24 |
| 144 | Stewart, Walter (1-10 interest) | | | 32 |
| 45 | Woodruff, Hannah | r 10 | | 1 01 |
| | **OVERTON TOWNSHIP.** | | | |
| 370 | Betz, John | | | 12 55 |
| 368 | Betz, James | | | 131 74 |
| 194 | Cooley, Henry | | | 3 54 |
| 200 | Castator, George | | | 6 80 |
| 273 | Erwin, Richar | | | 31 70 |
| 10 | Ellis Marcy | | 38 | |
| 354 | Fritz, Samuel | | | 12 04 |
| 258 | Fritz, John | | | 8 77 |
| 437 | Hardy, Samuel | | | 29 71 |
| 437 | Hardy, James | | | 14 86 |
| 282 | Hiltzheimer, Jacob | | | 38 55 |
| 400 | Hampton, Jonathan | | | 13 60 |
| 100 | Ladley, Andrew (1-10 interest) | | | 34 |
| 30 | Moore, John | | 1 14 | |
| 400 | Seeley, Henry | | | 1 02 |
| 400 | Seeley, Peter | | | 13 60 |
| 382 | Seeley, Joseph | | | 25 98 |
| 23 | Tybout, Andrew | | | 1 02 |
| 25 | Tybout, Andrew | | | |
| 50 | Woodruff, Hannah | | 2 66 | 1 70 |
| 264 | Haines, John F. (owner) | | 17 63 | 18 78 |
| 376 | Haines, John F. (owner) | | 33 44 | 12 78 |

W. F. WATERS, County Treasurer.

Treasurer's Office, Towanda, Pa., April 9, 1908.

# THE BRADFORD ARGUS.

Seventy-fifth Year. No. 47.     Towanda, Pa., Thursday, April 16, 1908.     $1 a Year.

## Child Burned—Perhaps Fatally.

Zobbie, the three-year-old son of Mr. and Mrs. Edward Johnson, who live on Pennsylvania avenue, Athens, back of Tioga Point cemetery, lies in the Robert A. Packer Hospital at Sayre in a precarious condition as the result of being burned about half-past 6 o'clock on Thursday morning, April 9. The child's face, arms, hands, and body, as far down as the waist, are terribly burned, and the chances for recovery are very small.

The little boy and his twin brother, clad their night clothes, were sitting by the table eating their breakfast, while their mother was out in the yard feeding the chickens. Zebbie climbed down from the highchair, and spying a lamp-wick which Mrs. Johnson had removed from a lamp the day before and left lying within the little one's reach, took it, and pushing a lid from the stove, stuck one end of the wick saturated with kerosene into the fire. It immediately flashed up and set fire to the child's night-gown.

## Fire in Terry Township.

The home of Ahira Halstead, on Viall Hill, in Terry township, was destroyed by fire early last Monday morning.

Bring your Job Printing to the Argus Office. We can please you.

## The Farmer's Wife

Is very careful about her churn. She scalds it thoroughly after using, and gives it a sun bath to sweeten it. She knows that if her churn is sour it will taint the butter that is made in it. The stomach is a churn. In the stomach and digestive and nutritive tracts are performed processes which are almost exactly like the churning of butter. Is it not apparent then that if this stomach-churn is foul it makes foul all which is put into it?

The evil of a foul stomach is not alone the bad taste in the mouth and the foul breath caused by it, but the corruption of the pure current of blood and the dissemination of disease throughout the body. Dr. Pierce's Golden Medical Discovery makes the sour and foul stomach sweet. It does for the stomach what the washing of soap bath do for the churn — absolutely.

## Shooting at Sayre.

Ojenu Decatur, boilermaker, formerly of Towanda, was slightly wounded by a shot from a revolver in the hands of Fred Gully, strikebreaker. Decatur is in the hospital with a wound in the side and the others are in jail. The affair occurred Saturday evening. Several strikers were walking along Desmond street, when a boilermaker made the remark, "Say, don't you fellows know there's a strike here?" The other strikebreakers started to run, and one pulled a revolver and began shooting, one shot hitting Decatur in the side. When the police arrived there was a general melee, with the result that several men were arrested. Justice Carey refused to allow bail until the condition of Decatur was fully known. It is also alleged Gully snapped the revolver three times at one Ritz, who was in the crowd.

On Monday morning Justice Carey, after hearing the evidence, of the men, committed them to the county jail in default of bail. They were brought to Towanda, together with eight hobos, who were given 15 days each by Justice Nelson, of Sayre. Henry Streeter represented the prisoners charged with shooting, while Charles E. Mills represented the boilermakers' union.

On Tuesday Judge Fanning admitted the prisoners to bail in the sum of $500 each. They returned to the boiler shops.

## Edminster Saves the Day.

W. P. Clark and Mrs. Augusta Huffman, both of Wyalusing, visited Towanda last Saturday and secured a license permitting them to enter into the holy bonds of matrimony. They then took a Lehigh train and went to Waverly where they sought the office of Justice of the Peace C. O. Hoagland in order

## ANOTHER ITALIAN MURDER.

### Kills One Man—Wounds Himself and Another.

In Barclay township, a mile from Whalen Station, in this county, on the Susquehanna and New York Railroad, on Wednesday evening, April 8, Louigi Biondi was shot and killed, Achilla Biondi was wounded in the arm, and Salvatori Biondi, the murderer, is in the jail in Towanda with a bullet in his stomach, which was put there by the accidental discharge of his own weapon. All the parties were employed as woodsmen in the forests near Laquin.

The little shack where the murder was committed is a mile from the railroad, the nearest station being Laquin, the lumber town. All the principals are Italians employed in the woods, and relatives. A week previous they had quarreled and Salvatori had then threatened to do some killing. On the above date, while all were in the hut, Louigi Biondi, who was killed, was joking with some of the others in a teasing manner, when one of the party became angry, and Salvatori took up the quarrel and flourished a pistol pointing it at Louigi and his father, and he said he would kill them all. A struggle ensued, in which Salvatori's pistol was somehow pointed toward himself and was accidently discharged, wounding him in the abdomen.

He was then put out of the house, but rushing back he leveled his revolver at Louigi and fired twice, the bullet striking him back of the temple and killing him instantly. Then he fired at Achilla Biondi, who was near, the ball penetrating the left arm. The other Italians rushed from the house in terror, except the father of the dead boy, and his two sons. The murderer went to Whalen Station and stopped over night with a German

other murder trial on its calendar. The prisoner is a large man, being over six feet in height, and very strong. He would make no statements. An inquest was held the following Friday morning.

Esquire Meredith, Acting Coroner, on Thursday empanelled a jury consisting of M. E. Miller, Harry S. Loomis, Philip C. Gori, A. Campbell, U. G. Baker, and Guy C. Hollon, and took them to McEwen's Camp, in Barclay township, where they viewed the scene of the crime and adjourned, after setting the date for the inquest the following Friday morning.

On Friday morning they all examined the body of the deceased at Murphy & Campbell's undertaking rooms and witnessed the autopsy performed by Dr. T. Ben Johnson, after which they proceeded with the inquest, which was held in Esquire Meredith's office.

The autopsy performed by Dr. T. Ben Johnson revealed three bullet holes in Louigi, two in the left breast and one in the head. The bullet which penetrated the brain caused death, but the doctor is of the opinion that either one of the other two wounds would have proved fatal, as one bullet penetrated the left lung and ploughed its way through the upper chest, lodging under the collar bone.

The condition of Salvatori is very favorable, and it is expected he will fully recover.

The body of the victim was buried in Riverside cemetery on Friday afternoon, Murphy & Campbell having charge of the funeral. Salvatori was arraigned before Esquire Meredith charged with murder. Through his attorneys he plead "not guilty." The hearing was set for next Saturday.

It is now reported that his brother, Flesha Biondi, who was present at the time of the shooting, has fled—and it is believed he is on

## Death of John M. Kramer.

John M. Kramer died at his home on South Main street, in Athens, on Thursday evening, April 9, at 11 o'clock, after a long and painful illness from a complication of diseases. The funeral was held the following Monday morning at 10 o'clock in St. Joseph's church in that place, Rev. M. F. O'Rourke officiating. The burial was in St. John's cemetery in Waverly.

At the age of eighteen years he enlisted in Company I, Sixth Pennsylvania Reserves, going to the Civil War from Towanda where he was living at the time. He remained in the army until the surrender of Lee, being mustered out June 28, 1865. We knew him well as a boy playmate. Previous to entering the army he was for a number of years employed in the John Carman Foundry, then located where the J. O. Frost Sons' Furniture Manufactory now stands. Two years after the close of the war, in 1867, he entered the employ of the Lehigh Valley Railroad, living at the time in the house now occupied by E. G. Dewers at the corner of Chestnut and William streets. Later on he moved to Waverly where he lived till 1891, when he moved to Athens. For over twenty-five years he was a locomotive engineer on the Lehigh Valley Railroad.

After locating in Athens he left the employ of the railroad company and opened a wholesale liquor store on South Main street, which he conducted up to the time of his death.

He is survived by his wife, two daughters—Mrs. Grant Lindsey of Athens, and Mrs. M. P. Murphy of Sayre; and two sons—John of Athens, and Bert of New York City.

## First Church of Christ—Scientist.

Service in the Ontario Block at 11 o'clock. Subject of sermon—"Doctrine of Atonement." A tes-

## Death of Mahlon M. Makinson.

Mahlon M. Makinson died at his home on State street on Tuesday evening, April 14, at half-past 11 o'clock, in his fifty-ninth year. For some time he had heart trouble, which was the cause of his death. He was confined to his bed about two weeks, but had been unable to work since last January. His father, the late James Makinson, was for many years a furniture manufacturer, commencing business here about seventy years ago. He also introduced the first steam engine in Towanda. He continued the manufacture of furniture up to the time of his death, which was in 1871, and Mahlon worked for him at intervals for a number of years. There are many families in Towanda and vicinity who still use furniture made by his father many years ago. For more than thirty-five years he was employed by the Lehigh Valley Railroad in the passenger, baggage, and freight rooms in Towanda. He was a quiet and genial man, and seldom left home. Besides his wife he leaves three sisters—Miss Frances Makinson and Mrs. Alice M. Titus, both of Towanda, and Mrs. S. Richard Payne of Athens.

The funeral will be held next Friday afternoon at 4 o'clock from the late home, and the burial will be in Riverside cemetery.

## Register's Office.

Letters of administration upon the estate of Peter N. Neigh, late of the township of Tuscarora, deceased, have been granted to Albert C. Bullard.

Letters of administration upon the estate of Mary A. Ryan, late of the borough of Athens, deceased, have been granted to Alice M. Ryan.

Will of Aaron L. Vough, late of the township of Orwell, deceased, admitted to probate, and letters testamentary granted to Hampton

**JOINT EXHIBIT**

**17**

**Commonwealth of Penn. v. Thomas E. Proctor Heirs Trust et al.**

**No. 1:12-cv-1567**

THE BRADFORD ARGUS, TOWANDA, PA., APRIL 16, 1908.

**PRIMARY ELECTIONS**

Just Begun—Will End
—Very Close on Sena-
—Names of Successful
a Both Sides.

ries held under the
law last Saturday were
surprises. The vote
f the offices was very
Tuesday afternoon it
wn who had won the
rship. On Register
r the vote was also

days the politicians
figure out who was
for State Senator in
First it was Shields
was Cross. On Tues-
it was figured out,

cross majority,     370
—Cross majority, 328
hield's majority,  711

jority in district, 13
se work as was ever
his district. Shields
s betrayed in Susque-
r by the Pratt forces.
that Pratt and his fol-
sed to support Shields
ange of support of
Cross people in Sayre,
anna statesman broke
Shields, in order to
hances for Congression-
tion over Capt. Wilt.
it of Wilt by the vo-
and vicinity would
that way. Whether
are true or false, the
quasi statesman is not
present Congressman,
. W. Kipp, is a candi-
bably can win at the

cratic vote was ex-
ght, and many of the
ere not pleased with
s, claiming they did
e minority. The re-
coming in slowly, as
s the last day for re-
een the clerks in the
n's Office must make
ted statement, it is
be Friday or Saturday
n be finished. How-
all the news there is
t the contest is well
decided as we print it.

many disappointed
w gratified ones. Of
who won are jubilant
o lost are disappoint-
is only the skirmish.
le will take place next
Even those who have
nominations are not
ods—they have a long
them yet. The peo-
much inclined to be
ent and when the time
ote just as they please,
the nominees on the
are not sure of finally

---

Commissioners—L. H. Marsh, of
Wyalusing; George N. Bird, of
East Smithfield.

Treasurer—Frank N. Moore, of
North Orwell.

Auditors—H. B. Burroughs, of
West Franklin; Wilbur Gorham, of
Orwell.

Coroner—T. Ben. Johnson, of
Towanda.

**Democratic Nominees.**

Congress—George W. Kipp, of
Bradford county.

State Senator—Albert M. Cor-
nell, of Bradford county.

Representatives—Jerome B. Nei-
ley, of Asylum; Delos Rockwell, of
Burlington.

Sheriff—M. J. McNulty, of Troy.

Prothonotary—Frank N. Bull, of
Monroeton.

Register and Recorder—J. E.
Passmore, of Gillette.

Commissioner—Job Griffin, of
Athens.

Treasurer—N. F. Walker, of
Athens.

Auditor—S. S. Murphy, of North
Albany.

Coroner—J. E. Daly.

As we go to press the Senatorial
contest is in doubt, both candidates
claiming the nomination.

Probably it is your stomach, and
not your heart, that causes pain in
the neighborhood of the heart. "If
it is, Lane's Family Medicine will
give relief. Twenty-five cents—at
Druggists.

**"Fighting Bob" Conquered at Last.**

Rear Admiral Evans has been
driven off the sea. It requires a
great power to accomplish that
feat. That power was contained
in a persistent case of rheumatism
which makes it necessary for the
"old sea dog" to quit the sea air.
This affliction comes just when the
Rear Admiral was in the height of
his glory, and very anxious to end
his nautical career so as to win a
halo for his forehead. It is hard
luck.

A cough cure that can be given
to children without chance of harm
is Kemp's Balsam, the best cough
cure. It does not contain poisons
or harmful drugs. Druggists sell
it.

A bad fire, which caused a loss of
nearly $10,000,000, swept over Chel-
sea, Massachusetts, in the factory
district, which is a suburb of Bos-
ton, on Sunday morning, April 12,
and raged nearly twelve hours be-
fore it was brought under control.
Churches, hospitals, the valuable
public library, banks, and city hall,
are all in ashes. Of course the
poor people in the burned district
will lose all.

Madame Anna Gould must be a
believer in the old adage—"If you
don't at first succeed, try, try
again"—until you get a good
"Count." They are all like Anna.

Beware of Ointments for Catarrh that
Contain Mercury,

As mercury will surely destroy the sense of
smell and completely derange the whole sys-
tem when entering it through the mucous

---

## Treasurer's Sale of Unseated Lands.

In pursuance of the several Acts of Assembly having reference to the assessment of taxes
upon unseated lands in the Commonwealth of Pennsylvania, and the sale of the same for
the non-payment thereof, the undersigned, Treasurer of Bradford County, will expose to
public sale at the Treasurer's Office, in the Borough of Towanda, on the second Monday of
June next, being

### JUNE 8, 1908,

At one o'clock, p. m., the several tracts under the following names. Warrantee or grantee,
unless prior payment of taxes and interest at per cent. Interest thereon be made. Inter-
est will be collected from January 1, 1907, on 1906 taxes; and from January 1, 1908, on 1907 taxes.
Also 70 cents will be collected on each tract for advertising.

| No | Warrantee Names. | Amount of Taxes. |  |
|----|------------------|------|------|
|  |  | Year. | 1906 | 1907 |

**BAROLAY TOWNSHIP.**

| 284½ | Adlum, John | | | 17 63 |
| 303 | Biddle, Mark J. | | | 10 99 |
| 2 | Biddle, William M. | | | 14 99 |
| 10 | Biddle, James | | | 19 55 |
| 4 | Barrow, John, Jr. | | | 46 72 |
| 24 | Cunningham, D. H., (1-10 interest) | | | 1 15 |
| 144 | Kewin, Richard | | | 99 63 |
| 34 | Groff, John | | | 4 11 |
| 201 | Hitchelmer, Thomas | | | 30 18 |
| 202 | Hitchelmer, Jacob | | | 14 75 |
| 40 | Hitchelmer, Robert | | | 3 76 |
| 41 | Hitchelmer, Jacob | | | 3 26 |
| 22 | Ladley, Andrew, (1-10 interest) | | | 1 84 |
| 27 | Ladley, Andrew, (1-10 interest) | | | 1 76 |
| 301 | Ladley, Joseph, (1-10 interest) | | | 1 83 |
| 24 | Ladley, Joseph, (1-10 interest) | | | 1 55 |
| 220 | Ladley, Peter, (1-10 interest) | | | 4 08 |
| 100 | Seed, Collinson | | | 33 58 |
| 311 | Shoemaker, James | | | 19 88 |
| 203 | Stewart, Walter, (1-10 interest) | | | 1 99 |
| 99 | Tryout, Andrew | | | 81 35 |

**LEROY TOWNSHIP.**

| 199 | Adlum, John | | | 60 85 |
| 93 | Biddle, M. J. | | | 10 05 |
| 41 | Biddle, W. M. | | | 52 21 |
| 413 | Barron, John, Jr. | | | 19 90 |
| 247 | Boynton, Peter | | | 5 76 |
| 5 | Biddle, Clement | | | 53 03 |
| 300 | Seed, John | | | 29 13 |
| 306 | Grawden, Andrew | | | 18 64 |
| 301 | Gratz, Ebram | | | 14 45 |
| 300 | Gratz, Bernard | | | 14 58 |
| 333 | Gratz, Simon | | | 14 93 |
| 446 | Henry, Joseph | | | 16 93 |
| 413 | Haines, Isaiah | | | 5 46 |
| 338 | Pendington, Benjamin | | | 31 37 |
| 445 | Patton, John | | | 15 89 |
| 201 | Reed, Collinson | | | 59 72 |
| 222 | Reed, Collinson | | | 6 76 |
| 301 | Shoemaker, James | | | 12 26 |
| 311 | Simons, James | | | 63 25 |
| 310 | Simons, James | | | 6 55 |
| 305 | Beck, Henry | | | 17 63 |
| 444 | Graff, John | | | 16 29 |
| 331 | Dundass, Thom | | | 93 93 |
| 201 | Biddle, James | | | 47 44 |

**MONROE TOWNSHIP.**

| 24 | Cunningham, D. H., (1-10 interest) | | | 1 84 |
| 15 | Moore, John | | | 1 01 |
| 5 | Stewart, Walter, (1-10 interest) | | | 3 96 |
| 44 | Woodruff, Hannah | | | 1 19 |

**OVERTON TOWNSHIP.**

| 338 | Bois, John | | | 53 32 |
| 222 | Bois, James | | | 131 94 |
| 14 | Cooler, Henry | | | 5 44 |
| 700 | Canston, George | | | 17 80 |
| 330 | Erwin, Richard | | | 31 70 |
| 1 | Ellis, Marcy | | | 38 |
| 200 | Franz, Samuel | | | 1 94 |
| 301 | Fritz, John | | | 91 71 |
| 33 | Hardy, Samuel | | | 97 77 |
| 301 | Hardy, James | | | 14 56 |
| 344 | Hitchelmer, Jacob | | | 34 55 |
| 440 | Hampton, Jonathan | | | 13 57 |
| 22 | Ladley, Andrew, (1-10 interest) | | | 84 |
| 300 | Moore, John | | | 1 14 | 1 99 |
| 344 | Seeley, John | | | 72 99 |
| 340 | Seeley, Peter | | | 13 42 |
| 55 | Seeley, Joseph | | | 58 49 |
| 5 | Tryout, Andrew | | | 72 39 |
| 301 | Tryout, Andrew | | | 10 39 |
| 44 | Woodruff, Hannah | | 2 66 | 5 79 |
| 201 | Haines, John F. (owner) | | 17 43 | 18 73 |
| 204 | Haines, John F. (owner) | | 33 44 | 75 75 |

Treasurer's Office, Towanda, Pa., April 9, 1908.        W. F. WATERS, County Treasurer.

**DO YOU WANT**

A **GOOD** PAIR OF

*Rubber Boots?*

ASK FOR THE

## BUFFALO

BRAND

*Supreme Quality*

Made of

*Pure Para Rubber*

Sold Exclusively by

**W. L. SPENCER,**

---

Notice is hereby given that there has been
filed in the office for the Probate of Wills and
granting of Letters of Administration in
and for the County of Bradford, State of
Pennsylvania, accounts of Executors, Admin-
istrators, etc., for the following named es-
tates, viz:

No. 1. First Account of Albion Morse Long,
Executrix, and Walter J. Haynes, Executor,
of the Estate of Brewster A. Long, late of the
Borough of Troy, deceased.

No. 2. Final Account of Ida J. Welliver, Ad-
ministratrix of the Estate of Amos Cox, late
of the Borough of Sayre, deceased.

No. 4. Partial Account of Charles Durras and
William Mcclelland, Executors of the Estate
of Louise Durras, late of the Borough of To-
wanda, deceased.

No. 4. Final Account of Fred O. Smith, Ex-
ecutor of the Estate of Mary P. Corfield, late
of the Borough of Wyalusing, deceased.

No. 5. Final Account of Charles W. Brooks,
Administrator of the Estate of H. K. Brooks,
late of the Borough of Alba, deceased.

No. 6. Final Account of R. A. VanSickle,
Administrator of the Estate of James Van-
Sickle, late of the Borough of Towanda, de-
ceased.

No. 7. Final Account of Asa Chamberlain,
Administrator of the Estate of Lyman D.
Chamberlain, late of the Township of Wya-
lusing, deceased.

No. 8. Final Account of Leonard S. Irvine,
Executor of the Estate of Smith Stevens, late
of the Township of Wysox, deceased.

No. 9. Final Account of William Ingersoll,
Administrator of the Estate of John Van-
Buskirk, late of the Borough of Sayre, de-
ceased.

No. 10. First Partial Account of P. P. and F.
J. Hollenback, Executors of the Estate of S.
W. Hollenback, late of the Township of Bur-
lington, deceased.

No. 11. Final Account of John H. Stevens,
Executor of the Estate of Gilbert H. Crandall,
late of the Township of Wilmot, deceased.

No. 12. Final Account of Fred Drake, Ad-
ministrator of the Estate of H. D. Quigley,
late of the Township of Rome, deceased.

No. 13. Final Account of John R. McCord,
Administrator of the Estate of D. M. Hin-
man, late of the Borough of Monroeton, de-
ceased.

No. 14. Final Account of William H. Decker,
Jr., Executor of the Estate of William H.
Decker, late of the Borough of Towanda, de-
ceased.

No. 15. Final Account of Job Griffin, Ad-
ministrator of the Estate of Bridget McEvoy,
late of the Township of Athens, deceased.

No. 16. Final Account of Jennie Loomis,
Administratrix of the Estate of Sidney R.
Loomis, late of the Borough of Athens, de-
ceased.

No. 17. Final Account of W. B. Beaumont,
Administrator of the Estate of Thomas
Beaumont, late of the Township of Wyalus-
ing, deceased.

No. 18. Final Account of Wesley E. Sher-
man, Administrator of the Estate of David
B. Sherman, who was the Executor of the
Estate of Seth Sherman, late of the Township
of Troy, deceased.

No. 19. Final Account of W. T. Davison, Ad-
ministrator of the Estate of Juliet S. Davison,
late of the Borough of Canton, deceased.

No. 20. Final Account of Norton R. Stanton
and Azor R. Putnam, Executors of the Estate
of Eliza P. Buckwell, late of the Township of
Troy, deceased.

No. 21. Final Account of E. F. Woodruff,
Executor of the Estate of Henry Gregory,
late of the Borough of LeRaysville, deceased.

No. 22. Final Account of Ethel M. McCabe,
Executrix, and William J. McCabe, Executor,
of the Estate of Guy C. Holcomb, late of the
township of Ulster, deceased.

No. 23. Final Account of George S. Russell,
Executor of the Estate of G. S. Russell, late
of the Borough of Towanda, deceased.

And the same will be presented to the Or-
phans' Court of Bradford County, to be held
at Towanda, in and for said County and
State, on THURSDAY, the 7th day of MAY,
A. D. 1908, at 2 o'clock, p. m., for confirmation,
and they will be confirmed nisi—unless ex-
ceptions are filed within ten days thereafter
final confirmation will be entered thereon.

CHARLES P. DEWEY,
Register of Wills.

Register's Office, Towanda, Pa.,
April 9, A. D. 1908.

---

By virtue of sundry writs issued out of the
Court of Common Pleas of Bradford County,
and to me directed, I will expose to public
sale at the Court House in Towanda Borough,
on

Friday, May 1, 1908,

At one o'clock, p. m., the following described
property:

No. 1. One lot, piece or parcel of land situ-
ate in Sayre Borough, County of Bradford,
State of Pennsylvania, bounded as follows,
to-wit: Bounded on the north by lot of M.
J. Murphy; on the east by lot No. 18; on the
south by lot No. 17; and on the west by New
street; being a lot fronting 50 feet on High-
land avenue and 150 feet of M. J. Murphy;
being 40 feet in width and 150 feet in depth; and be-
ing lot No. 16 on the Mary Jenck's plot, as
surveyed and plotted by K. F. Murphy, Feb.
1903, with a framed dwelling house thereon.
Seized and taken into execution at the suit of
Mrs. Charles E. Lain vs. Patrick H. Quinn.

No. 2. ALSO—One other lot, piece or parcel
of land situate in Sayre Borough, County of
Bradford, and State of Pennsylvania, bound-
ed as follows, to wit: Beginning at a point in
the westerly line of Do-Hood street at the
southeasterly corner of the village lot; thence
north 40 rods, running thence southerly along
line of said street 50 feet to a corner; thence
westerly and at a right angle with said street
40 feet to a corner; thence northerly par-
allel with said street 50 feet to a corner
thence easterly and at a right angle with said
street 40 feet to the place of beginning; be-
ing lot Number 20 on a map of lots in the
village of Sayre made by the Sayre Land
Company by Z. F. Walker; containing one
square feet, together with a one-half interest
in the well located between the aforesaid lots
Numbered 20 and 20, which entitles to the
free and unrestricted use there & with one
framed house, one framed store building and

# THE BRADFORD ARGUS, TOWANDA, PA., APRIL 16, 1908.

Commissioners—L. H. Marsh, of Wyalusing; George N. Bird, of East Smithfield.

Treasurer—Frank N. Moore, of North Orwell.

Auditors—H. B. Burroughs, of West Franklin; Wilbur Gorham, of Orwell.

Coroner—T. Ben. Johnson, of Towanda.

### Democratic Nominees.

Congress—George W. Kipp, of Bradford county.

State Senator—Albert M. Cornell, of Bradford county.

Representatives—Jerome B. Neiley, of Asylum; Delos Rockwell, of Burlington.

Sheriff—M. J. McNulty, of Troy.

Prothonotary—Frank N. Bull, of Monroeton.

Register and Recorder—J. E. Passmore, of Gilletts.

Commissioner — Job Griffin, of Athens.

Treasurer—N. F. Walker, of Athens.

Auditor—S. S. Murphy, of North Albany.

Coroner—J. E. Daly.

As we go to press the Senatorial contest is in doubt, both candidates claiming the nomination.

---

Probably it is your stomach, and not your heart, that causes pain in the neighborhood of the heart. If it is, Lane's Family Medicine will give relief. Twenty-five cents—at Druggists.

---

"Fighting Bob" Conquered at Last.

Rear Admiral Evans has been driven off the sea. It requires a great power to accomplish that feat. That power was contained in a persistent case of rheumatism which makes it necessary for the "old sea dog" to quit the sea air. This affliction comes just when the Rear Admiral was in the height of his glory, and very anxious to end his nautical career so as to win a halo for his forehead. It is hard luck.

---

A cough cure that can be given to children without chance of harm is Kemp's Balsam, the best cough cure. It does not contain poisons or harmful drugs. Druggists sell

# Treasurer's Sale of Unseated Lands.

In pursuance of the several Acts of Assembly having reference to the assessment of taxes upon unseated lands in the Commonwealth of Pennsylvania, and the sale of the same for the non-payment thereof, the undersigned, Treasurer of Bradford County will expose to public sale at the Treasurer's Office, in the Borough of Towanda, on the second Monday of June next, being

## JUNE 8, 1908,

At one o'clock, p. m., the several tracts under the following names, warrantee or owners, unless prior payment of taxes and interest at 6 per cent. interest thereon be made. Int-rest will be collected from January 1, 1907, on 1906 taxes; and from January 1, 1908, on 1907 taxes. Also 50 cents will be collected on each tract for advertising:

| No. Acres. | Warrantee Names. | Year. 1906 | 1907 |
|---|---|---|---|
| | **BARCLAY TOWNSHIP.** | | |
| 234¾ | Adlum, John | | 37 63 |
| 302 | Biddle, Mark J. | | 18 99 |
| 25 | Biddle, William M. | | 2 95 |
| 150 | Biddle, James | | 29 70 |
| 433 | Barrow, John, Jr | | 46 72 |
| 96 | Cunningham, D. H. (1-10 interest) | | 45 |
| 244 | Erwin, Richard | | 39 53 |
| 23 | Groff, John | | 2 17 |
| 20 | Hiltzheimer, Thomas | | 2 87 |
| 157 | Hiltzheimer, Jacob | | 14 76 |
| 40 | Hiltzheimer, Robert | | 3 76 |
| 25 | Hiltzheimer, Jacob | | 2 35 |
| 128 | Ladley, Andrew, (1-10 interest) | | 2 23 |
| 100 | Ladley, Andrew, (1-10 interest) | | 2 35 |
| 30 | Ladley, Joseph, (1-10 interest) | | 28 |
| 330 | Ladley, Joseph, (1-10 interest) | | 3 10 |
| 434 | Ladley, Peter, (1-10 interest) | | 4 09 |
| 160 | Reed, Collinson | | 25 88 |
| 211 | Shoemaker, James | | 19 88 |
| 212 | Stewart, Walter, (1-10 interest) | | 1 99 |
| 58 | Tybout, Andrew | | 4 37 |
| | **LeROY TOWNSHIP.** | | |
| 199 | Adlum, John | | 9 00 |
| 237 | Biddle, M. J. | | 10 65 |
| 432 | Biddle, W. M. | | 62 21 |
| 440 | Barron, John, Sr | | 19 80 |
| 150 | Boynton, Peter | | 6 75 |
| 91 | Biddle, Clement | | 4 92 |
| 403 | Boyd, John | | 18 14 |
| 343 | Grawden, Andrew | | 13 67 |
| 290 | Gratz, Hiram | | 14 85 |
| 333 | Gratz, Bernard | | 14 98 |
| 230 | Gratz, Simeon | | 10 35 |
| 444 | Henry, Joseph | | 41 96 |
| 410 | Haines, Josiah | | 44 28 |
| 486 | Pennington, Benjamin | | 21 87 |
| 341 | Patton, John | | 16 39 |
| 227 | Reed, Collinson | | 10 27 |
| 35 | Reed, Collinson | | 3 54 |
| 452 | Shoemaker, James | | 40 33 |
| 257 | Simons, James | | 11 61 |
| 47 | Simons, James | | 6 75 |
| 174 | Back, Henry | | 17 62 |
| 160 | Graff, John | | 16 20 |
| 380 | Dundass, Thom's | | 38 48 |
| 291 | Biddle, James | | 29 44 |
| | **MONROE TOWNSHIP.** | | |
| 17 | Cunningham, D. H., (1-10 interest) | | 4 |
| 55 | Moore, John | | 1 24 |
| 141 | Stewart, Walter (1-10 interest) | | 32 |
| 45 | Woodruff, Hannah | 1 10 | 1 01 |
| | **OVERTON TOWNSHIP.** | | |
| 370 | Betz, John | | 12 58 |
| 568 | Betz, James | | 131 24 |
| 104 | Cooley, Henry | | 3 54 |
| 200 | Castator, George | | 6 80 |
| 273 | Erwin, Richard | | 31 70 |
| 10 | Ellis, Marcy | 38 | |
| 354 | Fritz, Samuel | | 12 04 |
| 258 | Fritz, John | | 8 77 |
| 437 | Hardy, Samuel | | 29 71 |
| 437 | Hardy, James | | 14 86 |
| 282 | Hiltzheimer, Jacob | | 38 85 |
| 400 | Hampton, Jonathan | | 13 60 |
| 100 | Ladley, Andrew, (1-10 interest) | | 34 |
| 30 | Moore, John | 1 14 | 1 02 |
| 400 | Seeley, Henry | | 27 20 |
| 400 | Seeley, Peter | | 13 60 |
| 382 | Seeley, Joseph | | 25 98 |
| 30 | Tybout, Andrew | | 1 02 |
| 25 | Tybout, Andrew | | 86 |
| 50 | Woodruff, Hannah | 2 66 | 1 70 |
| 264 | Haines, John F. (owner) | 17 83 | 18 78 |
| 376 | Haines, John F. (owner) | 33 44 | 12 78 |

Treasurer's Office, Towanda, Pa., April 9, 1908.

W. F. WATERS, County Treasurer.

DO YOU WANT

J17.003  JA476

# THE BRADFORD ARGUS.

Seventy-fifth Year. No. 48.      Towanda, Pa., Thursday, April 23, 1908.      $1 a Year.

## Dead Man Found in the Woods.

The decomposed body of John McLaughlin, of Scranton, was found on Barclay mountain on Friday morning, April 17. The discovery was made by Thomas Alexander of Laquin, who was walking over the mountain to the old Barclay coal mines. The body was found at the foot of a thirty-five foot precipice.

McLaughlin, who was about thirty-five years of age, came from Scranton to Towanda, and was employed on the construction of the piers for the new Lehigh bridge at Upper Towanda. He was a heavy drinker, and while here was taken into custody by the police on five different occasions. He went to Barclay on January 2, and secured employment in the mines operated by Randolph A. Smith of Towanda. He worked two days and one night, and the last seen of him was on the evening of January 5, when he was noticed sitting on the top of the embankment, at the foot of which his dead body was found on the date mentioned. A fierce snowstorm was raging at the time, and it turned in bitterly cold, and the supposition is that he either fell or jumped over the precipice to his death.

The body was brought to this place and buried.

## A Woman's Back

Has many aches and pains caused by weakness and falling, or other displacement, of the pelvic organs. Other symptoms of female weakness are frequent headache, dizziness, imaginary specks or dark spots floating before the eyes, gnawing sensation in stomach, dragging or bearing down in lower abdominal or pelvic region, disagreeable drains from pelvic organs, faint spells with general weakness.

If any considerable number of the above symptoms are present there is no remedy that will give quicker relief or a more permanent cure than Dr. Pierce's Favorite Prescription. It has a record of over forty years of cures. It is the most potent invigorating tonic and strengthening nervine known to medical science. It is made of native medicinal...

## Recent Deaths.

Mrs. Mary J. Farman Wells, wife of J. M. Wells, a well-known and prosperous farmer of New Era, died suddenly last Saturday morning.

John J. Unger, father of Mrs. Edwin A. Germant of Towanda, died on Saturday evening, April 11, at the family home in Leesport, Berks county.

Elliott J. Luther, son of the late Enoch and Polly Luther of Barlington township, died on February 13, 1908, at his home in South Corning, Adams county, Iowa.

Philo Finch died at the home of his daughter, Mrs. Spear, in Athens, on Wednesday morning, April 15, aged seventy-six years. Deceased had been a resident of Athens but a short time, having moved there from New Albany.

Theodore Martin, a native of Wysox township, and a man highly respected within a large circle of friends, died at his home on the Piollet farm, on Shores Hill, on Thursday morning, April 16, at 6 o'clock, after a long illness.

Mrs. Julia Hurley, widow of the late Peter Hurley, well-known residents of State Road, Wysox township, died last Sunday afternoon at her home in Ithaca, N. Y., after a long illness. She had resided in Ithaca only a short time. She is survived by three children.

## Mrs. Charles H. Keeler.

The remains of the late Mrs. Minerva J. Keeler, wife of Charles H. Keeler, former well-known Towanda people, were brought to Towanda from Daytona, Volusia county, Florida, arriving here on Thursday afternoon, April 16, and taken direct to Riverside cemetery where the interment was made on the family plot where Mr. Keeler's grandmother, father and mother, and youngest sister are all buried.

## Escaped Serious Imprisonment.

D. DeWitt Harbot, of Laquin, who has been in jail the past three weeks charged with clubterzling $3,600 belonging to Barclay township, which he failed to account for after collecting the amount in taxes, was released last Saturday. Satisfactory arrangements were made so the bondsmen may not lose more than $300 each.

Harbot was the Susquehanna and New York station agent at Laquin. Two years ago he was elected Tax Collector of Barclay township, an office which he held until a few weeks ago when a shortage of about $3,600 was discovered in his accounts. His accounts as station agent and express agent were also found to be short over $1,000. An effort was made by his wife and friends to raise the amount of the shortage, and for a time the attempt seemed hopeless, but they kept at it, and last Saturday they succeeded in satisfying the bondsmen and other claimants to the effect that the case was "nolle prosequied" and an order issued to Sheriff Griffin for the release of Harbot from the county jail.

Harbot's bondsmen, who were his security as Tax Collector, each donated $160, making the total of $600, and his friends and relatives raised the rest of the amount. Harbot had some money of his own, which, together with personal property and the assistance of relatives and friends, the New York Bonding Company, which was his security as station and express agent, settled for $700—about two thirds of their claim.

Harbot was simply foolish.

## Grand Jury.

The following are the citizens of Bradford county composing the Grand Jury, who are serving the present week:

Daniel T. Benjamin, Athens bor-

## OFFICIAL VOTE

Of the Primary Election Held April 11, 1908.

We give below the footings of all the vote on Saturday, April 11. No newspaper of the county has yet undertaken to get up a complete table, as it would take too much space and labor, and the scattering vote is immense—electors writing in the names of personal friends. The total footings will satisfy the people:

### Congressional.

| | |
|---|---|
| C. C. Pratt, R. | 1,541 |
| J. Andrew Wilt, R. | 3,841 |
| George W. Kipp, D. | 860 |
| E. H. Meeker, P. | 181 |
| William Markham, S. | 20 |

### Senatorial.

| | |
|---|---|
| William, Cross, R. | 2,861 |
| Moses Shields, R. | 2,453 |
| A. M. Cornell, D. | 631 |
| J. F. Whitney, D. | 145 |
| E. W. Dallas, P. | 167 |
| F. M. VanBiper, S. | 20 |

### Representatives.

| | |
|---|---|
| Charles E. Mills, R. | 3,271 |
| George Moscrip, R. | 3,227 |
| G. A. Stevens, R. | 3,121 |
| W. R. Campbell, D. | 587 |
| J. B. Neiley, D. | 578 |
| Delos Rockwell, D. | 515 |
| J. A. Bowker, P. | 172 |
| W. S. H. Heermans, P. | 160 |
| C. S. Mann, S. | 63 |
| E. D. Streevy, S. | 62 |

### Sheriff.

| | |
|---|---|
| John H. Dean, R. | 2,978 |
| E. W. Wheeler, R. | 1,195 |
| R. E. Snyder, R. | 1,082 |
| M. J. McNulty, D. | 693 |
| O. W. Fawcett, P. | 170 |
| S. P. Matteson, S. | 62 |

### Treasurer.

| | |
|---|---|
| Frank N. Moore, R. | 2,665 |
| F. K. Harris, R. | 1,863 |
| J. E. Everett, R. | 1,122 |
| W. A. Mosher, P. | 807 |
| O. J. Sumner, P. | 176 |
| A. L. Merrill. S. | 63 |

### Register and Recorder.

| | |
|---|---|
| William Foyle, R. | 1,764 |
| George M. Hoffman, R. | 1,688 |
| J. T. McCollum, R. | 1,125 |
| Frank M. Vought, R. | 998 |
| J. E. Passmore, D. | 413 |
| G. O. Gerould, D. | 392 |
| M. C. Wilson, P. | 180 |

## Delegates to the Socialist State Convention—Fred Donlin, John J. Lynch, and C. S. Mann.

## FATAL ACCIDENT AT WHALEN.

### Four Dead—Two Dying and Fifteen Injured.

A frightful accident occurred about 10 o'clock last Wednesday morning on the Susquehanna and New York Railroad, near Whalen. It was reported that four Italians were killed, two could not live, and fifteen injured. Smith Brothers, undertakers in this place, were ordered there with four coffins, but they took six. The details at this writing are hard to get.

It appears that when the log train was returning from its morning trip from the mountains to Laquin; when near Whalen, the fifteen or more men on board lost control of the train, and it came down the steep grade at a terrific speed. Finally the train (a heavy one) struck a curve near the foot of the mountain and was thrown completely off the track, killing the four men and injuring a number more. Most of these men are Italians and the names can not be obtained.

## Report of Grand Jury.

Salvatore Biondi, murder, true bill.

Arthur Tracy, arson, true bill.

True bills were also returned in the following cases: Emily English, common scold; William Vanderpool, larceny and receiving stolen goods; and Floyd Carrier, fornication and bastardy.

True bills—Mary Cowie, receiving stolen goods; Oliver Smith and John Sluyter, burglary and larceny; Peter Mongual, felonious attempt to murder, attempt to main, disfigure or disable, wantonly pointing firearm and carrying concealed weapons; Peter Mongual, aiding prisoner to escape.

## Morgan Waters.

Morgan Waters, one of the oldest residents of this borough, died at Corning, N. Y., at the home of Mrs. Henry Waters, on April 19. His age was 90 years, and he came to this country from Wales in 1830. In 1831 he moved to the vicinity of Towanda, and finally to the boro, where he has resided ever since. The deceased was an expert gardener, and followed that vocation many years. He was known for the fine strawberries he raised as well as other garden productions, and was an estimable citizen and kind neighbor. His only son Henry Waters died a few weeks ago. The funeral was held from the M. E. church Sunday morning and interment is Oak Hill cemetery.

## Death of Mrs. Eugene Messenger.

Mrs. Eugene Messenger who it will be remembered was the wife of the murdered night watchman of the Athens Bridge Works is dead. Some time after his death she went to Elmira to reside and lived there until a few months ago when she became ill of cancer. Her brother, Mr. White, then took her to his home on Talmadge hill and she remained there until her death last Saturday. Mrs. Messenger is survived by two daughters and one son.

## Register's Office.

Will of Jacob H. Allis, late of Rome borough, deceased, admitted to probate, and letters testamentary granted to George D. Powers.

Will of L. S. Chubbuck, late of Orwell township, deceased, admitted to probate, and letters testamentary granted to M. E. Chubbuck and E. E. Chubbuck.

## Dangerous Explosion.

An instantaneous water-heater in the residence of Mrs. McQuiston, on North Main street, exploded last Saturday morning, wrecking the

JOINT EXHIBIT

18

Commonwealth of Penn. v.
Thomas E. Proctor Heirs Trust
et al.

No. 1:12-cv-1567

THE BRADFORD ARGUS, TOWANDA, PA., APRIL 29, 1908.

## Additional Local News.

### DEEDS RECORDED.

With Location of Lands, Names of Parties and Considerations.

Athens Township — March 25, 1908. The Sayre Real Estate and Improvement Company to Sarah Elizabeth Eller, lot; $100.

Franklin Township — March 23, 1908. Charles T. Sickler to Gilbert W. Sickler, lots; $800.

Towanda Township — March 27, 1908. Martin Bowen and wife to Karl V. Manley, lots; $2,800.

Pike Township — March 26, 1908. William B. Beaumont and wife to Mabel A. Bramhall, lots; $1.

Athens Township — March 21, 1908. Emma L. and Harley R. Jenney to David Cash, 1 6-10 acres; $1.

Athens Township — March 26, 1908. David Cash to P. E. Decker, 1 6-10 acres; $1.

Sayre Borough—March 27, 1908. Frank B. Green and wife to Alberta K. Pike, lot; $2,100.

Monroe Borough — —, —, 1908. Walter G. Miller and others to Daniel L. Miller, lot; $1.

Towanda Township — November 13, 1905. Towanda Water Works to Robert P. Scott, 27 acres; $600.

Towanda Township — March 28, 1908. Samuel M. Huston and wife to Fred Scott, 60 acres; $1,175.

Ulster Township — March 14, 1906. Isabella Howie to First National Bank of Towanda, 67 acres and 120 rods; $3,000.

Ulster Township—March 2, 1908. First National Bank of Towanda to Agnes Howie, 67 acres and 120 rods; $2,000.

Terry Township—March 30, 1908. Don M. Bowman to Harvey Mapes, lots; $1,000.

Athens Township — March 24, 1908. Frank Campbell and wife to Martha Grace Holcomb, 2 acres; $1.

Athens Township — March 24, 1908. Ford W. Campbell and wife to P. S. Holcomb, lot; $1.

Athens Township—December 30, 1907. The Sayre Real Estate and Improvement Company to Fred W. Campbell, lot; $80.

Litchfield Township—March 24, 1908. P. S. Holcomb and wife to Ford W. and Huldah J. Campbell, lots; $1.

Athens Borough—September 17, 1897. Juliette M. and George A. Kinney to Ely M. Kinney, lots; $1.

Athens Borough—September 28, 1897. E. G. Fitch and wife to George A. Kinney, lot; $100.

Albany Township — March 30, 1908. John Murphy and wife to Joel Dibble, 42 acres; $600.

Canton Township — March 17, 1908. Charles Patterson and wife to Edmund D. Kelley, lot; $500.

Sayre Borough — February 26, 1908. Edgar C. Linn and wife to Theron H. Selleck, lot; $10.

Franklin Township — February 7, 1908. John J. Spalding and wife to Dorson E. Cole, 2 acres; $3,50.0.

Albany Township — March 31, 1908. Franklin L. Wilcox and wife to Amanda A. Davidson, 40 acres; $800.

### THE VOWEL LIMERICKS.

An Irishman boasted: "With aaaa
I kin carry a hod where I plaaaa."
But one day he dropped
The hod and he stopped—
He called to Hanging o'er paaaa.

She made a Welsh rarebit with eee
And consumed a supply of old cheesee;
The young man she fed,
Tumbled out of his beee,
Thor in-tor's it's best not to teeee.

A maid who had wonderful lii i
And a brain of miiiimum siiii,
Led all men a dance
By the lure of her giiiee—
No pretty if you can't so wiii.

A crafty young fellow who oooo
A lot more than any one knoooo,
Progressed for a spell,
But he's now in a cell—
The prudent man pays as he goooo.

A man said: "I'll never more uuuu
Any liquor, because I don't chuuuuu,"
But, grievous to see,
He went out on a spree—
It's hard to live up to your vuuuu.
 —William Ganson Rose, in Judge.

### JUST THE DIFFERENCE.



"He caught the grip from a slight draft."
"Pshaw, I lost my grip from a slight draft."

### Song of the Bunco Man.

Lives of easy marks remind us we can
 Make existence pay;
Let us then be up and doing every Rube
 Who comes our way.
 —Judge

### The Qualifications Demanded.

"The man who marries my daughter will have to own property in his own right," exclaimed the pompous banker.

"Ah, I see," replied the youth. "Otherwise he couldn't very well cast his lot with hers."

As he had his hat in his hand and the front door was open, he escaped personal violence. — Detroit Free Press.

### New Attachment.

"And what is this lever for?"
"That is to use when I run over a pedestrian."

"You press that and stop your machine!"

"No, indeed! I jam my foot on it and it turns my number up against the toneau so that it cannot be read while I make my getaway."—Houston Post.

### Suffering and Dollars Saved.

E. S. Loper, of Marilla, N. Y., says—"I am a carpenter and have had many severe cuts healed by Bucklen's Arnica Salve. It has saved me suffering and dollars. It is by far the best healing salve I have ever found." Heals burns, sores, ulcers, fever sores, eczema, and piles. Price, 25 cents, at Dr. H. C. Porter & Son's Drug Store, Main Street, Towanda, Pa.

### The Jumping-Off Place.

"Consumption had me in its grasp; and I had almost reached the jumping-off place when I was advised to try Dr. King's New Discovery; and I want to say right now, it saved my life. Improvement began with the first bottle, and after taking one dozen bottles I was a well and happy man again," says



### Best for cakes of all makes

## Karo
### CORN SYRUP

An everyday sweet for all people.

In air-tight tins, 10c, 25c, 50c.

CORN PRODUCTS
MFG. CO.

## Treasurer's Sale of Unseated Lands.

In pursuance of the several Acts of Assembly having reference to the assessment of taxes upon unseated lands in the Commonwealth of Pennsylvania, and the sale of the same for the non payment thereof, the undersigned, Treasurer of Bradford County, will expose to public sale at the Treasurer's Office, in the Borough of Towanda, on the second Monday of June next, being

**JUNE 8, 1908,**

At two o'clock, p. m., the several tracts under the following names, warrantee or owners, unless prior payment of taxes and interest at 6 per cent. interest thereon be made. Interest will be collected from January 1, 1908, on 1906 taxes; and from January 1, 1908, on 1907 taxes. Also 50 cts. will be collected on each tract for advertising.

| No Acres | Warrantee Names. | Year. | 1906 | 1907 |
|---|---|---|---|---|

BARCLAY TOWNSHIP

*(table of land parcels and tax amounts)*

LEROY TOWNSHIP

MONROE TOWNSHIP

OVERTON TOWNSHIP

Treasurer's Office, Towanda, Pa. April 9, 1908.

W. F. WATERS, County Treasurer.

### Wise Old Horse.

He took her sleighing one cold night
 And down the snowy way
He asked her if she'd share his lot
 And the maiden answered nein—
But the old sleigh-horse said "Neigh!"
 —Chicago Daily News.

### Going Ahead.

"No, sir!" said the manager, "no house in the country, I am proud to say, has more men pitching its line

### CURRENT VERSE.

**In Lilac Time.**

No sorrow need to-day approach my door,
 For the dull East is green and barred to him;
The grists which I have known shall be no more,
 And even their memory shall be faint and dim.

STEAM SCHOONER is UNIQ
Vessel of the Pacific Adapted to Heavy Loads.

The steam-schooner, a vessel wi build and habits are peculiar to Pacific, writes Mr. Ralph D. Paine "The Greater America," often i to sea "with her jaw-line over hatch," which means that after hold has been crammed with ca a deck-load of lumber is piled way up the masts, so that her ski puts out with the water washing his main deck.

Along the harbor front of Se runs the story of a passenger toned down to the wharf in a hurr got aboard a departing steam sch er. He balanced himself on the sl piece for an instant, looked down what little he could see of the li craft, and flove his grip back dow only opening in sight. He was a to dive after it when a lounger on wharf shouted:

"Hi, there! Where do you th you're jumpin' to? That's the sm stack you tossed your baggage do

"What!" gasped the passenger thought it was the hatch."

The story has a slight flavor exaggeration, but it may serve to that the commerce of the Pacific ways of its own.—Youth's Compan

### MUST HAVE ASTONISHED BRI

Hunter Dropped from Limb, and B Shot Up in the Air.

"I never fooled a bear but on my life," said an old California hunt "I was hunting quail with a light one day, when I suddenly met a large bear. I was willing to l without speaking, but Bruin was about something and bristled up f fight.

"So I let him have both barr and then cut for a tree. The d chased him for a minute, and ther gave chase, and pretty soon c clawing up after me. There was nothing but a little limb on one side, when I saw him coming, I got ou the extreme end, although it b like a reed under my weight.

"Out came the bear after me, so and carefully, and with every i the branch bent lower. When bear got within two yards of m was within ten feet of the gro Then I dropped down, and, as the l shot up 20 feet in the air, I m for home as fast as I could run."

### By Appointment.

In the dim-lit drawing room on keen winter's night sat Sweet Se teen, smiling entrancingly at Am Twenty-One. Sweet Seventeen unconsciously bewitching and An Twenty-One appallingly earnest. Gazing intently into the solid heart of the great log fire that bl cheerfully in the grate, he po forth his passionate address.

"How divine!" murmured S Seventeen.

But the young man frowned started.

"How divine! How dearest lay—"

"Hilary!" he said. "You r George, pet, do you not?"

The maiden flushed and bit lip.

"Oh, dear," she said, "how fooli me! I was thinking that this Saturday night!"—Tid-Bits.

### Wise Old Noah.

A Sunday school teacher in Mayr was questioning her class a some prominent men of the old T ment. "Now, Henry, can you tel who was the wisest man in the Bibl she asked.

"Noah!" Henry answered prom "Oh, no, Henry," the teacher "you don't mean Noah; you Solomon, don't you?"

"No, ma'am! I mean Noah."
"What makes you think that was the wisest man?"

"Well," said Henry, "my papa a man like Solomon, with 400 w and 800 porcupines, is a great and, while Noah knew enough to in out of the wet when it began rain."



# Treasurer's Sale of Unseated Lands.

In pursuance of the several Acts of Assembly having reference to the assessment of taxes upon unseated lands in the Commonwealth of Pennsylvania, and the sale of the same for the non payment thereof, the undersigned, Treasurer of Bradford County, will expose to public sale at the Treasurer's Office, in the Borough of Towanda, on the second Monday of June next, being

## JUNE 8, 1908,

At one o'clock. p. m. the several tracts under the following names, warrantee or owners, unless prior payment of taxes and interest at 6 per cent. interest thereon be made. Int rest will be collected from January 1, 1907, on 1906 taxes; and from January 1, 1908, on 1907 taxes. Also 50 cen s will be collected on each tract for advertising:

| No. Acres | Warrantee Names. | Year. | Amount of Taxes. 1906 | 1907 |
|---|---|---|---|---|
| | **BARCLAY TOWNSHIP** | | | |
| 234¼ | Adlum, John | | | 37 63 |
| 204 | Biddle, Mark J. | | | 18 99 |
| 25 | Biddle, William M. | | | 2 35 |
| 150 | Biddle, James. | | | 29 70 |
| 438 | Barrow, John, Jr | | | 46 72 |
| 96 | Cunningham, D H., (1-10 interest) | | | 45 |
| 244 | Erwell, Richard | | | 39 53 |
| 23 | Groff, John | | | 2 17 |
| 20 | Hiltzheimer, Thomas. | | | 2 82 |
| 157 | Hiltzheimer, Jacob | | | 14 76 |
| 40 | Hiltzheimer, Robert | | | 3 76 |
| 25 | Hiltzheimer, Jacob | | | 2 35 |
| 238 | Ladley, Andrew, (1-10 interest) | | | 2 23 |
| 100 | Ladley, Andrew, (1-10 interest) | | | 2 35 |
| 30 | Ladley, Joseph, (1-10 interest) | | | 28 |
| 330 | Ladley, Joseph, (1-10 interest) | | | 3 10 |
| 434 | Ladley, Peter, (1-10 intere t) | | | 4 09 |
| 270 | Reed, Collinson | | | 25 38 |
| 213 | Shoemaker, James. | | | 19 89 |
| 32 | Stewart, Walter, (1-10 interest) | | | 1 99 |
| 58 | Tybout, Andrew. | | | 4 97 |
| | **LeROY TOWNSHIP.** | | | |
| 199 | Adlum, John | | | 9 00 |
| 237 | Biddle, N. J. | | | 10 65 |
| 432 | Biddle, W. M. | | | 63 21 |
| 440 | Barron, John, Sr | | | 19 80 |
| 150 | Boynton, Peter | | | 6 75 |
| 91 | Biddle, Clement | | | 4 02 |
| 403 | Boyd, John | | | 18 14 |
| 348 | Grayden, Andrew | | | 15 67 |
| 290 | Gratz, Hiram | | | 14 85 |
| 330 | Gratz, Bernard | | | 14 98 |
| 230 | Gratz, Simeon | | | 10 35 |
| 444 | Henry, Joseph | | | 44 96 |
| 410 | Haines, Josiah | | | 44 28 |
| 432 | Pennington, Benjamin | | | 21 87 |
| 341 | Patton, John | | | 15 39 |
| 227 | Reed, Collinson | | | 10 27 |
| 85 | Reed, Collinson | | | 6 31 |
| 452 | Shoemaker, James | | | 20 35 |
| 257 | Simons, James | | | 11 61 |
| 47 | Simons, James | | | 6 75 |
| 174 | Beck, Henry | | | 17 62 |
| 161 | Graff, John | | | 16 20 |
| 380 | Dundass, Thom s | | | 38 48 |
| 291 | Biddle, James | | | 29 44 |
| | **MONROE TOWNSHIP.** | | | |
| 17 | Cunningham, D H., (1-10 interest) | | | |
| 65 | Moore, John | | | 1 24 |
| 144 | Stewart, Walter, (1-10 interest) | | | 32 |
| 45 | Woodruff, Hannah | | 1 10 | 1 01 |
| | **OVERTON TOWNSHIP.** | | | |
| 370 | Betz, John | | | 12 58 |
| 368 | Betz, James | | | 131 24 |
| 104 | Cooley, Henry | | | 3 54 |
| 200 | Castator, George | | | 6 80 |
| 273 | Erwin, Richar | | | 31 70 |
| 10 | Ellis, Marcy | | 38 | |
| 384 | Fritz, Samuel | | | 12 04 |
| 258 | Fritz, John | | | 8 77 |
| 437 | Hardy, Samuel | | | 29 71 |
| 282 | Hardy, James | | | 14 86 |
| 282 | Hiltzheimer, Jacob | | | 38 35 |
| 400 | Hampton, Jonathan | | | 13 60 |
| 100 | Ladley, Andrew, (1-10 interest) | | | 34 |
| 30 | Moore, John | | 1 14 | 1 02 |
| 400 | Seeley, Henry | | | 27 30 |
| 400 | Seeley, Peter | | | 18 30 |
| 382 | Seeley, Joseph | | | 26 98 |
| 36 | Tybout, Andrew | | | 1 02 |
| 25 | Tybout, Andrew | | | 66 |
| 50 | Woodruff, Hannah | | 2 66 | 1 70 |
| 264 | Haines, John F. (owner) | | 17 63 | 18 78 |
| 376 | Haines, John F. (owner) | | 36 44 | 12 78 |

Treasurer's Office. Towanda. Pa.. April 9, 1908.

W. F. WATERS, County Treasurer.

thought it was the l...
The story has s...
exaggeration, but it...
that the commerce...
ways of its own.—Y...

## MUST HAVE ASTO...

### Hunter Dropped fro...
### Shot Up in...

"I never fooled a...
my life," said an old...
"I was hunting quai...
one day, when I su...
large bear. I was...
without speaking, b...
about something an...
fight.

"So I let him h...
and then cut for a...
dazed him for a mi...
gave chase, and p...
clawing up after m...
long; projecting limb...
when I saw him co...
the extreme end,...
like a reed under m...

"Out came the bes...
and carefully, and...
the branch bent lo...
bear got within tw...
was within ten fee...
Then I dropped dow...
shot up 20 feet in...
for home as fast as...

### By Appoi...
In the dim-lit dra...
keen winter's night...
teen, smiling entra...
Twenty-One. Swee...
uncommonly bewitc...
Twenty-One appallin...
Gazing intently in...
heart of the great lo...
cheerfully in the g...
forth his passionate...
"How divine!" r...
Seventeen.
But the young ...
started.
"How divine!...
lary—"
"Hilary?" he sa...
George, pet, do you...
The maiden flush...
lip.
"Oh, dear," she sai...
me! I was thinkin...
Saturday night!"—...

### Wise Old...
A Sunday school...
Mawr was questionin...
some prominent men...
ment. "Now, Henry...
who was the wisest ...
she asked.
"Noah!" Henry an...
"Oh, no, Henry,"...
"you don't mean ...
Solomon, don't you?...

## Dollars Saved.
of Marilla, N. Y.,...
arpenter and have...
e cuts healed by...
a Salve. It has...
g and dollars. It...
t healing salve I...
d." Heals burns,...
er sores, eczema,...
, 25 cents, at Dr...
on's Drug Store,...
anda, Pa.

: grip from a slight

ny grip from a sight

e Bunco Man.
ks remind us we can
e pay;
and doing every Rube
r way.
—Judge

tions Demanded.
marries my daugh-
own property in his
med the pompous

replied the youth.
ldn't very well cast

hat in his hand and
as open, he escaped
.—Detroit Free

ttachment.
his lever for?"
when I run over a

and stop your ma-

jam my foot on it
number up against
t it cannot be read
get-away."—Houston

ng-Off Place.

Wise Old Horse.     CURRENT VERSE

# THE BRADFORD ARGUS.

Seventy-fifth Year. No. 49.        Towanda, Pa., Thursday, April 30, 1908.        $1 a Year.

## Sunday Night Fire.

A house belonging to James Shelton, Sr., located on North Fourth street, between Chestnut and Maple streets, caught fire last Sunday evening from an oil stove in an incubator. Part of the family had retired, but Mrs. Shelton was in the parlor reading. Before the firemen arrived the blaze had gained considerable headway, but they put on three streams and soon had the fire under control. Mr. Shelton, who was assisting in carrying out furniture, while in one of the up-stair rooms was overcome by the smoke and was found unconscious. He was carried out by the firemen—when he was found his hair was burned off, and his hands burned. A physician dressed the burns, and while painful they are not serious. The house formerly belonged to Charles T. McKinney, and was recently purchased by Mr. Shelton. The rear of the building was destroyed, and the other portions very badly damaged by water. The loss is $1,000 and partly covered by insurance.

### Divorce Granted.

Stanley F. Sawyer has been granted a divorce from his wife, Mary A. Sawyer, on the grounds of desertion.

Bring your Job Printing to the Argus Office. We can please you.

### If You Read This

It will be to learn that the leading medical writers and teachers of all the several schools of practice recommend, in the strongest terms possible, each and every ingredient entering into the composition of Dr. Pierce's Golden Medical Discovery for the cure of weak stomach, dyspepsia, catarrh of stomach, "liver complaint," torpid liver, or biliousness, chronic bowel affections, and all catarrhal diseases of whatever region, name or nature. It is also a specific remedy for all stages of catarrhal affections and their resultants, as bronchial, throat and lung disease (except consumption) accompanied with severe coughs. It is not so good for acute colds and coughs, but for lingering or chronic cases it is especially efficacious in producing perfect cures. It contains Black Cherrybark, Golden Seal root, Bloodroot, Stone root, Mandrake root and Queen's root—all of which are highly praised as remedies for all the above mentioned affections by such eminent medical writers and teachers...

## Douglas Wilson Dead.

Douglass Wilson died at the County house in Burlington, at 4.30 o'clock Monday morning. This aged colored man, who was the last of the old slaves in this vicinity, has been quite feeble for a year or more. However, he kept shining shoes in the court house corridors until he could wield the brush no longer. It was then thought he would have better care at the county house, and his daughter was working in Ohio.

No one knew his age—he did not know it himself, but he must have been at least 79 years old. "Doug," was a character, involved out of the slave period, but he was wise enough when the Union troops invaded the Shenandoah valley to make his escape into our lines, while his wife and others fled further south. He remained with the army doing various kinds of service, and finally made his way up the Susquehanna to Towanda. He sent for his wife, and they lived here for years. Doug. was a great philosopher and orator and the boys used to enjoy him along that line, when he could invent more new English words than a dictionary would hold. When the soldier's monument was erected the same boys made him believe he had special care of that statuary, and there ensued a war between himself and the dogs that used to come around and look at the monument, also the kids that roosted on the ample base. That monument was a special prize in his eyes as it typified his escape from slavery. The old darkey never did anyone any harm and when he reached the end he said: "Ise's anxious to go for I knows that my good and lovin' wife and childun is waiting me over there." He is survived by one daughter, Mrs. Eliza Armstrong, of Lima Ohio. We hope the old colored slave is in a better and freer country than the one he left.

## SEVEN DIED.

### More About the Accident on the Susquehanna and New York Railroad.

The accident near Whaled on Wednesday, April 22, caused the death of the following Italians:

Antonio Girardi—Body cut in knives.

Francisco Pizerobio—Head severed from body.

Eugenio Falconi.

Pietro DeMaria—Died at Laquin station.

Juiseppe Marinotte.

Alfredo Animoniu—Died in hospital.

Phillipi Bobinchoe—Died in hospital.

The facts are—The Laquin Lumber Company, desiring to move a camp of Italians, put twenty-five of them in charge of Contractor Antonio Girardi, with the tools, on a flat car which was pushed in front of an engine in charge of Freeman Lyons. About a mile from Whalen it was discovered the reverse lever on the engine would not work—a bolt having dropped from the engine. Some of the Americans jumped from the car, but the Italians clung to it as it was rushing down the steep grade. Near Whalen the car struck the throw-off switch of the Susquehanna and New York and was derailed, and the Italians were hurled in all directions. Some of them landed in front of the engine and were run over. Contractor Girardi, who was said to be a fine man, met his death in this manner, his body being cut in two parts. There were twenty-five men on the flat car, and all of them were more or less injured. The injured were taken to the Williamsport Hospital. Some of the dead bodies were brought to Towanda.

Justice - of - the - Peace John Schoonover, of Laquin, Acting Coroner in the absence of Dr. J. C. Lee, empanelled the following jury which conducted the inquest: Harry D. Bull, George Loder, R. A. ...

## Still Counting Senatorial Vote.

The latest news from the count Crawena about five votes.—But as the politicians in Susquehanna county have petitioned for the opening of more ballot boxes in that county, why not recount the whole three counties and settle it. Because if these Republicans get into a dispute and throw out several districts it might cause another primary election. The matter ought to be settled one way or another, and whichever way it is settled the people will have an idea that there was something wrong one way or another. We do not know as it makes much difference because the people will be disgusted and elect A. B. Cornell next November by a substantial majority and that ought to end the trouble.

### Later.

Wednesday morning we find the kaleidoscope again changed, and Shields again takes the lead. A telephone message from Montrose states the recount has been going on and errors have been found which changes from 5 for Cross to 3 for Shields. More Susquehanna boxes are to be opened. If all this kind of nonsense is to be kept up, at any election we can go through the same farce and order a recount and let your opponent do the counting.

We hope the voters as we have stated above will see the justice of defeating either one of these candidates in November by voting for Cornell a man far above them in ability to fill the high place as State Senator.

### Strikebreakers Who Were Too Handy With Guns Face Trial on Serious Charges.

Fred Gully, Paul Cooper, Charles Lloyd, and Fred Patten, the four Lehigh Valley strikebreakers who were mixed up in the shooting at the corner of Lombard and Desmond streets in Sayre, on the evening of Saturday, April 11, and kept ...

## The Late Edward Francke.

Edward Francke, of Overton, died at the home of his son in that place on Sunday, April 19, 1908, of typhoid fever. He was born in Germany, city of Dantzic, December 22, 1842, and came to America with his parents and settled in Overton, (although across the Sullivan county line in Forks township) in 1856. He had received the most thorough training in the best German schools before leaving his "Fatherland," which proved of great value to him in after-life. His educational advantages in America were limited, but the educated father and mother did much to supplement the common school instruction, and he grew to be a man of thorough training and culture; his moral and religious training was excellent, and his life was marked by his manly acts and kindnesses and the "soul of honor."

Mr. Francke served as a soldier in the Civil War from February 17, 1864, to October 31, 1865, in Company A, Eighteenth Regiment, Pennsylvania Cavalry, with rank as Sergeant. His comrades say of him—"That no better soldier ever wielded a saber in defense of the flag of his adopted country." He received a saber cut on the head from the enemy in a cavalry charge June 10, 1864, and saved his own life by a skilful parrying of the weapon which inflicted the wound.

He was married to Mary McCann, of Overton, April 10, 1871, which union proved a happy one, and to them were born seven sons, all grown to manhood. All the sons were at his funeral on Tuesday, April 21, and acted as pall-bearers. Mrs. Francke died August 17, 1903.

Soon after his return from the army he spent some time in Ohio and took a thorough course in bookkeeping, and later returned to Overton and for many years conducted the general store of Francis Osthaus, and afterwards engaged in business with his son ...

## Caught in Boston.

Tony Ross, who is wanted in Owego, N. Y., for breaking into an Erie Railroad box car on February 27 and stealing two oak dining-room chairs, and particulars of whose "jumping" his bail bond in Towanda where he was awaiting requisition were published, was taken into custody two weeks ago in Boston, Massachusetts.

Chief-of-Police Miller, of Towanda, sent to Boston for Ross and returned to this place with him. The alleged wife of Ross is doing a young Italian merchant to furnish bail for Ross. The merchant had never seen the Rosses before.

Ross has had a checkered career. When he was a resident of Owego he said that his right name was Ernest Sarcen, and that he was born in the Argentine Republic. In his niece been learned that his name is Ernest Sarcen, and that he was born in a town close to Naples, Italy, and lived there for some time. He was married and had two children. Shortly after the birth of the second child he became involved in trouble with a married woman and fled to Brazil. After having lived in Brazil for a short time he married, only to leave his new wife after he had had a quarrel with her. He then returned to his old home in Italy, from which place he came to the United States, locating in Newark, Wayne county, N. Y., where he worked about a year, during which time he behaved himself. He then came in contact with the police for annoying women on the streets.

He later engaged in the saloon business with Felice Critelli. He succeeded in defrauding his partner out of all of his property. He not only took his partner's money, but he stole Critelli's wife, with whom he lived two years. Critelli later obtained a divorce from his wife. Ross disappeared from Newark on March 1, 1907.

JOINT EXHIBIT

19

Commonwealth of Penn. v.
Thomas E. Proctor Heirs Trust
et al.

No. 1:12-cv-1567

THE BRADFORD ARGUS, TOWANDA, PA., APRIL 30, 1908.

NEW BUILDING OF THE PHILADELPHIA "BULLETIN."

## GREAT NEWSPAPER PLANT

### New Home of the Paper With the Sixth Largest Circulation in the United States.

The building of "The Philadelphia Evening Bulletin," a picture of which is shown above, and which has just been occupied, is unsurpassed by any structure of its kind in the world. It was planned along thoroughly practical lines, befitting the home of one of the most complete and up-to-date newspaper plants in existence.

"The Bulletin" has a circulation which now reaches far beyond the highest point ever attained by a daily newspaper in Philadelphia. It stands sixth among the newspapers of the United States. It is equalled or exceeded by only the New York "World" on its morning and evening edition, the "American" and "Journal," of that city, and the Chicago "News."

The structure occupies a commanding position at the N. E. corner of City Hall Square, at the very centre of the city's activities. It is nine stories in height, with a basement. The framework is entirely of steel, reinforced by concrete. The general architecture is in the style of the French Renaissance, with an exterior of terra cotta and a base of granite and limestone. The general aspect suggests grace and massiveness.

"The Bulletin" possesses the largest newspaper printing plant between New York and Chicago. In the basement is the mammoth press room, occupying 10,000 square feet. It contains the battery of ten sextuple web perfecting Hoe presses. Each press has a capacity of 72,000 eight-page papers an hour, 36,000 twelve-page papers or 24,000 sixteen, twenty, twenty-two or twenty-four page papers.

Each of these gigantic presses contains 20,000 integral parts. Any one of them will consume twenty-five or thirty miles of paper an hour when working at full speed. The presses are operated by a system of automatic control, the pressure of a button giving the pressman absolute command of the intricate machinery. The presses are supplied with ink automatically by a specially designed pump. Independent electric motors furnish the power for each press. Every piece of machinery in the building is similarly operated. There is not a belt or a shafting in the building.

The basement contains also four junior autoplates. These machines make the stereotype plates which are put on the press rollers, and from which the papers are printed. Each autoplate is capable of turning out three finished plates a minute. All of the intricate processes of moulding, trimming and cooling the plates are accomplished automatically.

The press room is equipped with an automatic carrier which removes the papers from the presses to the delivery room. Cooper-Hewitt mercury lights, which diffuse powerful rays, make the press room as bright as daylight at all times.

The composing-room occupies the entire ninth floor. It is probably one of the best lighted and most thoroughly equipped of its kind in existence. The battery of twenty-one linotype machines is so arranged that on the most overcast day the operators are able to work without artificial light. On one side of the floor is a sound proof room in which all cuts are cut and trimmed without any of the noise reaching the workers outside.

Near the sound-proof room is the matrix department. Electric driers, never before employed in journalism, are used to dry the "matrix." The matrix is a sheet of blotter-like paper upon which is imprinted an impression of the type. From the matrix is made the stereotype plates. With the electric driers "The Bulletin" is able to dry its matrices in half the time required with the use of steam driers.

The publication office is on the ground floor opposite the City Hall. It is a spacious room with high ceiling. In the centre is a massive column of Negalia marble brought from Africa. The walls of the room are wainscoted with natural Circassian walnut. The floor consists of marble tiles.

In the rear of the first floor are the delivery rooms, from which the papers are distributed to the newsboys and delivery wagons. Above the delivery rooms is a mezzanine floor. This contains a newsboys' recreation room and offices for the business departments. The editorial departments are on the eighth floor, the intervening floors being used for business and professional purposes.

The readers of this paper are invited by [illegible]

## SHE KEPT HIM GUESSING

The girl with the large brown eyes and golden hair looked up engagingly. Candor was written large on her face.

"I always mean what I say," she insisted, reproachfully.

The young man sitting beside her in the secluded corner back of the palms tried to elevate his eyebrows in a superior way, but failed.

"That's what you say," he murmured, with the accent on the pronoun. "You're only joking. You couldn't be serious if you tried."

"Now, that is unkind of you, Harry," she said, in a grieved tone. "I'm sure I don't see why you of all persons should talk that way. You don't mean to say you don't believe me when I say things? I never had my word doubted before!"

"That wasn't what I meant," said the young man, uncomfortably.

"I should hope not," said the young woman. "Well, what did you mean?"

The young man lifted one foot and took a palm leaf between his fingers. "You know well enough," he replied at last. "Any one to hear you talk would think that you—er—thought lots of me, and you don't at all. You let me make an idiot of myself, and all the time you are having the best sort of time and laughing to yourself! Oh, I can see!"

The young woman sighed and shook her head. "You are so set in your ideas," she murmured. "By the way, do you think that when you asked me to marry you it was a case of your making an idiot of yourself? Because—"

"You catch a fellow up so," he complained. "I never knew anyone like you. All other girls—"

"That you've proposed to?" interrupted the young woman, interestedly.

"Certainly not!" said the young man. "There's no use trying to talk to you because you twist things around so. Maybe you think I don't mean it and that's why you won't be serious!"

"I don't see how I could be any more serious than I am," she said plaintively. "Here I let you take me away off in this corner, when I should be dancing with another man! He'll be so angry!"

"Let him," said the young man, savagely. "Besides, I don't know whether you came with me because you liked to be with me or because I'm such a joke to you. Do you treat everyone this way?"

"Harry," said the young woman, impressively, "I treat nobody as I do you!"

The young man scowled at her a minute and then suspicion arose triumphant. "I don't believe you do," he agreed, bitterly. "I suppose no other man would stand it! I'm easy!"

"If you are going to be hateful," she said sweetly, "you might as well take me back to the others."

"And let Smith have his dance? I guess not!" growled the young man. "I've no doubt you want to get rid of me and—"

She laid her hand on his coat sleeve. "Don't you believe I like you?" she asked, with her gaze clear and limpid.

"I don't know," he said, gloomily. "Anyhow, I never knew a girl before who said she liked a man who—who tormented him so."

"You have had so much experience," she said, shaking her head admiringly. "That's where you have the advantage of me!"

She met his unbelieving glance innocently.

"Humph!" he said at last. "I suppose no one ever paid any attention to you before! Oh, not at all! Besides, you're making game of me. I don't know much about managing girls. I can't seem to strike the right track. I wish I knew how to make you say yes."

"You don't look as if you had been losing sleep or missing meals through your anxiety," she said meditatively. "I don't think it can worry you much!"

"You don't know!" said the young man darkly. "I never cared as much [illegible]

### A GREAT TRUTH.

"You don't mean to say," said Whittier, "that you are going to the theater with me with those clothes!"

In truth, Mrs. Whittier looked shabby—there was no doubt of that. A hat at least two years old, a coat that "had seen better days," a skirt that was frayed at the edges—all were noticeable even to Whittier's careless eye.

"That or nothing," she sadly replied.

"But you don't look right. Why, I never saw you look worse!"

"I can't help it, my dear. It's your own fault. I certainly don't enjoy it," she sighed.

"Nor would you, in my place. It's humiliating. But you know you've been preaching economy, and of course I couldn't go against your wishes."

There was a pause. Whittier got up and surveyed her more critically. Then he shook his head.

"Great Scott!" he exclaimed, "has it come to this? Well, well—of course, my dear, we can't have this sort of thing. We'll give up going to the theater to-night and wait until you can get some better clothes. He began to walk up and down excitedly.

"I don't care how much it costs!" he exclaimed. "This, certainly, will never do. It's awful. Take 'em off, my dear, and put on a teagown."

"All right, darling."

Mrs. Whittier disappeared. But in an incredibly short space of time the door opened. Whittier could scarcely believe his eyes. Everything was new that she had on—from her fetching hat to her new shoes.

"What's this?" he exclaimed. Oh! I see. Your little joke, eh? When did you get these things?"

"They just came."

"And so you deceived me. Got me to say you must have them."

And Mrs. Whittier replied calmly, "My dear, nothing of the sort. I merely demonstrated to you, in the most effectual way I could, that I have to spend money on my clothes, because you demand it."—Puck.

### Pleasant Question.

"What in the world are you doing under there so long, dear?" shouted the wife to her husband, who had crawled under the machine, in the mud, to try to ascertain why the blooming moter wouldn't "mote:"

"Oh, darling," came back the almost smothered reply: "I'm just picking a few daffodils and daisies for you, loved one!"—Yonkers Statesman.

### Treatment of Hardwood.

In these days of polished wood stairs and hallways it is almost impossible, even with frequent polishing, to keep the wood from getting black. This is because the dust and dirt catches in the wax, and fresh rubbing only buries it deeper.

A good scrubbing with soap powder every month will remove the dirt, and it may be scrubbed just as energetically as the plainest of kitchen floors. Then, when the wax is applied with the aid of the usual heavy polish, the color of the wood will have returned in all the glory of its first days.

## DO YOU GET UP WITH A LAME BACK?

### Kidney Trouble Makes You Miserable.

Almost everybody who reads the newspapers is sure to know of the wonderful cures made by Dr. Kilmer's Swamp-Root, the great kidney, liver and bladder remedy.

It is the great medical triumph of the nineteenth century; discovered after years of scientific research by Dr. Kilmer, the eminent kidney and bladder specialist, and is wonderfully successful in promptly curing lame back, kidney, bladder, uric acid troubles and Bright's Disease, which is the worst form of kidney trouble.

**Dr. Kilmer's Swamp-Root** is not recommended for everything but if you have kidney, liver or bladder trouble it will be found just the remedy you need. It has been tested in so many ways, in hospital work, in private practice, among the helpless too poor to purchase relief and has proved so successful in every case that a special arrangement has been made by which all readers of this paper who have not already tried it, may have a sample bottle sent free by mail, also a book telling more about Swamp-Root and how to find out if you have kidney or bladder trouble. When writing mention reading this generous offer in this paper and send your address to Dr. Kilmer & Co., Binghamton, N. Y. The regular fifty cent and dollar sizes are sold by all good druggists.

Home of Swamp-Root.

Don't make any mistake, but remember the name, Swamp Root, Dr. Kilmer's Swamp Root, and the address Binghamton N. Y., on every bottle.

### The Soul Aloof.

Thou art mine, thou hast given thy word;
Close, close in my arms thou art clinging;
Alone for my ear thou art singing
A song which no stranger has heard:
But afar from me yet, like a bird,
Thy soul, in some region unstirred,
On its mystical circuit is winging.

Thou art mine, I have made thee mine own;
Henceforth we are mingled forever:
But in vain, all in vain, I endeavor—
Tho' round thee my garlands are thrown,
And thou yieldest thy lips and thy zone—
To master the spell that alone
My hold on thy being can sever.

Thou art mine, thou hast come unto me!
But thy soul, when I strive to be near it—
The innermost fold of my spirit—
Is as far from my grasp, is as free,
As the stars from the mountain tops be,
As the pearl in the depths of the sea
From the portionless King that would wear it!

—Edmund C. Stedman.

### Do Plants Breathe?

Respiration is a part of the life of all organisms, animal and vegetable. It is a series of chemical changes, the first of which is the absorption of oxygen into the body, and the last of which is the exhalation of carbonic acid. Any organ adapted to this double work—the inhalation of oxygen and exhalation of carbonic acid—is a lung, though, of course, the organ is much more rudimentary in the plant than in man. It is none the less true, however, that every living organism, whether plant or animal, breathes.—New York American.

### VIEWED LIFE FROM DARK SIDE.

#### Strong Vein of Pessimism in Elizabeth Stuart Phelps.

"However meager our knowledge of the life to come, this one we understand. This we know; better, perhaps, than we wish we did. I remember to have heard Dr. Holmes say: 'Outside, I laugh. Inside, I never laugh. The world is too sad. How can the Creator hear the hum of its misery forever in His ears? . . . 'Oh, the poor women!' he added; with tears starting down his cheeks.

"When all is said, this is our own case. Outside, we laugh. Inside, we cannot laugh. The world at its best is too sad, and at its worst it is too 'bad and mad' for any but a superficial mind to take a comfortable view of it. It was by way of this admitted fact that Longfellow once said: 'No truly sensitive person can ever be perfectly well. In a state of being like this, that is probably true."—Elizabeth Stuart Phelps, in Harper's Bazar.

### HAD HIS FULL MONEY'S WORTH.

#### Youngster's Enjoyment from the Expenditure of a Cent.

It is delightful, remarks a kindly philosopher, to think how much fun a bright and healthy boy can get out of one cent. I saw such a boy the other day. He first bought a red top. After awhile he remembered that he wanted a green one, and he went back and exchanged the red top for a green one. Later he thought he didn't want the top, after all, and he carried back the green top and exchanged it for candy. It would be waste of space to tell what he did with the candy, but it may be mentioned that he took the empty fancy wrapper back to the toy shop and offered to exchange it for a full one. This, however, was a little too much for the benevolent shopkeeper, who said: "We do everything we can to please our customers, but we can't give something for nothing."

### Voice Building in Children.

What kind of a speaking voice have you? A singing voice is a gift rarely bestowed, and it is to be regarded by those favored as a priceless possession; but those of us who are less fortunate may try for a no less desirable accomplishment—the ability to speak in a pleasing voice and in an agreeable manner.

Habit has much to do with this. The cultivation of a pleasant voice should begin in childhood. Parents and teachers must start the work. No child should be allowed to talk in a high, shrill key. While some voices are pitched higher than others, the lower tones can always be used, avoiding the nasal tones. We Americans are severely criticised for this latter defect, and justly so.—Practical Ideals.

### Napoleon Believed in Destiny.

History tells us that Napoleon was a firm believer in destiny. In the midst of a battle he is said to have noticed a soldier duck his head as a round shot came flying that way. "My friend," exclaimed Napoleon, "you are putting yourself to needless trouble. If that shot is intended for you you may just as well stand up straight. If it is destined for you it will find you, though you should bury yourself a hundred feet below the surface of the earth."

### Balzac in Church Pew.

The woman who had left a volume of Balzac in the church pew on prayer meeting night felt a little bit ashamed when she asked for the book, but the sexton assured her she need not feel that way.

"Many things are left in the church," he said, "and some of them are a whole lot less respectable than Balzac. After each service the pews yield a strange grist of forgotten or discarded articles."

### Why He Had To.

"Now," said the physician, "you will have to eat plain food and not stay out late at night."

"Yes," replied the patient, "that is what I have been thinking ever since you sent in your bill."

## Treasurer's Sale of Unseated Lands.

In pursuance of the several Acts of Assembly having reference to the assessment of taxes upon unseated lands in the Commonwealth of Pennsylvania, and the sale of the same for the non-payment thereof, the undersigned, Treasurer of Bradford County will expose to public sale at the Treasurer's Office, in the Borough of Towanda, on the second Monday of June next, being

**JUNE 8, 1908,**

At one o'clock, p. m., the several tracts under the following names, warrantees or owners, unless prior payment of taxes and interest at 6 per cent. interest thereon be made. Interest will be collected from January 1, 1907, on 1906 taxes; and from January 1, 1908, on 1907 taxes. Also 50 cents will be collected on each tract for advertising:

| No Acres | Warrantee Names. | Amount of Taxes. Year. 1906 | 1907 |
|---|---|---|---|
| | BARCLAY TOWNSHIP. | | |
| 234½ | Adlum, John | $ | 37 63 |
| 204 | Biddle, Mark J. | | 18 90 |
| 25 | Biddle, William M. | | 2 36 |
| 160 | Biddle, James | | 99 70 |
| 433 | Barrow, John, Jr. | | 46 12 |
| 96 | Cunningham, D. H., (1-10 interest) | | 48 |
| 214 | Erwin, Richard | | 30 33 |
| 21 | Groff, John | | 9 17 |
| 20 | Hiltzheimer, Thomas | | 2 84 |
| 157 | Hiltzheimer, Jacob | | 14 75 |
| 40 | Hiltzheimer, Robert | | 3 76 |
| 25 | Hiltzheimer, Jacob | | 2 36 |
| 238 | Ladley, Andrew, (1-10 interest) | | 2 99 |
| 100 | Ladley, Andrew, (1-10 interest) | | 2 33 |
| 30 | Ladley, Joseph, (1-10 interest) | | 36 |
| 230 | Ladley, Joseph, (1-10 interest) | | 3 10 |
| 434 | Ladley, Peter, (1-10 interest) | | 4 09 |
| 160 | Reed, Collinson | | [illegible] |

have his dance? I
wled the young man.
you want to get rid of

her hand on his coat sleeve.
believe I like you?" she
her gaze clear and lim-

know," he said, gloomily.
never knew a girl before
he liked a man who—who
him so."

e had so much experience,"
aking her head admiringly.
ere you have the advantage

his unbelieving glance in-

" he said at last. "I sup-
ever paid any attention to
Oh, not at all. Besides,
ing game of me. I don't
about managing girls. I
to strike the right track. I
w how to make you say

't look as if you had been
or missing meals through
y," she said meditatively.
ink it can worry you

't know!" said the young
. "I never cared as much
ne before. I think about
time and you don't care
around or not!"

said the young woman,
, you are the chief joy of
wouldn't miss having these
with you for anything!
o—so revivifying! Really,
nd of you!"

mean it?" asked the young
a struggling hope.

e I do," said the young

pths of her eyes he caught
flash of an imp of mis-

aw!" he growled, getting
ting-back-and-forth—"You
anything you say! Not a

rd-not-to-have-you-believe
uld with pretty sadness as
e corner, "when I am so
nest!"

e you are!" said the young
isly.—Chicago Daily News.

## An Ambition.

you so anxious to have
ways in existence under
ement?"

o be in a position," an-
Dustin Stax, "where I can
nsportation in my pocket,
what part of the world I
on't want to be obliged to
to await the leisure of a
and overworked ticket

the aid of the usual heavy polish, the
color of the wood will have returned
in all the glory of its first days.

pleut than it he, it is none the less
true, however, that every living or-
ganism, whether plant or animal,
breathes.—New York American.

# Treasurer's Sale of Unseated Lands.

In pursuance of the several Acts of Assembly having reference to the assessment of taxes
upon unseated lands in the Commonwealth of Pennsylvania, and the sale of the same for
the non-payment thereof, the undersigned, Treasurer of Bradford County will expose to
public sale at the Treasurer's Office, in the Borough of Towanda, on the second Monday of
June next, being

### JUNE 8, 1908,

At one o'clock, p. m., the several tracts under the following names, warrantee or owners,
unless prior payment of taxes and interest at 6 per cent. interest thereon be made. Interest
will be collected from January 1, 1907, on 1906 taxes; and from January 1, 1908, on 1907 taxes.
Also 50 cents will be collected on each tract for advertising:

| No Acres. | Warrantee Names. | Year. | 1906 | 1907 |
|---|---|---|---|---|
| | **BARCLAY TOWNSHIP.** | | | |
| 281¾ | Adlum, John | $ | | 37 63 |
| 202 | Biddle, Mark J. | | | 18 99 |
| 25 | Biddle, William M. | | | 2 35 |
| 160 | Biddle, James | | | 29 70 |
| 433 | Barrow, John, Jr | | | 46 72 |
| 96 | Cunningham, D H. (1-10 interest) | | | 45 |
| 244 | Erwin, Richard | | | 39 53 |
| 21 | Groff, John | | | 2 17 |
| 20 | Hiltzheimer, Thomas | | | 2 82 |
| 157 | Hiltzheimer, Jacob | | | 14 76 |
| 40 | Hiltzheimer, Robert | | | 3 76 |
| 25 | Hiltzheimer, Jacob | | | 2 35 |
| 238 | Ladley, Andrew, (1-10 interest) | | | 2 23 |
| 100 | Ladley, Andrew, (1-19 interest) | | | 2 35 |
| 30 | Ladley, Joseph, (1-10 interest) | | | 28 |
| 330 | Ladley, Joseph, (1-10 interest) | | | 3 10 |
| 434 | Ladley, Peter, (1-10 interest) | | | 4 09 |
| 160 | Reed, Collinson | | | 25 88 |
| 211 | Shoemaker, James | | | 19 68 |
| 212 | Stewart, Walter, (1-10 interest) | | | 1 99 |
| 58 | Tybout, Andrew | | | 4 97 |
| | **LEROY TOWNSHIP.** | | | |
| 199 | Adlum, John | | | 9 00 |
| 237 | Biddle, M. J. | | | 10 65 |
| 432 | Biddle W. M. | | | 62 21 |
| 440 | Barron, John, Sr. | | | 19 80 |
| 150 | Boynton, Peter | | | 6 76 |
| 91 | Biddle, Clement | | | 4 92 |
| 403 | Bo d, John | | | 18 14 |
| 348 | Grayden, Andrew | | | 15 67 |
| 290 | Gratz, Hiram | | | 14 85 |
| 333 | Gratz, Bernard | | | 14 98 |
| 230 | Gratz, Simeon | | | 10 35 |
| 444 | Henry, Joseph | | | 14 98 |
| 419 | Haines, Josiah | | | 44 38 |
| 486 | Pennington, Benjamin | | | 21 87 |
| 341 | Patton, John | | | 15 39 |
| 227 | Reed, Collinson | | | 10 27 |
| 452 | Reed, Collinson | | | 6 31 |
| 267 | Shoemaker, James | | | 20 35 |
| 47 | Simons, James | | | 11 61 |
| 174 | Simons, James | | | 6 75 |
| 160 | Beck, Henry | | | 17 62 |
| 380 | Graff, John | | | 16 20 |
| 291 | Dundass, Thomas | | | 38 48 |
| | Biddle, James | | | 29 44 |
| | **MONROE TOWNSHIP.** | | | |
| 17 | Cunningham, D. H. (1-10 interest) | | | 4 |
| 55 | Moore, John | | | 1 24 |
| 144 | Stewart, Walter, (1-10 interest) | | | 32 |
| 45 | Woodruff, Hannah | | 1 10 | 1 01 |
| | **OVERTON TOWNSHIP.** | | | |
| 370 | Betz, John | | | 12 58 |
| 368 | Betz, James | | | 131 24 |
| 104 | Cooley, Henry | | | 3 54 |
| 200 | Castator, George | | | 6 80 |
| 273 | Erwin, Richard | | | 31 70 |
| 10 | Ellis, Marcy | | 38 | 45 |
| 884 | Fritz, Samuel | | | 12 04 |
| 268 | Fritz, John | | | 8 77 |
| 437 | Hardy, Samuel | | | 29 71 |
| 437 | Hardy, James | | | 18 80 |
| 282 | Hiltzheimer, Jacob | | | 38 35 |
| 400 | Hampton, Jonathan | | | 13 60 |
| 100 | Ladley, Andrew, (1-10 interest) | | | 45 |
| 80 | Moore, John | | 1 14 | 1 05 |
| 400 | Seeley, Henry | | | 27 20 |
| 400 | Seeley, Peter | | | 13 80 |
| 582 | Seeley, Joseph | | | 98 96 |
| 80 | Tybout, Andrew | | | 1 02 |
| 25 | Tybout, Andrew | | | 98 |
| 80 | Woodruff, Hannah | | 2 66 | 1 70 |
| 284 | Haines, John F. (owner) | | 17 63 | 18 78 |
| 376 | Haines, John F. (owner) | | 33 ¾ | 12 78 |

Treasurer's Office. Towanda, Pa., April 9, 1908.          W. F. WATERS, County Treasurer.

round shot
friend,"  e
are putting
ble. If that
you may
straight. If
will find yo
yourself a h
face of the

## Bal

The wom
of Balzac in
meeting whe
when she a
sexton assu
that way.

"Many thi
he said, "an
whole lot l
zac. After
yield a stra
discarded a



"Stickley
made of h
skilled w

"Now," sa
have to eat
late at nigh
"Yes," rep
what I have
you sent in

## On

For this ha
Dining Tabl
Oak, Heavy
fancy rim,
turned legs,
frame. Thi
stores for $11
packed and s
paid for $8.90

Why pay
when you c
Send TO
catalogue
FREE.



STICKL
FOR
BINGH

# THE BRADFORD ARGUS.

Seventy-fifth Year    No. 50.    Towanda, Pa., Thursday, May 7, 1908.    $1 a Year.

**Mrs. Emily A. Gernant.**

Mrs. Emily A. Gernant, widow of the late A. H. Gernant, of Leesport, Berks county, Pa., and mother of Rev. Edwin A. Gernant, rector of Christ Church, Towanda, died at 5:40 o'clock Tuesday morning, May 5, at the rectory on Third avenue, after a two years illness with heart trouble. She was 37 years of age, and was the daughter of the late Hon. George Fox, who was sheriff of Berks county in 1835, and the years following. She came here to live with her son Rev. E. A. Gernant, of Christ Church. During her latter days she was nearly blind, and bore her affliction with patience. She was a lovely old lady and has gone to her rest respected by all. Funeral Thursday morning. Interment at Leesport, Pa.

**John LaMont.**

John LaMont, one of the oldest and most highly respected residents of Sayre died at his home, 145 Cayuta street, at 10 o'clock Sunday night after an illness of two weeks. He had been in unusually good health all winter, but was taken with the grip and complications set in, which added to his advanced age of 85 years, resulted in his death.

Bring your Job Printing to the Argus Office. We can please you.

**Women Who Wear Well.**

It is astonishing how great a change a few years of married life often make in the appearance and disposition of many women. The freshness, the charm, the brilliance vanish like the bloom from a peach which is rudely handled. The matron is only a dim shadow, a faint echo of the charming maiden. There are two reasons for this change, ignorance and neglect. Few young women appreciate the shock to the system through the change which comes with marriage and motherhood. Many neglect to deal with the unpleasant pelvic drains and weaknesses which too often come with marriage and motherhood, not understanding that this secret drain is robbing the cheek of its freshness and the form of its fairness.

As surely as the general health suffers when there is derangement of the health of the delicate womanly organs, so surely

**Ballots From Litchfield Box Gone and Found.**

Last Thursday the ballot boxes from Litchfield, Granville and Wells were brought to Towanda by Sheriff Griffis by order of the Court on petition of ten qualified electors.

Upon opening the Litchfield box the Commissioners found twelve ballots less than the return sheets showed had been cast. The returns showed that ten of these had been cast for Cross and two for Shields. This is something new in the way of tampering with the boxes and an investigation was instituted to determine who was responsible for the discrepancy.

When the search was made about the polling place at Litchfield the twelve missing ballots when the box was opened at Towanda, were all there, and ten were marked for Cross and two for Shields, as had been returned by the election board.

When the Sheriff went after the box he found that it was badly broken. The contents were in bad shape and the cover apt to come off at almost any time. There was a large quantity of papers scattered about on the floor, and the ballots were found in them. They probably had not been removed from the box, but through some oversight had not been placed in it.

**Ex-Rays Failed to Locate Bullet in Biondi's Body.**

To obtain the defense of Salvatori Biondi, the Italian who is on trial this week for shooting his cousin near Loquin recently, his attorneys, accompanied by the Sheriff, took the prisoner to the Packer Hospital on Saturday for an ex-ray examination, hoping to locate the bullet. At the time of the murder he shot himself, whether by accident or not is not known, the bullet entering the abdomen and locating somewhere in that vicinity. He has been quite feeble since.

The case of the Commonwealth

**BIONDI PLEADS GUILTY.**

Italian Murderer is Sentenced to 12 years in Penitentiary.

A surprise was sprung Wednesday morning when the attorneys for Salvatori Biondi brought him into court, and he plead guilty to murder in the second degree.

The court immediately sentenced him to 12 years in the Eastern Penitentiary, solitary confinement. This will save the county $2000 and is probably the best way out.

**COURT PROCEEDINGS.**

Com. vs. Oliver Smith and John Slyter—Stealing chickens from the premises of E. M. Thompson at Sayre. Plead guilty. The Court suspended sentence on payment of costs by the defendants. It taught him an honest living and to earn again another trial will not be necessary, but sentence can be made on plea.

Com. vs. Edward Wheeler—Charge, open lewdness. This man was indicted for exposing his person to ladies passing on the Towanda bridge. Several ladies testified to his identity, but the defense attempted to set up a plea of mistaken identity. The jury after being out only a short time brought in a verdict of guilty as indicted, and the sentence was the prisoner pay the costs, a fine of $5, and undergo an imprisonment in the county jail for five months.

Peter Mongual, the Italian, who, with several countrymen, a few months ago, while being placed under arrest created excitement, was called to trial last Monday afternoon. He was indicted on several counts, and entered a plea of guilty to the charge of pointing a firearm and assisting a prisoner to escape. Mongual was the Italian who pointed a revolver at County Detective McCracken and pulled the trigger, the cartridge failing to explode. He will be sentenced later.

The case of the Commonwealth vs. Rust Bennett, Charged with

**Famous Pianist Coming.**

The following program will be presented at a Recital to given on Tuesday evening, May 12, at Mercur Hall, by Mme. Julie Rive-King the celebrated New York pianist, Miss Meta Reddish, soprano, and Mr. Claude Reddish, accompanist.

PROGRAM.

I

a Harbethier–Guilmant................................
  Prelude and Fugue
  Arranged for piano by Mme. Rive-King
b Pedini.........................Marche Mignonne
c Mendelssohn..................Hunting Song
d Liszt.....................Rhapsodie No. 10
                              MME. RIVE-KING.

II

Gounod..................."Romeo et Juliette"
                              Valse, Act I
                              MISS REDDISH.

III
Chopin.

a Ballade, A Flat...........................
b Nocturne, Op. 15, No. 3.................
c Etude, Op. 20, No. 5...................
d Scherzo, B Flat Minor..................
                              MME. RIVE-KING.

IV

a Mozart...................Voi Che Sapete
b Tosti.........................Mattinata
c Bach-Gounod..................Ave Maria
d Pessard............"Bon jour, Suzon"
                              MISS REDDISH.

V

a The Spark.................................
b Bubbling Spring..........................
c Polonaise Heroique.....................
                              MME. RIVE-KING.
                              Julie Rive-King.

Towanda is greatly honored in receiving a visit from so distinguished an artiste as Mme. Rive-King, whose reputation as a pianiste of the unquestionable. Mme. Rive-King was a favorite pupil of the great Franz Liszt and subsequently studied under Anton Rubinstein. She made her debut at the early age of eighteen and her career has been one long series of musical triumphs, both in country and abroad. Mme. Rive-King has appeared as soloist with all the leading orchestra numerous times, and her Piano Recitals are inspirations to all music students and are a delight to all lovers of music.

The assisting artiste, Miss Meta Reddish, a soprano but eighteen years of age, is said to possess a natural voice of great beauty and brilliancy. Everywhere, critics and musicians, who have heard this young singer predict for her a

**Recent Deaths.**

Mrs. Anna Sadler, of Hillsgrove, died last Thursday afternoon at 2 o'clock.

Mrs. M. P. Evans, widow of the late Oliver Evans, died at her home in Athens at 7:15 o'clock Sunday morning, aged 82 years.

Esther M. Gofford, mother of M. N. Stevens, of Canton, died last Wednesday of bronchitis.

Hazel Elizabeth, the 2-year-old daughter of Mr. and Mrs. Frank E. Wiggins, died at their home in Athens township last Friday night.

Miss Ruth Guild died last Sunday morning at 9 o'clock at the home of her sister, Mr. A. L. Miller, 270 West Chemung place, Elmira.

Mrs. Ella B. Deegan, widow of the late Jeremiah Deegan, of Dushore, died at her home in that place Monday morning at 5 o'clock. She had been ill since March with sciatic rheumatism, which caused her death.

Miss Elizabeth Walsh, daughter of Mr. and Mrs. Morris Walsh, of Ithaca, formerly well-known Towanda residents, died Sunday morning at 1:30 at the home of her sister, Mrs. William Burchill, on North Fourth street, Towanda.

Following a long illness the Rev. William Bryce Morrow, at one time one of the best known Episcopal clergymen in the Diocese of Central Pennsylvania, died at his home in Plainfield, N. J., last Friday. He was first warden of the Robert Packer Hospital at Sayre.

Walter Mears, the ten-year-old son of Mr. and Mrs. Henry Mears, formerly well-known residents of Towanda, died at the family home in Tunkhannock, Sunday afternoon at 1 o'clock, after a three days' illness with blood poisoning. Many friends in Towanda extend sympathy to Mr. and Mrs. Mears. They were a few years ago afflicted by the loss of a daughter. The remains were brought here on No. 1 train

**Silas Case.**

Silas Case, well known citizen of Sayre, and formerly a member of the borough council, died at 2:35 o'clock Tuesday morning, at his home in that place. The deceased was 70 years and six months of age, having lived in Sayre and Milltown. Before that he was a resident of South Waverly for several years. Mr. Case was a veteran of the Civil war and for years he was an active member of Mallory Post, G. A. R., of Sayre. He served Sayre as a councilman and was faithful to his duties. He had a large circle of acquaintances among the older residents of the town, and his death will be deeply regretted. By occupation Mr. Case was a carpenter. He is survived by his aged wife and three sons—Harry Case and Fred Case of Waverly, George Case of Sayre, and one daughter, Mrs. Peter Hocklander of Sayre. Mr. Case was an old subscriber of this newspaper, which extends sympathy to the family.

**Fare Reduced.**

Beginning May 1st the Waverly, Sayre and Athens Traction Company put a five-cent fare in operation between all points in Athens, Sayre, South Waverly and Waverly. Heretofore the fare from Waverly to Athens has been 10 cents. This reduction has been anticipated for some time, for when G. Tracey Rogers, of Binghamton, first secured control of the line he announced that the change would be made. The fare after 1½ o'clock midnight until 5:20 o'clock in the morning will remain at 10 cents. Transfers will be issued to the Clinton avenue and Chemung street lines and the South Waverly line from the main line.

Great Bargains This Means His Re-election Garden seeds. We have received a batch of seeds from Stover for Penrose, and while they last

**JOINT EXHIBIT**

**20**

**Commonwealth of Penn. v. Thomas E. Proctor Heirs Trust et al.**

**No. 1:12-cv-1567**

J20.001

JA483

2

THE BRADFORD ARGUS, TOWANDA, PA., MAY 7, 1908.

## CIVIC SOLICITUDE.

But just as the citizen was about to have the man who had sandbagged him arrested, he was opportunely waited on by a committee of the Commercial club.

"We have the welfare of our beautiful city much at heart," they observed.

"I am glad to hear that!" replied the citizen, cordially. "So have I."

The committee cleared their throats.

"Of course the price of real estate is about the main element in the welfare of a city," they went on.

"Of course," the citizen assented, being something of a booster himself.

Here the committee, looking at him very hard, came to the point.

"We have the honor to inform you," quoth they, "that real estate made up into sandbags yields more profit and by that commands a higher price than real estate in any other form."

This naturally ended the matter. The citizen saw the point at once, and was profuse in his thanks at being set right, while the committee went on their way rejoicing in the consciousness of a good thing done.—Ramsey Benson, in Puck.

## ON THE BRINY DEEP.



Mrs. Debrown—Sorry I've been away so long, dear. I've been interested reading about a prince who threw up his kingdom to—

Debrown (faintly)—Was he on board a ship?

## The Fireman's Daughter.

For love of her a youth did burn,
Till madly it blazed out.
She poured cold water on his flame
And her father put him out.
—Baltimore American.

## So Good of Him.

"Well," said Mrs. Kindhart, who had answered the ring of the front door bell, "I suppose I can give you something, but you'll have to go 'round to the kitchen."

"All right, lady," replied Hungry Hawkes, "I ain't too proud ter be accommodatin'. House cleanin', I suppose, an' yer doin' room ain't fit fur use, eh?"—Philadelphia Press.

## The Flippant Youth.

"You know it all now, my son," said the old man, "but when you have reached my age you will find you know comparatively nothing."

"I guess that's right, dad," replied the flippant youth. "I've often heard that one forgets much in his declining years."—Chicago Daily News.

## Absence of Mind.

Browning — So your engagement with the rich widow is broken off, eh? What was the trouble?

Groening—Oh, one of my famous bad breaks, as usual. In an unguarded moment I asked her if I was the only man she ever loved.—Chicago Daily News.

## In the Padded Cells.

"Who is that young man there repeating to himself: 'Eighty-nine, ninety, ninety-one' all the time?"

"He was saving a thousand coupons for a meerschaum pipe, and the company went bankrupt on his nine hundred and ninety-first."—Judge.

## In Her Name.

"Can you tell me who lives here?" inquired the postman of the new tenant.

"Well," sighed Mr. Henry Peck—for it was none other—"if it comes to that, I guess you must mean my wife."—Judge.



NEW BUILDING OF THE PHILADELPHIA "BULLETIN."

## GREAT NEWSPAPER PLANT

### New Home of the Paper With the Sixth Largest Circulation in the United States.

The building of "The Philadelphia Evening Bulletin," a picture of which is shown above, and which has just been occupied, is unsurpassed by any structure of its kind in the world. It was planned along thoroughly practical lines, bringing the home of one of the most complete and up-to-date newspaper plants in existence.

"The Bulletin" has a circulation which now reaches far beyond the highest point ever attained by a daily newspaper in Philadelphia. It stands sixth among the newspapers of the United States. It is equalled or exceeded by only the New York "World" on its morning and evening edition, the "American" and "Journal," of that city, and the Chicago "News."

The structure occupies a commanding position at the N. E. corner of City Hall Square, at the very centre of the city's activities, where it will be a conspicuous object. It is a lasting monument to the business foresight and sagacity of its owners. The general architecture is in the style of the French Renaissance, with an exterior of terra cotta and a base of granite and limestone. The general aspect suggests grace and stability.

"The Bulletin" possesses the largest newspaper pressroom plant between New York and Chicago. In the basement is the mammoth press room, occupying 10,000 square feet. It contains the battery of ten sextuple web perfecting plus presses. Each press has a capacity of 36,000 eight-page papers an hour, 30,000 twelve-page papers or 24,000 sixteen, twenty-two or twenty-four page papers.

Each of these gigantic presses contains 20,000 integral parts. Any one of them will consume twenty-five or thirty miles of paper an hour when working at full speed. The presses are operated by a system of direct connected motors, each with a button giving the pressmen absolute command of the intricate machinery. The presses are supplied with the automaticity by a specially designed pump. Independent electric motors furnish the power for each press. Every piece of machinery in the building is similarly operated. (There is not a belt or a shafting in the building.)

The basement contains also four junior monoplates. These machines make the stereotype plates which are put on the press rollers, and from which the papers are printed. Each sextuple is capable of turning out three finished plates a minute. The intricate process of moulding, trimming and cooling the plates are accomplished automatically.

The press room is equipped with an automatic carrier which removes the papers from the presses to the delivery room. Cooper-Hewitt mercury lights, which diffuse powerful rays, make the press room as bright as daylight at all times.

The composing room occupies the sixth floor. It is probably one of the best lighted and most thoroughly equipped of its kind in existence. The battery of twenty-one linotype machines is so arranged that on the most perfect day the operators are able to work without artificial light. On one side of the room is a sound proof room in which all cuts are can and mounted without any of the noise reaching the workers outside.

Near the sound-proof room is the matrix department. Electric driers, never before employed in journalism, are used to dry the matrices. The matrix is a sheet of blotter-like paper upon which is imprinted an impression of the type. From the matrix is made the stereotype plates. With the electric driers "The Bulletin" is able to dry its matrices in half the time required with the use of steam driers.

The publication offices are on the ground floor opposite the City Hall. It is a commanding feature of the whole building and is a complete column of Regalia marble throughout front. The walls of the rooms are wainscoted with natural Pennsylvania walnut. The floor consists of marble tiles.

In the rear of the first floor are the delivery rooms, from which the papers are distributed to the newsboys and delivery wagons. About the delivery rooms and in the mezzanine floor are the business departments. The first floor contains also newspaper recreation room and offices for the business departments. The editorial departments are on the eighth floor, the interviewing floors being used for business and professional purposes.

## AMERICA'S OLDEST AQUEDUCT

### Built in 1731, and Situated Near San Antonio, Tex.

Houston, Tex.—The oldest aqueduct in the United States is situated six miles south of San Antonio, near the ancient San Juan mission building. It was built in 1731. The inlaw was performed by Indians under the direction of the Franciscan monks who lived at the mission.

Notwithstanding the fact that this aqueduct is nearly 200 years old, it still is in good condition and performs the service for which it originally was intended. It is an object of much interest to tourists. It is surrounded by a dense growth of shrubbery, and the wildness about adds to the picturesque



Built by Indians in 1731.

beauty of the ancient relic. Comparatively few of the stones which were used in constructing the aqueduct have crumbled or been misplaced. The arches are in almost perfect condition.

The Mexicans of the neighborhood have great reverence for the time-worn stone structure. As usual with those people, there is no lack of legends relating to the aqueduct. These stories have been handed down from generation to generation and are implicitly believed by the Mexicans who tell them today. The legends of the ancient aqueduct are all of a pleasing character and that is why, perhaps, the superstitious worshipers in the little mission colony like to lounge in its shade and ruminate on the stories that have been told them concerning the structure. One of the beliefs of the ignorant Mexicans in regard to the aqueduct is that if a child is led across the structure when it first begins to walk it will always follow the paths that lead to health and happiness in after life. A trip across the aqueduct by a newly married couple also insures for them a happy married life, according to one tradition.

## LEECH NAMED PUBLIC PRINTER

### President Springs Surprise by Giving Post to Illinois Man.

Bloomington, Ill.—John S. Leech, who has been appointed public printer of the United States by President Roosevelt, is a native of this city and learned his trade in a job printing office here. Being ambitious, he entered the government service and was steadily advanced until five years ago he was sent to the Philippines to take charge there of the government print-ing. Senator Cullom and Congress-man Sterling were the political factors and Leech for the position of public printer.

Leech succeeds Public Printer Still-ings, whose resignation was accepted

## DYSPEPTIC PHILOSOPHY.

Poets are born, not paid.

Marriage is the surest cure for flattery.

Too many cooks spoil the intelligence plots.

All things come to those who wait on themselves.

Be careful how you grasp a red-hot opportunity.

A pretty girl always inspires more envy than a clever one.

Sometimes an exploded theory doesn't even wake up the theorist.

Many a fellow who isn't a prestidigitator turns day into night.

An expert is a man who is able to impress us with how little we know.

The philanthropy of some men consists of a willingness to pass the hat.

Many a man puts his property in his wife's name, including his happiness.

It is not until a man becomes wedded to his art that he feels he can neglect it.

It may not be true that women are more fickle than men, but they certainly have more chance to show it.

Goodfellow (nearing Jollyfellow's house very late at night after a "time" at the club)—I say, Jollyfellow, she there. There's a burglar getting into your house by the window.

Jollyfellow—Sho he is. Shay, wait a thirl wait little. My wife'll think he's me and fitch' she'll half-kill him.—N. Y. Weekly.

## "Hearing" of "Deaf Mutes."

Contrary to the general belief, nearly all deaf people, according to a few foreign scientific magazine, can hear some sound, but, unlike the normal ear, the deaf ear hears only very deep sounds.

It happens that some of the lower animals hear only deep sounds; this is to be concluded from the fact that they do not seem to notice any other. The spider is of this class; since it does not possess hearing organs, it must get the sound by a process akin to touch. If this be the fact, could not deaf-mutes develop the power to "hear" more than they have heard up to the present time, asks the writer in the above magazine.

## Death and Tired Legs.

Alpine climbing, long walking tours and similar fatiguing recreations may be suitable enough for those who keep in training all the year round but are disastrous for those whose ordinary exercise consists of a short daily walk.

I have often thought that the reason of the many mountaineering accidents which we read of lies in the inability of the muscles of the legs to retain that steadiness and firmness which climbing demands and which are soon lost in the absence of strenuous practice or in those who have never followed the sport seriously.—Cassell's Magazine.

## Very Likely.

Church—You know out in Pittsburg the dust and soot settle down on everything.

Gotham—I suppose the baseball fields must look like black diamonds, then?—Yonkers Statesman.

## Foreign and Domestic.

His Wife (reading)—I see they had a bread riot in Spain recently.

Her Husband—Yes; and we'll have one at home soon if there isn't an improvement in your biscuits.—Chicago Daily News.



## Karo

For Griddle Cakes of All Makes

### CORN SYRUP

It's the crowning joy that makes a feast of a flapjack.

It spurs the lazy appetite; it surprises by its exquisite flavor.

Fine for baking—best for any use from griddle cakes to candy.

In 10c, 25c and 50c air-tight tins.

CORN PRODUCTS MFG. CO.

## Treasurer's Sale of Unseated Lands.

In pursuance of the several Acts of Assembly having reference to the assessment of taxes upon unseated lands in the Commonwealth of Pennsylvania, and the sale of the same for the non-payment thereof, the undersigned, Treasurer of Bradford County, will proceed to public sale at the Treasurer's Office, in Towanda, Pennsylvania, on the second Monday of June next, being

### JUNE 8, 1908,

At one o'clock, p. m., the several tracts under the following names, warrantees or owners, unless prior payment of taxes and interest at 5 per cent. interest thereon be made. Interest will be collected from January 1, 1908, on both taxes and from January 1, 1908, on last taxes. Also for 1906 it will be collected on each tract for advertising:

| No. | Warrantee Names. | Amount of Taxes. |  |
| --- | --- | --- | --- |
| Acres |  | Year. | 1906 1907 |
|  | BARCLAY TOWNSHIP. |  |  |
| 114¼ | Alden, John | | |
| 40 | Biddle, Mark J. | | |
| 50 | Biddle, William | | |
| 100 | Biddle, James | | |
| 50 | Bayne John, Jr. | | |





house very late at night (after a "time" at the club)—I shay, Jollyfollow, zhe there. There's a burglar getting into your house by zhe window.

Jollyfellow—She he is. Shay, wait a (hic) walt little. My wife'll zhink he's me and (hic) she'll half-kill him.—N. Y. Weekly.

**Foreign and Domestic.**

His Wife (reading)—I see they had a bread riot in Spain recently.

Her Husband—Yes; and we'll have one at home soon if there isn't an improvement in your biscuits.—Chicago Daily News.

...N·S·LEECH

...ago, following charges of ... in his administration of ...

**Torpedo Improvement.**

...erimental torpedoes have ... for wireless control, they ... npracticable owing to be- ... to interference from ...fertzian waves other than ... controlling station. M. ...hose invention of the co- ...ss telegraphy owes its ...obviated this fault by the ... a system whereby the tor- ...tus is only influenced by ...ves emitted by the trans- ...ratus with which it is in ...ection. He has not, he ...d the control of mechan- ...stance, as this has been ...ers. "There is, however, ...ject which my apparatus ...removes this control from ...nces. The advantage is ...n is obtained from acci- ...voluntary perturbations ...t have been produced by ...it is all."

...me Manifestations.

...that Bugg's mind has be- ...d since they went to live ...bs?"

...they did not think so ... eccentricities till finally ...d that he tried to run the ...his wife's dress."

# Treasurer's Sale of Unseated Lands.

In pursuance of the several Acts of Assembly having reference to the assessment of taxes upon unseated lands in the Commonwealth of Pennsylvania, and the sale of the same for the non-payment thereof, the undersigned, Treasurer of Bradford County will expose to public sale at the Treasurer's Office, in the Borough of Towanda, on the second Monday of June next, being

## JUNE 8, 1908,

At one o'clock, p. m., the several tracts under the following names, warrantee or owners, unless prior payment of taxes and interest at 6 per cent. interest thereon be made. Interest will be collected from January 1, 1907, on 1906 taxes; and from January 1, 1908, on 1907 taxes. Also 50 cents will be collected on each tract for advertising:

| No Acres. | Warrantee Names. | | Year. | Amount of Taxes. 1906 | 1907 |
|---|---|---|---|---|---|
| | **BARCLAY TOWNSHIP.** | | | | |
| 234½ | Adlum, John | | | \$7 63 | |
| 202 | Biddle, Mark J. | | | 18 99 | |
| 25 | Biddle, William M. | | | 2 35 | |
| 150 | Biddle, James | | | 29 70 | |
| 18 | Barrow John, Jr. | | | 46 72 | |
| 98 | Cunningham, D H., (1-10 interest) | | | 45 | |
| 244 | Erwin, Richard | | | 39 53 | |
| 23 | Groff, John | | | 2 91 | |
| 20 | Hiltzheimer, Thomas | | | 2 83 | |
| 157 | Hiltzheimer, Jacob | | | 14 76 | |
| 40 | Hiltzheimer, Robert | | | 3 76 | |
| 25 | Hiltzheimer, Jacob | | | 2 35 | |
| 238 | Ladley, Andrew, (1-10 interest) | | | 2 23 | |
| 100 | Ladley, Andrew, (1-12 interest) | | | 2 35 | |
| 30 | Ladley, Joseph, (1-10 interest) | | | 3 | |
| 330 | Ladley, Joseph, (1-10 interest) | | | 3 10 | |
| 434 | Ladley, Peter, (1-10 interest) | | | 4 09 | |
| 160 | Reed, Collisson | | | 15 88 | |
| 211 | Shoemaker, James | | | 13 83 | |
| 212 | Stewart, Walter, (1-10 interest) | | | 1 99 | |
| 58 | Tybout, Andrew | | | 4 97 | |
| | **LEROY TOWNSHIP.** | | | | |
| 199 | Adlum, John | | | 9 00 | |
| 237 | Biddle, M. J. | | | 10 65 | |
| 432 | Biddle W M | | | 62 21 | |
| 440 | Barron, John, Sr. | | | 19 92 | |
| 150 | Boynton, Peter | | | 6 75 | |
| 91 | Biddle, Clement | | | 4 92 | |
| 403 | Boyd, John | | | 14 18 | |
| 318 | Gravdon, Andrew | | | 13 67 | |
| 396 | Gratz, Hiram | | | 14 85 | |
| 333 | Gratz, Bernard | | | 14 98 | |
| 290 | Gratz, Simeon | | | 10 35 | |
| 444 | Henry, Joseph | | | 44 96 | |
| 417 | Haines, Jusiah | | | 44 28 | |
| 480 | Pennington, Benjamin | | | 21 87 | |
| 341 | Patton, John | | | 15 39 | |
| 277 | Reed, Collisson | | | 10 27 | |
| 35 | Reed, Collisson | | | 6 31 | |
| 452 | Shoemaker, James | | | 20 38 | |
| 257 | Simons, James | | | 11 61 | |
| 147 | Simons, James | | | 6 75 | |
| 174 | Beck, Henry | | | 17 62 | |
| 160 | Graff, John | | | 16 29 | |
| 380 | Dunlass, Thomas | | | 38 48 | |
| 291 | Biddle, James | | | 29 44 | |
| | **MONROE TOWNSHIP.** | | | | |
| 17 | Cunningham, D. H., (1-10 interest) | | | 4 | |
| 55 | Moore, John | | | 1 24 | |
| 144 | Stewart, Walter, (1-10 interest) | | | 1 01 | |
| 45 | Woodruff, Hannah | | | 1 10 | 1 01 |
| | **OVERTON TOWNSHIP.** | | | | |
| 370 | Betz John | | | 12 58 | |
| 308 | Betz, James | | | 131 24 | |
| 104 | Cooley, Henry | | | 3 54 | |
| 200 | Castator, George | | | 6 80 | |
| 273 | Erwin, Richard | | | 7 36 | |
| 10 | Ellis, Marcy | | 38 | 3 | |
| 954 | Fritz, Samuel | | | 12 04 | |
| 258 | Fritz, John | | | 8 77 | |
| 437 | Hardy, Samuel | | | 29 71 | |
| 497 | Hardy, James | | | 14 86 | |
| 282 | Hiltzheimer, Jacob | | | 38 35 | |
| 400 | Hampton, Jonathan | | | 13 60 | |
| 100 | Ladley, Andrew, (1-10 interest) | | | 34 | |
| 30 | Moore, John | | | 1 14 | 1 02 |
| 406 | Seeley, Henry | | | 27 30 | |
| 405 | Seeley, Peter | | | 13 60 | |
| 382 | Seeley, Joseph | | | 25 98 | |
| 30 | Tybout, Andrew | | | 1 09 | |
| 5 | Tybout, Andrew | | | 80 | |
| 20 | Woodruff, Hannah | | 2 66 | 1 70 | |
| 84 | Haines, John F., (owner) | | 17 43 | 14 83 | |
| 26 | Haines, John F., (owner) | | 33 44 | 12 78 | |
| 376 | | | | | |

Treasurers' Office. Towanda, Pa., April 9, 1908.      W. F. WATERS, County Treasurer.



**$27.50 All-Q... Oak Side...**
**$21.4...**

**Only $2...**

For this handsome Side I... QUARTERED OAK. R... and base. Base 25x18 ... shaped top drawers, s... drawer and two carved... Bevel plate mirror 20x... trimmings. Carved ball... Board or its equal in qu... always retails for \$37.50 a... fully packed and shipped... prepaid for \$21.40.

Send TO-DAY for... price catalogue of... Mailed Free.

**STICKLEY-BR...**
**FURNITU...**
**BINGHAMTON**



# THE BRADFORD ARGUS.

Seventy-fifth | No. 51. | Towanda, Pa., Thursday, May 14, 1908. | $1 a Year.

## Naiad. No. 2. Election.

The annual election of officers of Naiad Hose Company, No. 2, was held in the rooms of the company on Thursday evening, May 7, followed by a banquet and smoker given to the company by an old member, Charles P. Welles. The following are the officers elected for the ensuing year:

President—H. L. Holcombe.
Vice-President—M. S. Cronk.
Financial Secretary—L. B. Gillette.
Treasurer—Charles I. Felton.
Foreman—Harry E. Post.
First Assistant—Henry B. Felton.
Second Assistant — Clayton H. Maryott.
Pipemen—Raymond Eilenberger, Harry VanAuken, Leslie J. Easterbrook, and Robert S. Rockwell.
Hydrantmen—Charles L. Felton, Arthur P. Watson, Edward Hoffman, and Charles B. Chamberlain.
Fire Police—Arthur P. Watson, E. A. Coolbaugh, and F. J. Kingsley.
Drillmaster—Harry D. Willcox.
Delegate to Convention—C. P. Welles.
Alternate—W. E. Betts.
Trustee for Three Years—F. J. Kingsley.
Member of Fire Board—L. B. Gillette.

### A Lazy Liver

May be only a tired liver, or a starved liver. It would be a stupid as well as savage thing to beat a weary or starved man because he lagged in his work, So in treating the lagging, torpid liver it is a great mistake to lash it with strong drastic drugs. A torpid liver is but an indication of an ill-nourished, enfeebled body whose organs are weary with over work. Start with the stomach and allied organs of digestion and nutrition. Put them in working order and see how quickly your liver will become active. Dr. Pierce's Golden Medical Discovery has made many marvelous cures of "liver trouble," by the wonderful control of the organs of digestion and nutrition. It restores the normal activity of the stomach, increases the secretions of the blood-making glands, cleanses the system from poisonous accumulations, and so relieves the liver of the burdens imposed upon it by the defection of other organs.

## FROM THIS COUNTY.

### Towanda Mentioned in the Horrible Gunness Murderess Developments at Laport, Indiana.

Some ten or twelve bodies have been dug up on a farm near LaPorte, Ind., men and women that mysteriously disappeared the past few years. The place was owned by the widow, Mrs. Belle Gunness, whose two husbands had died suddenly and she collected the life insurance. She advertised for a husband and would lure men to her place, get their money and then put them out of the way and bury them in the barnyard. On Tuesday, April 28th, the house was burned and with it the woman and two children. A man named Ray Lamphere was the last one employed by her and detectives claim he set fire to the building after killing the occupants. It is all a most horrible story, and in tracing out the man Lamphere, who was arrested and is now in jail, the officials followed his record into this section.

George H. Roman, formerly a detective of Pittsburg, says he was once detailed to investigate charges that Ray Lamphere was a bigamist, with three or more wives. Lamphere, who once lived in Allegheny, according to Roman, is a French-Canadian, whose name was originally spelled L'Amphere. He came there from Syracuse and married. His wife, according to the charges investigated by Roman, opened a letter which disclosed the existence of another wife in Towanda. Roman declares he visited Towanda and procured enough information to prove that the woman here had a prior claim on Lamphere. The Allegheny wife procured a divorce. Roman went to Rochester, Owego, Utica and other small cities in New York, but was never able to locate a woman said to be Lamphere's third wife.

**Soldiers and Sailors Will Hold Annual**

## Appeal From Taxation.

A large delegation of Sayre boilermakers and workmen in the shops were here on Thursday, May 7, in a hearing before the County Commissioners as to the question of the shops paying taxes. Their testimony was taken to prove what kind of work was done, and has been done, in the shops. It appears upon that somewhat rests the question as to taxes.

Judge Wheaton, of Wilkes-Barre, acting as attorney for the Lehigh, made a formal appeal from the taxes assessed against the company's system shops before the County Commissioners.

The hour for the appeal was set for 11 o'clock, but it was an hour later before Judge Wheaton arrived. Several Lehigh Valley officers were present, and before the Commissioners were Attorney Yocum representing the Sayre Borough Council, and Attorney Evans representing the Board of School Directors. There were also several witnesses, prepared to show that the Lehigh had performed practically new work in the Sayre shops.

In the argument before the Commissioners last Friday morning, Judge Wheaton, of Wilkes-Barre, claimed there had been three railings by the Supreme Court during the past forty years in regard to the assessment of railroad shops.

First—They could not do any repairing at all.
Second—Only that which was necessary.
Third—Now they can do all that is required in the running of the road.

He said the County Commissioners had jurisdiction if they chose to exercise the same.

### Twenty-Fifth Wedding Anniversary.

Mr. and Mrs. W. B. Gunton, of Yorkavenue, celebrated the twenty-fifth anniversary of their marriage last Monday evening, by entertaining a number of their Towanda

## SENATORIAL CONTEST

### In the Courts at Last—Pike Township To Be Contested—Shields' Attorneys Claim That Polls Were Re-Opened Eleven Minutes After Having Been Closed and Two May Were Permitted to Vote.

The Shields attorneys now in a petition set forth that two electors in Pike township were permitted to cast ballots after the closing of the polls, and ask that the entire vote of Pike township be thrown out. They set up the claim that Herbert C. Titus and Harry Holland, two electors of said township, second district of Pike, asked for ballots after counting had commenced, were given them and they voted the same. The polls closed at 8 o'clock and 11 minutes later these men voted, also that persons not Republicans were given Republican ballots and were allowed to vote. The return sheet from said township gives Cross 36 and Shields 20. The result would throw out the arguments on May 22d. The time for opening ballot boxes expired Monday and no more will be opened in this county.

Just as we expected, the matter must be decided by the courts of this and Susquehanna county. If the Susquehanna courts rule in favor of Cross and this county throws out Pike, second district, Shields wins. On the contrary, if Susquehanna rules in favor of Cross and Pike is allowed in this county, Cross wins.

The moral of this whole business is, vote for Cornell in November and end the contest in an honorable way.

**Veteran Argus Subscriber Dead.**

Benjamin Williams, proprietor of the Williams Hotel in Troy, died Saturday morning at 2:40 at his home in Troy, aged 63 years. Mr. Williams was a very well-known man. He was a veteran of the Civil War, a member of Baldwin Post, G. A. R. of Elmira, and for

## Horse Killed.

A valuable horse belonging to the team of Alfred Passage, of Liberty Corners, became frightened last Saturday afternoon, while hitched in front of the grocery store of M. J. Long last Saturday afternoon, and rearing up, came down on an iron post to which the team was hitched. The post went clean through his body, killing him instantly.

### Esther Buttles.

Esther, the 7-year-old daughter of Mrs. Ella Buttles, of Herrick township, died Sunday morning at 2 o'clock after a brief illness with appendicitis and a complication of diseases.

**Subscribe for the Argus.**

## James Street Bridge.

They have one span of the James street bridge up and then the Lehigh stopped them. The Company want a inspector on the ground while the work is crossing their track and they were delayed in getting one. It will probably be on this week. That James street bridge is pretty high, so high that a farmer with a load of hay, if he is on top of said load, will imagine he is up in a balloon, but he will have a charming scene upand down the river unobstructed.

To our city friends who are looking for a place to spend the Summer we highly recommend Bradford county—especially Towanda, Bradford county.

## HAD CATARRH THIRTY YEARS.



Congressman Meekison Gives Praise To Pe-ru-na For His Relief From Catarrh.

JOINT EXHIBIT

21

Commonwealth of Penn. v. Thomas E. Proctor Heirs Trust et al.

No. 1:12-cv-1567

THE BRADFORD-ARGUS, TOWANDA, PA., MAY 14, 1908.

## PRETTY, BUT DID THEY MEAN IT?

Wrinkles disfigure a woman less than ill nature.—Durny.

Two smiles that approach each other end in a kiss.—Victor Hugo.

All the reasons of men are not worth one sentiment of woman.—Voltaire.

Women may be pardoned for lack of common sense. The culprit in them is the heart.—Stahl.

A woman is seldom tenderer to a man than immediately after she has deceived him.—Anonymous.

A man must be a fool who does not succeed in making a woman believe that which flatters her.—Balzac.

Women, deceived by men, want to marry them; it is a kind of revenge, as good as any other.—Beaumarchais.

I have seen faces of women that were fair to look upon, yet one could scan the icicles were forming around, these women's hearts.—Holmes.

A woman is happy and attains all that she desires when she captivates a man; hence the object of her life is to master the art of captivating men.—Tolstoi.

The life of a woman can be divided into three epochs: in the first she dreams of love, in the second she experiences it, in the third she regrets it.—Saint-Prosper.

### BY OUR OWN SAGE.

Many a man's reform needs reforming.

If you are going to kick at all do it with your whole sole.

Even the Prohibitionist is apt to indulge in a white whine.

The Lord made bachelors merely to tantalize the married men with envy.

The beauty about castles in the air is that we are our own landlords.

You can't say of a man who uses cheap perfumery that he has no common scents.

Many a fellow wonders why it is called cold cash when it burns a hole in his pocket.

Sometimes you come across a man whose best friends are those who know him least.

Some people are so constituted that it would be odd if they were not trying to get even.

The doctor may be quite intimate with a patient, and yet cut him dead when he performs an autopsy.

A horse has to be broken before you can drive him, but it seems to be quite different with the automobile.

### JUST THOUGHTS.

Some men acquire their popularity in clubs.

When soldiers respond to bugle calls do they come to blows?

The ties of wedlock—the kind a man's wife makes for him.

Every man who wants money bad would draw a line at counterfeit money.

Many a fellow who is ambitious to become a prize fighter makes a poor fist of it.

Many a man treats his friends in a fashion better than he treats his wife at home.

Every woman lives to congratulate herself that there was one man she didn't marry.

A man may acquire the habit of taking everything as it comes from dining at a table d'hote.

---

Jack—What's the matter, old man? You look worried.

Tom—Oh, Miss Faintheart keeps me guessing. She hasn't proposed yet.

Jack—But you told me you didn't intend to marry her.

Tom—And I don't. But, after all the time I've wasted on her, I think she might at least give me a chance to refuse her.—Chicago Daily News.

**A Gentlemanly Lad.**

The boy had smashed his father's shaving mug and done sundry other damage, when his mother discovered him.

"Oh, Freddie," she exclaimed, horrified, "what will papa say when he comes home and sees what you have done?"

"Well, mamma, I don't think I would like to repeat it before you."

**To Suit All Tastes.**

"That Greina Green must be fairly coining money from the runaway couples. How do they induce so many to go there?"

"Up-to-date enterprise." With every marriage certificate they give the choice of a prize offer—either a honeymoon trip to Florida or a round-trip ticket and incidental expenses to South Dakota."—Baltimore American.

**A Joke of the Season.**

"Oh, we've got such a good joke on Maisie."

"What she get fooled yesterday?"

"Didn't she! She married that fat old codger, old enough to be her grandfather, and yesterday the family doctor told her he was sound as a dollar, and good for 20 years more."—Baltimore American.

### INDUSTRIOUS WILLIE.



Kind Lady—No, I will not help you again. I don't believe you have done a thing all the year.

Tramp—Indeed I have, mum; I just done 30 days.

**Business Enterprise.**

"Waiter, look here. Isn't that a hair in the butter?"

"Yes, sir; a cow's hair, sir. We always serve one with the butter to show it isn't margarine, sir."

---

### Women as Well as Men Are Made Miserable by Kidney Trouble.

Kidney trouble preys upon the mind, discourages and lessens ambition; beauty, vigor and cheerfulness soon disappear when the kidneys are out of order or diseased.

Kidney trouble has become so prevalent that it is not uncommon for a child to be born afflicted with weak kidneys. If the child urinates too often, if the urine scalds the flesh or if, when the child reaches an age when it should be able to control the passage, it is yet afflicted with bed-wetting, depend upon it, the cause of the difficulty is kidney trouble, and the first step should be towards the treatment of these important organs. This unpleasant trouble is due to a diseased condition of the kidneys and bladder and not to a habit as most people suppose.

Women as well as men are made miserable with kidney and bladder trouble, and both need the same great remedy. The mild and the immediate effect of Swamp-Root is soon realized. It is sold by druggists, in fifty-cent and one dollar sizes. You may have a sample bottle by mail free, also pamphlet telling all about it, including many of the thousands of testimonial letters received from sufferers cured. In writing Dr. Kilmer & Co., Binghamton, N. Y., be sure and mention this paper.

Don't make any mistake, but remember the name, Swamp-Root, Dr. Kilmer's Swamp Root, and the address Binghamton, N. Y., on every bottle.

### SMART MAN, BROWN!



"But I say, Brown, why do you wear that awful hat?"

"Because, my dear chap, Mrs. Brown vows she will not go out of the house with me till I get a new one."

**Vernal Immunity.**

Who cares 'though north winds feebly blow

And skies look down in sullen rage?

At present 'tis enough to know

We've gotten past the blizzard stage.

—Washington Star.

**A Wise One.**

"That author keeps his identity closely concealed."

"Yes; until I read his books I thought it was due to modesty."

"Isn't it?"

"No; discretion."—Sacred Heart Review.

---

J21.002

JA487

ways serve one with the butter to | "Isn't it?"
show it isn't margarine, sir." | "No; discretion."—Sacred Heart Review.

# Treasurer's Sale of Unseated Lands.

In pursuance of the several Acts of Assembly having reference to the assessment of taxes upon unseated lands in the Commonwealth of Pennsylvania, and the sale of the same for the non-payment thereof, the undersigned, Treasurer of Bradford County will expose to public sale at the Treasurer's Office, in the Borough of Towanda, on the second Monday of June next, being

## JUNE 8, 1908,

At one o'clock, p. m., the several tracts under the following names, warrantee or owners, unless prior payment of taxes and interest at 6 per cent. interest thereon be made. Interest will be collected from January 1, 1907, on 1906 taxes; and from January 1, 1908, on 1907 taxes. Also 50 cents will be collected on each tract for advertising:

| No. Acres. | Warrantee Names. | Amount of Taxes. Year. 1906 | 1907 |
|---|---|---|---|
| | **BARCLAY TOWNSHIP** | | |
| 234½ | Adlum, John | $ | 37 63 |
| 201 | Biddle, Mark J. | | 18 99 |
| 25 | Biddle, William M. | | 2 35 |
| 150 | Biddle, James | | 29 70 |
| 433 | Barrow John, Jr | | 46 72 |
| 96 | Cunningham, D. H. (1-10 interest). | | |
| 244 | Erwin, Richard | | 39 53 |
| 23 | Groff, John | | 2 17 |
| 20 | Hiltzheimer, Thomas | | 2 82 |
| 157 | Hiltzheimer, Jacob | | 14 76 |
| 40 | Hiltzheimer, Robert | | 3 76 |
| 25 | Hiltzheimer, Jacob | | 2 35 |
| 238 | Ladley, Andrew. (1-10 interest) | | 2 23 |
| 100 | Ladley, Andrew. (1-10 interest) | | 2 35 |
| 98 | Ladley, Joseph. (1-10 interest) | | 28 |
| 330 | Ladley, Joseph. (1-10 interest) | | 3 10 |
| 434 | Ladley, Peter. (1-10 interest) | | 4 09 |
| 160 | Reed, Collinson | | 25 88 |
| 211 | Shoemaker, James | | 19 88 |
| 212 | Stewart, Walter. (1 10 interest) | | 1 90 |
| 58 | Tybout, Andrew | | 4 97 |
| | **LeROY TOWNSHIP.** | | |
| 199 | Adlum, John | | 9 00 |
| 237 | Biddle, M. J. | | 10 65 |
| 432 | Biddle W. M. | | 62 31 |
| 440 | Barron, John, Sr | | 19 80 |
| 150 | Boynton, Peter | | 6 75 |
| 91 | Biddl s, Clement | | 12 29 |
| 403 | Boyd, John | | 18 14 |
| 348 | Gravden, Andrew | | 15 67 |
| 290 | Gratz, Hiram | | 14 85 |
| 333 | Gratz, Bernard | | 14 98 |
| 230 | Gratz, Simeon | | 10 35 |
| 444 | Henry, Joseph | | 44 98 |
| 411 | Haines, Josiah | | 44 28 |
| 496 | Pennington, Benjamin | | 21 87 |
| 341 | Patton, John | | 15 39 |
| 227 | Reed, Collinson | | 10 27 |
| 35 | Reed, Collinson | | 1 78 |
| 452 | Shoemaker, James | | 20 35 |
| 257 | Simons, James | | 11 61 |
| 47 | Simons, James | | 6 75 |
| 174 | Beck, Henry | | 17 62 |
| 160 | Graff, John | | 16 20 |
| 380 | Dundass, Thomas | | 38 48 |
| 291 | Biddle, James | | 29 44 |
| | **MONROE TOWNSHIP.** | | |
| 17 | Cunningham, D. H. (1-10 interest) | | |
| 55 | Moore, John | | 1 24 |
| 144 | Stewart, Walter. (1-10 interest) | | 32 |
| 45 | Woodruff, Hannah | 1 10 | 1 01 |
| | **OVERTON TOWNSHIP.** | | |
| 370 | Betz John | | 12 58 |
| 368 | Betz, James | | 131 24 |
| 104 | Cooley, Henry | | 3 54 |
| 200 | Castator, George | | 6 90 |
| 273 | Erwin, Richard | | 31 70 |
| 10 | Ellis, Marcy | 38 | |
| 354 | Fritz, Samuel | | 12 04 |
| 258 | Fritz, John | | 8 77 |
| 437 | Hardy, Samuel | | 29 71 |
| 437 | Hardy, James | | 14 86 |
| 282 | Hiltzheimer, Jacob | | 38 25 |
| 400 | Hampton, Jonathan | | 13 50 |
| 100 | Ladley, Andrew. (1-10 interest) | | 34 |
| 30 | Moore, John | 1 14 | |
| 400 | Seeley, Henry | | 27 20 |
| 400 | Seeley, Peter | | 13 40 |
| 382 | Seeley, Joseph | | 26 98 |
| 30 | Tybout, Andrew | | 1 02 |
| 5 | Tybou, Andrew | | 36 |
| 70 | Woodruff, Hannah | 2 66 | 1 70 |
| 54 | Haines, John F. (owner) | 17 83 | 16 71 |
| 26 | Haines, John F. (owner) | 33 44 | 13 78 |
| 376 | | | |

Treasurers' Office, Towanda, Pa., April 9, 1908.    W. F. WATERS, County Treasurer

THOUGHTS.

acquire their popularity

ers respond to bugle come to blows?

of wedlock—the kind a akes for him.

who wants money bad a line at counterfeit

low who is ambitious to ize fighter makes a poor

an treats his friends in etter than he treats his

man lives to congratulate there was one man she

ly acquire the habit of thing as it comes from table d'hote.

with an account at a degree can generally be deto fill the bill.

thing new under the sun, the woman who has been e or four times.

GIRL'S REFLECTIONS.

rried so easy that most icious of it.

ea of an engagement is a d out whether or not he kissing that particular

nks that by marrying a oves he loves her, and -nothing more need ever ; it.

s understanding of the pera that makes a man but the "understanding" ladies.

-law may be the serpent of Eden; but if it hadn't serpent whom would ad to blame for all his

people marry they "lock ogether and throw away en they begin looking me old legal nail to pick

Your friends because you do but they are no

There are ti when the way and gratitude tions

The first day he aims to get in a bank; the of a clerkship, wretched beca janitorship.—At

When Love sits A tender little With the sweet O, who would d And flight so f

When poised up High in aerial Can Love forge The garden co The lowly joys About the plac —Ada Foster Sun.

Why not orde save the reta

Only

For this high-g selected golden Dresser has four top, large fancy ror, beveled swe carved mirror shaped cross-ba Oak panels and Commode has the Entire suit guar beautifully finis ways resell in ac packed and ship paid for $25.30.

If you wish t cent. on Furni for our factor FREE.

STICKLE FURN BING

# THE BRADFORD ARGUS.

Seventy-fifth Year. No. 22.     Towanda, Pa., Thursday, May 21, 1908.     $1 a Year.

## Class of 1908.

The commencement exercises of Towanda High School will be held in Hale's Opera House on Wednesday evening, June 10th. The baccalaureate sermon will be delivered by Rev. O. A. Houghton, D. D., at the Methodist Episcopal church on Sunday evening, June 7th.

Each graduate has prepared an essay and submitted it to Principal Humphries. The custom of having only the salutatory and valedictory addresses by the graduates will be observed again this year.

The class is composed of nine young ladies and two young men, as follows: Chester J. Bresee, David Eahm Smith, Beth Lilley, Rose Marks, Anna M. Cotter, Carolyn Eugenia Shiner, Elsie Chloe Casselberry, Evelyn Clymer Little, Maud E. McGill, Sarah Gertrude Smith, Vere Elsie MacNeal.

Miss Shiner will make the salutatory address, while Miss MacNeal will be the valedictorian.

## Pensions Increased.

Through the efforts of Congressman Kipp, the following Bradford county veterans have been granted increased pensions: Captian G. W. Kilmer, of Towanda, from $18 to $30; William Hewitt, of New Albany, to $30, and John G. Grant, of New Albany, to $30.

## Cures Woman's Weaknesses.

We refer to that boon to weak, nervous, suffering women known as Dr. Pierce's Favorite Prescription.

Dr. John Pyfe one of the Editorial Staff of THE ECLECTIC MEDICAL REVIEW says of Unicorn root (Helonias Dioica) which is one of the chief ingredients of the "Favorite Prescription":

## Possibilities of Our Water Power.

The Susquehanna river runs with a rapid flow past our town and all its energies go to waste. A dam recently constructed at Whitney, N. C., is estimated to produce an energy of more than 54,000 horse power. The value of this enormous force to the manufacturing industries located in that section can be appreciated. We might have the same here. Water power developed from the river at Talloose, Alabama, produced 5,000 electrical power and is used to light the city and the street cars. The power is also transmitted to Montgomery, Ala., 35 miles distant.

Let us suppose, a few years hence, when invention and enterprise have brought to pass things which we can already foresee as coming in the application of electricity. A man rises in the morning and turns on the electric light made from the water power; his breakfast is cooked on an electric stove heated by the power of the stream; his morning paper is printed on a press moved by electricity from the stream; he goes to his office in a trolley car moved by electricity from the same source. The desk upon which he writes, the merchandise which he sells, the crops which he raises, will have been brought to him or will be taken to market from him on a freight car moved by electricity. His wife will run her sewing machine or her churn, and factories will turn their shafts and wheels by the same power. In every activity of this life that man and his family and his neighbors will have to pay toll to those who are able to monopolize the great motive power of electricity made from waterpower, if that monopoly is allowed to become established. Never before has there existed the possibility of such a monopoly, entering thus into the life of the average man.

## A GOOD TIME COMING.

"Home Coming Day" and "Old People's Day" With the Historical Society, June 26-27, 1908.

The June meeting of the Historical Society for four years has been devoted to the old people and has been such a success in attendance and otherwise, that this year the Society will have in connection with "Old People's Day" a "Home Coming Day" on the day before the old people meet. The committee having the matter in charge have decided to hold a meeting on Friday, June 26th, to be devoted to those who have been away from the county and will come to see the folks in Bradford county and again want to get in touch with things at home.

For this purpose there will be an informal meeting at the Society's rooms at 10:30 in the forenoon to welcome and receive the visiting natives. At 1:30 or 2 p. m., a meeting will be held at which the officers and committee will extend the greetings of the Society to all visitors. President John C. Ingham will make a welcoming address. Hon. James H. Codding, of New York city, will respond. Remarks will be made by others—natives of Bradford county, who will "come home." After these exercises, music and instrumental and vocal, the meeting will be devoted to general hand-shaking and sociability.

Bradford countians are scattered all over this country and each one is invited to "come home" and meet with the people here and again greet those of your old friends and acquaintances. Come, and if you don't recognize your old neighbor, he will introduce you and you will enjoy immensely talking over the childhood and boyhood experiences, scenes and acquaintances. The Society will endeavor to make it pleasant and profitable for you and your friends at home.

## MEMORIAL DAY.

Headquarters Watkins Post, No. 68,
Department of Pennsylvania,
G. A. R.
Towanda, Pa., May 13, 1908.
Memorial Day Orders:

1. In pursuance of orders from National and Department Headquarters and our annual custom, Saturday, May 30, will be observed by the Comrades of this Post as Memorial Day.

2. The Post extends a hearty invitation to the Camp of the Sons of Veterans, Patriotic Order Sons of America, Spanish-American War Veterans, the schools and citizens generally, to assist us and participate with us in the due observance of this annual Memorial Day. We especially urge the schools to participate in these patriotic services.

3. The Post, Sons of Veterans, and Patriotic Order Sons of America, will attend religious services in the Universalist church on Sunday, May 24, 1908, at half-past 10 o'clock in the morning. The Comrades of the Post will assemble in the Post room for this purpose at 10 o'clock in the morning of that day.

4. Services and exercises will also be conducted in the forenoon of May 30, at Liberty Corners, Hornbrook, and Wysox. We request the citizens living at those points to assist the Comrades in making the requisite preparation for these Memorial exercises.

5. The services and the address at Towanda will be in the afternoon.

6. The Memorial address will be delivered by Comrade R. H. Holgate, Esq., of Scranton, Pa.

7. In pursuance of action taken by the Post, request is made that baseball and all sports be dispensed with on Memorial Day, in order that May 30 be observed as Memorial Day; and also that the places of business be closed during the ceremonies in the afternoon.

8. The comrades of the Grand

realization of the good accomplished by the patriots of the past, and inspire us with a determination to be better citizens of this Nation.
By order of
E. D. Payne, Commander.
J. Andrew Wilt, Adjutant.

## J. Franklin Blackman.

J. Franklin Blackman, a well-known citizen of Hornbrook, died at his home in that place on Thursday morning at 9 o'clock after a ten days' illness with grip. Deceased was born on the Blackman farm in Hornbrook on June 9, 1825, therefore being in his 83d year. With the exception of two years in Illinois, his entire life was spent in Hornbrook. His death is deeply deplored.

He is survived by his wife, two sons and two daughters—Wallace W. Blackman, at home, and George F. Blackman, of New York, Mrs. E. W. Horton, of Hornbrook, and Mrs. C. M. Finney, of Towanda, one brother, George W. Blackman, of Hornbrook, and one sister, Mrs. Wealthy Ayres, of Chicago. The funeral was held on Saturday at the Blackman home. Interment was made in the Hornbrook cemetery.

## John McQueen.

John McQueen, for the past two years a resident of North Waverly, died at an early hour Tuesday morning after a long illness of a complication of diseases, aged 82 years. The deceased was born in Ayershire, Scotland, and came to this country when 20 years of age. For many years he lived at Ulster. In 1883 in company with his son, Frank, he went to Sayre. Two years ago they moved to North Waverly, where they have since resided. Of his immediate family, the son at whose home he died, two daughters, Mrs. W. S. Sloyter, of North Towanda, and Miss Anna McQueen and a son, William McQueen, of Buffalo, survive him.

## Arrangements for Memorial Day.

The members of Watkins Post and citizens met on Monday evening at the Grand Army Post rooms and made all arrangements to properly observe Memorial Day. There are 180 old soldiers buried in the Towanda cemeteries and their graves will all be remembered.

Committees were appointed on finances, flowers, music, transportation, services and everything necessary. The school children will again take part this year, and each one will carry a small flag. Many of the children save the flag as a souvenir. The County Commissioners have appropriated $25 to each Post in the county to help pay expenses, but the Post here will need about $50 more and they will have no trouble getting that sum. Memorial Day in the near future will have to be kept up by the citizens and other organizations of the country, as 20 years will see about the last of the old veterans alive and others must do this work, hence the idea of educating the school children along this line of patriotism.

## Will Tour the United States.

Mrs. Frank Welles and two daughters, of Paris, reached New York yesterday and after a few days visit in the metropolis, will start on an automobile tour of the United States. G. W. Manville, of Towanda, has been engaged as chauffeur and the party will travel by automobile over the route to be purchased in New York city. They expect to visit Towanda during the trip.

## Henry Ustick Jones.

Henry Ustick Jones died at his home in Stevensville on May 9, of heart failure, aged nearly 67 years. Mr. Jones had been in his usual health apparently and only a couple of days before had been in Towanda and Wyalusing transacting business. He was engaged in the lumber business and was a member of a family of...

JOINT EXHIBIT

22

Commonwealth of Penn. v.
Thomas E. Proctor Heirs Trust
et al.

No. 1:12-cv-1567

THE BRADFORD ARGUS, TOWANDA, PA., MAY 21, 1908.

Sayre Borough—April 15, 1908. Edson A. Rockwell and wife to James Damon, lot; $300.

Sayre Borough—April 18, 1908. August M. and Charles F. Gore to William Canfield, lot; $1.

Sayre Borough—April 14, 1908. Mahlon H. Smith and wife to George J. Barber, lot; $1,500.

Athens Township—July 11, 1906. M. H. Sawtelh and wife to Charles H. Lloyd, lots; $225.

New Albany Borough—April 21, 1908. Sarah A. and M. M. Corson to Miles D. Osborn, lot; $1.

Albany Township—March 31, 1908. Alton T. Swingle and wife to Spicer Hibbard, 20 acres; $190.

Towanda Borough—April 20, 1908. William W. Allen to Jesse L. Schoonover, lot; $500.

LeRoy Township—March 2, 1906. Central Pennsylvania Lumber Company to Thomas and Samuel Mott, lot; $1,300.

Towanda Borough—September 28, 1907. Mary C. Angle to William Maxwell, lot; $10.

Towanda Borough—March 14, 1908. William Maxwell to Belle Barnard Maxwell, lot; $1.

Monroe Borough—December 2, 1864. J. B. Hinman to Amelia Payne, lot; $8.

## No Use to Lie.

"I have found out that there is no use to die of lung trouble as long as you can get Dr. King's New Discovery," says Mrs. J. P. White, of Rushboro, Pennsylvania. "I would not be alive to-day only for that wonderful medicine. It loosens up a cough quicker than anything else, and cures lung disease even after the case is pronounced hopeless." This most reliable remedy for coughs and colds, la grippe, asthma, bronchitis, and hoarseness, is sold under guarantee at Dr. H. C. Porter & Son's Drug Store, Main Street, Towanda, Pa. Prices, 50 cents and $1. Trial bottle free.

"What this world needs," says a Wisconsin editor, "is peace mutt, confidence." Yes, and more hired girls.

## Good for Everybody.

Mr. Norman R. Coulter, a prominent architect, in the Delbert Building, San Francisco, says—"I fully endorse all that has been said of Electric Bitters as a tonic medicine. It is good for everybody. It corrects stomach, liver and kidney disorders in a prompt and efficient manner and builds up the system." Electric Bitters is the best Spring medicine ever sold over a druggist's counter; as a blood purifier, it is unequaled. Price, 50 cents—at Dr. H. C. Porter & Son's Drug Store, Main Street, Towanda, Pa.

And, after all, there is really no excitement in telling a secret to a girl who can keep it.

## Best Healer in the World.

Rev. F. Starbird, of East Raymond, Maine, says—"I have used Bucklen's Arnica Salve for several years on my old army wound, and other obstinate sores, and find it the best healer in the world. I use it too with great success in my veterinary business." Price, 25 cents—at Dr. H. C. Porter & Son's Drug Store, Main Street, Towanda, Pa.

It is easier to seek than to find—until you find it.

## The Lucky Quarter

Is the one you pay out for a box of Dr. King's New Life Pills. They bring you the health that is more precious than jewels. Try them for headache, biliousness, constipa-

## The Reward

By E. D. Atkinson

"Ki-yi-yi-ki-yi!" yelped a little black dog, as he fled from the missiles of Suburbanite Jones and dodged around the corner of Neighbor Jackson's house into Philmot's tidy lawn.

Aaron Philmot, an eccentric bachelor of 48, was particularly proud of his beautiful lawn, and Jones expected the little stray dog to meet his doom.

But Philmot was not brutal. As the frightened canine rushed across the lawn and leaped upon the porch, a peculiar compassion filled his heart, and he took the stranger into the house.

That night as he kindly butcher sat beside the hearth and petted his new-found friend, a notice in the evening paper attracted his attention. It read:

"Lost, Strayed or Stolen—A small black dog with a brown spot over the left eye. If found, advise and receive reward. J. L., 121 B street."

The description tallied exactly with the dog he had rescued. With a feeling akin to sorrow, for his heart longed for the affection manifested by the little fellow, Philmot went to his desk and wrote, in his frank, bold script:

"J. L.—Call at 2906 C street, and you may have the dog advertised in this evening's paper as lost. Yours truly, AARON PHILMOT."

The following day he was surprised to receive a sweet-scented missive, addressed by a feminine hand, and, opening it, he read, with some curiosity, the following:

"Aaron Philmot, City.—Dear Sir: Will you please bring, or send, my little terrier to my address? A satisfactory remuneration for your time and trouble will be made. Yours truly, Jesse Le Seure."

With mingled feeling of trepidation and anticipation, Philmot set out on his errand the following evening, just as the twilight shades were falling. Beside him, secured by a small rope, trudged the terrier.

As it was quite a long distance, however, his flattering heart had some what regained its composure by the time he reached the correct number on B street, and he noted the surroundings as he sauntered up the brick walk that led to the house. It was a small house, set well back in the yard, and the giant oaks cast a gloom over it. However, a soft, mellow light from within promised a cheerful interior.

He rang the door bell and listened. Cholly Worthington? He fell out of his new airship when it got stalled a half mile up in the air!

Lilly—How did Cholly come to fall?

Marie—He thought he was in his automobile and jumped out to push it back home—Bohemian.

### Out of the Dim Past.

Samuel Woodworth had just written "The Old Oaken Bucket."

"Nothing in it!" he muttered as he read it over and reflected upon the probable price it would bring.

But posterity evidently found something in it.—Chicago Tribune.

### Treatment of Hardwood.

In these days of polished wood stairs and hallways it is almost impossible, even with frequent polishing, to keep the wood from getting black. This is because the dust and dirt catches in the wax, and fresh rubbing only buries it deeper.

A good scrubbing with soap powder every month will remove the dirt, and it may be scrubbed just as energetically as the plainest of kitchen floors. Then, when the wax is applied with the aid of the usual heavy polish, the color of the wood will have returned in all the glory of its first days.

## KINGSFORD'S OSWEGO CORN STARCH

Sixty-six Years of Superiority.

Just the thing to go with all kinds of fresh or stewed fruit, either as a delicate sauce to pour over the fruit or as a blanc mange or pudding to serve with it. Before another meal drop postal for

"Original Recipes and Cooking Helps"

and learn what a practical cooking aid Kingsford's Oswego Corn Starch really is. Its many uses will surprise you.

For making custards, blanc manges, ices, puddings —all dishes that depend for goodness upon corn starch quality—Kingsford's has been chosen by best cooks for three generations.

Grocers—pound packages—10c

T. KINGSFORD & SON, Oswego, N. Y. National Starch Co., Successors

### Goosepits in Russia.

In Russia pits for cock fighting are unknown, but "goosepits" some 60 years ago were common throughout that mighty kingdom. The effect of this can be seen to-day in the geese which are indigenous to the country, the Arzamas and the Tula varieties particularly showing to a marked degree the fighting characteristics of their ancestors. The Arzamas gander has a bill which is entirely different in form from that of the geese known in any other part of the world. This special structure enables the bird to take a firm hold on the neck or back of its antagonist.

### Scene and Circumstance.

When a noble act is done—perchance in a scene of great, natural beauty, when Leonidas and his 300 martyrs consume one day by dying, and the sun and moon come each and look at them once in the steep defile of Thermopylae; when Arnold Winkelried, in the high Alps, under the shadow of the avalanche, gathers in his side a sheaf of Austrian spears to break the line for his comrades; are not these heroes entitled to add the beauty of the scene to the beauty of the deed?—Ralph Waldo Emerson.

### Cholly's Awful Mistake.

Marie—Wasn't it shocking about

### MIGHT HAVE PUZZLED SOLOMON.

#### Decision Over Which Country Squire Is Still Deliberating.

"That is a complicated question," said a statesman of a certain practical proposal. "It reminds me of a question that was once put to old Squire Briggs.

"The squire was noted for his long, Solomon-like head, and he was frequently asked to settle disputes.

"'Squire,' said a farmer to him one day at the tavern, 'there's a difficult point I want you to settle, and whatever you say I'll abide by.'

"'Well, fire away,' said the squire, good humoredly, 'and I'll see what I can do for you.'

"'It's like this,' said the man. 'Blankson wants to trade farms with me, but we can't agree on terms. His land is better than mine, but I've got twice as many cranberry vines; his corn is all stacked and mine ain't, but I've got screens to four windows and two doors to the shack. There's less stones in his meadow land than there is in mine, but there's more bog.'

"The man paused and took breath. Then he went on:

"'Now, I won't tell you which is which, but one of us thinks Blankson's pointer dog ought to be thrown in, and the other one thinks that my heifer would just about even things up. Now what do you say is fair?'

"'At last accounts the squire was still deliberating."

### DIPLOMACY SURELY HIS LINE.

#### Bridegroom Knew the Value of a Few Honeyed Words.

They sat in the express, billing and cooing. Now and again they would shake themselves like damp dogs and the particles of rice would scatter on the carpet.

"Sweetheart," said the bridegroom at length, speaking in tender but manly tones—"sweetheart, would you mind if I went into the 'smoker' for a bit?" She nodded.

"What?" she exclaimed. "To smoke, love?"

He cast up his hands.

"Oh, no, no, no!" he assured her. "I may smoke, but that is not why I wish to leave you. I only want to suffer for a brief space, the agony of absence from your side so that I may subsequently experience the intense joy of my return."

She smiled sweetly and watched him depart with a sub-purple lovelight in her eye. "And he, as he lit the cigar he had been longing for during the last two hours, smiled profoundly and wondered why he was not in the diplomatic service.—Tatler.

### A Kissing Acquaintance.

As Rev. Edward Everett Hale, chaplain of the United States senate, was walking along a Boston street, in company with a friend, he was suddenly accosted most familiarly and affectionately by a woman, who, without further warning, proceeded to throw her arms round his neck and kiss him on both cheeks.

Then followed a brief conversation —gushing on the woman's part, guarded on Dr. Hale's, who confined himself to discreet inquiries as to the welfare of the woman's family; were they well?—and living in the same place?—and so forth.

Finally the woman tore herself away, and the venerable divine turned to his companion.

"I should have been glad to introduce you, but I did not know the lady's name," he said, with his gentle smile. "To tell the truth," he added, reflectively, "I didn't even know I had a kissing acquaintance with her."—Sunday Magazine.

### AND IT'S SUCH A LITTLE THING, TOO!

Mr. Luggins made a wild dash for an up-town subway express and missed it by the tenth of an inch. Then he walked back to the center of the platform and stopped.

"I've forgotten something," he muttered. "I know, I've forgotten something."

Now, Mr. Luggins' arms and pockets were so filled with bundles that it seemed utterly ridiculous for him to say he had forgotten anything.

"Yes," he continued; "I have forgotten something. But what in thunder is it I can't make out. It's not Susan's hair ribbon, for that's in my upper vest pocket; it's not Ann's tooth paste, for that's in my lower vest pocket; and it's not Bobbie's collars, for I'm sure I stuffed them in my hat. Now, what in the dickens can it be? It can't be the stove polish, or the picture wire, or the bird seed, or the sample package of Peeled Wheat, or the toothpicks, for they're in this bundle; and it can't be the carpet tacks, or the spool of No. 40 cotton, or the bottle of marking ink, or the colored post cards, for they're all in that bundle. Maybe it—Yes, by heavens, that's it! I've forgotten to buy the piano!"—J. P. Rome, in Judge.

## Treasurer's Sale of Unseated Lands.

In pursuance of the several Acts of Assembly having reference to the assessment of taxes upon unseated lands in the Commonwealth of Pennsylvania, and the sale of the same for pay, the undersigned, Treasurer of Bradford County will proceed to sell at public sale at his office in the Borough of Towanda, on the second Monday of June next, being

JUNE 8, 1908,

At one o'clock, p. m., the several tracts under the following names, warrantee or owners, unless prior payment of taxes and interest at 6 per cent interest thereon be made, the sale will be collected from January 1, 1908, on the lands sold from January 1, 1906, on 1907 taxes. Also 25 cents will be collected on each tract for advertising.

### BARCLAY TOWNSHIP

J22.002

JA490

he answered.
from death at
was killed three
m very much at-

hen drifted to the
re to current top-
re of it two hours
e was loth to do-
ck kept warning,
e arose.

: Philmot," she
witching smile,
I may," he an-

the door one eve-
had retreated
cold north wind,
oment longer and
er face.

r thoughts," she

asked slowly but
hts were of you.
t 'ad.' I read sev-

she asked.
d," he answered,

rier is at home
shrubbery of Phil-
me. Neighbors
eye the dog with
call his master's
fore.

. System.
Nimes, France,
awarded £240
nerves were so
arhound chew up
The old lady's
and she was tak-
oodle on the end
along came Mr.
ade a snap at
e snapped back
d him and gave
bout in a minute
ll his life at the
he fainted and
und's-owners-for-
e poodle, but to
k to her nerves.
decided that the
whether Tootsy's
has soothed her
liberal award.

lues.
ndividual to so-
contribution to-
ement, says the
. This advanc-
ual, moral, scien-
r in any depart-
ty. that tends di-
o heighten hu-
who gives more
social benefactor.
than he gives is
but tends to de-
ower level of de-

ten "The Old Oaken Bucket."

"Nothing in it!" he muttered as he
read it over and reflected upon the
probable price it would bring.

But posterity evidently found some-
thing in it.—Chicago Tribune.

it may be scrubbed just as energet-
fically as the plainest of kitchen floors.
Then, when the wax is applied with
the aid of the usual heavy polish, the
color of the wood will have returned
in all the glory of its first days.

# Treasurer's Sale of Unseated Lands.

In pursuance of the several Acts of Assembly having reference to the assessment of taxes
upon unseated lands in the Commonwealth of Pennsylvania, and the sale of the same for
the non-payment thereof, the undersigned, Treasurer of Bradford County will expose to
public sale at the Treasurer's Office, in the Borough of Towanda, on the second Monday of
June next, being

## JUNE 8, 1908,

At one o'clock, p. m., the several tracts under the following names, warrantee or owners,
unless prior payment of taxes and interest at 6 per cent, interest thereon be made. Interest
will be collected from January 1, 1907, on 1906 taxes; and from January 1, 1908, on 1907 taxes.
Also 50 cents will be collected on each tract for advertising:

| No. Acres. | Warrantee Names. | Year. | Amount of Taxes.<br>1906 | 1907 |
|---|---|---|---|---|
| | BARCLAY TOWNSHIP. | | | |
| 234½ | Adlum. John | $ | | 37 63 |
| 202 | Biddle, Mark J | | | 18 99 |
| 25 | Biddle, William M. | | | 2 35 |
| 150 | Biddle, James. | | | 29 70 |
| 233 | Barrow John, Jr. | | | 46 72 |
| 96 | Cunningham D H. (1-10 interest) | | | 45 |
| 244 | Erwin Richard | | | 39 53 |
| 23 | Groff, John | | | 2 17 |
| 20 | Hiltzheimer, Thomas | | | 2 82 |
| 157 | Hiltzheimer, Jacob | | | 14 76 |
| 40 | Hiltzheimer, Robert | | | 3 76 |
| 25 | Hiltzheimer, James | | | 2 35 |
| 238 | Ladley, Andrew. (1-10 interest) | | | 2 23 |
| 100 | Ladley, Andrew. (1-19 interest) | | | 2 35 |
| 3 | Ladley, Joseph. (1-10 interest) | | | 28 |
| 330 | Ladley Joseph. (1-10 interest) | | | 3 10 |
| 434 | Ladley, Peter. (1-10 interest) | | | 4 09 |
| 160 | Reed. Collinson | | | 25 38 |
| 211 | Shoemaker, James. | | | 19 83 |
| 212 | Stewart, Walter. (1.10 interest) | | | 1 99 |
| 53 | Tybout, Andrew | | | 4 97 |
| | LeROY TOWNSHIP. | | | |
| 199 | Adlum. John | | | 9 00 |
| 337 | Biddle, M. J | | | 15 80 |
| 432 | Biddle W. M. | | | 62 21 |
| 410 | Barron. John. Sr | | | 19 80 |
| 150 | Boynton Peter. | | | 6 75 |
| 48 | Biddl'e, Clement | | | 4 92 |
| 403 | Bo'd John. | | | 18 14 |
| 318 | Gravden, Andrew | | | 15 67 |
| 590 | Gratz, Hiram | | | 14 85 |
| 333 | Gratz, Bernard | | | 14 98 |
| 240 | Gratz, Simeon | | | 10 35 |
| 441 | Henry, Joseph | | | 44 96 |
| 410 | Haines. Josiah | | | 44 28 |
| 486 | Pennington, Benjamin | | | 21 87 |
| 341 | Patton, John | | | 15 39 |
| 227 | Reed, Collinson | | | 10 27 |
| 38 | Reed. Collinson | | | 6 81 |
| 452 | Shoemaker James | | | 20 35 |
| 257 | Simons, James. | | | 11 61 |
| 47 | Simons. James | | | 6 75 |
| 174 | Beck, Henry | | | 17 62 |
| 160 | Graff, John | | | 16 20 |
| 380 | Dundass: Thomas | | | 38 48 |
| 291 | Biddle, James | | | 29 44 |
| | MONROE TOWNSHIP. | | | |
| 17 | Cunningham, D. H.. (1-10 interest) | | | 4 |
| 55 | Moore, John | | | 1-24 |
| 144 | Stewart. Walter (1-10 interest) | | | 32 |
| 45 | Woodruff. Hannah | | 1 10 | 1 01 |
| | OVERTON TOWNSHIP. | | | |
| 370 | Betz John | | | 12 58 |
| 308 | Betz, James. | | | 131 24 |
| 104 | Cooley. Henry | | | 3 54 |
| 200 | Castator, George | | | 6 80 |
| 278 | Erwin. Richard | | | 31 70 |
| 10 | Ellis Marcy | | 38 | |
| 354 | Fritz, Samuel. | | | 12 04 |
| 266 | Fritz. John | | | 8 77 |
| 437 | Hardy, Samuel | | | 29 71 |
| 437 | Hardy, James | | | 14 86 |
| 282 | Hiltzheimer, Jacob | | | 38 38 |
| 114 | Hampton, Jonathan | | | 13 60 |
| 100 | Ladley, Andrew. (1-10 interest) | | | 34 |
| 30 | Moore, John | | 1 14 | 1 00 |
| 400 | Seeley, Henry | | | 27 90 |
| 400 | Seeley, Peter | | | 13 60 |
| 382 | Seeley, James | | | 25 98 |
| 80 | Tybout, Andrew | | | 1 02 |
| 9 | Tybout, Andrew | | | 86 |
| 90 | Woodruff, Hannah | | 2 66 | 1 70 |
| 54 | Haines, John F. (owner) | | 17 63 | 18 78 |
| 20 | Haines, John F. (owner) | | 38 44 | 19 78 |
| 876 | | | | |

W. F. WATERS, County Treasurer

Treasurers' Office, Towanda, Pa., April 9, 1908.

her arms round his neck a:
on both cheeks.
Then followed a brief c
—gushing on the wom
guarded on Dr. Hale's, wl
himself to discreet inquirie
welfare of the woman' fa
they well?—and living in
place?—and so forth.
Finally the woman to
away, and the venerable di
to his companion.
"I should have been gla
duce you; but I did not
lady's name," he said, wit
the smile. "To tell the t
added, reflectively, "I di
know I had a kissing ac
with her."—Sunday Magaz:

Happened ... Bostc
Party Hanging to Lamp
am I sober?

Citizen—Pardon me, my
am not a judge of inebriety,
forth when you are confrc
the problem of transporti
signment of that magnitu
domicile I should at least s
propriety of going twice for
trated Sunday Magazine.



Deal direct With the S
Brandt Furnithro Co. an
the dealer's profit.

## Only $7.9

For this large and handsome
fancy brocaded Velour. This
Couch is 75 inches long, 27 inch
Five rows wide and deep tuft
struction guaranteed. Oil t
springs all metal fastened which
excellent wearing qualities. Spr
Frame in golden Oak, richly
Claw foot design.

This style of hand-made Couc
easily retail in stores from $11. t

## Carefully packed
shipped freight ch:
prepaid for $7.95.

Send TO-DAY for our fr
price catalogue of Furnitur
be well posted on Furnitur
FREE.



STICKLEY-BRAN
FURNITUR
BINGHAMTON, N

J22.003

JA491

# THE BRADFORD ARGUS.

Seventy-sixth Year. No. 1.    Towanda, Pa., Thursday, May 28, 1908.    $1 a Year.

## Prisoner Tries Leg Bail.

Michael Kinney, alias "Long Legged Mike," a prisoner in the county jail sent from Sayre for tramping, while working on the wall back of the jail, on Friday noon made a break for liberty. A woman near by saw him and informed the guard. Deputy Ward, in his shirt sleeves took up Main street and Constable McCracken followed him on Second street. Ward took up the railroad track and crossed Riverside cemetery into William street and headed the prisoner off as he was making for the upper station. He was returned to the jail and a ball attached to his ankle and went to work again. He was arranged before Squire Orcutt, charged with jail breaking, which will add some to his incarceration.

## Black Diamond June 14.

Lehigh Valley officials have announced that the date on which the Black Diamond express will be restored is June 14. It was taken off February last season given at that time was insufficient business to justify running the train. The Black Diamond will leave Buffalo at noon each day and reach New York City at half-past 9 o'clock in the evening, making stops only at important points.

## What Do They Cure?

The above question is often asked concerning Dr. Pierce's two leading medicines, "Golden Medical Discovery" and "Favorite Prescription."

The answer is that "Golden Medical Discovery" is a most potent alterative or blood-purifier, and tonic or invigorator and acts especially favorably in a curative way upon all the mucous lining surfaces, as of the nasal passages, throat, bronchial tubes, stomach, bowels and bladder, curing a large per cent. of catarrhal cases whether the disease affects the nasal passages, the throat, larynx, bronchia, stomach (as catarrhal dyspepsia), bowels (as mucous diarrhea), kidneys or bladder, or other pelvic organs. Even in the chronic or ulcerative stage of these affections it is often successful in effecting cures.

## Orphans' Court.

Estate of Thomas I. Claggett, late of Standing Stone township, deceased—W. T. Mitten, Administrator, discharged.

Estate of Mary E. Walters, late of Pike township, deceased—Order to make assignment of bonds.

Estate of Walter F. Weeks, late of Sayre borough, deceased—H. Sawyer Weeks, Administrator, discharged.

Estate of George Harman Hill, minor child of S. D. Hill, late of Burlington borough, deceased—Thomas J. Walters appointed Guardian.

Estate of Elizabeth Titchen, minor child of John Titchen, deceased—John Crimmins appointed Guardian.

Estate of M. Edith Wright, a minor—E. W. Miller, Guardian, discharged.

Estate of William Harold Davis, minor child of Philip Davis, of Pike township—Eunice Davis appointed Guardian.

Estate of Charles Treadwell, late of Windham township, deceased—John W. Mix appointed Auditor to report distribution of the funds in the hands of Leland O. Wolcott, Administrator.

## Court Reserved Decision on Pike Township Argument.

The hearing before Judge Fanning on Thursday in the matter of William Cross as to the throwing out of Pike township votes, second district, which were polled at the recent primaries, the Judge reserved his decision. The ballot box which it is proposed to throw out gave Cross a majority of 16, and if not counted gives Shields a majority of 21 votes. It is claimed by the plaintiffs that votes were cast 11 minutes after the polls were closed.

Maxwell and Judge Dunham appeared for Cross, Lilley & Wilson and Kaufman for Shields.

## Opinion Confirmed.

## Prizes Awarded.

Of the seven essays submitted by the high school pupils to the Historical Society, the prize was awarded to Leon H. Rockwell, of the LeRaysville high school, his subject being "History of John Franklin." In connection with this the committee desires to make honorable mention of the essay of Luther H. Davis, of the LeRaysville high school, who gave a history of "Neath, the Welch Settlement," also the essay of Miss Jennie Forrest, of East Smithfield high school, who wrote upon "The Moravians."

The prize for the essay from the pupils of the eighth grade or lower, was awarded to Miss Frederica Schmuach, of the eighth grade of the Towanda Public Schools, her subject being "Bradford County, 1600-1800." In this connection the committee would make honorable mention of Miss Iner Clark, of School No. 9, Sheshequin township, her subject being "History of Ghent, Pa," of the essay of Miss Eleanor Scott Smith, of the eighth grade of Towanda Public Schools, and of Miss Cora Rogers, of West Warren School in Warren township, who wrote upon "The Moravians."

## Pay for Road Supervisors.

Judge Galbraith, of Butler county, has decided that Supervisors need not work without pay. He says—"We know of no authority of the Court to fix the compensation of Road Supervisors in any event. It does not follow, however, that persons serving as Road Supervisors can not receive compensation; it does not on the other hand forbid compensation, and its provisions are not therefore inconsistent with any previous enactment in force at the time the last act was passed allowing compensation to the Supervisors. By the Act of 1899, Supervisors are allowed one dollar and a half for each day necessarily employed in

## Recent Deaths.

Mrs. Abbie Lamberson died at noon last Monday at the home of her son on Short street in Athens, aged 83 years.

Mrs. John Foster died at Burlington last Friday, aged 46 years. She was the daughter of Mr. and Mrs. Henry Strope.

Julia Cordelia McNeal, infant daughter of Mr. and Mrs. Frank McNeal, of North Towanda, died on Wednesday, May 20.

Miss Anna Theresa Sweeney, daughter of Dennis Sweeney, of Elmira, died Sunday morning at the home of her aunt, Mrs. Gerry, at Ridgebury.

John B. Hutchins, Jr., a former well-known resident of Sayre, died recently at his home in Norfolk, Va., after a three weeks' illness with typhoid fever.

Ira Chapman, of Ricketts, Wyoming county, died in the Robert A. Packer Hospital on Wednesday afternoon, May 20, at half-past 5 o'clock from Bright's disease.

Burton Montgomery, a well-known citizen of East Canton, died on Saturday, May 16, and was buried the following Monday afternoon, services being conducted at his late residence by Rev. G. W. S. Wenurick, pastor of the Presbyterian church. Mr. Montgomery was about sixty-seven years of age.

Matthew McGuffie, 59 years of age, died at his home in Waverly at 6:45 Saturday evening, from a stroke of apoplexy. He was born at Castle Douglass, Scotland, and came to this country with his parents when he was a small boy. He first lived at Ulster, but later went to Waverly, where he had since resided.

Mrs. Patrick Murphy died at the home of her daughter, Mrs. Robert Ganley, on William street, on Thursday evening, May 21, after a two-weeks' illness with a complication of diseases. Deceased was

## Athens and Sayre.

May 25.—Mr. Thomas Stalford, of Wyalusing, was a business man in Athens last week.

Miss Lora Stevens, of Wyalusing, was calling on Athens friends last week.

Lewis Biener, of Athens, spent last Friday in Owego, N. Y.

Fred C. Curtin, of Sayre, was visiting his parents, Mr. and Mrs. R. Curtin, in Marshview, last week.

Six carloads or foreigners, mostly from Southern Europe, passed through Sayre last week. They were nearly all going back to their native land, and had steamship tickets.

John and Philip Croak, both of Wysox, were admitted to the Robert A. Packer Hospital recently for what was diagnosed as cowpox—contracted from milking a cow supposed to have that disease.

Mrs. R. C. Garrison, of Athens, was called to New Era last week by the serious illness of her sister, Mrs. W. H. Melville.

Mrs. George Friedenberger, who has been on the sick list, is convalescing.

Mrs. J. A. Schoonover and son, Harold, and daughter, Elizabeth, of Athens, were visiting relatives in Wyalusing township last week.

J. A. Biener, of Athens, was visiting friends in South Waverly last Sunday.

Daniel Lenox, who has been spending the Winter in Canada, is spending some time with his family in Athens.

O. C. Kendall, of Athens, has accepted a position under Henry Belknap, formerly foreman in Hall & Lyons' Furniture Manufactory in Waverly, now with the Isaac Koch Furniture Company at York, this State.

Mrs. W. H. Leighton, of Athens, has gone to New York City, where she will study music and piano teaching methods. She formerly

## Marshview.

May 25.—Mrs. Claude Barnet and Gordon Vanderpool, of Asylum, were visiting at Thomas Haggerty's last Sunday.

John and Philip Croak were taken to the Robert A. Packer Hospital last week to receive treatment up their hands for blood poisoning.

Miss Fannie Haggerty, of Towanda, who recently returned from the Robert A. Packer Hospital where she went to have an operation performed for appendicitis, is spending a couple of weeks with her aunt, Mrs. C. R. Curtis.

Fred Curtis, of Sayre, called on his parents in this place last Friday.

Mr. and Mrs. Al Hassell, of New Era, visited at William Shultz's, at Hornet's Ferry, last Sunday.

Mr. and Mrs. Joseph Hoover were shopping in Towanda last Saturday.

Mr. Theodore Kelley, of Sayre, and Miss Nancy Haggerty, of Towanda, were the guests of Mr. and Mrs. C. R. Curtis last Wednesday.

## 76 Years.

We notice that the Argus commences its seventy-sixth year with this issue. The part in the local history which it has acted during all these years can only be told in a large volume. It has never missed a single issue weekly during all these years; that is a great record in itself. We sincerely hope that it may continue as many more years, always trying to do what is right, always battling for the good against the wrong, always upbuilding the weak against the strong, always teaching patriotism, love of home and family and encouraging local pride and usefulness. It has always done these things, and if it continues so to do, it still has a noble mission.

One Hundred Dollars Out.

William Newman keeps a boarding house at Lequin, the lumber town a few miles from this place. On Saturday evening one of

JOINT EXHIBIT

23

Commonwealth of Penn. v. Thomas E. Proctor Heirs Trust et al.

No. 1:12-cv-1567

THE BRADFORD ARGUS, TOWANDA, PA., MAY 28, 1908.

## THE COMPANY DINNER

"Thank you, Mr. Butcher, but I'm in no hurry. I'd rather wait until you get through with all your other customers, so I can have your undivided attention.

"Why, you must get through some time—every one does. Next until closing time? How dreadful! I think I won't stay till then.

"I was merely waiting for that woman to go. She looked at me as if she thought I was new at marketing. I'm not at all, because I bought a chicken once, and you have to be very particular about buying chickens. It was such a pretty chicken that I bought, but our cook said the day wasn't long enough to cook it. She was a very impolite person.

"Yes, I'm ready now to do my meat shopping if you can wait upon me. Do you sell cows or muttons? All kinds! Well, I should think you would do better to—to specialize. Now my—my husband couldn't build a whole house, but he understands drawing the picture of it perfectly. You must find it very difficult to learn all the different makes of meat.

"Wouldn't it be better for one clerk to attend to all the lambs? Aren't they the dearest little things? Grand pa has such a darling dark-complexioned sheep—it always sounds so unkind to refer to him as a 'black sheep,' just as if he were a man! Oh, while I think of it I want to ask you if black lambs have white meat on the breast? "Tis it? And they look so different outside!

"Yes, I'll get right down to business. I mustn't keep you so long. I'm not keeping you? It's nice of you to say so. George says I talk as long as any one is in sight, but I don't, because when he starts to run for his train I stop, for he can't hear me and there's no use to talk if no one is listening, is there?

"Some meat, please. I knew I wanted that all the time. It's the size I ought to get that worries me. I don't want too much, for we have housekeepers have to be careful of his—our money. It does seem awful the way the men work just to buy us pretty things and—yes, meat, of course.

"Is it so late? Then I must hurry, for I haven't my flowers arranged for my dinner party. I am so anxious to have everything go just right, because it's our first dinner since—

"You see, George has invited—you never could guess who he's invited. I knew you couldn't.

"Well, it's his old sweetheart—that is, she never was really his, no, indeed. But she certainly ran after him. I can't bear a girl who runs after any one, can you? He—George—asked her carelessly once if she thought she would like to live in Chicago and do you know she took it for a proposal. That just goes to show that a man has to be on his guard.

"No, he broke it off. They had a serious quarrel and she told him never, never to come again. And he never did. He cut her right there.

"I lived next door, so he came to see me. Didn't that prove his spunk? He showed her a thing or two.

"She? Oh, she's engaged to a man who is coming with her tonight, and he isn't at all as handsome as George. His chest measurement is only 42 and he can't expand his chest more than three inches.

"I thought you would be interested. Now, you see why I want just the nicest meat you have. I intend to—to show off a little.

"What kind is that? A basket of Leof? Brisket, you say? Is it tender? You might give me a sample.

"You don't? Why, when I used to go shopping for mamma she used to say, 'When in doubt, eat a sample.'

---

### ENORMOUS WEALTH IN SIGHT.

Some Figures Showing the Mineral Riches Stored in Africa.

The British South African Company is raising $15,000,000, much of which will be spent on new railways in Rhodesia. A correspondent of the London Times draws attention to the rich adjoining district of Katanga. This district is the northern portion of the Province Orientale of the Congo State.

In this district is a great copper belt, a tin belt, and several bodies of other minerals. The great copper belt runs 150 miles. They are not copper mines in Katanga, they are copper quarries. There are mountains of pure hematite, which can be used alone as a flux if a central smelting plant is established. Other mines are self-fluxing. Over $1,000,000,000 worth of copper has been proved, and, asserts the correspondent after a personal visit, "it would be safe to predict that the actual wealth is ten times that amount." Coal is also there. Of tin more than $15,000,000 worth has been proved, and the whole is estimated as worth $160,000,000.

Copper is being produced at a cost of $15 a ton without any appliances. Large bodies of lime (gray dolomite) and every part of the urinary passage. They are in the vicinity of every copper mine. Some mines have bodies of heavily impregnated sandstone alternating with lime-and-iron reefs, thus being virtually free smelting.

Diamonds, petroleum and gold are also found, but not yet in sufficiently paying quantities.

The climate is such that white men and women can live there and rear children.

### Stones in Queer Places.

A round stone is found in the points of certain kinds of bamboo. This is called "tabasheer," and is supposed to be deposited from the silicous juices of the cane. Another curiosity of this kind is the cocoanut stone, which is found in the endosperm of the cocoanut in Java and other East Indian islands. It is pure carbonate of lime, and is sometimes round, sometimes ear-shaped, while the appearance of a white pearl without much luster. Some of these stones are as large as cherries, and as hard as feldspar or real pearl. They are quite rarely found, and are regarded by the orientals as precious stones, the lower classes using them as charms against disease and evil spirits. Stones are also sometimes found in the pomegranate, and in other East India fruits.

### That Wakes Him.

"Say," began Clitman, "you were saying the other day that you needed a reliable alarm clock. Get one like mine; it's sure—"

"Don't need it now," interrupted Subbubs, "my next-door neighbor has just got a Shanghai rooster."

### Elastic Size.

"What kind of a figure is Mrs. Dressy?"

"Well, if you go by the quantity of stuff it takes to make her dresses, she is quite tall; but when it comes to paying for them, she is very short."

---

### Thousands Have Kidney Trouble and Never Suspect It.

Prevalency of Kidney Diseases.

Most people do not realize the alarming increase and remarkable prevalency of kidney disease. While kidney disorders are the most common diseases that prevail, they are almost the last recognized by patient and physicians, who content themselves with doctoring the effects, while the original disease undermines the system.

### What to Do.

There is comfort in the knowledge so often expressed, that Dr. Kilmer's Swamp-Root, the great kidney remedy, fulfils every wish in curing rheumatism, pain in the back, kidneys, liver, bladder and every part of the urinary passage. It corrects inability to hold water and scalding pain in passing it, or bad effects following use of liquor, wine or beer, and overcomes that unpleasant necessity of being compelled to go often during the day, and to get up many times during the night. The mild and the extraordinary effect of Swamp-Root is soon realized. It stands the highest for its wonderful cures of the most distressing cases. If you need a medicine you should have the best. Sold by druggists in fifty-cent and one-dollar sizes.

You may have a sample bottle and a book that tells all about it, both sent free by mail. Address Dr. Kilmer & Co., Binghamton, N. Y. When writing mention this paper and don't make any mistake, but remember the name, Dr. Kilmer's Swamp-Root, and the address, Binghamton, N. Y.

Don't make any mistake, but remember the name. Swamp Root. Dr. Kilmer's Swamp Root, and the address Binghamton, N. Y., on every bottle.

### NOT AN AFFAIR OF THE HEART.

Loverlike Attitude, But One in Which Cupid Had No Part.

Long and steadfastly he looked into her eyes. She returned his gaze steadily and without winking. For a minute neither spoke. Then she broke the silence:

"You think it is—" she hesitated.

He gazed into her eyes again—great, heavenly, blue eyes.

"I did not want you to understand—" he began.

She interrupted him with some impatience. "Can we not understand each other?" she cried. "The suspense of it all is wearing me out. Do you wish me to believe—"

He broke in upon her. "It is not what I wish to believe," he said gently. "It is what you must know. I have determined—"

She covered her face with her hands as if preparing for the worst. But she was a woman—a proud, imperious woman. She would show him that she could suffer and make no sign. She rose from her chair.

"Well?" she demanded.

"It is only a little granulation," he continued. "Nothing serious whatever. I will give you a prescription. The charge will be $10."

For bad he not looked long and steadfastly into her eyes?

---

### THIEF RETURNED THE MONEY.

Clever Ruse by Which Frenchman Recovered His Hoard.

G. Bourcier St. Chaffray of the Zust car said at a dinner in Michigan City of a ruse that he had more than made up:

"I made up that loss cleverly, did I not? It is like an old blind great-uncle of mine, whom my father used to tell of.

"My great-uncle once buried $4,000 in gold louis under a pear tree in his garden. His neighbor saw him do it, and in the dead of night came and stole the money, replacing the earth carefully.

"Some days later my uncle brought 50 more louis down to the pear tree for burial. He soon discovered his loss, and, silently weeping, he, too, replaced the earth.

"He knew whom to suspect, and that night he called on his neighbor. He seemed thoughtful and distrait, and the neighbor asked him what oppressed his mind.

"'Well, I'll tell you,' said my great uncle, frankly. 'I have 1,000 louis hid away in a safe place, and to-day a tenant paid off a mortgage, and I have another 1,000 louis cash on my hands. I don't know whether to sock out another hiding place for this money or to put it where the other is. What do you advise?'

"'Why,' said the neighbor, eagerly, 'if your first hiding place is safe—and you declare it to be so—I should certainly put this other money there, too.'

"My great-uncle said firmly that that was what he would do; it was the wisest course. The neighbor took his leave.

"And when, next day, he went to the pear tree again, the gold, sure enough, was his lost 1,000 louis, all put back again."

### WEBSTER GREAT IN ALL THINGS.

Theodore Parker's Tribute to the Man of Brilliant Parts.

He was a great man, a man of the largest mold, a great body and a great brain; he seemed made to last a hundred years. Since Socrates there has seldom been a head so massive, so huge—seldom such a face since the stormy features of Michaelangelo.

Dupuytren and Cuvier are said to be the only men in our day that have had a brain so vast. Since Charlemagne I think there has not been such a grand figure in all Christendom. A large man, decorous in dress, dignified in deportment, he walked as if he felt himself a king. Men from the country who knew him not, started at him as he passed through our streets. The coal-heavers and porters of London looked on him as one of the great forces of the globe; they recognized a native king. In the remote parts of the United States he looked an emperor in that council. What a mouth he had! It was a lion's mouth. Yet there was a sweet grandeur in his smile and a woman's sweetness when he would. What a brow it was! What eyes! Like charcoal fire in the bottom of a deep, dark well. His face was rugged with volcanic fires, great passions and great thoughts.—Theodore Parker.

### A Hint.

Senator Fulton, at his annual Oregon salmon dinner in Washington, told a tipping story.

"In Astoria," he said, "there used to be an old fisherman who brought me, the first of every month, a present of a splendid salmon from his master. I always gave the old fisherman a tip.

"But one morning I was very busy, and when the old boy brought his fish I thanked him hurriedly, and, forgetting his tip, bent over my desk again. He hesitated a moment, then cleared his throat and said:

"'Senator, would ye be so kind as to put it in writin' that ye didn't give me no tip this time or my wife'll think...'"

---

## Treasurer's Sale of Unseated Lands.

In pursuance of the several Acts of Assembly having reference to the assessment of taxes upon unseated lands in the Commonwealth of Pennsylvania, and the sale of the same for the non-payment thereof, the undersigned Treasurer of Bradford County will expose to public sale at the Treasurer's Office, in the Borough of Towanda, on the second Monday of June next, being

JUNE 8, 1908,

At one o'clock, p. m., the several tracts under the following names, warrantee or owners, unless prior payment of taxes and interest and per cent, interest thereon be made. Interest will be collected from January 1, 1907, on said taxes; and from January 1, 1908, on 1907 taxes. Also so me s will be collected on each tract for advertising:

<table>
<tr><th>No.</th><th>Warrantee Names.</th><th>Year.</th><th colspan="2">Amount of Taxes.<br>1906   1908</th></tr>
<tr><td colspan="5">BARCLAY TOWNSHIP.</td></tr>
<tr><td>294½</td><td>Adium, John</td><td></td><td>37 63</td><td></td></tr>
<tr><td>202</td><td>Biddle, Owen</td><td></td><td>18 90</td><td></td></tr>
<tr><td>56</td><td>Biddle, James</td><td></td><td>6 21</td><td></td></tr>
<tr><td>150</td><td>Biddle, William M.</td><td></td><td>9 74</td><td></td></tr>
</table>

J23.002

JA493

# Treasurer's Sale of Unseated Lands.

In pursuance of the several Acts of Assembly having reference to the assessment of taxes upon unseated lands in the Commonwealth of Pennsylvania, and the sale of the same for the non-payment thereof, the undersigned, Treasurer of Bradford County will expose to public sale at the Treasurer's Office, in the Borough of Towanda, on the second Monday of June next, being

## JUNE 8, 1908,

At one o'clock. p. m. the several tracts under the following names, warrantee or owners, unless prior payment of taxes and interest at 6 per cent. interest thereon be made. Interest will be collected from January 1, 1907, on 1906 taxes; and from January 1, 1908, on 1907 taxes. Also 50 cents will be collected on each tract for advertising:

| No. Acres. | Warrantee Names. | Year. | Amount of Taxes. 1906 | 1907 |
|---|---|---|---|---|
| | **BARCLAY TOWNSHIP.** | | | |
| 234½ | Adlum, John | $ | 37 63 | |
| 202 | Biddle, Mark J. | | 18 99 | |
| 25 | Biddle, William M. | | 2 36 | |
| 150 | Biddle, James | | 29 70 | |
| 433 | Barrow, John J. | | 46 72 | |
| 96 | Cunningham, D. H., (1-10 interest) | | 45 | |
| 244 | Erwin, Richard | | 39 55 | |
| 23 | Groff, John | | 2 17 | |
| 30 | Hiltzheimer, Thomas | | 2 82 | |
| 157 | Hiltzheimer, Jacob | | 14 76 | |
| 40 | Hiltzheimer, Robert | | 3 76 | |
| 23 | Hiltzheimer, Jason | | 3 35 | |
| 238 | Ladley, Andrew, (1-10 interest) | | 2 23 | |
| 100 | Ladley, Andrew, (1-19 interest) | | 2 35 | |
| 30 | Ladley, Joseph, (1 10 interest) | | 1 02 | |
| 330 | Ladley, Joseph, (1-10 interest) | | 3 10 | |
| 434 | Ladley, Peter, (1-10 interest) | | 4 09 | |
| 160 | Reed, Collinson | | 25 88 | |
| 211 | Shoemaker, James | | 19 85 | |
| 213 | Stewart, Walter (1-10 interest) | | 1 99 | |
| 58 | Tybout, Andrew | | 4 97 | |
| | **LeROY TOWNSHIP.** | | | |
| 199 | Adlum, John | | | 9 00 |
| 237 | Biddle, M. J. | | | 10 55 |
| 432 | Biddle W. M. | | | 22 21 |
| 410 | Barron, John, Sr. | | | 19 50 |
| 150 | Boynton, Peter | | | 6 75 |
| 91 | Biddle, Clement | | | 4 92 |
| 403 | Boyd, John | | | 18 14 |
| 348 | Grayden, Andrew | | | 15 67 |
| 290 | Gratz, Hiram | | | 14 85 |
| 233 | Gratz, Bernard | | | 14 95 |
| 230 | Gratz, Simeon | | | 10 35 |
| 444 | Henry, Joseph | | | 44 56 |
| 410 | Haines, Josiah | | | 44 28 |
| 486 | Pennington, Benjamin | | | 21 87 |
| 341 | Patton, John | | | 15 39 |
| 227 | Reed, Collinson | | | 10 27 |
| 35 | Reed, Collinson | | | 6 31 |
| 452 | Shoemaker, James | | | 20 35 |
| 257 | Simons, James | | | 11 61 |
| 47 | Simons, James | | | 6 75 |
| 174 | Beck, Henry | | | 17 62 |
| 160 | Graff, John | | | 16 20 |
| 360 | Dundass, Thomas | | | 38 48 |
| 291 | Biddle, James | | | 29 44 |
| | **MONROE TOWNSHIP.** | | | |
| 17 | Cunningham, D. H., (1-10 interest) | | | 1 |
| 55 | Moore, John | | | 1 24 |
| 144 | Stewart, Walter, (1-10 interest) | | | 1 |
| 45 | Woodruff, Hannah | | 1 10 | 1 01 |
| | **OVERTON TOWNSHIP.** | | | |
| 370 | Betz John | | | 12 58 |
| 368 | Betz, James | | | 131 24 |
| 104 | Cooley, Henry | | | 3 54 |
| 400 | Castator, George | | | 8 90 |
| 213 | Erwin, Richard | | | 31 70 |
| 10 | Ellis, Marcy | | 38 | |
| 454 | Fritz, Samuel | | | 12 04 |
| 268 | Fritz, John | | | 8 71 |
| 437 | Hardy, Samuel | | | 29 71 |
| 437 | Hardy, James | | | 14 86 |
| 292 | Hiltzheimer, Jacob | | | 18 36 |
| 450 | Hampton, Jonathan | | | 13 90 |
| 100 | Ladley, Andrew, (1-10 interest) | | | 34 |
| 30 | Moore, John | | 1 14 | 1 02 |
| 400 | Seeley, Henry | | | 13 90 |
| 400 | Seeley, Peter | | | 13 80 |
| 382 | Seeley, Joseph | | | 26 86 |
| 30 | Tybout, Andrew | | | 1 02 |
| 5 | Tybon, Andrew | | | 72 |
| 20 | Woodruff, Hannah | | 2 66 | 1 70 |
| 54 | Haines, John F., (owner) | | 17 63 | 15 78 |
| 376 | Haines, John F., (owner) | | 32 44 | 13 78 |

Treasurers' Office, Towanda, Pa., April 9, 1908.  W. F. WATERS, County Treasurer

# THE BRADFORD ARGUS.

Seventy-sixth Year. No. 2.  Towanda, Pa., Thursday, June 4, 1908.  $1 a Year.

**JOINT EXHIBIT**

**24**

**Commonwealth of Penn. v. Thomas E. Proctor Heirs Trust et al.**

**No. 1:12-cv-1567**

THE BRADFORD ARGUS, TOWANDA, PA., JUNE 4, 1908.

## NS OF A BACHELOR.

...eus are in the obituary

...ome particular man so ...off.

...are nice to look at, ...taste may better.

...are so restless they'll ...for something to do.

...so many men fall in ...is her imagination.

...s a man he's good-look-...fish is very also smart.

...fish of a man to wear ...e as the sons he sup-

...ng about politicians' is ...think so much better ...humanity.

...st times a woman ever ...to make people believe ...her she is telling them

...ng to invent would be ...would make other in-...the way you pay your ...e them.—New York

...ot So Bad.

...fter engaging cook)—...ee thing I suppose you ...Miss Flannigan—my ...cale invalid, confined to

...an—That's fine! I wor-...ight be wan iv thim ...that-ar're confined t' ...rjobs!—Puck.

...o No Chances.

...row of it!" sobbed the ...ast night I refused Mr. ...1 morning his body was ...closer."

...!" murmured her girl ...pose ho was afraid you ...your mind.—Chicago

## BACHELOR GIRL'S REFLECTIONS.

A man's ideal woman is the one he couldn't get.

It's practice, not theory, that makes an artistic lover.

Everybody ought to think twice be-fore marrying; but nobody does, or they wouldn't.

If street cars never broke down, what would the man who gets home late tell his wife?

In love, the best way to erase one face from the tablet of memory is to draw another across it.

The longest way round seems to be the shortest way home for the man who is on his way from the club.

A man may feel like a brute at ta-king a kiss from a nice girl—but it isn't until after he's gotten the kiss.

Why should matrimony interfere with pleasure in this day of self-rock-ing cradles, self-cooking ranges—and self-supporting wives?

Some men are so cautious that they write a love-letter as carefully as though they were writing for publica-tion, or fame, or posterity.

The man who breaks his social en-gagements with you before marriage will break everything from his word to your heart, afterward.

Why is a man never satisfied until he goes behind the scenes and sees the rouge wiped off, when a woman's attraction really lies all in the per-spective?

When a man asks you why you can't make bread as his mother used to make it, simply give him a chilling glance and ask him why he can't make "dough" as your father used to make it.—Helen Rowland, in New York World.

## WITH THE SAGES.

The unspoken word never does harm.—Kossuth.

Before enterprise and industry every barrier must yield.—Platt.

Mirth bars a thousand harms and lengthens life.—Shakespeare.

It is safer to hear and take coun-sel than to give it.—Punshon.

A good life is the readiest way to secure a good name.—Whichcot.

He that does not work willingly may come to want unwillingly.—Burton.

Everywhere endeavor to be useful, and everywhere you are at home.—Herbert.

Regret not that which is past; and trust not to thine own infallibility.—St. Anthony.

Nothing is useless to the man of sense; he turns everything to account.—La Fontaine.

It is not only what we do, but also what we do not do which marks our character.—Mollers.

The great object of our life is not to seek our own pleasure, but to do our duty.—W. Arnol.

Sincerity, a deep, genuine, heart-felt sincerity is a trait of true and noble manhood.—Dubay.

An aim in life is the only fortune worth finding: and it is not to be found in foreign lands, but in the heart itself.—R. L. Stevenson.

Every failure can be a step toward



UNKIND.

"My husband kissed the housemaid the other day, but he said he thought it was I, because we look so much alike!"

"Indeed? So you've lost that pretty Bertha, who used to work for you?"—Meggendorfer Blaetter.

### A Modern Song-Poem.
When evening gilds the western sky
  And all have gone to rest,
When cares have fled and fancy roams
  afar,
I live again that night I held you fondly
  to my breast,
And, doing so, I broke my last cigar.
—Judge.

### Not What They Seemed.
"Your goose is cooked," cried one of two speakers.
"And your cake is dough," retorted the other.
But they were not enemies recrimi-nating with joy at each other's misfor-tunes; they were merely two friendly cooks comparing notes of progress.—

## FOR NUMBER TWO.

"George, dear, what kind of a wom-an would you marry if you married again?" asked the amiable wife.

"Well, if I married again"—began the brutal husband.

"Then you acknowledge that you would marry again?"

"I'm not saying one way or the other, but—"

"But you don't give me a definite answer, and that proves—"

"That doesn't prove anything, be-cause—"

"It does, too! So what kind of a woman would you marry if you mar-ried again?"

"I wouldn't marry again, I couldn't."

"Of course you have to say that."

"Of course I do, because I was about to say that if I married again it would be the kind of a woman who would not ask me what kind of a woman I would marry if I married again."—Judge.

### An Advantageous Position.
Advertiser—I wish this advertise-ment placed in some part of the pa-per where people will be sure to see it.

Editor—Yes, sir—yes, sir. I can put it right alongside of an editorial, if you wish.

Advertiser—Hem! Please put it alongside of the news.—New York Weekly.

### Up to Date.
"Is this flat thoroughly up to date?" asked the prospective tenant.
"Yes, ma'am," replied the landlord.
"Even to a pay-as-you-enter arrange-ment."—Detroit Free Press.

### Those Dear Friends.
Nan—This is Jack's latest picture. Don't you think he looks better in pro-file than in a front view?
Fan—Much better, dear. It doesn't show his bald spot.—Chicago Tribune.

## KINGSFORD'S OSWEGO CORN STARCH

### Sixty-six Years of Superiority.

Just the thing to go with all kinds of fresh or stewed fruit, either as a delicate sauce to pour over the fruit or as a blanc mange or pudding to serve with it.

Before another meal drop postal for

**"Original Recipes and Cooking Helps"**

and learn what a practical cooking aid King-ford's Oswego Corn Starch really is. Its many uses will surprise you.

For making custards, blanc manges, ices, puddings—all dishes that depend for goodness upon corn starch quality—Kingsford's has been chosen by best cooks for three generations.

Grocers—pound packages—10c

**T. KINGSFORD & SON**, Oswego, N. Y.
National Starch Co., Successors

## WILL YOURS?

A waiting cottage by the sea,
A packed-and-ready Family,
In state of glad expectancy
  Arrayed in armor
Advantages beyond compare,
Not least a Multi-Millionaire
Whom each Fair Daughter plans to
  snare
  With maiden wiles

A Despot's adamant decree,
A panic-stricken Family.
On verge of wild profanity,
  Or depths of woe.
Dejected wail the Daughters Fair,
Sons other'll get that millionaire!
But vain are bribe, invective, prayer,—
THE COOK WON'T GO!
  —Camille J. Knight, in Puck.

### Truthful.
Tramp—I'd like a drink, but I don't suppose you'd want to change this five-dollar bill.
Bartender (briskly)—No trouble about change. Here's your medicine.
Tramp—Thanks. Ah! That's good whisky.
Bartender—Eh? Lookee here! This bill is no good!
Tramp—Yes; I said you wouldn't want to change it.—New York Weekly.

## WOES OF THE AMATEUR



Wifey—I wonder why the grass doesn't come up.
Hubby—I'm sure I can't tell. You don't suppose you planted the seeds upside down, do you? ——

### Point of View.
Oh, do not get delirious;
  About your worries numerous;
Things which to you are serious
  To others may seem humorous.
—Washington Star.

### Insulting.
Bill Collector—I have presented this bill to your husband time and time again at his office, and he is always too busy to attend to it. I have also called here with it 15 times, but you always put me off.
Mrs. De Rich—What! You have called at this house with that petty bill 15 times? Such frequent calling will create in me an insult, sir. Be-gone!—New York Weekly.

### Can't Afford Him Now.
Lily Bell—No, Rufus; Ah can't marry yo' jest yet awhile. Yo'll hab to wait, Lily Bell?
Lily Bell—'Cause three of the fam-ilies mammy washes for done quit her, an' now she sca'cely makes 'nough to support me an' paw.—Judge.

### Anything at a Pinch.
The goat peered into the yard. It was Monday, and he was hungry.
"I'm starving," quoth he, "but I must do it."
"Do what?" inquired a stray horse.
"Take in washing," responded the goat, as he broke through the fence.—Judge.

### A Love of Wagner.
Miss De Note (at the top of her voice)—Grandma, won't you go with me to the opera? It's "Trovatore."
Grandma—"Travatore?" No, thank you, my dear, I'll wait for a Wagner night. You know I'm a little deaf.—New York Weekly.

---

he most fashionable ...York, giving expen-...and now taking a $300 ...uty treatment, Mrs. ...seems to be a good ...y widow herself.

...y-Year Sentence.
...t completed a twenty-...entence, imposed by ...nica Salvo, which cured ...ng piles just twenty ...rites O. L. Woolever, ...ille, N. Y. Buckten's ...heals the worst sores, ...wounds and cuts in ...time. Price 25 cents, ...Porter & Son's Drug ...Street, Towanda, Pa.

...1 after Mr. Carnegie ...making in a disease ...for establishes a hos-

## Treasurer's Sale of Unseated Lands.

In pursuance of the several Acts of Assembly having reference to the assessment of taxes upon unseated lands in the Commonwealth of Pennsylvania, and the sale of the same for the non-payment thereof, the undersigned, Treasurer of Bradford County will expose to public sale at the Treasurer's Office, in the Borough of Towanda, on the second Monday of June next, being

**JUNE 8, 1908,**

At one o'clock, p. m., the several tracts under the following names, warrantee or owners, unless prior payment of taxes and interest per cent. interest thereon be made. Interest will be collected from January 1, 1908, on 1906 taxes; and from January 1, 1908, on 1907 taxes. Also to pay a will be collected on each tract for advertising:

**BARCLAY TOWNSHIP.**

| Acres. | Warrantee Names. | Year. | 1906 | 1907 |
|---|---|---|---|---|
| 134N | Adium, John | | | 37 63 |
| 300 | Biddle, Mark J. | | | 13 60 |
| 50 | Biddle, William M. | | | 19 99 |
| 150 | Biddle, James | | | 30 39 |

JA496

n infallibility.—

ieless to the man of
everything to account.

what we do, but also
do which marks our
ere.

ect of our life is not
a pleasure, but to do
arnot.

deep, genuine, heart-
a trait of true and
—Dubay.

e is the only fortune
and it is not to be
n lands, but in the
'L. Stevenson.

can be a step toward
detection of what is
toward what is true;
austs some tempting
Boylston.

---

**ON POINTS,**

e to him who waits,
get them more quick-
'ter them?

ns are no doubt beau-
culptor would dare to
in a silk hat?

bring happiness, but
an who wouldn't like
experiment for him-

lind number 1,000,000,
hey include in these
siness men who don't

e things that count.
a smoker give for a
e heated by steam and
icity?

before casting their
waters, ask them-
lll it be sure to be
e papers?"

---

**KEY'S PHILOSOPHY.**

ticed dat heaven ain't
l'l' chile kin reach.

de 'possum into de
gin 'im mighty great
rot outen dar.

looks long ter you
ared ter go dar, an'
de worl' never turns
at you.—Atlanta Con-

---

the other.

But they were no enemies recrim-
nating with joy at each other's misfor-
tunes; they were merely two friendly
cooks comparing notes of progress.—

Nan—This is Jack's latest picture.
Don't you think he looks better in pro-
file than in a front view?

Fan—Much better, dear. It doesn't
show his bald spot.—Chicago Tribune.

---

# Treasurer's Sale of Unseated Lands.

In pursuance of the several Acts of Assembly having reference to the assessment of taxes
upon unseated lands in the Commonwealth of Pennsylvania, and the sale of the same for
the non-payment of taxes thereof, the undersigned, Treasurer of Bradford County will expose to
public sale at the Treasurer's Office, in the Borough of Towanda, on the second Monday of
June next, being

## JUNE 8, 1908,

At one o'clock, p. m., the several tracts under the following names, warrantee or owners,
unless prior payment of taxes and interest at 6 per cent. interest thereon be made. Interest
will be collected from January 1, 1907, on 1906 taxes; and from January 1, 1908, on 1907 taxes.
Also 50 cents will be collected on each tract for advertising.

| No. Acres. | Warrantee Names. | Year. | Amount of Taxes. | |
|---|---|---|---|---|
| | | | 1906 | 1907 |
| | **BARCLAY TOWNSHIP.** | | | |
| 234¼ | Adlum, John | $ | | 37 63 |
| 202 | Biddle, Mark J. | | | 18 99 |
| 25 | Biddle, William M. | | | 2 35 |
| 150 | Biddle, James | | | 29 70 |
| 433 | Barrow John. Jr | | | 46 72 |
| 96 | Cunningham, D. H. (1-10 interest) | | | 48 |
| 244 | Erwin, Richard | | | 39 53 |
| 6 | Groft, John | | | 2 17 |
| 20 | Hiltzheimer, Thomas | | | 2 82 |
| 157 | Hiltzheimer, Jacob | | | 14 76 |
| 40 | Hiltzheimer, Robert | | | 3 76 |
| 25 | Hiltzheimer, Jacob | | | 2 35 |
| 298 | Ladley, Andrew. (1-10 interest) | | | 2 93 |
| 100 | Ladley, Andrew. (1-10 interest) | | | 2 33 |
| 30 | Ladley, Joseph. (1-10 interest) | | | 28 |
| 330 | Ladley, Joseph. (1-10 interest) | | | 3 10 |
| 434 | Ladley, Peter. (1-10 interest) | | | 4 09 |
| 160 | Reed, Collinson | | | 23 38 |
| 211 | Shoemaker, James | | | 19 83 |
| 212 | Stewart, Walter. (1-10 interest | | | 1 99 |
| 58 | Tybout, Andrew | | | 4 37 |
| | **LeROY TOWNSHIP.** | | | |
| 109 | Adlum, John | | | 9 00 |
| 257 | Biddle, M. J. | | | 10 65 |
| 432 | Biddle W. M. | | | 62 21 |
| 410 | Barron, John. Sr. | | | 19 80 |
| 150 | Boynton, Peter | | | 6 75 |
| 91 | Biddle, Clement | | | 4 92 |
| 403 | Boyd, John | | | 18 14 |
| 318 | Grayden, Andrew | | | 15 67 |
| 390 | Gratz, Hiram | | | 14 85 |
| 333 | Gratz, Bernard | | | 14 98 |
| 230 | Gratz, Simeon | | | 10 35 |
| 444 | Henry, Joseph | | | 44 96 |
| 410 | Haines, Josiah | | | 44 28 |
| 486 | Pennington, Benjamin | | | 21 87 |
| 341 | Patton, John | | | 15 89 |
| 227 | Reed, Collinson | | | 10 27 |
| 95 | Reed, Collinson | | | 6 31 |
| 452 | Shoemaker, James | | | 20 35 |
| 257 | Simons, James | | | 11 61 |
| 47 | Simons, James | | | 6 75 |
| 174 | Beck, Henry | | | 17 62 |
| 160 | Graff, John | | | 16 29 |
| 380 | Dundass, Thomas | | | 38 48 |
| 291 | Biddle, James | | | 29 44 |
| | **MONROE TOWNSHIP.** | | | |
| 17 | Cunningham, D. H. (1-10 interest) | | | 4 |
| 55 | Moore, John | | | 1 24 |
| 144 | Stewart, Walter. (1-10 interest) | | | 32 |
| 45 | Woodruff, Hannah | | 1 10 | 1 01 |
| | **OVERTON TOWNSHIP.** | | | |
| 370 | Betz John | | | 12 58 |
| 368 | Betz, James | | | 131 24 |
| 104 | Cooley, Henry | | | 3 54 |
| 200 | Castator, George | | | 6 80 |
| 273 | Erwin, Richard | | | 31 70 |
| 10 | Ellis, Marcy | | 38 | |
| 354 | Fritz, Samuel | | | 12 04 |
| 262 | Fritz, John | | | 8 77 |
| 437 | Hardy, Samuel | | | 29 71 |
| 437 | Hardy, James | | | 14 86 |
| 354 | Hiltzheimer, Samuel | | | 33 85 |
| 400 | Hampton, Jonathan | | | 13 60 |
| 100 | Ladley, Andrew. (1-10 interest) | | | 34 |
| 90 | Moore, John | | 1 14 | 84 |
| 400 | Seeley, Henry | | | 27 20 |
| 400 | Seeley, Peter | | | 13 60 |
| 382 | Seeley, Joseph | | | 25 99 |
| 30 | Tybout, Andrew | | | 1 02 |
| 5 | Tybout, Andrew | | | 96 |
| 20 | Woodruff, Hannah | | 2 66 | 1 70 |
| 54 | Haines, John F. (owner) | | | 18 78 |
| 376 | Haines, John F. (owner) | | 38 44 | 19 78 |

Treasurers' Office, Towanda, Pa., April 1, 1908.

W. F. WATERS, County Treasurer

---

to wait, Lily Bell?
Lily Bell—'Cause
ilies mammy washes
an' now she sca'cely
support me an' paw

---

**Anything of**
The goat peered i
was Monday, and he
"I'm starving," quo
do it."
"Do, what?" inquir
"Take in washing
goat, as he broke thr
Judge.

---

**A Love of**
Miss De Note (a
voice)—Grandma, wo
us to the opera? It
Grandma—"Travato
you; my dear, I'll wa
night. You know I'
New York Weekly.

---

**Almost De**
"Please, would you
as to assist a poor r
this 'ere bludgeon, lo
have nothing in thi
call my own."—Roys

---



**Only $0**

For this handsome and
rotter with Oval-shap
plate mirror in select
Four large and two
shaped beveled top, fa
ards, panel sides. Cast
Sells in stores for $1
Carefully packed and
charges prepaid for $8.8

Buying from us s
retail dealer's prof
DAY for our new
Furniture at factory



STICKLEY-B
FURNIT
BINGHAMTO

---

J24.003

**JA497**

Treasurers Deed Book

Volume 7 p. 189

189

W. J. Waters, Treasurer
Deed to
Calvin L. McCauley Jr.

Dec 17, 1908, A. C. Blackwell, Deputy Treasurer of Bradford County, came into open Court and in due form of law acknowledged a deed to Calvin L. McCauley Jr. dated June 8, 1908, in consideration of Fourteen & 11/100 Dollars for 230 acres of unseated land in LeRoy Township, assessed in the warrantee name of Simeon Graty.

Sold June 8, 1908

W. J. Waters, Treasurer,
Deed to
Calvin L. McCauley. Jr.

Dec 17, 1908, A. C. Blackwell, Deputy Treasurer of Bradford County, came into open Court and in due form of law acknowledged a deed to Calvin H. McCauley Jr. dated June 8, 1908, in consideration of Forty-nine & 34/100 Dollars, for 410 acres of unseated land in LeRoy Township, assessed in the warrantee name of Josiah Haines

Sold June 8, 1908.

**JOINT EXHIBIT**

**25**

**Commonwealth of Penn. v.
Thomas E. Proctor Heirs Trust
et al.**

**No. 1:12-cv-1567**

DB 301-401

**401**

**JOINT EXHIBIT**

**26**

Commonwealth of Penn. v.
Thomas E. Proctor Heirs Trust
et al.

No. 1:12-cv-1567

Witness my hand and office
year aforesaid.

Chas.
No...

Official Seal-

My...

State of New York ) ss.
County of New York )

I, William F. Schneider, Clerk of the County of New York and also Clerk of the Supreme Court for the said County, the same being a Court of Record, do hereby certify that Charles W. Eidt whose name is subscribed to the Certificate of the Proof or acknowledgment of the annexed Instrument and thereon written, was, at the time of taking such Proof or acknowledgment, a Notary Public in and for the County of New York, dwelling in the said City, commissioned and sworn and duly authorized to take the same. And further that I am well acquainted with the handwriting of such Notary and verily believe the signature to the said Certificate of Proof or acknowledgment is genuine.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of the said Court and County, the 17 day of Jan. 1911

Wm F. Schneider
Clerk

Court Seal-

Recorded Feby 3 1911
William Foye, Recorder

Calvin H. McCauley Jr. et ux
To
Central Penna. Lumber Company

This Indenture,
Made the 6 day of December in the year of our Lord one thousand nine hundred and ten (1910).

Between Calvin H. McCauley Jr. and Florence M. his wife of the City of Williamsport, County of Lycoming.

PGCP 013917

QCD



**JA499**

402

DB 301-402

and State of Pennsylvania, of the first Part, and The Central Pennsylvania Lumber Company, a corporation organized and existing, under the laws of the State of Pennsylvania, of the second Part.

Witnesseth That the said Parties of the first Part, for and in consideration of the sum of — In. 100) Dollar lawful money of the United States of America, to them well and truly paid by the said Party of the second Part at and before the sealing and delivery of these presents the receipt whereof is hereby acknowledged, have granted, remised, released and quit-claimed, and by these presents do grant, remise, release and quit-claim unto the said Party of the second Part, and its successors and assigns forever.

All their right, title, interest and estate of, in, and to all those forty-five (45) certain pieces, parcels or lots of land situate in the County of Bradford and State of Pennsylvania, as follows, to wit:

| | Warrantee name of: | Township | Acres |
|---|---|---|---|
| 1 | Adlum, John | Barclay | 234 ½ |
| 2 | Barron, John Jr. | " | 433 |
| 3 | Biddle, Mark J. | " | 202 |
| 4 | Biddle, William M. | " | 25 |
| 5 | Irwin, Richard | " | 247 |
| 6 | Hiltzheimer, Jacob | " | 25 |
| 7 | Hiltzheimer, Jacob | " | 157 |
| 8 | Hiltzheimer, Robert | " | 47 |
| 9 | Hiltzheimer, Thomas | " | 20 |
| 10 | Ibes, Collinson | " | 160 |
| 11 | Shoemaker, James | " | 211 |
| 12 | Tybout, Andrew | " | 55 |
| 13 | Adlum, John | Leroy | 199 |
| 14 | Barron, John Jr. | " | 440 |
| 15 | Biddle, Clement | " | 91 |
| 16 | Biddle, M. J. | " | 237 |
| 17 | Biddle, William | " | 432 |
| 18 | Boyd, John | " | 403 |
| 19 | Boynton, Peter | " | 150 |
| 20 | Fratz, Gerrard | " | 333 |
| 21 | Irby, Hiram | " | 290 |

PGCP 013918

DB 301-403

| | Warrantee Name of | Township | Acres |
|---|---|---|---|
| 22 | Gratz, Simeon | Leroy | 230 |
| 23 | Graydon, Audrey | | 348 |
| 24 | Haines, Josiah | " | 410 |
| 25 | Henry, Joseph | | 444 |
| 26 | Sattos, John | " | 855 |
| 27 | Pennington, Benjamin | " | 486 |
| 28 | Reede, Collinson | | 227 |
| 29 | Reede, Collinson | | 35 |
| 30 | Shoemaker, James | " | 452 |
| 31 | Simons, James | " | 47 |
| 32 | Simons, James | | 257 |
| 33 | Betz, James | Overton | 386 |
| 34 | Betz, John | | 370 |
| 35 | Castator, George (West) | " | 200 |
| 36 | Cooley, Harry | " | 104 |
| 37 | Crum, Richard | " | 273 |
| 38 | Frila, John | " | 258 |
| 39 | Frila, Samuel | " | 354 |
| 40 | Hampton, Jonathan | " | 400 |
| 41 | Harry, James | " | 437 |
| 42 | Altshouse, Jacob | " | 282 |
| 43 | Seeley, Fitch | " | 400 |
| 44 | Tybout, Andrew | " | 215 |
| 45 | Tybout, Andrew | " | 30 |

The forty-five tracts of land above described being the parts which were conveyed to the said Colvin S. McCauley Jr. by W. F. Waters, Treasurer of Bradford County, by forty-five certain deeds each dated June 8, 1908, and acknowledged in open Court, December 17, 1908.

Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging, or in anywise appertaining and the reversion, remainders, rents, issues and profits thereof, and also, all the Estate, right, title, interest, property, claim and demand whatsoever, as well in Law as in equity, of the said parties of the first part, of, in, or to the above described premises, and every part and parcel thereof, with the appurtenances.

To Have and to Hold all and singular the above mentioned and described premises, together...

PGCP 013919

404

DB 301-404

with the appurtenances, unto the said party of the second part, its successors and assigns forever.

In Witness Whereof, the said parties of the first part have hereunto set their hands and seals the day and year first above written.

Signed Sealed and Delivered }   Calvin H. McCauley Jr. (Sea)
in the Presence of         }   Florence M. McCauley (Sea)
Fred L. Midgley
C. L. Rader

State of Pennsylvania ss.
County of Lycoming

Be it Remembered, That on this sixth day of December A.D. 1910 before me, a Notary Public for the Commonwealth aforesaid, residing in the City of Williamsport, personally appeared Calvin H. McCauley Jr. and Florence M. McCauley his wife, who, I am satisfied are the individuals named in and who executed the above deed or Conveyance and I having first made known to them the Contents thereof, they acknowledged that they signed, sealed and delivered the same as their voluntary act and deed.

Witness my hand and notarial seal.
C. L. DuBelle
Notary Public

Official Seal          Commission expires
April 7, 1913

Recorded Feby. 4, 1911
William Foyle Recorder.

| H. C. Stone et ux | This Deed Made the |
| to | third day of February in |
| Swayze Advertising Co. | the year nineteen hundred |
| of Canton, Penn. | and eleven. |
|  | Between H. C. Stone and |
|  | Diana Stone his wife of |
|  | Canton Borough, Bradford |

County, Pennsylvania, Parties of the first part, and the Swayze Advertising is a corporation, of Canton

**JOINT EXHIBIT**

**27**

Commonwealth of Penn. v.
Thomas E. Proctor Heirs Trust
et al.

No. 1:12-cv-1567

[ 644 ]

known by the name of Magnus Tate's
joining Thomas Heady and others,
hundred and ninety-fix acres, on the
Georges creek, in Georges townfhip
furveyed for Thomas Heady, junior, on appli-
cation, number three thoufand five hundred and
ninety-nine, and adjoins Magnus Tate's tract
aforefaid, alfo two lots of ground in Haydenf-
burg aforefaid, one of them having a log-houfe
thereon, in which Jeffe Evans a few years ago
refided.

CHARLES PORTER, *Speaker*

*of the Houfe of Reprefentatives.*

JAMES BRADY, *Speaker*

*of the Senate.*

APPROVED—the twenty-eighth day of March,
in the year of our Lord one thoufand eight
hundred and fix.

THOMAS M'KEAN.

---

CHAPTER CXCVII.

*A* SUPPLEMENT *to the act, entitled, An act en-
joining certain duties on the holders of warrants
not executed, and on the holders of unfeated
lands.*

Section I. **B**E *it enacted by the Senate and
Houfe of Reprefentatives of the
Commonwealth of Pennfylvania, in General Af-
fembly*

[ 645 ]

*sembly met, and it is hereby enacted by the autho-*
*rity of the fame,* That it shall be the duty of every holder of unfeated lands within this commonwealth, who has not complied with the injunctions required by the fecond fection of the act to which this is a fupplement, to furnish to the commiffioners of the proper county, on or before the fourth Monday of November next, a ftatement figned by fuch holder or his, her or their agent, containing a defcription of each and every tract fo held, the name of the perfon or perfons to whom the original title from the commonwealth paffed, and the nature, number and date of fuch original title; and it shall be the duty of every perfon hereafter becoming a holder of unfeated lands by gift, grant or other conveyance, to furnish a like ftatement, together with the date of the conveyance to fuch holder, and the name of the grantor, within one year, from and after fuch conveyance; and on failure of any holder of unfeated lands to comply with the injunctions of this act, it shall be the duty of the county commiffioners to affefs on every tract of land, refpecting which fuch default shall be made when difcovered, four times the amount of the tax to which fuch tract or tracts of land would have been otherwife liable, and to enforce the collection thereof, in the fame manner that taxes due on unfeated lands are or may be affeffed and collected: *Provided,* That nothing in this act nor in the act to which this is a fupplement, shall be conftrued as giving greater validity to unexecuted land warrants, than they are now entitled to, nor to the detriment of perfons under legal difabilities: *Provided,* fuch perfon or perfons comply with the foregoing requifitions within the time or times limited refpectively, after fuch difability shall be removed.

*Duties enjoined on the holders of unfeated lands.*

*[note page 234]*

*Penalty on failing to perform the fame.*

*Provifo in favour of perfons under legal difabilities.*

*Sec. 2.*

[ 646 ]

Sec. 2. *And be it further enacted by the au-*
**Repeal of part** *thority aforesaid,* That the second section of the
**of a former** act, entitled, " An act enjoining certain duties
**law.** on the holders of land warrants not executed,
and on the holders of unseated lands," be, and
the same is hereby repealed.

CHARLES PORTER, *Speaker*

*of the House of Representatives.*

JAMES BRADY, *Speaker*

*of the Senate.*

APPROVED—the twenty-eighth day of March,
in the year of our Lord one thousand eight
hundred and six.

THOMAS M'KEAN.

---

## CHAPTER CXCVIII.

*A* SUPPLEMENT *to an Act, entitled,* " *An
Act for raising by way of Lottery, the Sum of
Twenty Thousand Dollars, for removing the Ob-
structions and improving the Navigation of the
River Susquehanna, and certain Branches there-
of.*"

WHEREAS it has been represented to the
Legislature by Thomas Boude, Samuel
Bethel, Jacob Strickler, William P. Beatty, John
Evans and Christian Brenneman, six of the
managers named in an act of the Legislature of
this state, bearing date the eighteenth day of
February, one thousand eight hundred and five,
for the purpose of raising by way of lottery,
twenty thousand dollars, that Adam Reigart, jun.
Philip

**JOINT EXHIBIT**

**28**

**Commonwealth of Penn. v. Thomas E. Proctor Heirs Trust et al.**

**No. 1:12-cv-1567**

( 177 )

as aforesaid, shall be used gratis in all (
teamsters and travellers going and passing

SECT. V. *And be it further enacted by*
That if the said James Barton and George
assigns, shall suffer the said water works,                                  for neglect.
be out of repair for more than twelve hours at any one time, or
shall fail to supply the inhabitants of the town of Milford aforesaid,
with water by means of said water works, for a space of time ex-
ceeding six days, they shall forfeit and pay, for every such neglect,
a sum not exceeding twenty dollars, to be recovered by action of
debt, by any inhabitant of said town who shall sue for the same
before any justice of the peace of the county of Pike, in the same
manner as debts under one hundred dollars are now recoverable.

SECT. VI. *And be it further enacted by the authority aforesaid,*
That if the said James Barton and George Biddis, their heirs or Misuser to
assigns, shall, at any time hereafter, misuse or abuse the privileges work for-
hereby granted, the legislature may, at any time thereafter, resume feiture.
all and singular the rights, privileges and franchises hereby grant-
ed to the same James Barton and George Biddis.

>                    JACOB HOLGATE, *Speaker*
>                         *of the House of Representatives.*

>                    JOHN TOD, *Speaker of the Senate.*

APPROVED—the thirteenth day of March, one thousand eight hun-
     dred and fifteen.

>                         SIMON SNYDER.

---

## CHAPTER CXXVIII.

An ACT to amend the act, entitled "An act directing the mode of selling un-
     seated lands for taxes, and for other purposes."

SECT. I. *BE it enacted by the Senate and House of Representa-
tives of the Commonwealth of Pennsylvania, in General Assembly
met, and it is hereby enacted by the authority of the same,* That
the treasurers of the several counties in this commonwealth, shall County trea-
be, and they are hereby respectively authorized and directed, to surers when
commence on the second Monday in June, in the year one thousand to commence
eight hundred and sixteen, and at the expiration of every two the sale of
years thereafter, and adjourn from day to day if it shall be found land for tax-
necessary so to do, and make public sale of the whole or any part es—and make
of such tracts of unseated lands, situate in the proper county, as lands sold.
will pay the arrearages of the taxes, any part of which shall then
have remained due and unpaid for the space of one year before, to-
gether with all costs necessarily accruing by reason of such delin-
quency, and to make and execute a deed or deeds, in fee simple,
in the manner directed by the act to which this is a further supple-
ment; and it shall be the duty of the said county treasurer, to give Sixty days
at least sixty days notice of the time and place of such sales. the notice of sales

23

( 178 )

township or townships in which the said tracts of land are respec-
tively situated, the number of acres contained in each tract, and
the names of the warrantees or owners thereof, and the sums due
upon each tract for taxes, at least four times in one daily news-
paper in the city of Philadelphia, and in one other newspaper in
or nearest to the county where such lands lie, under the penalty of
fifty dollars, in each and every case, to be recovered by the owner
or owners of the land sold as aforesaid, as debts of like amount are
by law recoverable, but the neglect of such treasurer to cause the
said publications to be made, shall not, in any case, invalidate any
sale made in pursuance of the provisions of this act.

*to be given in certain newspapers.*

*Penalty of $50 for neglect, but such neglect not to invalidate the sale.*

Sect. ii. *And be it further enacted by the authority aforesaid,*
That from and after the passing of this act, when any treasurer,
who shall have made sale of unseated lands as aforesaid, shall die
or be removed from office, before any deed or deeds are executed
by him to the purchaser or purchasers, then, and in every such
case, it shall be the duty of the treasurer for the time being, to per-
fect such title and execute a deed or deeds to the purchaser or pur-
chasers, and they are hereby empowered and required, upon the
full discharge and payment of the money or price for which the
said lands were sold, with such cost and charges as remain unpaid
to the former treasurer, to make, execute and acknowledge any
deed or deeds, and to perform and do all other matters and things
that by the former treasurer might, could or ought to have been
performed or done, which, when done, shall be held and adjudged
as effectual in law as if the title had been completed by the former
treasurer.

*How titles to be completed in case of the death of treasurer, &c.*

Sect. iii. *And be it further enacted by the authority aforesaid,*
That it shall be the duty of the purchasers at treasurers' sales, as
soon as any deed or deeds shall have been tendered, after the deeds
are acknowledged in the court of common pleas of the proper coun-
ty, by the treasurer who made the sale, or his successor, as the case
may be, to pay to the treasurer the amount of the purchase money,
or such part thereof as shall be necessary to pay off the taxes and
costs, and also to pay, in addition, the sum of one dollar for the
use of the prothonotary for entering the acknowledgement of the
deed ; and in case the amount is not forthwith paid, it is hereby
declared to be the duty of the treasurer to bring an action of debt,
in the name of the proper county, for the same, in such courts as
debts of equal amount are by law recoverable, and when judgment
is obtained there shall be no stay of execution, nor shall it be com-
petent for the defendant in such suit, to give, in evidence, any ir-
regularity in the assessments or proceedings of the commissioners
or treasurer, touching any sale made in pursuance of this act.

*Mode of re- covering pur- chase money, &c.*

Sect. iv. *And be it further enacted by the authority aforesaid,*
That if the owner or owners of lands sold as aforesaid, shall make,
or cause to be made, within two years after such sale, an offer or
legal tender of the amount of the taxes for which the said lands
were sold, and the costs, together with the additional sum of twen-
ty-five per cent. on the same, to the county treasurer, who is here-
by authorized and required to receive and receipt for the same, and
to pay it over to the said purchaser upon demand, and if it shall be
refused by the said treasurer, or in case the owner or owners of

*In what man- ner and under what condi- tions owners of lands sold may redeem them.*

J28.002    **JA507**

lands so sold, shall have paid the taxes due on them, previously to the sale, then, and in either of these cases, said owner or owners shall be entitled to recover the same by due course of law, but in no other case and on no other plea, shall an action be sustained, and it is hereby declared that so much of the act to which this is a supplement, as requires notice of the taxes being due and sale thereon to be given in certain public newspapers, is repealed, and that no alledged irregularity in the assessment, or in the process or otherwise, shall be construed or taken to affect the title of the purchaser, but the same shall be declared to be good and legal : *Provided,* That where the owner or owners of land sold as afore- Provisᵒ. said, shall, at the time of such sale, be an orphan or orphans, or insane, and residing within the United States, two years after such disability is removed, shall be allowed such person or persons, their heirs or legal representatives, to bring their suit or action for recovery of the lands so sold, but where the recovery is affected in such cases, the value of the improvements made on the land so sold, after the sale thereof, shall be ascertained by the jury trying the action for recovery, and paid by the person or persons recovering the same, before he, she or they shall obtain possession of the lands so recovered.

SECT. V. *And be it further enacted by the authority aforesaid,* That if any tract of unseated land, hereafter to be sold for taxes When lands due at this time, or which shall hereafter be imposed, shall not have shall be pur- bidden for it a sum equal to the whole amount of taxes for which it chased in for shall have been advertised, and the costs accrued, then, and in that the use of the case, it shall be the duty of the commissioners of the proper coun- county. ty, or any one of them, to bid off the same, and a deed shall thereupon be made by the treasurer to the commissioners for the time Not to be being, and to their successors in office, to and for the use of the taxed while proper county, and it shall be the duty of the commissioners to belonging to provide a book, wherein shall be entered the name of the person as the county. whose estate the same shall have been sold, the quantity of land, and the amount of taxes it was sold for, and every such tract of land shall not thereafter, so long as the same shall remain the pro- But for five perty of the county, be charged in the duplicate of the proper col- years after lector : but for five years next following such sale, if it shall so long the sale the remain unredeemed, the commissioners shall, in separate columns commission- in the same book, charge every such tract of land with reasonable ers shall in a county and road tax, according to the quality of the said land, not separate exceeding in any case the sum of six dollars for every hundred acres. charge, &c.

SECT. VI. *And be it further enacted by the authority aforesaid,* That the right of redemption shall remain in the real owner of such land for five years after such sale, and on paying the treasur- Such lands er of the county all the taxes and costs due thereon at the time of may be re- sale, and interest therefor for the same time, and also the taxes deemed by which shall have been assessed thereon from year to year after the the owners sale, and interest of each assessment to be counted from the time within five it ought to have been paid, and on the production of the treasurer's years, &c. receipt, the commissioners shall, by deed poll, endorsed on the back of the treasurer's deed to them, convey to the person who shall Mode of re- have been the owner of the land at the time of sale, or his legal re- conveyance. presentative, all the right and title which the county may have ac-

**JA508**

( 180 )

quired under such sale as aforesaid; the monies so received for road taxes shall be paid to the supervisors of the roads of the township within which such lands shall lie, on orders to be drawn by the commissioners on the treasurer, to be applied by them in making and repairing the roads and highways in their respective townships.

SECT. VII. *And be it further enacted by the authority aforesaid,* That if the owner of any such land shall not redeem the same within the period aforesaid, it shall thereafter be lawful for the commissioners to sell any such land, by public sale, and make a deed therefor to the purchaser, which shall be available in law, as well against the county as against the person or persons as whose estate the same had been sold, but no tract shall be sold for a sum less than the amount of taxes, costs and interest which shall be due at the time of such sale by the commissioners, and such land shall thereafter be charged by the township assessors in the name of such last purchaser or redeemer, as other lands of equal value may be charged, and shall again be liable to be assessed and sold for taxes, agreeably to this act and the act to which this is a supplement.

*After expiration of five years commissioners to sell such lands.*

SECT. VIII. *And be it further enacted by the authority aforesaid,* That any board of commissioners may direct the treasurer of the proper county to receive in advance, for any term not exceeding six years, a sum which in their estimation shall be equal to the taxes that ought to be imposed on any such land or lands, during the period for which they shall so compound with the owner as aforesaid.

*Tax may be paid in advance.*

SECT. IX. *And be it further enacted by the authority aforesaid,* That the form of the deed required by this act to be executed by the treasurer to the commissioners, may be in the following words, viz. " Whereas, a tract of unseated land containing        acres, situate        township, in the county of        surveyed to        hath been rated and assessed with divers taxes, to wit, county taxes        dollars, and road taxes        dollars, which remain unpaid, and the treasurer having offered the same for sale, agreeably to law, and no person bidding therefor a sum equal to the amount of taxes due, and the costs of advertising and sale, it therefore became the duty of the commissioners to buy the same, which they have accordingly done on the        day of        last past, for the sum of        dollars. Now, this indenture witnesseth, that I,        treasurer of said county, do, for and in consideration of the said sum, grant, bargain and sell the said tract of land to        commissioners of said county, to hold to them and their successors in office for ever, subject to the redemption allowed by law.   In witness whereof, I have hereunto set my hand and seal, the        day of

*Form of the deed.*

Sealed and delivered in }
 the presence of        }                                            (Seal.)
Acknowledged by the grantor before        one
of the justices of the peace of the county of
Witness the hand and seal of said justice, the        day of
                18

                                            {Seal.)"

( 181 )

All which sales to the commissioners, shall be entered by their clerk in their book of of minutes, as well as any redemption which may happen, and sales by them after the right to redeem is passed over.

SECT. X. *And be it further enacted by the authority aforesaid,* Commission-That it shall be the duty of the commissioners of each county ers to have wherein a newspaper shall be printed, to cause this act to be this act pub-published at least three times, in at least one newspaper pub-lished. lished in said county, and the commissioners of the city and county of Philadelphia, shall also cause the same to be published at least three times in two of the newspapers in the city of Philadelphia.

SECT. XI. *And be it further enacted by the authority aforesaid,* Repeal of That such parts of the act to which this is a supplement, and so part of for-much of any other act of assembly, as are altered or supplied by mer acts. this act, be, and the same are hereby repealed.

JACOB HOLGATE, *Speaker of the House of Representatives.*

JOHN TOD, *Speaker of the Senate.*

APPROVED—the thirteenth day of March, one thousand eight hundred and fifteen.

SIMON SNYDER.

## CHAPTER CXXIX.

An ACT declaring Tioga river, in the county of Tioga, a public highway.  ·

SECT. I. *BE it enacted by the Senate and House of Representatives of the Commonwealth of Pennsylvania, in General Assembly met, and it is hereby enacted by the authority of the same,* That Tioga river, from the line of the state of New York, to Peter's Camp, in the county of Tioga, shall be, and the same is hereby declared a public highway, for the passage of rafts, boats and other water carriage, and it shall and may be lawful for the inhabitants desirous of using the navigation of said river, to remove all natural and artificial obstructions which may be in the same, excepting bridges, dams for mills and other water works, and also to erect such slopes at the mill dams now built on said river, as may be necessary for the passage of rafts, boats and other water carriage: *Provided* such slopes be so constructed, as not to injure the work of said dams, or alter the head or fall of said stream: *And provided also,* That any person or persons owning or possessing lands on said river, shall have liberty to construct any dam or dams across the same, agreeably and subject to all the restrictions and provisions of an act of the general assembly of this commonwealth, passed the twenty-third day of March, one thousand eight hundred and three, entitled "An act to authorize any person or persons owning lands adjoining navigable streams of water, declared public

thousand dollars, will be amply suffici[e]
needed improvements in buildings, fu
ment, maintaining the Hospital in goo
providing for the inmates well, in acco
design of the institution.

The management and maintenance
seems to be very expensive for the wo[r]
number of patients assisted.   There s[h]
careful economy in the management of
ceive the consideration which it deser[v]
of the Legislature and the Executive he
JAMES A[.]

**JOINT EXHIBIT**

**29**

**Commonwealth of Penn. v.
Thomas E. Proctor Heirs Trust
et al.**

**No. 1:12-cv-1567**

## No. 248.

### AN ACT

#### To regulate the collection of taxes on unseated lands.

SECTION 1. *Be it enacted*, &c., That after June first, Anno Domini one thousand eight hundred and eighty-eight, all taxes levied upon unseated lands, within the counties of this Commonwealth, shall be paid by the owner or owners of such unseated lands within the year for which the same are levied; and in case of the refusal or failure of any person or persons, companies or bodies corporate, owner or owners of such unseated lands to pay the taxes so levied within the year for which the same are levied and collectible, then interest at the rate of six per centum, per annum, is to be charged upon the amount of said taxes, or any part thereof, remaining due and unpaid from and after the first day of the year following that for which said taxes were levied until the same has been paid in full, or the land sold as now provided by law for the sale of unseated lands: *Provided*, No interest shall be charged upon taxes levied for the years one thousand eight hundred and eighty-six and one thousand eight hundred and eighty-seven. *(margin note: Taxes on unseated lands to be paid within the year said taxes were levied.)* *(margin note: On failure to so pay, interest at the rate of six per centum per annum to be added, until paid or the lands are sold.)* *(margin note: No interest to be charged for the years 1886 and 1887.)*

All acts and parts of acts inconsistent herewith are hereby repealed. *(margin note: Repeal.)*

APPROVED : The 6th day of June, A. D. 1887.
JAMES A. BEAVER.

## No. 249.

### AN ACT

#### Making an appropriation for the Home for Friendless Children in the City of Erie.

SECTION 1. *Be it enacted*, &c., That the sum of five thousand dollars be and the same is hereby appropriated to the Home for Friendless Children in the City of Erie, to be paid out of moneys in the State treasury, not otherwise appropriated, for the support and maintenance of said Home. *(margin note: Appropriation of $5,000 made for support and maintenance.)*

APPROVED : The 6th day of June, A. D. 1887.
JAMES A. BEAVER.

```
 1          IN THE UNITED STATES DISTRICT COURT

 2        FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

 3   ----------------------------X

 4   COMMONWEALTH OF PENNSYLVANIA, : Case No.

 5   PENNSYLVANIA GAME COMMISSION, : 1:12-CV-1567

 6             Plaintiff,          :

 7               v.                :

 8   THOMAS E. PROCTOR HEIRS TRUST :

 9   and the MARGARET O.F. PROCTOR :

10   TRUST,                        :

11             Defendants.         :

12   ----------------------------X

13

14           DEPOSITION OF GREGORY GASS

15             CONDUCTED VIRTUALLY

16           THURSDAY, AUGUST 13, 2020

17                  9:30 a.m.

18

19   Job No.:  312973

20   Pages 1 - 80

21   Reported by:  Paula R. Mason

22

23

24

25
```

Transcript of Gregory Gass
Conducted on August 13, 2020

```
 1   pages as you've photographed them?
 2        A    Yes, they are.
 3        Q    If you would, please point the Court to
 4   some of the references to Proctor & Hill contained
 5   in Defendant's Exhibit 3?
 6        A    Yes.  On Page 1, the Samuel Hardy
 7   warrant referencing Proctor & Hill.  Page 2, let's
 8   see, it looks like Henry Seely, I believe, is
 9   assessed to Proctor & Hill.  And on Page 3, the
10   Joseph Seely warrant is assessed to Proctor &
11   Hill.
12        Q    Okay.  Could you point the Court to any
13   references or to some references to Central
14   Pennsylvania Lumber Company?
15        A    Yes.  On Page 7, the notation C.P.L. or
16   C.P.L. Co would stand for Central Pennsylvania
17   Lumber Company.
18        Q    Okay.  Are there similar notations on
19   Page 8?
20        A    Yes, there are.
21        Q    And on Page 9?
22        A    Yes, there are.
23        Q    And on Page 10?
24        A    Yes.
25        Q    And on Page 11?
```

Transcript of Gregory Gass
Conducted on August 13, 2020                    31

```
1        A    Yes, there are.

2        Q    When you reviewed the pages of the

3   Overton Township assessment roll books for 1894 to

4   1931, did you see any assessments of severed oil,

5   gas, coal or mineral rights in the unseated land

6   assessments?

7        A    No, I did not.

8        Q    Did you have occasion to review the

9   unseated land books for Bradford County?

10       A    Yes, I did.

11       Q    Are those records also contained at the

12  Bradford County Historical Society?

13       A    Yes, they are.

14       Q    Are they also available for viewing by

15  the general public?

16       A    Yes, they are.

17       Q    What years of the Bradford County

18  assessment records -- unseated land assessment

19  records did you review?

20       A    I believe 1890 through 1930 -- probably

21  1935.

22       Q    Okay.  And within that time span, did

23  you review every page of the Bradford County

24  unseated land assessments?

25       A    Yes, I did.
```

Transcript of Gregory Gass
Conducted on August 13, 2020                                    32

```
1          Q     Could you describe the books to the

2     Court, please.

3          A     The books were set up by years and by

4     townships.  Within each township, the warrants

5     were identified by warrant name and acreage.

6          Q     Were multiple years contained in a

7     single volume?

8          A     Yes, there were.

9          Q     Did the Bradford County assessment

10    books for unseated land identify the owners of the

11    warrants?

12         A     Yes.

13         Q     During the period from 1890 to 1935,

14    did you see any separate assessments of severed

15    oil, gas, coal or mineral rights in the Bradford

16    County unseated land books?

17         A     No, I did not.

18         Q     Did you see any notations referencing

19    Proctor & Hill in the Bradford County unseated

20    land books?

21         A     Yes, I did.

22         Q     References to Union Tanning?

23         A     Yes.

24         Q     References to the Central Pennsylvania

25    Lumber Company?
```

*0809-0376*

MA Supreme Judicial Court
Archives and Records Pres.
3 Pemberton Square, 16th floor
Boston, MA  02108-1701
elizabeth.bouvier@sjc.state.ma.us

**DEFENDANT'S EXHIBIT**

**J33**

**Commonwealth of Penn. v.
Thomas E. Proctor Heirs Trust
et al.**

**No. 1:12-cv-1567**

REFERENCE

Tel. 617.557.1082
Fax  617.557.1088

DATE: *12/17/2009*

TO WHOM IT MAY CONCERN:

    I attest that the attached is a true photocopy of the
original Probate record for *THOMAS E. PROCTOR - Last will & Testament*
Docket number *97488* , probated *12/27/1894*
in the *SUFFOLK* County Probate and Family Court
Department. *As RECORDED IN VOLUME 695 page 17*

    The original of this record is located in the Judicial
Archives, Massachusetts State Archives, Boston, MA.

    For further information or assistance please contact our
office.

                Sincerely,

                Elizabeth C. Bouvier
                Head of Archives

ECB/
probate.frm
3.94

SHIRLEY ROCKEFELLER
REGISTER AND RECORDER
BRADFORD COUNTY, PA
Pennsylvania
INSTRUMENT NUMBER
200929450
RECORDED ON
Dec 30, 2009
3:02:23 PM
FILE NUMBER
0809-0376

RECORDING FEES - $110.00
Register of Wills
TOTAL PAID      $110.00
CUSTOMER
ADKINS & ASSOCIATES LAND
SERVICES

BRADFORD COUNTY PA



695/16

Thomas E
Will
Proved Dec 27

I, Thomas E. Proctor, of Boston, in the County of Suffolk, in the Commonwealth of Massachusetts, merchant, being of sound and disposing mind and memory but aware of the great uncertainty of human life and being desirous to provide for its close, do make, publish and declare this present instrument as and for my last will and testament, hereby revoking and making null and void all former wills and testaments by me at any time heretofore made.

Article First. I direct that all my just debts and just charges against my estate including the charges and expenses of the executry and of any administrator, if any, in the settlement of my estate, be paid out of my estate.

Article Second. I appoint my beloved wife, Emma H. Proctor executrix of this my last will and testament, and I appoint Willard Dakin ple of West Medford, Massachusetts, Abel H. Proctor of Salem, Massachusetts, and my son James H. Proctor and the survivor and survivors of them trustees and trustee under this my last will and testament, and having full confidence in my said executrix and in said trustees, I request that said executrix be exempted from giving any surety or sureties on her official bond as executrix, and that each of the persons whom I have appointed trustees be exempted from giving any surety or sureties on his official bond as trustee. Article Third. In case my said wife Emma H. Proctor shall survive me, I give, devise and bequeath to her all the carriage horses, carriages and sleighs, harnesses for carriage horses, and all the kitchen utensils, cutlery, glassware, crockery ware, gold-ware, silver ware, plated ware, pictures, engravings, pianos, musical instruments, bronzes, clocks, paintings, mirrors, stationary vases, bric-a-brac, printed books and household furniture which I may own at the time of my death, also, ten thousand dollars in money. Article Fourth. The rest, residue and remainder of my estate shall include all the estate and property real and personal of which I shall die



6 95/18

...the foregoing... this includes only such property which in case I die without issue living at the time of my death I have power under the indenture hereinafter mentioned to dispose of by my last will and testament, and also any and all other property which I have the power or right to dispose of including as a part of said rest, residue and remainder any lapsed legacy or lapsed bequest. Said indenture is the indenture of two parts made on the twelfth day of April A.D. eighteen hundred and sixty-two by and between my father Abel Proctor of the first part and myself, Leonard B. Harrington and Eben B. Phillips of the second part. If one twentieth part of said rest, residue and remainder shall not exceed two hundred thousand dollars in value according to or based upon the inventory of my estate filed in the Probate Court, then and in that case I give, devise and bequeath as follows, to wit. To my son James H. Proctor in case he shall survive me one twentieth part of said rest, residue and remainder, for his own use and benefit and to said trustee, their heirs, successors and assigns in case my son Thomas E. Proctor Junior shall survive me one twentieth part of said rest, residue and remainder, but said last mentioned one twentieth part is given in trust for the benefit of said Thomas E. Proctor Junior upon the trusts hereinafter set forth of and concerning the same; but if one twentieth part of said rest, residue and remainder shall exceed in value according to or based upon said inventory the sum of two hundred thousand dollars, then and in that case I give, devise and bequeath as follows, to wit. To my son James H. Proctor if he shall survive me, instead of one twentieth part the sum of hundred thousand dollars for his own ... and to said trustee their ...



695.
19

... shall ... and ... instruct for ... said Thomas E. Proctor Junior upon the trusts hereinafter set forth, and concerning the same the sum of two hundred thousand dollars instead of said one twentieth part. Provided always that the lawful issue being at the time of my death of either son of mine who shall die in my lifetime shall have and receive by right of representation the principal of the same share or part of my estate which each deceased son of mine would have received or which would have been held in trust for his benefit under my will in case such deceased son had survived me. Whatever is given in trust to said trustees, their heirs, successors or assigns under this article of my will for the benefit of my said son Thomas E. Proctor Junior shall be held by them and their heirs, successors and assigns upon the following trusts, and to and for the following uses and purposes, to wit: in trust to manage and invest the same in a careful and prudent manner and receive the income thereof and after deducting from said income all taxes, costs of repairs (if any) and insurance premiums (if any) on the property held by them in trust under this article of my will and any and all other charges properly incident to the same including a reasonable compensation to the trustee for the time being for their services to pay the balance of said income to my said son Thomas E. Proctor Junior semi-annually or quarterly until he shall attain the age of twenty one years and if and provided he shall attain the age of twenty one years then upon his attaining that age to pay, transfer and convey to him discharged of all trusts one half of the principal of the property which is then under this article of my will held in trust for his benefit and to pay to him thenceforth until he shall attain the age of twenty five years semi-annually or quarterly the net income of the other half of the property which is under this article of my



20

695/
20

with held in trust, for her benefit, and if and
provided he shall attain the age of twenty five
years then upon his attaining that age to
pay, transfer and convey to him discharged of
all trusts the principal of that other half or
of whatsoever property shall then under this
article of my will be held in trust for his bene
fit. And upon the further trust if said
Thomas S Proctor junior shall survive me but die
before he shall become entitled to the principal
of all the property under this article of my
will held in trust for his benefit then and
in that case upon his death the principal
of the property then under this article of my
will held in trust shall be paid, transferred and
conveyed by right of representation to his law
ful issue they living but if no lawful issue
of the said Thomas S Proctor junior shall then
be living then upon the death of said Thomas
S Proctor junior the same shall be paid, trans
ferred and conveyed to such person or persons,
society or societies corporation or corporations
as before such term if any as he said Thomas
S Proctor junior by his last will and testament
made after he shall have attained, the age of
twenty one years shall direct and in default of
such direction shall be added equally to the
shares which are then under any of the fore
going of this my will held in trust for the
benefit of my children then living provided al
ways that the lawful issue then living of either
child of mine who shall have deceased shall
have deceased shall have and receive by right of
representation the same part thereof which would
have been added to the share which would
then have been held in trust under this my
will for the benefit of such deceased child of
mine in case such child was then living, and
if no child of mine, nor any lawful issue of a
deceased child of mine, shall then be living,
the same shall, in default of such direction,
if my wife shall not then be living otherwise
upon her death, be paid, transferred and convey

JA520



of ... named ... die ... the residue ... the ... shall be ... settled, to which ... account ... to wit: shall be paid, transferred, and conveyed one third thereof to the Massachusetts General Hospital, a corporation, one other third thereof to the President and Fellows of Harvard College, a corporation, and the remaining third thereof to such of the following named persons, to wit: my sisters Lydia W. Thacher, Augusta Proctor, Ellen O. Proctor, Sarah P. Joslin, and my nephew Abel H. Proctor, as shall be living at the time when such payment, transfer or conveyance is to be made, provided always that the lawful issue then living of either of them who shall have theretofore died, shall have and receive by right of representation the same part thereof which such now deceased parent would have received if then living, and if neither of them the said Lydia W. Thacher, Augusta Proctor, Ellen O. Proctor, Sarah P. Joslin, and Abel H. Proctor, nor any lawful issue of either of them shall then be living, then in default of such direction said remaining third shall be paid equally to said two corporations, the Massachusetts General Hospital and the President and Fellows of Harvard College. Article Sixth. I give, devise and bequeath in the aggregate to such of them the said Lydia W. Thacher, Augusta Proctor, Ellen O. Proctor, Sarah P. Joslin, and Abel H. Proctor as shall be living at the time of my death, one eightieth of said rest, residue and remainder to be divided equally share and share alike among such of them as shall then be living, provided always that the lawful issue living at the time of my death of either of them who shall die in my lifetime shall have and receive by right of representation the same part thereof which such issues deceased parent would have received if then living. But, the foregoing provisions of this article are expressly made subject to this proviso: to wit: that, if said one eightieth part shall exceed two thousand dollars, to each of the said Lydia W.



Augusta, Ellen O, Sarah P, and Abel H, who
be living at the time ... ...
thousand dollars, to the ... ...
ing of each of them who shall ... ...
time, then, and in that case instead of giving
said one eightieth part, I give, devise and be-
queath to each of them, the said Lydia W
Augusta, Ellen O, Sarah P and Abel H, who
shall be living at the time of my death the
sum of ten thousand dollars, and by right of
representation, to the lawful issue, then living
of each of them who shall die in my lifetime
the sum of ten thousand dollars.

Article Sixth — I give, devise and bequeath one
fortieth part of said rest, residue and remainder
(not exceeding however one hundred thousand
dollars) to said Massachusetts General Hospital,
said sum to be invested by it, and permitted
to accumulate (the income thereof being added
to and invested as a part of the principal)
until the principal and interest, accumulated
with the addition of other sums (if any) which
I may be given to it after my death for the same
purpose and the accumulations thereof (if any)
shall amount in the aggregate to four hundred
thousand dollars in value, and when the same
shall amount to that sum it shall be used
by said Massachusetts General Hospital in
erecting, furnishing and maintaining as an
asylum for the insane one or more buildings
upon an estate now owned by said Massachu-
setts General Hospital, in the Town of Belmont
Massachusetts, and one or more of said build-
ings shall be known as the Proctor Building.

Article Seventh — In case my said wife or any
child of mine shall survive me, then and in
that case whatever shall remain of said rest, resi-
due and remainder after satisfying the foregoing
provisions of this will I give, devise and bequeath
unto said trustees, their heirs, successors and as-
signs but in trust nevertheless upon the trusts
and to and for the uses and purposes ... ...
that is to say in trust in case my ...





6 95
24

JA524



695/
25

JA525



further ... that if ... shall have ... and neither of them ... the said part thereof which such deceased parent would have received in their being, and if neither of them the said George W. Fletcher, Augusta Pickens, Ellen O. Proctor, Lucia P. Robie and Abel D. Proctor nor any lawful issue of either of them shall then be living said remaining third (except, as hereafter in this article otherwise provided) shall be paid, transferred and conveyed equally to said two corporations, to wit said Massachusetts General Hospital and the President and Fellows of Harvard College. And the foregoing provisions of this article of my will, notwithstanding anything therein contained to the contrary are especially made subject to the provision to wit that if my said wife shall survive me and either child of mine who shall survive me shall die during the lifetime of my said wife without leaving any lawful issue of such child living at the time of my said wife's death such child shall have the right to dispose of by such child's last will and testament made after such child shall have attained the age of twenty one year but subject to my wife's right during her life to income as aforesaid the same part of the principal of the property which was held in trust for the benefit of my said wife which would upon my said wife's death in case such child was then living have been added to such of said shares as would then under this my will have been held in trust for the benefit of such child.

Article Tenth: Each share referred to in the seventh article of this my will to be held in trust for the benefit of any child of mine whether such child be a son or daughter of mine shall be held by said trustee, their heirs, successors and assigns upon the following trusts and to and for the following uses and purposes... that is to say in trust, to manage and invest the same in a careful and prudent manner and to receive their income and deducting and paying from said



JA527



695/28

...then to the children...
calendar of the lawful...
deceased child of mine shall have
right of representation the same part thereof which
would have been added to the share which then
under this my will would have been held in
trust for the benefit of such child in case such
child was then living. And if upon the death
of any son or daughter of mine for whose benefit
a share shall be held in trust under this my
will no lawful child of such son or daughter nor
any lawful issue of a deceased child of such son
or daughter shall then be living and no other
child of mine nor any lawful issue of a deceased
child of mine shall then be living then upon
the death of the son or daughter for whose
benefit such share was held in trust its pay in
default of such direction to my said wife if she
shall then be living the net income of such
share semi annually or if practicable quarter
yearly for and during the residue of the term
of her natural life and upon her death or if she
shall not be living at the time of the death
of the son or daughter for whose benefit such
share was held in trust, then and in that case
upon such son or daughter's death to pay trans-
fer and convey such share which was held in
trust for such son or daughter's benefit, as follows,
to wit, one third thereof to said Massachusetts
General Hospital a corporation one other third
thereof to the President and Fellows of Harvard
College a corporation and the remaining third
thereof equally to such of the following named
persons to wit said Lydia W Thacher, said
Augusta Proctor, said Ellen O Proctor, said Sarah
Foslin and said Abel H Proctor as shall then
be living provided always that the lawful issue
then living of each and either of them who shall
theretofore have died shall have and receive by
right of representation the same part thereof
which such issue's deceased parent would have
received if then living and if neither of them
the said Lydia W Thacher, Augusta Proctor, Ellen

... my lawful ... either ... these ... living and remaining child ... paid, transferred and conveyed equally to said two corporations, to wit, the said Massachusetts General Hospital and the President and Fellows of Harvard College. Whatever under this will is to be added to any share held in trust for the benefit of Thomas E. Proctor Junior shall be added to the share which under the seventh article of this my will is to be held in trust for the benefit and not to the property which is under the fourth article of this my will given to said trustees, to be held in trust for her benefit. Article Tenth. Whatever is added under any of the provisions of this my will to any share shall be held upon the same trusts for the same uses and purposes and with and subject to the same powers and provisions, as the share to which the same is added is held. Article Eleventh. If neither my wife nor any child of mine shall survive me then and in that case all of said rest, residue and remainder which shall remain after satisfying such of the foregoing provisions of this my will as shall take effect shall be divided into a number of equal shares equal to the number of my children who shall have died in my lifetime leaving lawful issue living at the time of my death so that if neither my wife nor any child of mine shall survive me, the lawful issue living at the time of my death of each child of mine who shall have died in my lifetime shall have and take by right of representation one of such shares and accordingly in case neither my wife nor any child of mine shall survive me, give, devise and bequeath one of such shares by right of representation to the lawful issue living at the time of my death of each child of mine who shall have died in my lifetime. Article Twelfth. If neither my wife nor any child of mine nor any lawful issue of a deceased child of mine shall survive me, then and in that ...

695/89



695/30

shall receive after their several
lives of their respective
give devise and bequeath as follows: one third
thereof to said Massachusetts General Hospital a
corporation one other third thereof to the President
and Fellows of Harvard College a corporation and
the remaining third thereof to such of them the
said Lydia W. Thacher, Augusta Proctor, Ellen O.
Proctor, Sarah F. Joslin and Abel H. Proctor as
shall be living at the time of my death provided
always that the lawful issue living at the
time of my death of either of them who shall
die in my lifetime shall have and receive by
right of representation the same part thereof which
such issue's deceased parent would have received
or been entitled to had such issue's deceased
parent survived me, and if neither of them the
said Lydia W. Thacher, Augusta Proctor, Ellen O.
Proctor, Sarah F. Joslin and Abel H. Proctor nor
any lawful issue of either of them shall survive
me then and in that case I give devise and
bequeath such remaining third equally to said
two corporations, to wit: is said Massachusetts
General Hospital and the President and Fellows
of Harvard College   Article Thirteenth. Any
property which may vest in either said Massa-
chusetts General Hospital or in the President
and Fellows of Harvard College under or by
virtue of any of the provisions of this will shall
be known as the Thomas E Proctor Fund.
Article Fourteenth  Tanning leather for account
of my estate at any of my tanneries shall be
terminated and the tanneries be sold as soon
as practicable after my decease and no hides
which are not at the end of six months from
the time of my decease in some of said tanneries
shall be after that period worked in any of
said tanneries on account of my estate
Article Fifteenth  The provisions contained in
this my will for the benefit of my wife are
in lieu of dower   Article Sixteenth  I desire
that annual payments of income are to be made

JA530



JA531



and the said income ... ... for the time being shall apply to or for the child from whom it is withheld is, it shall be so withheld to the education, maintenance and support of the family (if any there is) of such child with full power if the trustee for the time being think it expedient and proper so to do, but not otherwise, to apply to the support of the child from whom the income was withheld (and in such way and manner only as they shall deem proper) so much and such part of what was so withheld as the trustee for the time being shall deem proper and no more. And so much of the income which shall be withheld from any child of mine as shall not be so applied to the support of such child or the education, maintenance and support of such child shall be added to and form a part of the principal or share out of which such income issued and be held upon the same trusts for the same uses and purposes and subject to the same powers and provisions as such principal or share itself is held. Article Eighteenth. Any money which shall be paid to any female under this will and any property which may be transferred or conveyed to any female under this will shall thereupon be the sole and separate property of such female and for her sole and separate use and free from the interference and control of any husband of such female. Article Nineteenth. Full power and authority are hereby given to the trustee for the time being from time to time and whenever they shall think it expedient, so to do to change the investment of the whole or any part of the property at any time held in trust under this will, and for that purpose to sell the same or any part thereof at public auction or private sale and for such consideration or considerations and upon such terms as the trustee for the time being shall deem expedient, and to ...



... ... ... ... ... ... ...
party as the trustee for the time being shall
think prudent and safe and to be held upon the
same trusts for the same uses and purposes and
subject to the same powers and provisions as the
property sold was held, But it is expressly
provided that no purchaser of any part of the pro-
perty at any time held in trust under this
will shall be held or required to see to the invest-
ment or reinvestment of the purchase money.

Article Twentieth    In case and whenever and
as often as a trustee hereby appointed or a trust-
ee appointed by the Probate Court or other
court, a trustee under this will shall decline,
die, resign, be removed or become incapable of
acting as trustee I direct that a new trustee be
appointed by the Probate Court or other proper
court in his place upon the unanimous written
nomination of the continuing trustee or continu-
ing trustee and such of the beneficiaries, then
interested in in trust estate as shall then
be of sound mind and of the age of twenty-
one years, provided such nomination be made
within sixty days after the vacancy shall occur
and if no such nomination be made within that
time then, that a new trustee be appointed by
the Probate court or other proper court, to fill
the vacancy without waiting longer for such
nomination, and I request that any person
appointed upon such unanimous nomination
to fill such vacancy be exempted from giving
any surety or sureties on his official bond as
trustee    I suggest without making it obliga-
tory that if my son James H. Proctor shall
from any cause cease to be trustee after my
son Thomas E Proctor Junior shall have attained
the age of twenty one years, that the vacancy
shall be filled by the appointment of said
Thomas E Proctor Junior   And in case he
shall be appointed to fill such vacancy, then
that he be exempted from giving any surety or
sureties on his official bond as trustee   It being

JA533



34

695/34

... remaining trustee ... the ... these trustees would ... no manner affect ...

Article Twenty-First. Full power and authority are hereby given to the executrix of this my will, if she shall deem it expedient in the settlement of my estate so to do, to sell at public auction or at private sale and for such price and for such consideration or considerations and upon such terms as she shall deem expedient the whole or any part of the real estate of which I shall die seized or possessed or to which I may be entitled at the time of my decease and to convey the same to the purchaser by proper deed or deeds. But the approval of such sale by such of my children as shall be of the age of twenty one years and upwards, and of sound mind, at the time of such sale shall be obtained by the executrix.

Article Twenty-Second. I appoint my wife guardian during minority of such of my children as shall be under the age of twenty-one years at the time of my death and having full confidence in her integrity I request that she be exempted from giving any surety or sureties on her official bond as guardian.

Article Twenty-Third. The word child and word issue wherever used in this will shall be so construed as to include each and every adopted child and the issue of each and every adopted child. Article Twenty-Fourth. Neither trustee appointed under this will nor his successor shall be responsible for the defaults of any other trustee, but each for his own defaults only.

In witness whereof I have to this my last will and testament contained on this and twenty-two preceding pages set my hand and seal this twenty-ninth day of May A.D. eighteen hundred and ninety-one. Thomas E. Proctor seal.

Signed, sealed, published and declared by the said Thomas E. Proctor as and for his last will and testament in presence of us who at ...

JA534



... unto ... our hands ... without ...

Joshua B. Ball    Benjamin W. W. Tower
Edmund A. Telfat

A true record, Attest    Elijah George    Register

Be it remembered that I Ebenezer Whiting of Boston
in the County of Suffolk and Commonwealth of
Massachusetts, being of sound mind and memory
but knowing the uncertainty of this life, do make
this my last will and testament. After the
payment of my just debts and funeral expenses,
I give devise and bequeath as follows:

First. I give, divide and bequeath all the
property and estate, both real and personal, of
which I shall die seized and possessed and to
which I shall be entitled at the time of my
decease, to my wife Mary E. Whiting and to her
heirs and assigns forever. In making this dis-
position of my property I have not unmindful
of my minor children, William C. Walter W.,
and Ebenezer, to whom I purposely give no be-
quest in this will, but having full confidence
in the ability and discretion of my said wife
and knowing her great love for the children
I believe their welfare will be better protected
by keeping the little property together than
by making a distribution at this time and
further believing that during her life or at her
demise she will have made such disposition as
would meet my approval if here and be for
the highest good for our boys. Second. I con-
stitute and appoint my said wife Mary E. Whit-
ing, the executrix of this will and direct that
she give neither surety nor sureties upon her
official bond. Third. Whereas, by articles of
copartnership, dated July 31st, 1893 by and between
myself, Elmer E. Blapp and Walter G. Tilton
provisions are made which are to apply upon
the death of either partner, now I hereby request
and direct my said executrix to carry out said
agreement in every particular as soon as can
be conveniently done after she receives her letters

Ebenezer Whiting
Will
Proved Dec. 27, 189...

MA Supreme Judicial Court
Archives and Records Pres.
3 Pemberton Square, 16th floor
Boston, MA  02108-1701
elizabeth.bouvier@sjc.state.ma.us


**REFERENCE**

Tel. 617.557.1082
Fax  617.557.1088


DATE: *12/17/2009*

TO WHOM IT MAY CONCERN:

I attest that the attached is a true photocopy of the
original Probate record for *THOMAS E. PROCTOR - Receipts from Legatees*
Docket number *97487*, probated *12/27/1894*
in the *SUFFOLK* County Probate and Family Court
Department. *As recorded in volume 857 page 156*

The original of this record is located in the Judicial
Archives, Massachusetts State Archives, Boston, MA.

For further information or assistance please contact our
office.

Sincerely,

Elizabeth C. Bouvier
Head of Archives


ECB/
probate.frm
3.94





JA538

# EXHIBIT A

# Declaration of Jay Wilkinson

**PLAINTIFF'S EXHIBIT**

**1**

**Commonwealth of Penn. v.
Thomas E. Proctor Heirs Trust
et al.**

**No. 1:12-cv-1567**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA GAME COMMISSION, | : CIVIL ACTION – LAW<br>:<br>: CASE NO. 1:12-CV-1567 |
| | : |
| Plaintiff, | : JUDGE: Christopher C. Conner |
| | : |
| v. | : |
| | : |
| THOMAS E. PROCTOR HEIRS TRUST and the MARGARET O.F. PROCTOR TRUST, | :<br>: |
| | : |
| Defendants. | : |

## DECLARATION OF J.C. WILKINSON, III

1.      My name is Joseph C. Wilkinson, III, I am commonly referred to as "Jay Wilkinson".  I am the founding member of Wilkinson Law, L.L.P.  My Curriculum-vitae, which supplies my qualifications, is attached to this declaration at Tab A.

2.      Through my education, experience, training, and current and former employment, I have extensive experience with respect to oil and natural gas title issues in Pennsylvania and have rendered numerous oil and gas title opinions for properties throughout the Commonwealth.

3.      I have been provided with, and have reviewed, the pleadings filed by the parties in this case.  I have also been provided with the motion for partial summary judgment and supporting materials filed by the Thomas E. Proctor Heirs

JA540

7.    In addition to my education, training and experience, I have used as reference the following as a basis on which to support my opinions:

   a.    The parties' pleadings in this matter.

   b.    The Proctor Trusts' motion for partial summary judgment and supporting materials.

   c.    The materials listed in the Materials Examined section of my Opinion of Title attached hereto at Tab B.

8.    My engagement with the Commission provides that I will be compensated at the rate of $250 per hour for my services along with reimbursement for incidental expenses.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed this 15th day of May, 2018.

_____

J.C. Wilkinson, III

# OIL, GAS AND MINERAL TITLE OPINION

Rendered to:

## Pennsylvania Game Commission

Concerning Lands of:

**Commonwealth of Pennsylvania**
**State Game Lands No. 12**

# Josiah Haines Warrant

### Leroy Township
### Bradford County

as of

July 8, 2016

Wilkinson Law LLP
jwilkinson@wilkinsonllp.com
570-525-3000

# WILKINSON LAW LLP

**303 Eagles Mere Avenue**
**PO Box 2**
**Eagles Mere, PA 17731**
**570-525-3000**
**888-908-8737 Fax**

**J.C. Wilkinson, III (Jay)**
**jwilkinson@wilkinsonllp.com**

PRIVILIGED AND CONFIDENTIAL

May 15, 2018

Commonwealth of Pennsylvania
Pennsylvania Game Commission
2001 Elmerton Avenue
Harrisburg PA 17110-9797

Attn:   Bradley C. Bechtel, Esq.
        William C. Martson, Esq.

Re:   **State Game Lands No. 12**
      **Josiah Haines Warrant**
      **407.75 Acres**
      **Leroy Township**
      **Bradford County, PA**

## <u>ORIGINAL TITLE OPINION</u>

<u>**SUBJECT LANDS:**</u> 407.75[1] Acres of land, being all of the Josiah Haines Warrant situated in Leroy Township, Bradford County, Pennsylvania and being a portion of the lands described in the Deed, dated December 14, 1920, from the Central Pennsylvania Lumber Company to the Commonwealth of Pennsylvania, recorded in Book 342, Page 376, in the official records of the Office of Recorder of Deeds of Bradford County PA.

---

[1] Acreage of Subject Lands is as stated in the original Survey Book C, Page 355. Actual modern survey acreage is unknown. See Comment No 3.

Pennsylvania Game Commission
Bradley C. Bechtel, Esq.
May 15, 2018

Subject Lands on State Game Lands No. 12 "Carto Map" as revised 11-15-02





*PGC – SGL 12 – Josiah Haines Warrant – 407.75 Acres – Leroy Township – Bradford County PA*
*Page 3 of 19*

Pennsylvania Game Commission
Bradley C. Bechtel, Esq.
May 15, 2018

<u>Subject Lands as depicted RG-17 Survey Book C, Page 355 (Percheron Abstract 30)</u>



Pennsylvania Game Commission
Bradley C. Bechtel, Esq.
May 15, 2018

Ladies and Gentleman:

Pursuant to your request, title has been examined to the above-referenced 407.75 acres, hereinafter referred to as the "Subject Lands." The following Opinion sets forth title as of July 8, 2016, in particular with regard to record title ownership of Oil, Gas, Minerals and related hydrocarbons and the right to explore, develop and produce same therefrom, organized as follows:

    **I.**   **Materials Examined**

    **II.**   **Ownership**

        1.  *Surface Estate*

        2.  *Oil, Gas and Mineral Estate*

        3.  *Oil and Gas Leasehold Estate (Not Examined)*

    **III.**  **Encumbrances on Title**

        1.  *Unreleased Liens and Mortgages*

        2.  *Easements and Rights of Way*

        3.  *Pending Suits, Judgments and Lis-Pendens*

    **IV.**  **Title Analysis**

        1.  *History of Title*

        2.  *Assessments and Tax Sales*

    **V.**   **Comments**

    **VI.**  **Limitations**

    **Exhibits – Chart of Title and Plats**

Recording references to volume and page numbers in this Opinion are to various indices in the public records of Bradford County, Pennsylvania, and unless otherwise indicated, to the Deed Book Records (DR), Mortgage Records (MR), Civil Court Records (CV), Tax Sale Records (TS) or Will Records (WR) of Bradford County. Where file numbers and film code numbers are used without designation, the references are to the Deed Book Records of Bradford County.

Pennsylvania Game Commission
Bradley C. Bechtel, Esq.
May 15, 2018

Date Filed:        8-10-2012
Court:             Middle District of Pennsylvania
Docket No:         1:12-cv-01567
Examiners Notes:   Still Pending


\* \* \* \* \*

## IV.
## TITLE ANALYSIS


**1.    HISTORY OF TITLE**


The early title in and to the Subject Lands traces via mesne conveyances from the Commonwealth of Pennsylvania to Robert Barclay of London England and then via specific devise in his will to his son Charles Barclay (Potter Abstract 37).

By Deed, dated October 5, 1853, Charles Barclay conveys a large tract of land containing over 20,000 acres, including the Subject Lands, to Edward Overton et al (DR 39-481, Potter Abstract 37).

By a series of Deeds, in April of 1854 Edward Overton et al convey partial interests, (1/40 interests) in the Subject Lands and other lands to various parties (Potter Abstract 41-59, Percheron Abstract 8)

By Deed, dated April 20,1855, Edward Overton et al convey a large tract of land containing over 18,000 acres, including the Subject Lands, to Charles W. Beresford (DR 44-56, Potter Abstract 60).

By Deed, dated April 21, 1855, Charles W. Beresford conveys the same large tract of land containing over 18,000 acres, including the Subject Lands, to Joseph Oat et al trustees for "The Schrader Land Company" (DR 44-124, Potter Abstract 62).

By Deed, dated March 2, 1868, the trustees for the Schrader Land Company convey the same large tract of land containing over 18,000 acres, including the Subject Lands, to the Schrader Mining and Manufacturing Co. (DR 85-188, Percheron Abstract 33).

By Deed, dated June 5, 1893, the Schrader Mining and Manufacturing Co. conveys a large tract of land containing over 15,000 acres,  including the Subject Lands, to Thomas E. Proctor and Jonathan A. Hill (DR 197-270, Percheron Abstract 39).

Pennsylvania Game Commission
Bradley C. Bechtel, Esq.
May 15, 2018

By Deed, dated October 27, 1894, Thomas E. Proctor and Jonathan E. Hill, joined by their spouses, convey a large tract of land stated to contain 14,200 Acres, including the Subject Lands, to the Union Tanning Company, severing the oil, gas and minerals from the surface and reserving the oil, gas and mineral estate for themselves, their heirs and assigns (DR 205-436, Percheron Abstract 43).

By Deed, dated May 25, 1903, the Union Tanning Company conveys the surface of a large tract of land, stated to contain 16,350.3 Acres, including the Subject Lands, to the Central Pennsylvania Lumber Company (DR 251-520, Percheron Abstract 60).

By Treasurer Deed[3], dated June 8, 1908, A.C. Blackwell the Deputy Treasurer of Bradford County conveys the Subject Lands described as "410 Acres of unseated land in Leroy Township, assessed in the warrantee name of Josiah Haines" to Calvin H. McCauley, Jr. (TS 7 -189, Percheron Abstract 74).

By Deed, dated December 6, 1910, Calvin H. McCauley, Jr. and wife, Florence M. McCauley convey 45 tracts of land, including the Subject Lands, to the Central Pennsylvania Lumber Company (DR 300-401, Percheron Abstract 76).

By Deed, dated December 14, 1920, the Central Pennsylvania Lumber Company conveys a tract of land stated to contain 7,492.9 Acres, including the Subject Lands, to the Commonwealth of Pennsylvania (DR 342-376, Percheron Abstract 81).

\*\*\*\*\*\*\*\*\*\*

---

[3] This Deed is not of record in the Office of the Recorder of Deeds in Bradford County. Nevertheless, see *Woodhouse Hunting Club, Inc. v. Hoyt*, 2018 PA Super 78, 327 MDA 2017 holding that that so long as the record contains reliable indicia that the sale occurred comporting with the terms of the Act, that evidence is sufficient to find that a deed was issued.

Pennsylvania Game Commission
Bradley C. Bechtel, Esq.
May 15, 2018

## 2.    ASSESSMENTS AND TAX SALES

### Statement of Taxes for 1907 from the Potter Abstract 73

STATEMENT OF TAXES
for 1907

#114

LeRoy Township  Bradford County

| Year | No. | Acres | Warrantee | Val. | Co. | Rd. | Sch. | Town | Int. | Total |
|------|-----|-------|-----------|------|-----|-----|------|------|------|-------|
| 1907 | ~~ | 199 | Adlum, John | $500 | 4.00 | 2.00 | 1.75 | 1.25 | .27 | 13.02 |
| " | " | 237 | Biddle, M. J. | 592 | 4.73 | 2.37 | 2.07 | 1.48 | .32 | 14.72 |
| " | " | 440 | Barron, John Sr. | 1100 | 8.80 | 4.40 | 3.85 | 2.75 | .60 | 24.15 |
| " | " | 91 | Biddle, Clement | 275 | 2.19 | 1.09 | .96 | .68 | .15 | 8.82 |
| " | " | 403 | Boyd, John | 1008 | 8.07 | 4.03 | 3.53 | 2.52 | .55 | 22.45 |
| " | " | 348 | Graydon, Andrew | 870 | 6.96 | 3.48 | 3.05 | 2.18 | .47 | 19.89 |
| " | " | 290 | Gratz, Hiram | 825 | 6.60 | 3.30 | 2.89 | 2.06 | .45 | 19.05 |
| " | " | 333 | Gratz, Bernard | 832 | 6.65 | 3.33 | 2.91 | 2.08 | .45 | 19.17 |
| " | " | 410 | Haines, Joseph | 2460 | 19.68 | 9.84 | 8.61 | 6.15 | 1.33 | 49.36 |
| " | " | 444 | Henry, Joseph | 1110 | 8.88 | 4.44 | 4.43 | 2.77 | 1.35 | 50.05 |
| " | " | 486 | Pennington, Benj. | 1215 | 9.72 | 4.86 | 4.25 | 3.04 | .66 | 26.28 |
| " | " | 227 | Reed, Collinson | 570 | 4.56 | 2.28 | 2.00 | 1.43 | .31 | 14.33 |
| " | " | 35 | "      " | 350 | 2.80 | 1.40 | 1.23 | .88 | .19 | 10.25 |
| " | " | 452 | Shoemaker, James | 1130 | 9.04 | 4.52 | 3.96 | 2.83 | .60 | 24.70 |
| " | " | 257 | Simons, James | 645 | 5.16 | 2.58 | 2.26 | 1.61 | .35 | 15.71 |
| " | " | 47 | "      " | 375 | 3.00 | 1.50 | 1.31 | .94 | .20 | 10.70 |

4,699.0

NOTE:-- Above total includes also Costs of $3.75 each case.

---000:0:000---

Pennsylvania Game Commission
Bradley C. Bechtel, Esq.
May 15, 2018

    The Tracts as listed on the prior page were sold separately in 1908 to Calvin H.
McCauley, Jr. per Copy of Entry From Treasurers Sales Book 2, Page ---- (Potter Abstract 76)

```
                    COPY OF ENTRY FROM

   #115            Treasurers Sales Book 2, Page ----

                    Sale of 1908  LeRoy Twp.

        Acreage same as above in each case.

        Each of Above sold separately, same warrantee.
                                            in
        Tax, costs and interest as indicated, each case at Total.

        Date June 8, 1908.                          PGCP 002824


            Purchaser -- Calvin H. McCauley, Jr.

            Bid -- Same as the Total in each of above cases.

                      ---000:0:000---


   #116            All Deeds acknowledged Dec. 17, 1908 by ..  .

            A. C. Blackwell, Deputy Treasurer of Bradford County

                 in open Court of Common Pleas

                 Treasurer's Deed Book Vol. 7,

                    pages 174 to 195.


                      ---000:0:000---
```

*W. F. Staters, Treasurer,*
*Deed to*
*Calvin H. McCauley, Jr.*

*Dec. 17, 1908, A.C. Blackwell, deputy*
*Treasurer of Bradford County, came*
*into open Court and in due form of*
*law acknowledged a deed to*
*Calvin H. McCauley, Jr. dated June 8, 1908,*
*in consideration of Forty-nine and ³⁶/₁₀₀*
*Dollars for 410 acres of unseated land*
*in LeRoy Township, assessed in the*
*warrantee name of Josiah Haines*

*Sold June 8, 1908.*

Pennsylvania Game Commission
Bradley C. Bechtel, Esq.
May 15, 2018

Schedule of Payment of Taxes (Potter Abstract 84):

The Percheron Abstract at pages 91 to 117 contains photographic images of Assessment Books for various years for Leroy Township. The reports provided by Gregory S. Gass for the Proctor Defendants ("Gass Exhibits") contain photographic images of the Unseated Land books from 1890 through 1930. Following is a table summarizing the information relative to the Subject Lands as revealed by the Gass Exhibits for selected years:

| Year | Acres | Warantee Name | Value | Paid by - Notes Etc |
|------|-------|---------------|-------|---------------------|
| 1901 | 410 | Haines Josiah | 1845 | Dec 11 1901 by Union Tanning Company |
| 1902 | 410 | *Hines Joseph [sic]* | 1845 | Dec 18 1902 by Union Tanning Company |
| 1903 | 410 | *Hines Joseph [sic]* | 1845 | Dec 22 1903 by CPL Co. |
| 1904 | 410 | *Hines Joseph [sic]* | 2460 | Dec 25 1904 Central Penna Lumber Co. |
| 1905 | 410 | *Hines Joseph [sic]* | 2460 | Nov 17 1905 CPL Co. |
| 1906 | 410 | *Hines Joseph [sic]* | 2460 | Dec 4 1906 Central Penna Lumber Co. |
| 1907 | 410 | Josiah Haines | 2460 | Sold June 8, 1908 to Calvin H. McCauley |
| 1908 | 410 | Josiah Haines | 2460 | Dec 24 1908 Central Penna Lumber Co. |
| 1909 | 410 | Josiah Haines | 2460 | Dec 17 1909 Central Penna Lumber Co. |
| 1910 | 410 | Josiah Haines | 520 | Dec 21 1910 Central Penna Lumber Co. |

Pennsylvania Game Commission
Bradley C. Bechtel, Esq.
May 15, 2018

The Potter Abstract, the Percheron Abstract and the Gass Exhibits all consistently indicate that the Subject Lands were assessed as Unseated Lands with <u>no</u> indications in any of the abstracts of a separate assessment of the oil, gas and mineral estate.

<div align="center">

**V.**

**<u>COMMENTS</u>**

</div>

**SCOPE OF EXAMINATION**
**<u>COMMENT NO. 1</u>**:

In preparation of this report I relied primarily on the contents of two (2) abstracts of title. The Percheron LLC abstract work was performed in the year 2016. The Potter Abstract work was likely performed in the year 1920. As is typical in any Pennsylvania title examination process the abstractors for both Percheron and Potter likely conducted their research in person at the Bradford County Courthouse. Additionally, both abstracts provide references to early instruments that were located in counties from which Bradford county was formed or the land records from the land office of the Commonwealth of Pennsylvania. Due to advancements in copying technology the Percheron Abstract includes actual copies of most of the instruments located and referenced therein. The Potter Abstract does not contain copies of the actual instruments but rather contains summarized notes of the instruments located. Both the Percheron Abstract and the Potter Abstract appear to be complete and diligently performed by individuals with proficient abstracting skills. The Potter Abstract includes an Opinion of Title dated November 22, 1920 authored by attorney John E. Potter which includes a review of the abstract as well as some typical requirements that should be completed prior to closing on the proposed transaction. The Percheron Abstract and the Potter Abstract are consistent in their coverage of the public records pertaining to the Subject Lands, with the Potter Abstract having far greater coverage of title events pre-1868.

I note that the records related to assessments as provided by both Percheron LLC and Gregory S. Gass (Proctor Expert) were not located within the Official Records of the Office of the Chief Assessor of Bradford County, but rather were located and photographed at the Bradford County Historical Society. I am not aware of the reason for the removal of the records from the Courthouse to the Historical Society but in my experience in counties throughout north central Pennsylvania this is not atypical. It is my understanding that the Assessment Office is not subject to the same record keeping requirements as the Office of the Recorder of Deeds and accordingly the assessment offices throughout the Commonwealth often donate or discard records that they consider to no longer be relevant to the administration of their duties. As transfers based on these assessments are nearly always memorialized in deeds or other records located and properly indexed within the office of the Recorder of Deeds, and also subject to Statutes of Limitations based upon record dates, the continued maintenance of these "ancient" records by the assessment office may not be necessary under Pennsylvania law.

Pennsylvania Game Commission
Bradley C. Bechtel, Esq.
May 15, 2018

at the Percheron Abstract 79.  More than two years after the purchase of the Subject Lands, Calvin H. McCauley, Jr. conveyed the Subject Lands and other lands to the Central Pennsylvania Lumber Company (DR 301-401, Percheron Abstract 76).

<u>Chart of the "Title Wash" of the Subject Lands  - 1908 Tax Sale</u>



The Bradford Argus – April 23, 1908

# Treasurer's Sale of Unseated Lands.

In pursuance of the several Acts of Assembly having reference to the assessment of taxes upon unseated lands in the Commonwealth of Pennsylvania, and the sale of the same for the non payment thereof, the undersigned, Treasurer of Bradford County will expose to public sale at the Treasurer's Office, in the Borough of Towanda, on the second Monday of June next, being

## JUNE 8, 1908.

At one o'clock, p. m., the several tracts under the following names, warrantee or owners, unless prior payment of taxes and interest at 6 per cent. interest thereon be made. Interest will be collected from January 1, 1907, on 1906 taxes; and from January 1, 1908, on 1907 taxes. Also 50 cents will be collected on each tract for advertising.

| No. Acres | Warrantee Names. | Year. | Amount of Taxes. 1906 | 1907 |
|---|---|---|---|---|
| | BARCLAY TOWNSHIP. | | | |
| 274½ | Adlum, John | | | 37 63 |
| 201 | Biddle, Mark J. | | | 18 99 |
| 25 | Biddle, William M. | | | 2 35 |
| 150 | Biddle, James | | | 59 70 |
| 438 | Barrow, John, Jr | | | 46 72 |
| 96 | Cunningham, D H., (1-10 interest) | | | 45 |
| 244 | Erwin, Richard | | | 29 53 |
| 23 | Grob, John | | | 2 17 |
| 20 | Hiltzheimer, Thomas | | | 2 82 |
| 157 | Hiltzheimer, Jacob | | | 14 76 |
| 40 | Hiltzheimer, Robert | | | 3 76 |
| 25 | Hiltzheimer, Jacob | | | 2 35 |
| 238 | Ladley, Andrew, (1-10 interest) | | | 2 23 |
| 100 | Ladley, Andrew, (1-10 interest) | | | 2 35 |
| 30 | Ladley, Joseph, (1-10 interest) | | | 28 |
| 330 | Ladley, Joseph, (1-10 interest) | | | 3 10 |
| 434 | Ladley, Peter, (1-10 interest) | | | 4 09 |
| 160 | Reed, Collinson | | | 25 30 |
| 211 | Shoemaker, James | | | 19 80 |
| 212 | Stewart, Walter, (1-10 interest) | | | 1 99 |
| 58 | Tybout, Andrew | | | 4 27 |
| | LeROY TOWNSHIP. | | | |
| 199 | Adlum, John | | | 9 00 |
| 227 | Biddle, M. J. | | | 10 65 |
| 432 | Biddle W N. | | | 62 21 |
| 440 | Barron, John, Sr | | | 19 80 |
| 186 | Boynton, Peter | | | 8 78 |
| 91 | Biddle, Clement | | | 4 92 |
| 403 | Boyd, John | | | 18 14 |
| 348 | Graydon, Andrew | | | 15 67 |
| 200 | Gratz, Hiram | | | 14 85 |
| 320 | Gratz, Bernard | | | 14 98 |
| 230 | Gratz, Simeon | | | 10 35 |
| 444 | Henry, Joseph | | | 44 96 |
| 410 | Haines, Josiah | | | 44 28 |
| 406 | Pennington, Benjamin | | | 21 85 |
| 341 | Patton, John | | | 15 29 |
| 227 | Reed, Collinson | | | 10 71 |
| 36 | Reed, Collinson | | | 6 31 |
| 452 | Shoemaker, James | | | 20 35 |
| 287 | Simons, James | | | 11 61 |
| 47 | Simons, James | | | 6 75 |
| 174 | Beck, Henry | | | 17 62 |
| 160 | Graf, John | | | 16 20 |
| 380 | Dundass, Thom s | | | 38 48 |
| 291 | Biddle, James | | | 29 44 |
| | MONROE TOWNSHIP. | | | |
| 17 | Cunningham, D H., (1-10 interest) | | | 4 |
| 55 | Moore, John | | | 1 24 |
| 144 | Stewart, Walter, (1-10 interest) | | | 32 |
| 45 | Woodruff, Hannah | | 1 10 | 1 01 |
| | OVERTON TOWNSHIP. | | | |
| 370 | Betz, John | | | 12 58 |
| 568 | Betz, James | | | 131 24 |
| 104 | Cooley, Henry | | | 3 54 |
| 200 | Castator, George | | | 6 80 |
| 273 | Erwin, Richard | | | 31 70 |
| 10 | Ellis, Marcy | | 38 | |
| 384 | Fritz, Samuel | | | 12 04 |
| 258 | Fritz, John | | | 8 77 |
| 437 | Hardy, Samuel | | | 29 11 |
| 437 | Hardy, James | | | 14 86 |
| 392 | Hiltzheimer, Jacob | | | 28 35 |
| 400 | Hampton, Jonathan | | | 13 60 |
| 100 | Ladley, Andrew, (1-10 interest) | | | 34 |
| 30 | Moore, John | | 1 14 | 1 62 |
| 40 | Seeley, Henry | | | 27 30 |
| 30 | Seeley, Peter | | | 13 60 |
| 392 | Seeley, Joseph | | | 25 96 |
| 56 | Tybout, Andrew | | | 1 70 |
| 25 | Tybout, Andrew | | | 1 77 |
| 50 | Woodruff, Hannah | | 2 66 | 1 70 |
| 264 | Haines, John F., (owner) | | 17 63 | 18 78 |
| 376 | Haines, John F., (owner) | | 30 44 | 12 78 |

Treasurer's Office, Towanda, Pa., April 9, 1908.

W. F. WATERS, County Treasurer.



DEFENDANT'S EXHIBIT

1

Commonwealth of Penn. v.
Thomas E. Proctor Heirs Trust
et al.

No. 1:12-cv-1567

1896   LeRoy

The figures in pencil are the latest U. Survey of land belonging to the Union W. Jaudling Co. Ed Proctor and ALE

| | | | |
|---|---|---|---|
| Baker Jno | 3.7 Acres | 3170 | " |
| | 432 | 2597 | |
| Biddle M.M. | 314 | 1980 | " |
| Cannon Jno Sr | | 1413 | " |
| Boynton Peter | 600 | | " |
| Biddle Clement | | | " |
| Boyd Jno | 222 | 1840 | " |
| Baxter Wm | 2166 | 999 | |
| | | 4764 | |

D1.001

**JA555**



D1.002

JA556



D1.003

1896  LeRoy

| Name of Taxable, Written Alphabetically in Full | Real Estate with Improvements No. Acres | Valuation Dols. | Cleared Land No. Acres | Timbered Land No. Acres | REMARKS: Additions or Abatements made by Board of Revision or Commissioners |
|---|---|---|---|---|---|
| Henry Geo | 444 Acres | 2664 | | | Up... March 2, Co. |
| Hall Chas | 449 Acres | 2237 | | | " |
| Hines Geo | 44 Acres | 1845 | | | " |
| Whitzhimo Robt | 1 1 Acres | 66 | | | " |
| Coyle Peter J | 44 2 Acres | 2472 | | | " |
| Pennington Bony | 48 Acres | 2916 | | | " |
| Patten Jno | 34 1 Acres | 1364 | | | " |
| Reed Collinson | 262 262 Acres | 1310 1894 | | | " |



1896  Le Roy

| NAME OF TAXABLE, WRITTEN ALPHABETICALLY IN FULL | No. Acres. | Valuation. Dols. | REMARKS: Additions or Abatements made by Board of Revision, or Commissioners. |
|---|---|---|---|
| Shoemaker Jas | 462 Acres | 272.2 | |
| Simons Jno | 300 Acres | 182.4 | |
| Wilson Wm | 407 / 478 Acres | 294.9 / 244.42 | |
| Beck Henry | 474 Acres | 344.8 | Practta Schll |
| Groff Jno | 160 Acres | 320 | " |
| Dundao Thos | 382 / 187 Acres | 76.8 / 76.0 | " |
| Biddle Jas | 291 / 201 Acres | 588 / 582 | " |
| | 2168 | 9496 | |

D1.004

JA558

1898    LeRoy

| Name of Taxable, Written Alphabetically in Full | Real Estate with Improvements No. Acres | Valuation Dols. | Cleared Land No. Acres | Timbered Land No. Acres | Remarks |
|---|---|---|---|---|---|
| Unseated Land in Warrant names used in The Union Mining Company | | | | | |
| Biddle M. J. | 237 Acres | 1104 | | | off at appeal |
| Baker John | 317 Acres | 2536 / 3770 | | | |
| Biddle W. M. | 433 Acres | 2740 | | | " |
| Barron John Sen | 314 Acres | 1980 | | | |
| Boynton Oles | 150 Acres | 600 | | | " |
| Biddle Clement | 97 Acres | 182 / 410 | | | " |
| Boyle John | 403 Acres | 2418 | | | |
| Baker William | 222 Acres | 1840 | | | |
| | 2166 | 14364 | | | |



D1.005

D1.006

1898   Le Roy

| Name of Taxable Written Alphabetically in Full | No. Acres | Valuation Dols. | Cleared Land No. Acres | Timbered Land No. Acres | REMARKS Additions or Abatements made by Board of Revision or Commissioners |
|---|---|---|---|---|---|
| Ontario Land Assn. of Ca. Quicre Mining Company | | | | | |
| Clabhanson Samuel | 105 Acres | 210 | | | at appear. |
| Colins James | 174 Acres | 1392 / 1042 | | | |
| Craden Andrew | 348 Acres | 2130 | | | at appear. |
| Cratto Michal | 23 Acres | 416 / 162 | | | |
| Cratto William | 291 Acres | 1160 | | | |
| VanHeuren H. Gur | 431 Acres | 2586 | | | |
| Cranke Bernard | 333 Acres | 666 | | | |
| Cranke Benton | 230 Acres | 320 | | | |
| | 2447 | 10878 | | | |



D1.007

1898 LeRoy

| Name of Taxable, Written Alphabetically in Full. | Real Estate with Improvements No. Acres. | Valuation Dols. | Cleared Land No. Acres. | Timbered Land No. Acres. | REMARKS: Additions or Abatements made by Board of Revision or Commissioners. |
|---|---|---|---|---|---|
| Leicester Lead Reed & | | | | | at appeal |
| The Yukon Gunning Company | 474 Acres (2164) | 2464 | | | |
| Henry Joseph | 474 Acres | 2237 | | | |
| Hall Charles | 410 Acres | 1845 | | | |
| Hems Joseph | 11 Acres | 66 | | | |
| Hiltzhimer Robert | 412 Acres (2476) | 2276 | | | at appeal |
| Lloyd Henry | 486 Acres | 2916 | | | |
| Pennington Benjamin | 341 Acres (1362) | 1366 | | | at appeal |
| Paxton John | 362 Acres (2190) | 2096 | | | at appeal |
| Reed Collinson | | 2963 1867 | | | |

JA561

1898  Le Roy

| Name of Taxable, Written Alphabetically in Full. | Real Estate with Improvements No. Acres | Valuation Dols. | REMARKS: Additions or Abatements made by Board of Revision or Commissioners. |
|---|---|---|---|
| Invested Landward Co. Duera Yanning Company | 452 Acres | 2872 | |
| Shoemaker James | 304 Acres | 1824 | |
| Simeon James | 404 Acres (2216) | 2240 | at appro. |
| Nilson Williams | 20 Acres 40 | | carried track and added to Holcomb Levy's land |
| Holcomb Levy | 174 Acres 348 | | Nilson's lands assd to Roosevelt Hill |
| Beck Henry | 160 Acres | 520 | |
| Croft John | 382 Acres | 768 | |
| Dundass Thomas | 271 Acres | 582 | |
| Biddle James | 1005 | 9476 | |

D1.008



| Name of Taxable, Written Alphabetically in Full. | Real Estate with Improvements | | Valuation. | Cleared Land | Timbered Land | REMARKS: Additions or Abatements made by Board of Revision or Commissioners. |
|---|---|---|---|---|---|---|
| | No. Acres. | Dols. | | No. Acres. | No. Acres. | |
| Unseated Lands in Charge field | Acres. | | | | | |
| Hams accrued to Union Tanning Co. | Acres. | | | | | |
| Biddle H. J. | 257 Acres | 112.00 | | | | |
| Baker John | 317 Acres | 258.6 | | | | |
| Biddle L. R. | 420 Acres | 2740 | | | | |
| Barren John Jr. | 317 Acres | 1220 | | | | |
| Carpenter Peter | 107 Acres | 600 | | | | |
| Biddle Clement | 91 Acres | 182 | | | | |
| Boyle John | 423 Acres | 2448 | | | | |

D1.009

JA563



D1.010

JA564



1900  LeRoy

| Name of Taxable, Written Alphabetically in Full. | Real Estate with Improvements. No. Acres | Valuation Dols. | Cleared Land No. Acres | Timbered Land No. Acres | REMARKS. Additions or Abatements made by Board of Revision or Commissioners |
|---|---|---|---|---|---|
| Ash Collison | 162 Acres | 2056 | | | |
| Shoemaker James | 162 Acres | 2712 | | | |
| Simison James | 80 Acres | 1827 | | | |
| Wilson William | 109 Acres | 2240 | | | |
| Unseated Lands Accrued to Chester Twill | 17 Acres | 348 | | | |
| Ash Lucy | 160 Acres | 320 | | | |
| Graff John | 580 Acres | 768 | | | |
| Dunlap Thomas | | | | | |

D1.011

JA565



1901  LeRoy

| Name of Taxable, Written Alphabetically in Full | No. Acres | Valuation |
|---|---|---|
| Unseated Lands assessed to Rector & Hill | 194 Acres | 348 |
| Beck Henry | 160 Acres | 320 |
| Graff John | 380 Acres | 768 |
| Dundore Thomas | 291 Acres | 582 |
| Biddle James | | 100.5  20.5 |

D1.012

**JA566**



1902  LeRoy

| NAME OF TAXABLE, WRITTEN ALPHABETICALLY IN FULL | Real Estate with Improvements No. Acres | Valuation Dols. | Aggregate Valuation of Real Estate, and Occupations Dols. |
|---|---|---|---|
| Shoemaker James | 452 Acres | 2,712 | 2,712 |
| Simeon James | 304 Acres | 1,824 | 1,824 |
| Wilson Williams | 407 Acres | 2,240 | 2,240 |
| Unseated Lands assessed to Proctor and Weir | | | |
| Beck Henry | 174½ Acres | 348 | 348 |
| Graff John | 160 Acres | 320 | 320 |
| Runslao Thomas | 350 Acres | 768 | 768 |
| Budd, James | 291.A | 582 | 582 |

JA567



| NAME OF TAXABLE WRITTEN ALPHABETICALLY IN FULL | No. Acres | Dols. | Cts. | Cleared Land | Timbered Land | No. Acres | REMARKS: Additions or Abatements made by Board of Revision or Commissioners |
|---|---|---|---|---|---|---|---|
| Biddle M. J. | 237 | 1453 | | | | | paper cover |
| Baker John | 317 | 2853 | | | | | 2. " |
| Baron Elmor | 314 | 2812 | | | | | 2. " |
| Boynton Peter | 750 | 6750 | | | | | 5. " |
| Biddle Clement | 71 | 537 | | | | | 2½ " |
| Boyde John | 403 | 3223 1.08 | | | | | Valuation Reduced $2216 by decision " |
| Baker William | 222 | 1998 | | | | | 2. " |
| Cookenson Samuel | 105 | 263 | | | | | 2½ " |

Reduced on appeal — $2216 to be added to timber land.

JA568



| NAME OF TAXABLE, WRITTEN ALPHABETICALLY IN FULL. | No. Acres | Real Estate with Improvements | Valuation Dols. | Cleared Land No. Acres | Timbered Land No. Acres | REMARKS: Additions or Abatements made by Board of Revision or Commissioners |
|---|---|---|---|---|---|---|
| Biddle W. W. | | 432 3486 | | | | $8 Per acre |
| Collins James | | 174 4566 | | | | 2 " |
| Grayden Andrew | | 348 2784 | | | | 8 " |
| Crotts Hiram | | 274 2036 | | | | 7 " |
| Cudsworth Geo | | 431 3448 | | | | 4 " |
| Cronize Bernard | | 333 933 | | | | 1/2 " — Talladen Rhoads — 42 by Assessor |
| Cronize Simon | | 230 (150)(1691) 1848 | | | | added in office |
| Crotts Michael | | 236 944 | | | | 4 " — by Wilson Bros |

D1.015

JA569

1904  LeRoy



1904   Le Roy

| NAME OF TAXABLE, WRITTEN ALPHABETICALLY IN FULL. | Real Estate with Improvements | Valuation | Cleared Land | Timbered Land | REMARKS |
|---|---|---|---|---|---|
| Henry Joseph | 444 | 3208 / 7110 | | | A. Pearce |
| Noble Charles | 477 | 3783 | | 6 | |
| Hines Joseph | 410 | 2460 | | 6 | |
| Hitchner Robert | 11 | 88 | | 8 | |
| Hyde Peter J | 413 | 3296 | | 8 | |
| Pennington, Benjamin | 341 | 486 2888 / 2840 | | 8 | Added as asked |
| Potter John | | | | 5 | Valuation Reduced |
| Reed Collinson | 262 | 2620 | | 10 | |

Valuation Reduced 1905 by Assessor Moran, to be added to Washer, Garden.

by Assessor Moran

Esq by Assessor



1904  Le Roy

| NAME OF TAXABLE, WRITTEN ALPHABETICALLY IN FULL. | Real Estate with Improvements No. Acres | Valuation Dols. | Cleared Land No. Acres | Timbered Land No. Acres | REMARKS |
|---|---|---|---|---|---|
| Unseated Land | | | | | |
| Assessed to Proctor By Hill | | | | | 1.005 Acres Assessed at 250 per acre |
| Beck Henry | 174 Acres | 435 | | | |
| Groff John | 160 Acres | 400 | | | |
| Dundar Thomas | 380 Acres | 950 | | | |
| Biddle James | 291 Acres | 727 | | | |

| Aggregate Valuation of Real Estate, Horses, Mules, Oxen and Cows, and Occupations |
|---|
| 435 |
| 400 |
| 950 |
| 727 |
| 2.512 |

D1.017

JA571



D1.018

1907 LeRoy

| Name of Taxable, Written alphabetically in full. Unseated Land | Real Estate with Improvements. No. Acres. | Valuation. Dols. | Cleared Land. No. Acres | Timbered Land. No. Acres | REMARKS: Additions or Abatements made by Board of Revision or = Commissioners. |
|---|---|---|---|---|---|
| Adlum John | 1917 Acres | 500 | | | 2500 — C. Pa. L. Co. |
| | Acres | | | | |
| | Acres | | | | |
| | Acres | | | | |
| | Acres | | | | |
| | Acres | | | | |
| | Acres | | | | |
| | Acres | | | | |

JA572



| Name of Taxable, Written alphabetically in full. Unseated Lands | No. Acres | Real Estate with Improvements | Valuation Dols. | Cleared Land No. Acres | Timbered Land No. Acres | REMARKS: Additions or Abatements made by Board of Revision or ↳ = Commissioners. |
|---|---|---|---|---|---|---|
| Biddle M. J. | 237 | 237 | 1452 | | | C. R. R. Co. |
| Baker John | 317 | 317 | 2853 892 | | | C. R. R. Co. |
| Biddle W. M. | 422 | 422 | 3467 3467 | | | C. R. R. Co. |
| Barron John S. | 314 | 440 | 2513 1100 | | 1¼ Lane Bar-Bay Lots | C. R. R. Co. |
| Boynton Peter | 150 | 150 | 575 | | | C. R. R. Co. |
| Biddle Clement | 91 | 91 | 273 248 | | | C. R. R. Co. |
| Boyd John | 403 | 403 | 1008 | | | C. R. R. Co. |
| Baker William | 222 | 222 | 1228 ¼ ¼ Goan Bar Lots | | | C. R. R. Co. |

JA573



1907  Le Roy

| Name of Taxable, Written alphabetically in full. | Real Estate with Improvements. No. Acres. | Valuation. Dols. | Cleared Land. No. Acres. | No. Timbered Land. Acres. | REMARKS: Additions or Abatements made by Board of Revision or ☐ Commissioners. |
|---|---|---|---|---|---|
| Clophanson Samuel | 105 Acres | 262 | | | Jno. r Ean Mott |
| Collings James | 174 Acres | 1.566 | | | C.P.R. Co. |
| Graydon Andrew | 345 Acres 5+8 | 870 27.86 | | | C.P.R. Co. |
| Crafts Hiram | 290 Acres 290 | 825 20.30 | | | Gov. |
| Cudsworth Geo | 431 Acres | 37.48 | | | C.R.R. Co. |
| Gov | | | | | Gladewit Geo |
| Grifiths Bernard | 333 Acres | 832 | | | C.P.R. Co. |
| Graydon Simeon | 430 Acres 430 | 24.20 573 | | | C.P.R. Co. |
| Crafts Michael | 236 Acres 230 | 920 | | | C.R.R. Co. |

D1.020

JA574



| Name of Taxable, Written alphabetically in full. | Real Estate with Improvements No. Acres | Valuation Dols. | Cleared Land. No. Acres | Timbered Land. No. Acres | REMARKS: Additions or Abatements made by Board of Revision or Commissioners. |
|---|---|---|---|---|---|
| Henry Joseph | 44½ Acres | 1.1.6 | | | C.P.R. Co. |
| Hall Charles | 48¼ Acres | 2.952 | | | C.P.R. Co. |
| Haynes Josiah | 41 Acres | 2460 | | | |
| Amos Joseph | | | | | C.P.R. Co. |
| Hill James Robert | 11 Acres | SD 30 | | | Alttqleium |
| Floyd Otto Z | 4/4 983 2½ | 3290 232 | su-fact | | C.P.R. Co. |
| Orrington Benjamin | 486 | 1215 | | | C.P.R. Co. |
| Orton John | 341 | 855 | su-fact | | C.P.R. Co. |
| Reed Collinson | 233 2243 | 370 10636 | woodland | | C.P.R. Co. |

1907　Le Roy

D1.021



1907 Le Roy

| Name of Taxable, Written alphabetically in full. | Total Estate with Improvements. No. Acres. | Valuation. Dols. | Cleared Land. No. Acres. | Timbered Land. No. Acres. | REMARKS: Additions or Abatements made by Board of Revision or = Commissioners. |
|---|---|---|---|---|---|
| Unseated Land to Proctor Reed 4700 | | | | | |
| Beck Henry | 1.24 Acres | 4.35 | | | |
| Groff John | 162 Acres | 40.0 | | | |
| Dundore Thomas | 380 Acres | 7.52 | | | |
| Biddle James | 291 Acres | 7.27 | | | |
| Unseated Lands assessed to H. E. Breey Anna Bolyer | | | | | |
| Beck Henry Jr | 200 Acres | 4.00 | | | |
| Bests Frederick | 202 Acres | 4.04 | | | |
| | | 1907 331 0 | | | |

D1.022

JA576



1908  Le Roy

| Name of Taxable, Written alphabetically in full. | Total Estate with improvements. No. Acres | Valuation. Dols. | Cleared Land. No. Acres | Timbered Land. No. Acres | Remarks: Additions or Abatements made by Board of Revision or Commissioners. |
|---|---|---|---|---|---|
| Hall Chas | 497 Acres | 2982 | | | Col.Black.ass.Co.... |
| Haines Josiah | 40 Acres | 2460 | | | " " " |
| Kilthouner Fritz | 41 Acres | 50 | | | " " " |
| Lloyd Peter J | 263 Acres | 958 | Kingston | Woodland | " " " |
| Bennington Benj | 39 | 232 | | | " " " |
| Patten John | 436 | 1213 | | | " " " |
| | 341 Acres | 850 | | | " " " |
| Reese Colinson | 228 Acres | 870 | Kingston | | " " " |
| | 35 | 350 | Woodland | | " " " |
| Shoemaker James | 262 | 1130 | | | " " " |

D1.023

JA577



D1.024

1908  LeRoy

JA578

| NAME OF TAXABLE, Written alphabetically in full. | Real Estate with Improvements | | Valuation. | Cleared Land. | | Timbered Land. | | REMARKS: Additions or Abatements made by Board of Revision or Commissioners. |
|---|---|---|---|---|---|---|---|---|
| | No. Acres. | Acres | Dols. | No. Acres. | | No. Acres. | | |
| Ungrated Land to Proctor & Hill | | Acres | | | | | | |
| Beck Henry | 144 | Acres | 4.33 | | | | | |
| Graff Jno. | 160 | Acres | 4.00 | | | | | |
| Arundeed Thos | 350 | Acres | 7.50 | | | | | |
| Biddle James | 291 | Acres | 7.27 | | | | | |

D1.025



1910  LeRoy

| Name of Taxable, Written alphabetically in full. | Real Estate with Improvements No. Acres | Valuation Dols. | Cleared Land | Timbered Land | REMARKS: Additions or Abatements made by Board of Revision or Commissioners |
|---|---|---|---|---|---|
| Unseated Lands assessed to Central Pennsylvania Land Company. | | | | | |
| Achum John | 197 Acres | 398 | | | 7 100 121 200 |
| Biddle M. J. | 237 Acres | 474 | | | |
| Baker John | 317 Acres | 634 | | | |
| Biddle W. M. | 432 Acres | 864 | | | |
| Bosser Jno S | 440 Acres | 880 | | | |
| Boynton Peter | 150 Acres | 300 | | | |
| Biddle Clement | 91 Acres | 182 | | | |

866 313 N



1910 LeRoy

D1.026

| Name of Taxable, Written alphabetically in full. | Total Estate with Improvements — No. Acres | Valuation — Dols. |
|---|---|---|
| Boyd Geo Enos | 400 Acres | 800 |
| Baxter William | II 222 Acres | 444 |
| Abrahamson Samuel | 105 Acres 270 | |
| Collins James | 174 Acres | 348 |
| Eckert George | 64 Acres | 198 |
| Croyden Andrew | 348 Acres | 696 |
| Crab Hiram | 290 Acres | 580 |
| Smithworth Jno | 431 Acres | 862 |
| | 2034 | 4068 |



1910  LeRoy

| Name of Taxable, Written alphabetically in full. | Real Estate with Improvements No. Acres | Valuation Dols. |
|---|---|---|
| Grots Bernard | 333 Acres | 666 |
| Grots Simon | 232 Acres | 460 |
| Grots Michael | 236 Acres | 472 |
| Henry Jos | 444 Acres | 888 |
| Holl Chas | 457 Acres | 994 |
| Heins Frich | 410 Acres | 820 |
| Heisinner Robt B | 11 Acres | 22 |
| Hoyde Otto % | 414 Acres | 828 |

D1.027

JA581



1921  Le Roy

D1.028

1921   LeRoy

D1.029

| NAME OF TAXABLE Written Alphabetically in Full | Real Estate No. Acres | Improvements | Valuation Dols. | Cleared Land No. Acres | Timbered Land No. Acres | REMARKS Additions or abatements made by Board of Revision |
|---|---|---|---|---|---|---|
| Collins James | 1744 Acres | | 848 | | | 848 |
| Eckert Leo | 64 Acres | | 128 | | | 128 |
| Gradewl Andrew | 348 Acres | | 696 | | To bout of Commons | 696 |
| Gratz Aloisia | 29.0 Acres | | 530 | | To bout of Commons | 530 |
| Cutleworth Leo | 441 Acres | | 864 | | | 864 |
| Gratz Bernard | 353.3 Acres | | 666 | | To bout of Commons | 666 |
| Gratz Simon | 230 Acres | | 460 | | | 460 |
| Gratz Michael | 236 Acres | | 472 | | To bout of Commons | 472 |



D1.030

1921   LeRoy

JA584



1921  LeRoy

| NAME OF TAXABLE Written Alphabetically in Full | Real Estate Improvements No. Acres | Valuation Dols. | Cleared Land No. Acres | Timbered Land No. Acres | REMARKS Additions or Abatements made by Board of Revision or Commissioners |
|---|---|---|---|---|---|
| Reed Collinson | 262 Acres | 824 | | | To be add'd. 8 Perns. 824 |
| Shoemaker Jas. | 412 Acres | 924 | | | To be add'd. 8 Perns. 924 |
| Simons (James) | Acres | | 304 | 602 | To be add'd. 8 Perns. 602 |
| Wilcox Wm. | Acres | | 407 | 814 | To be add'd. 8 Perns. 814 |
| | Acres | | | | |
| | Acres | | | | |
| | Acres | | | | |
| | Acres | | | | |



1931 LeRoy

Unseated Land

| NAME OF TAXABLE Written Alphabetically in Full | Real Estate with Improvements No. Acres | Valuation Dols. | REMARKS | Name of Trade or Occupation of Taxable |
|---|---|---|---|---|
| Baker John | 3.7 ACRES | 630 | C.L.L.Co | to commonwealth of Penna. |
| Biddle Thos. | +32 ACRES | 860 | " | to commonwealth of Penna. |
| Collins James | 134 ACRES | 270 | " | to commonwealth of Penna. |
| Eckert George | 19 ACRES | 40 | " | to commonwealth of Penna. |
| Gentleworth George | +31 ACRES | 860 | " | to commonwealth of Penna. |
| Hilfheimer Robert | 11 ACRES | 20 | " | to commonwealth of Penna. |
| Patton John | 34 ACRES | 680 | " | to commonwealth of Penna. |
| Beck Henry Jr. | 200 ACRES | 400 | Electric & Galegan | |

D1.032

JA586



**ASSESSMENTS FOR THE YEAR**

McIntyre Township.

**1905.**

**DEFENDANT'S EXHIBIT**

**6**

Commonwealth of Penn. v.
Thomas E. Proctor Heirs Trust
et al.

No. 1:12-cv-1567



## LIST OF UNSEATED LANDS.

| No. | Quantity | Rate per Acre | Valuation | Warrantee | Owner |
|---|---|---|---|---|---|



# LIST OF UNSEATED LANDS.



JA590

# LIST OF UNSEATED LANDS.



| No. | Quantity | Rate per Acre | Valuation | Warrantee | Owner |
|---|---|---|---|---|---|
| 415 | 407 3/4 | 1 | 407 | Fred Bird | S. P. Sweson |
| 416 | 407 3/4 | 2 | 489 3 | John Boyd | " " |
| 417 | 407 3/4 | 6 | 2446 | Andrew Boston / William Connelly | " " |
| 419 | 289 | 1 | 289 | William Connects | " " |
| 487 | 407 3/4 | 25 | 10183 | Michael Frog | " " |
| | 407 3/4 | 25 | 10183 | David Frog | " " |
| | 407 3/4 | 25 | 10183 | Bernard Conkey | " " |
| 424 | 407 3/4 | 25 | 10183 | Enus Osborn | " " |
| 409 | 407 acres ... | | 2468 | Francis Johnson | " " |
| 431 | 378 | 25 | 9490 | Josett Morgan | " " |
| 432 | 407 3/4 | 25 | 10163 | Samuel Mills Jr | " " |
| 434 | 383 | 25 | 9575 | Samuel Mills Jr | " " |
| | 347 | 1 | 347 | Maria Perrin | |

## LIST OF UNSEATED LANDS.



| No. | Quantity | Rate per Acre | Valuation | Warrantee | Owner |
|---|---|---|---|---|---|
| 4335 | 2073¼ | 4 | 1431 | Samuel Orvis | H. C. L. Co |
| 4280 | 14934 | 12 | 1789 | Orillian Mills | " |
| 4783 | 871 | 2 | 742 | Mills and Hussey | E. L. Green |
| 4777 | 1098½ | 1 | 1098 | Hussey and Hussey | Bull Burned Co |
| 4784 | 60 | 1 | 60 | " | " |
| 4781 | 3468 | 1 | 3468 | " | B. C. L. Co |
| 4784 | 610 | 1 | 610 | " | " |
| 4783 | 155 | 1 | 155 | " | E. L. Green |
| 4782 | 209 | 1 | 209 | " | " |
| 4785 | 381 | 25 | 9525 | " | B. C. L. Co |
| 4784 | 210 | 1 | 210 | " | John Mure |

JA592



## LIST OF UNSEATED LANDS.



| No. | Quantity | Rate per Acre | Valuation | Warrantee | Owner |
|---|---|---|---|---|---|
| 401 | 407 | 1 | 407 | Aaron Snyder | E.O.L. Co. |
| 3470 | 970 | 2 | 11640 | James Hinchbaugh | " |
| 3471 | 1078 | | 3000 | " | " |
| 3472 | 1078 | | 928 | " | " |
| 3473 | 1589 | | 7879 | " | " |
| | | | 973 | " | " |
| 3403 | 800 | 1 | 8000 | " | " |
| 3404 | 877 | 12 | 470 | " | " |
| 3407 | 1078 | 12 | 18178 | " | " |
| 3408 | 944 | 10 | 9448 | " | " |
| 3478 | 1078 | 1 | 1098 | " | " |
| 3440 | 807 | 1 | 807 | John Hall | John Hall E.O.L. Co. |
| 48 | 33 | 1 | 3.3 | John Smith | " |
| | 409.39 | 18 | 7370 | William Wilson | " |





**JA596**



ASSESSMENTS
McIntyre Township
FOR THE YEAR
1909

JA597

# LIST OF UNSEATED LANDS.

| No. | WARRANTEE | OWNER | VALUATION | RATE PER ACRE | QUANTITY |
|---|---|---|---|---|---|
| 415 | Fred Butts | Central Penna Lumber Co | 407 | 1 00 | 407 3/4 |
| 416 | John Boyd | " | 4893 | 12 00 | 407 3/4 |
| 408 | Andrew Carson | " | 2446 | 6 00 | 407 3/4 |
| 419 | William Chandler | " | 289 | 1 00 | 289 |
| 437 | Michael Graft | " | 10183 | 25 00 | 407 3/4 |
| 420 | David Getzer | " | 10183 | 25 00 | 407 3/4 |
| 432 | Bernard Walter | " | 10183 | 25 00 | 407 3/4 |
| 426 | James Hetrick | " | 10783 | 25 00 | 407 3/4 |
| 409 | Francis Johnson | " | 2468 | | 407 3/4 |
| 434 | Jacob Morgan | " | 9450 | 25 00 | 378 |
| 425 | James Miles | " | 10183 | 25 00 | 407 3/4 |
| 457 | Samuel Miles Jr | " | 9573 | 25 | 383 |
| | Aaron Lewis | | 347 | 1 | 347 |

# LIST OF UNSEATED LANDS.

| No. | Quantity | Rate per Acre | Valuation | Warrantee | Owner |
|---|---|---|---|---|---|
| 433 | 4074¼ | | 1631 | Samuel Mile 92 | Central Penn Lumber Co |
| | 1493¾ | 12 | 1789 | William Mile | " |
| 4780 | 371 | 2⁰⁰ | 742 | Milor Murray | A. S. Green |
| 4781 | 125 | 1⁰⁰ | 125 | Miltavd Murray | " |
| 4782 | 610 | 1⁰⁰ | 610 | " | A. P. L. Co |
| 4784 | 524 | 1⁰⁰ | 524 | " | " |
| 4783 | 1198½ | 1⁵⁰ | 1798 | " | Red Run Coal Co |
| 4784 | 65 | 1⁰⁰ | 65 | " | " |
| 4781 | 800 | 1⁰⁰ | 800 | " | " |
| 4784 | 159 | | 159 | " | Red Green |
| 4785 | 209 | 1⁰⁰ | 209 | " | " |
| 4785 | 2065 | $2.5⁰⁰ | $1.25 | " | John Miller |
| 4785 | 1381 | 25⁰⁰ | 6625 | " | A. P. L. Co |
| 4789 | 200 | 1 | 200 | " | John Sargen |

## LIST OF UNSEATED LANDS.

| No. | Quantity | Rate per Acre | Valuation | Warrantee | Owner |
|---|---|---|---|---|---|
| 4789 | 401 | $1.00 | 401 | Miller and Murray | Central Penn. Lumber Co. |
| 4715 | 40734 | 25.00 | 10183 | John Rice | " " |
| 406 | 40734 | 1 | 407 | Levi Childs | " " |
| 410 | 377 | 25.00 | 9425 | Algeron Roberts | " " |
| 417 | 382 | 1.00 | 2064 | Abraham Singer | " " |
| 427 | 40734 | 1.00 | 382 | John Smith | 33 11 1 |
| 4285 | 387 | 12.00 | 4473 | Abraham Singer | 1 1 1 1 |
| 434 | 400 | 25.00 | 10183 | Walter Stewart | " " |
| | 250 | 25.00 | 9675 | Robert Shaw | 1 11 11 |
| | | 12.00 | 10000 | William Stewart | 1 11 11 |
| | | | 3000 | John Singer | 11 " " |

# LIST OF UNSEATED LANDS.

| No. | Quantity | Rate per Acre | Valuation | Warrantee | Owner |
|---|---|---|---|---|---|
| 3401 | 407 | 1 00 | 407 | Simon Snyder | Samuel Owens Lun. & Co. |
| 3620 | 970 | 12 | 11640 | James Strawbridge | " |
| 3621 | 983 | | 4423 | " | " |
| 3622 | 983 | | 2848 | " | " |
| 3633 | 830 | 1 00 | 830 | " | " |
| 3604 | 255 | 12 00 | 3067 | " | " |
| 3627 | 347 | 12 00 | 4168 | " | " |
| 3628 | 944 | 10 00 | 9440 | " | " |
| 3629 | 1098 | 1 00 | 1098 | " | John Flett |
| 3660 | 807 | 1 00 | 861 | " | A P & Co |
| 318 | 313 | 1 00 | 313 | John Dunlop | " |
| 4000 | 409 | 15 | 7375 | William Wilson | " |

## LIST OF UNSEATED LANDS.

| No. | Quantity | Rate per Acre | Valuation | Warrantee | Owner |
|---|---|---|---|---|---|
| | | | | The following Tracts of land are and of to the undersigned as number say | |
| | | | | all Excels o 30  oil, Salt rock, Mineral Grazing Wood and Minerals  in and under  Tract of minerals or Tracts Situated in McArthur  Tenements | |
| | | | | For description or more of all minerals  Refer to recorders office of yeoming County  and Book 144, Page 355 | |
| | | | | The said Tracts are described as follows | |
| 419 | 289 | 1 00 | 289 | William Schneider | |
| 437 | 407 3/4 | 1 00 | 407 | Michael Grotz | |
| | 407 3/4 | 1 00 | 407 | David Zerr | |
| 424 | 407 3/4 | 1 00 | 407 | Bernard Hurley | |
| 409 | 407 3/4 | 1 00 | 407 | Francis Johnson | |
| 435 | 378 | 1 00 | 378 | Westan Biggar | |
| 423 | 407 3/4 | 1 00 | 407 | James White | |
| 437 | 383 | 1 00 | 383 | Samuel White | |
| 418 | 407 3/4 | 1 00 | 407 | John Price | |
| 410 | 467 3/4 | 1 00 | 467 | | |
| 417 | 407 3/4 | 1 00 | 407 | continued next page | |

## LIST OF UNSEATED LANDS.



| No. | QUANTITY | RATE PER ACRE | VALUATION | WARRANTEE | OWNER |
|---|---|---|---|---|---|
| 427 | 407¾ | 2/10 | 407 | Walter Stewart | |
| 428 | 387 | 1/10 | 387 | Robert Stead | |
| 436 | 470 | 1/10 | 470 | William Stewart | |
| 407 | 407 | 1/10 | 407 | James Snyder | |
| 414 | 407 | 1/10 | 407 | Jacob Peterson | |
| 405 | 407 | 1/10 | 407 | Fred Light | |
| 406 | 409 | 1/10 | 409 | Henry Phillips | |
| 405 | 407 | 1/10 | 407 | William Wilson | |
| 416 | 417 | 1/10 | 417 | John Boyd | |
| 401 | 382 | 1/10 | 382 | Andrew Carson | |
| | | | | John Smith | |

Emma E Price

James Price
owners of the heirs named 32 tract of unseated lands
as per this 29 day of april 1909

J E Smith
assessor

**JA603**

BRADFORD COUNTY, ss.

To Peter M.

Barclay Twp

**To the Assessor:**

*You will please make the following computations, and observe care in being correct:*

### RECAPITULATION.

Property exempt

Taxables Assessed.

No. *188*         3400

Real Estate, { Cleared, 795 Acres.
             { Timbered 2332 Acres.

Total Value,                              32050

Horses and Mules, No. 100 Value,          5070.

Oxen and Cows — No. 61 Value,             915.

Occupations and Single Freemen — Value,   7195.

Annuities — — — — Amount,

Stages, Omnibuses, etc., — Value,

Dogs, — — No. 44

Bitches, — — No. 3

Total Assessment,  $                      45230

Money at Interest, $

Unseated
40155

3. All salaries and emoluments of...
of farmers, and all single freemen assess...

4.

5.

6.

7. All mortgages, money ow...
all articles of agreement and acco...
ever, (except those issued by this...
State, and all other moneys...

D50.001

1894
Barclay

**DEFENDANT'S EXHIBIT**

**50**

Commonwealth of Penn. v.
Thomas E. Proctor Heirs Trust
et al.

No. 1:12-cv-1567

JA604

Case 1:12-cv-01567-CCC-SES    Document 130-4    Filed 08/03/18    Page 3 of 7



1894
Barclay

**Commonwealth of Pennsylvania.**

BRADFORD COUNTY, ss.                    NOVEMBER 1 1893    188

Towanda,

To *Peter Merrin*, Assessor of *Barclay Tp* Greeting:

Pursuant to an Act of General Assembly, entitled "An Act to raise and collect county rates and levies," passed on the 11th day of April, 1799, and the Act of 15th April, 1834, and in accordance with an Act entitled "An Act to reduce the State debt," approved on the 29th day of April, 1844, and the Act of May 15th, 1841, and the several supplements thereto, and all other laws now in force relating to the valuation of property and the assessment and collection of county rates and levies, you are hereby commanded to make out and return, within sixty days after receiving this precept, a just and perfect list and account, in alphabetical order, of the names of all the taxable persons residing within your district, and of all property taxable by law, together with a just valuation of the same, namely:

1. All real estate, to wit: houses, lands, lots of ground and ground rents, mills and manufactories of all kinds, furnaces, forges, bloomeries, distilleries, sugar houses, malt houses, breweries, tan-yards, fisheries and ferries, wharves, and all other real estate not exempt by law from taxation.

2. All personal estate, to wit: horses, mares, geldings, mules, and neat cattle over the age of four years.

3. All salaries and emoluments of office, all offices and posts of profit, professions, trades and occupations (except the occupation of farmers), and all single freemen above the age of twenty-one years who shall not follow any occupation or calling.

4. All pleasure carriages, owned and kept for use, both of two and four wheels.

5. All household furniture, including gold and silver plate, owned by any person or persons, corporation or corporations, when the value thereof shall exceed the sum of three hundred dollars—the excess above three hundred dollars; all stages, omnibuses, hacks, cabs, and other vehicles, used for transporting passengers for hire, owned, used or possessed within your district by any person or persons, or by any corporate body or bodies; all annuities over two hundred dollars, except those granted by this Commonwealth or by the United States—the excess above two hundred dollars; and all personal property (not taxed under laws existing April 22nd, 1846) held, owned, used or invested by any person, company, or corporation, in trust for the use, benefit, or advantage of any other person, company, or corporation, excepting always such property as shall be held in trust for religious purposes.

6. Watches owned and kept for use, as follows, that is to say: All gold lever or other gold watches of equal value; every other description of gold watches, silver lever watches or other silver watches of like value; and every other description of watches of the value of twenty dollars or upwards.

7. All mortgage, money owing by solvent debtors, whether by promissory note or penal or single bill, bond, or judgment, also all articles of agreement and accounts bearing interest, owned or possessed by any person or persons whatsoever, (except notes or bills for work or labor done, and all obligations given to banks for money loaned, and bank notes,) and all public loans or stocks whatsoever, (except those issued by this Commonwealth or the United States,) and all money loaned or invested on interest in any other State, and all other moneyed capital in the hands of individual citizens of the State.

And by the Act of 15th May, 1841, it is made your duty to assess, rate and value all objects of taxation, whether for State, county, district, ward, township, or borough purposes, according to the actual value thereof, and at such rates and prices, for which the same would separately *bona fide* sell.

If in the discharge of your duties, you shall have reason to believe any person or persons or corporation shall have rendered a false return of his, her or their property, trade, profession, occupation, or any article made taxable by law, or shall not make a full disclosure of the same, then you are to return what you shall believe to be the full value and amount thereof.

Upon the refusal or failure of any taxable person to make a return of his or her taxable property, enumerated in section, number seven, of this precept, (within ten days after being so required by you,) in writing, (or partly written and partly printed,) with his or her affidavit thereto attached, made and subscribed before you, that the return is true and correct to the best of his or her knowledge and belief, to which affidavit you are authorized and required to administer the oath or affirmation to all taxable persons without charge, then it shall be your duty to make a return for such taxable person, estimating the amount from the best information at your command; and it is your further duty in making up your valuations of money at interest in your district to compare the personal return made by each person with the statement furnished you by the Commissioners, and if the amount as contained in said statement shall exceed the amount set forth in the personal return of any person, to note the fact and make return of the same; and the said statements, whether received from the taxable persons themselves or made out for them by you in pursuance of the provisions of law, you are required to return to the County Commissioners with your assessment of other property.

And by the Act of 10th April, 1849, you are authorized and directed to re-assess, between the periods of the triennial assessments, all real estate which may have been improved by the erection of buildings or other improvements subsequent to the last preceding triennial assessment ; and whenever any taxable real estate shall be omitted to be assessed at the triennial assessment, it is made your duty by the Act of 28th April, 1858, on notice thereof, to forthwith assess and return the same.

And by the Acts of 11th July, 1842, and 1st June, 1883, you are required, on seated lands, where county, township, or borough lines divide a tract of land, to make the assessment in the county, township, or borough in which the mansion house is situated.

And by the Act of 13th June, 1883, it is made your duty, at each triennial assessment, to make return of all timber land in your district, by specifying in separate columns, how many acres each tract contains of cleared land, and how many in timber.

Having completed your assessment as hereinbefore directed, make return of this precept and your proceedings thereon to the County Commissioners, at their office in Towanda, on *Thursday* the *21st* day of *December* A.D. 1893.

Given under our hands and the seal of our office this day and year first above written.

*J. H. Findley*
*H. W. McCann*
*P. S. Jordan*
Commissioners.

ATTEST: *John H. Dean* Clerk.

**JA605**

Laquin, Pa., March 28th, 1922.

County Commissioners,
Bradford County,
Towanda, Pa.,

Gentlemen:

On investigation I find that coal mines are being operated on the following warrants:

Peter Ladley          454 acres          45¢ Valuation
Believe this should be assessed at 6 dollars per acre or total of 3472 dollars.

Jacob Cox             432 acres          648 Valuation
should be assessed at 6 dollars per acre or total of $2592.

Andrew Graydon        456 acres          912 Valuation
should be assessed at 6 dollars per acre or total of $2736.

Would you kindly make the assessments as shown above.

Yours truly,

D. P. Horlac
Assessor.

---

# RECAPITULATION

## Barclay Township

Taxables Assessed          Property Exempt

No. 177....... { Timbered ...... 718 ........ Acres
Real Estate   { Cleared ........ 132 ........ Acres     8000

Total Value ......................... $.. 7380.0
Horses and Mules.    No..... 15 .. Value .. 815
Oxen and Cows.       No..... 5 ... Value .. 75
Occupations and Single Freemen,  Value .. 4245
Annuities  -  -  -  -      Amount .......
Dogs   -  No. ............
Bitches  -  No. ............                    8102.5
Total Assessment .....................
Money at interest (including hacks, etc.)    57735

D50.003

Case 1:12-cv-01567-CCC-SES   Document 130-4   Filed 08/03/18   Page 5 of 7



D50.004

JA607



1922 Barclay

| NAME OF TAXABLE WRITTEN ALPHABETICALLY IN FULL | Real Estate with Improvements — No. Acres | Valuation — Dols. | Cleared Land — No. Acres | Timbered Land — No. Acres | REMARKS |
|---|---|---|---|---|---|
| Lowery Johanna | 420 Acres | 630 | | | Long Valley C.C.P. |
| Edge Samuel | 74 Acres | 148 | | | " |
| Garth William | 425 Acres | 638 | | | " |
| Coy Josiah | 422 Acres | 1728 | | | |
| Nietzheimer Robert | 101 Acres | 202 | | | " |
| Hall William | 361 Acres | 630 | | | " |
| Hardy Simon | 424 Acres | 638 | | | " |
| Hardy James | 374 Acres | 563 | | | |

Reduced $308 valuation by the Commissioners at Appeal
Exoneration on $864 allowed

D50.005

JA608

Case 1:12-cv-01567-CCC-SES   Document 130-4   Filed 08/03/18   Page 7 of 7



D50.006

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA GAME COMMISSION, | : CIVIL ACTION – LAW<br>:<br>: CASE NO. 1:12-CV-1567<br>: |
| Plaintiff, | : JUDGE: Christopher C. Conner<br>: |
| v. | :<br>: |
| THOMAS E. PROCTOR HEIRS TRUST, | :<br>: |
| Defendant. | :<br>: [Electronically Filed] |

## PLAINTIFF'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

<div style="text-align: right;">

Bradley C. Bechtel, Chief Counsel
PA No. 49681
W. Creigh Martson, Assistant Counsel
PA No. 94759
2001 Elmerton Ave.
Harrisburg, PA 17110-9797
(717) 783-6530
brbechtel@pa.gov
wmartson@pa.gov
*Attorneys for Plaintiff*

</div>

# **TABLE OF CONTENTS**

I.   Introductory Statement …………………………………………..1

II.  Proposed Findings of Fact…………………………………………..2

     A. The Commission's Case-in-Chief……………………………….2

     B. Rebuttal of the Trust's Purported Evidence………………………..6

III. Proposed Conclusions of Law…………………………………….8

     A. The Commission is Entitled to Judgment in its Favor………………..8

     B. Collateral Estoppel Barred the Trust from Presenting Their Evidence
        on the Asserted Disputed Issues of Fact…………………….…….13

     C. There Is No Genuine Dispute of Material Fact as to What was
        Assessed in 1907 and Sold in 1908…………………………………..15

     D. There Was No "Duty" of Owners to Pay Taxes on Unseated Land
        that Barred Their Acquiring Better Title at a Tax Sale………………17

# <u>TABLE OF CITATIONS</u>

## Federal Cases

*Lucky Brand Dungarees, Inc. v. Marcel Fashions Grp., Inc.*, 140 S.Ct. 1589, 1594 (2020)……………………………………….…………14

*Migra v. Warren City Sch. Dist. Bd. of Educ.*, 465 U.S. 75, 81 (1984)………..…13

*Proctor v. Sagamore Big Game Club*, 166 F. Supp. 465 (W.D. Pa. 1958), *aff'd*, 265 F.2d 196 (3d. Cir. 1959)………………………….…………………….9

*Walker v. Horn*, 385 F.3d 321, 336 (3d Cir. 2004)…………………………..13, 14

## State Cases

*Commonwealth v. Thomas E. Proctor Heirs Trust, et al.*, 493 MD 2017 Memorandum Opinion (Pa. Cmwlth. Jan. 26, 2021)………………………..*passim*

*Cornwall Mt. Invs., L.P. v. Thomas E. Proctor Heirs Trust*, 158 A.3d 148 (Pa. Super. 2017)……………………………………………………………9-10, 16

*Coxe v. Gibson*, 27 Pa. 160 (Pa. 1856)………………………………………..17, 20

*Herder Spring Hunting Club v. Keller*, 143 A.3d 358 (Pa. 2016)……………*passim*

*Hunter v. Cochran*, 3 Pa. 105 (Pa. 1846)………………………………………19

*Hutchinson v. Kline*, 49 A. 312 (Pa. 1901)……………………….……………9, 25

*Kaiser Energy, Inc. v. Com., Dep't of Envtl. Res.*, 535 A.2d 1255 (Pa. Cmwlth. 1988)……………………………………………………………8

*Keta Gas & Oil Co. v. Proctor*, 2019 WL 6652174 (Pa. Super. Dec. 6, 2019), *appeal denied by*, 239 A.3d 23 (Pa. 2020), *cert. denied*, --- S.Ct. ---, 2021 WL 1725191 (May 3, 2021)……………………………..……*passim*

*Neil v. Lacy*, 1 A. 325 (Pa. 1885)………………………………………………23

*Powell v. Lantzy*, 34 A. 450 (Pa. 1896)…………………....…………10, 17-25

*Strauch v. Shoemaker*, 1 *Watts & Serg.* 166 (Pa. 1841)……………………..…10

*Wilson v. A. Cook Sons Co.*, 148 A. 63 (Pa. 1929)………….…..……….…………9

*Woodhouse Hunting Club, Inc. v. Hoyt*, 183 A.3d 453 (Pa. Super. 2018)..…8-9, 16

## Statutes & Rules

Act of 1804, April 3, P.L. 517………………………………….……..………16, 22-23

Act of 1815, March 13, P.L. 177……………………………..………………4, 15

Act of 1887, June 6, P.L. 363……………………………………………………..21-22

28 U.S.C. § 1738……………………………………………………………………..13

## Other Authorities

*An Historical Perspective of The Pennsylvania Title Wash*, 85 PA Bar
Assn. Quarterly 106 (July 2014)……………………………………………….24

**JA613**

## I.  INTRODUCTORY STATEMENT.

Plaintiff ("Commission") submits these proposed findings of fact and conclusions of law in accordance with the Court's post-trial instructions to the parties.  *See* April 27, 2021 Trial Transcript ("Trial Tr.") at 138.  The bench trial was intended to resolve outstanding issues of material fact regarding ownership of the subsurface estate of the Josiah Haines warrant, as set forth in the Court's April 21, 2020 memorandum.  *See* Doc. 183 at 29-43; Doc. 189.

As the Court has acknowledged, the Commission, for the reasons set forth in its summary judgment filings and subsequent motion for reconsideration, maintains a continuing objection to the relevance of these factual issues, which has been preserved for appellate review.  *See* Doc. 189 at n.1.

The Commission, for the reasons stated in Plaintiff's Bench Memorandum Regarding Evidentiary Objections (Doc. 214) and at trial (Trial Tr. at 100-121), reiterates its evidentiary objections the Thomas E. Proctor Heirs Trust's ("Trust's") exhibits.[1]

---

[1]    Defendant Margaret O.F. Proctor Trust was removed from this action in advance of trial.  *See* Doc. 213.

**JA614**

## II.   PROPOSED FINDINGS OF FACT.

### A.   The Commission's Case in Chief.

1.     The subject property is approximately 407.75 acres of land, being all of the Josiah Haines warrant located in Leroy Township, Bradford County, Pennsylvania.  *See* Doc. 183 at 3.

2.     The Josiah Haines warrant is a portion of the lands described in a deed, dated December 14, 1920, from the Central Pennsylvania Lumber Company to the Commission, recorded in Book 342, Page 376, in the official records of the Office of Recorder of Deeds of Bradford County.  Joint Exhibit J1 at J1.336; Trial Tr. 9.

3.     The early title in and to the Josiah Haines warrant traces via mesne conveyances from the Commonwealth of Pennsylvania to Robert Barclay of London, England, and then via specific devise in his will to his son Charles Barclay. *Id*. at J1.072 – J1.120; Trial Tr. 9.

4.     Joseph Oat, *et al.*, trustees for The Schrader Land Company, acquired a large tract of land containing over 18,000 acres, including the Josiah Haines warrant, by a series of deeds from 1853 through 1855.  *Id*. at J1.122 – J1.274.

5.     By deed, dated March 2, 1868, the trustees for the Schrader Land Company conveyed the same large tract of land containing over 18,000 acres, including the Josiah Haines warrant, to the Schrader Mining and Manufacturing Company.  *Id*. at J1.286.

**JA615**

6.      By deed, dated June 5, 1893, the Schrader Mining and Manufacturing Company conveyed a large tract of land containing over 15,000 acres, including the Josiah Haines warrant, to Thomas E. Proctor and Jonathan A. Hill.  *Id*. at J1.292; Doc. 183 at 3.

7.      By deed, dated October 27, 1894, Thomas E. Proctor and Jonathan A. Hill, joined by their spouses, conveyed a large tract of land stated to contain 14,200 acres, including the Josiah Haines warrant, to the Union Tanning Company, excepting and reserving the oil, gas, and minerals from the surface and excepting and reserving the oil, gas, and mineral estate for themselves, their heirs, and assigns (the "Proctor Reservation").  Joint Exhibit J1 at J1.296; Doc. 183 at 3.

8.      There was no separate assessment of the Josiah Haines warrant's oil, gas, and minerals.  Joint Exhibits J8 – J11.

9.      By deed, dated May 25, 1903, the Union Tanning Company conveyed the surface of a large tract of land, stated to contain 16,350.3 acres, including the Josiah Haines warrant, to the Central Pennsylvania Lumber Company ("CPLC"). Joint Exhibit J1 at J1.315; Doc. 183 at 3.

10.      By treasurer deed, dated June 8, 1908, by W.F. Waters, Treasurer of Bradford County, conveyed the Josiah Haines warrant described as, "410 acres of unseated land in LeRoy Township, assessed in the warrantee name of Josiah Haines," to Calvin H. McCauley, Jr., acknowledged in open court by A.C.

**JA616**

Blackwell, Deputy Treasurer of Bradford County. Joint Exhibit J1 at J1.329; Doc. 183 at 3-4.

11.    By deed, dated December 6, 1910, Calvin H. McCauley, Jr. ("McCauley, Jr.") and his wife, Florence M. McCauley, conveyed forty-five tracts of land, including the Josiah Haines warrant, to CPLC. Joint Exhibit J1 at J1.331; Doc. 183 at 4.

12.    The conveyance of the Josiah Haines warrant by McCauley, Jr., and his wife to CPCL on December 6, 1910 was after the two-year redemption period (Act of 1815, § 4) expired. Joint Exhibit J1 at J1.331.

13.    By deed, dated December 14, 1920, the CPLC conveyed a tract of land stated to contain 7,492.9 acres, including the Josiah Haines warrant, to the Commonwealth of Pennsylvania. *Id*. at J1.336; Doc. 183 at 4.

14.    From 1894 through 1910 the Josiah Haines warrant was unseated and assessed as such by the officials of Bradford County for tax purposes. Joint Exhibits J8 – J11.

15.    From 1894 through 1910 Thomas E. Proctor is not associated with the Josiah Haines warrant in the tax assessment books for Bradford County. *Id*.

16.    CPLC did not pay 1907 taxes for the Josiah Haines warrant and exposed it to tax sale in 1908. Joint Exhibit J11 at J11.005.

JA617

17.    From April through June 1908, W.F. Waters, Treasurer of Bradford County, weekly advertised, under the heading "Treasurer's Sale of Unseated Lands," the Josiah Haines warrant to be sold for unpaid taxes pursuant to the then-applicable statute.  Joint Exhibits J12 – J24.

18.    Graphically, the Commission's chain of title is as follows:



Plaintiff's Exhibit P1 at P1.027; Trial Tr. 11.

### B. Rebuttal of the Trust's Purported Evidence.

19.     Although the subsurface rights in the Josiah Haines warrant may have been severed from the surface estate via the Proctor Reservation, those rights were not separately assessed by the Bradford County Commissioners.  *See* J8 – J11; *see also* Trial Tr., *generally*.

20.     There is no evidence establishing that the severance was ever reported to the Bradford County Commissioners.  *Id.*

21.     There is no evidence establishing that the Trust's predecessors in title ever requested that the Bradford County Commissioners separately assess the severed subsurface rights in and under the Josiah Haines warrant prior to the 1908 tax sale.  *Id.*

22.     Irrespective of whether the Trust's predecessors in title purportedly notified the county of the conveyance of the Josiah Haines warrant to them, there is no probative, admissible evidence of record that the Trust's predecessors in title subsequently notified the Bradford County Commissioners that, in 1894, the unseated land had been divided into surface and subsurface estates, such that they should be assessed and taxed separately.  *Id.*

23.     The Trust, despite the claimed sophistication of their predecessors and extensive land holdings in the Commonwealth, and despite bombarding the Court with  mountains  of  irrelevant  documents  from  which  they  ask  the  Court  draw

improper inferences, fail to supply the Court with a single documented example of any such notice ever being provided to any county commissioner by their predecessors in title, yet claim it was their routine practice. *Id.*

24. The materials provided by the Trust do not establish, even by inference, that the purported reservation of subsurface rights in the Josiah Haines warrant was reported to the Bradford County Commissioners prior to the 1908 tax sale. *Id.*

25. During the relevant timeframe, McCauley, Jr., held various jobs and positions, including as a founding director, subscriber, and shareholder of the Rock Run Coal Company, as well as an association with Lewis, Jones, & Lewis, a Williamsport law firm. Defendant's Exhibit D23; Plaintiff's Exhibits P29 and P33.

26. McCauley, Jr., joined by his wife, Florence, sold properties acquired at numerous 1908 tax sales to persons or entities other than CPLC. Plaintiff's Exhibit P30; Doc. 215-1 and 215-2.

27. There is no evidence that McCauley, Jr. was, or acted as, CPLC's agent for purposes of the 1908 tax sale. *Id.*; *see* Trial Tr. *generally*.

28. There is no evidence that McCauley Jr.'s wife, Florence, was, or acted as, CPLC's agent for purposes of the 1908 tax sale or ever. *Id.*

29. Neither the public record at the time of the 1908 tax sale, nor the multitude of irrelevant documents that the Trust has submitted to the Court, provide

any basis for inferring that McCauley, Jr. intended to, or did, redeem the Josiah Haines warrant for CPLC.  *Id.*

30.    McCauley, Jr. did not "redeem" the Josiah Haines warrant: he purchased it, as an individual, at a public tax sale at which anyone, including James Proctor or any other trustee, could have outbid him.  Joint Exhibit J1 at J1.329; J25.

31.    On December 6, 1910, McCauley, Jr. did not assign to CPLC his interest in the Josiah Haines warrant.  Instead, on December 6, 1910, McCauley, Jr., joined by his wife, conveyed their interest in the Josiah Haines warrant to CPLC.  *Id.* at J1.331; Doc. 183 at 4.

## II.    PROPOSED CONCLUSIONS OF LAW.

### A.    The Commission is Entitled to Judgment in its Favor.

32.    The Commission is entitled to judgment because it has established superior title to the oil, gas, and mineral rights in the Josiah Haines warrant by a fair preponderance of the evidence.  *See Commonwealth v. Thomas E. Proctor Heirs Trust, et al. ("Proctor Heirs")*, Memorandum Opinion at 2, 5 (Pa. Cmwlth. Jan. 26, 2021) (attached); *Kaiser Energy, Inc. v. Com., Dep't of Envtl. Res*., 535 A.2d 1255, 1257-59 (Pa. Cmwlth. 1988); *Woodhouse Hunting Club, Inc. v. Hoyt*, 183 A.3d 453, 457 (Pa. Super. 2018).

33.    The Josiah Haines warrant was, as established by the public record and as a matter of law, assessed as a whole in 1907 and sold as a whole at the 1908 tax

sale. *See Herder Spring Hunting Club v. Keller*, 143 A.3d 358, 370, 373-375 (Pa. 2016); *Keta Gas & Oil Co. v. Proctor*, 2019 WL 6652174, at *3-*4 (Pa. Super. Dec. 6, 2019), *appeal denied by*, 239 A.3d 23 (Pa. 2020), *cert. denied*, --- S.Ct. ---, 2021 WL 1725191 (May 3, 2021); *Proctor Heirs*, Memorandum Opinion at 9-11.

34.    The 1908 tax sale marked the start of a new chain of title and divested all prior holders of any interest in the Josiah Haines warrant.  *Id.*

35.    The Proctor Reservation was extinguished by 1908 tax sale and the Trust has been divested of any interest in the oil, gas, and minerals in the Josiah Haines warrant.  *Id.*

36.    The case law is clear that the 1908 tax sale extinguished the Proctor Reservation in the Josiah Haines warrant and divested the Trust's predecessors in title of any interest they may have had in the oil, gas, and minerals in, on and under the subject portions of the Josiah Haines warrant.  *Id.  See also Cornwall Mt. Invs., L.P. v. Thomas E. Proctor Heirs Trust*, 158 A.3d 148 (Pa. Super. 2017); *Woodhouse*, 183 A.3d at 461; *Proctor v. Sagamore Big Game Club*, 166 F. Supp. 465 (W.D. Pa. 1958), *aff'd*, 265 F.2d 196 (3d. Cir. 1959).

37.    That an unassessed mineral estate coexisting with an unseated surface estate is subject to extinguishment by the occurrence of a tax sale of the servient surface estate was neither unjust nor inequitable at the time.  *See Herder Spring*, *supra*; *Wilson v. A. Cook Sons Co.*, 148 A. 63 (Pa. 1929); *Hutchinson v. Kline*, 49

**JA622**

A. 312 (Pa. 1901); *Powell v. Lantzy*, 34 A. 450 (Pa. 1896); *Strauch v. Shoemaker*, 1 *Watts & Serg.* 166 (Pa. 1841).

38. Any injury suffered by the holder of any severed mineral interests because of a tax sale of the servient surface estate was entirely self-inflicted because the holder could have easily protected himself by disclosing and seeking a separate assessment of the reserved interest or by redeeming the land at the tax sale. *See Herder Spring*, 143 A.3d at 368-70; *Proctor Heirs*, Memorandum Opinion at 9-11.

39. If minerals or other reserved rights were separately assessed and taxes are paid, then those interests would neither have been conveyed nor extinguished by a subsequent tax sale of the surface. *Id.*

40. The argument by the Trust that the reserved subsurface rights had no assessable value as of the 1908 tax sale was flatly rejected by the Pennsylvania Supreme Court in *Herder Spring* and, subsequently, by the Superior Court in *Cornwall*, a case in which the Trust made the very same argument. *See Herder Spring*, 143 A.3d at 373-74; *Cornwall*, 158 A.3d at 156-57.

41. Mere ownership of unseated land created no obligation on the owner of the unseated land to pay the assessed taxes. *See* Section II.B. & II.D.*, infra.* *See also Proctor Heirs*, Memorandum Opinion at 11-13; *Keta Gas*, 2019 WL 6652174, at *5-*7.

**JA623**

42.     There was no duty – legal, contractual, equitable, or otherwise – obligating CPLC to pay the taxes on unseated land that would transform the 1908 tax-sale purchase by McCauley, Jr. into a redemption.  *See* Section II.B. & II.D, *infra*. *See also Proctor Heirs*, Memorandum Opinion at 11-13; *Keta Gas*, 2019 WL 6652174, at *5-*7.

43.     It is legally irrelevant that McCauley, Jr. was an agent of CPLC at the time of the 1908 tax sale (to include the 1908 tax sale of the Josiah Haines warrant). *See* Section II.B. & II.D, *infra*.  *See also Proctor Heirs*, Memorandum Opinion at 11-13; *Keta Gas*, 2019 WL 6652174, at *5-*7.

44.     Because there was no challenge to any alleged irregularity in the 1908 tax sale regarding McCauley, Jr.'s alleged fiduciary status or otherwise during the two-year statutory period, the Trust is estopped from doing so now, over a century later.  *See* Section II.B. & II.D., *infra*.  *See also Proctor Heirs*, Memorandum Opinion at 15-16; *Keta Gas*, 2019 WL 6652174, at *5-*7.

45.     Because the 1908 tax sale was statutorily authorized, conducted by the proper authorities, and held in response to unpaid taxes, it is presumptively valid and McCauley, Jr.'s motives, even if improper, are not a sufficient reason to void the sales.  *See* Section II.B. & II.D., *infra*. *See also Proctor Heirs*, Memorandum Opinion at 15-16; *Keta Gas*, 2019 WL 6652174, at *5-*7.

46.     If the Trust disputed the County Commissioner's failure to assess the subsurface estate separately from the surface estate, it should have contested the assessment and tax sale with the initial two-year redemption period.  As such, whether the severance of the surface and subsurface was reported to the County Commissioners and should have been separately assessed prior to the 1908 tax sale, is, more than 100 years later, immaterial as a matter of law.  *See* Section II.B. & II.C., *infra*.  *See also Proctor Heirs*, Memorandum Opinion at 15-16; *Keta Gas*, 2019 WL 6652174, at \*5-\*7.

47.     Deed language in subsequent deeds did not preserve the Trust's subsurface rights in the Josiah Haines warrant after they were extinguished by the 1908 tax sale.  Doc. 183 at 44-45.  *See also Proctor Heirs*, Memorandum Opinion at 13-15; *Keta Gas*, 2019 WL 6652174, at \*6; Section II.B., *infra*.

48.     The "subject-to" clause in the deed for the Josiah Haines from CPLC to the Commission neither preserves a prior reservation nor creates a new exception and reservation of any interest.  Doc. 183 at 44-45.  *See also Proctor Heirs*, Memorandum Opinion at 13-15; *Keta Gas*, 2019 WL 6652174, at \*6; Section II.B., *infra*.

49.     The Commission is not estopped from claiming title to the subsurface of the Josiah Haines warrant.  Doc. 183 at 44-45.  *See also Proctor Heirs*,

Memorandum Opinion at 13-15; *Keta Gas*, 2019 WL 6652174, at *6; Section II.B., *infra*.

50.     The beliefs of certain representatives of the parties' predecessors with respect to the state of the law surrounding title washing is legally irrelevant.  *See Herder Spring*, 143 A.3d at 379 (purchaser at a tax sale becomes the first link in a new chain of title and he need not prove the title back of the same); *Proctor Heirs*, Memorandum Opinion at 13; *Keta Gas*, 2019 WL 6652174, at *6; Section II.B., *infra*.

51.     The Trust's due process claim fails as a matter of law.  Doc. 183 at 46-50; *Keta Gas*, 2019 WL 6652174 at *7; Section II.B., *infra*.

52.     The Commission owns the whole of the Josiah Haines warrant including the estate(s) formerly excepted and reserved in the Proctor Reservation. *See Herder Spring*, 143 A.3d at 373-74; *See also Proctor Heirs*, Memorandum Opinion at 17-18; *Keta Gas*, 2019 WL 6652174, at *7.

**B.     Collateral Estoppel Barred the Trust from Presenting Their Evidence on the Asserted Disputed Issues of Fact.**

53.     Under the Full Faith and Credit Clause, as implemented by 28 U.S.C. § 1738, a federal court must give the same preclusive effect to state court judgments that those judgments would be given in that state's own courts.  *See Migra v. Warren City Sch. Dist. Bd. of Educ.*, 465 U.S. 75, 81 (1984); *see also Walker v. Horn*, 385 F.3d 321, 336 (3d Cir. 2004).

**JA626**

54.     The doctrine of issue preclusion, "sometimes called collateral estoppel," "precludes a party from relitigating an issue actually decided in a prior case." *Lucky Brand Dungarees, Inc. v. Marcel Fashions Grp., Inc.*, 140 S.Ct. 1589, 1594 (2020).

55.     This Court must therefore look to Pennsylvania state law to determine the requirements and effects of issue preclusion on the Trust's present claims.

56.     In Pennsylvania, issue preclusion applies where: (1) the issue decided in the prior adjudication was identical with the one presented in the later action; (2) there was a final judgment on the merits; (3) the party against whom the plea is asserted was a party or in privity with a party to the prior adjudication; and (5) the party against whom it is asserted has had a full and fair opportunity to litigate the issue in question in a prior action. *Walker*, 385 F.3d at 337.

57.     Collateral estoppel precludes the Trust from re-litigating, in this action, several questions of law and issues of fact that were litigated and adjudicated finally against the Trust by the Pennsylvania Commonwealth Court in *Commonwealth v. Thomas E. Proctor Heirs Trust, et al.*, Memorandum Opinion (Pa. Cmwlth. Jan. 26, 2021) (attached), and by the Pennsylvania Superior Court in *Keta Gas & Oil Co. v. Proctor*, 2019 WL 6652174 (Pa. Super. Dec. 6, 2019) (attached).

58.     Specifically, collateral estoppel precludes the Trust from re-litigating, and requires the Court to enter the findings and conclusions set forth Section II.A., *supra*.

59.     Each of the foregoing issues, which are raised by the Trust in this case, were necessary to the Commonwealth Court's and Superior Court's judgments against the Trust.  The Trust was a party in both actions and had a full and fair opportunity to litigate each of the issues in question. As such, collateral estoppel precludes the Trust from re-litigating those same issues in this case.

### C.     There Is No Genuine Dispute of Material Fact as to What Was Assessed in 1907 and Sold in 1908.

60.     Whether the surface and subsurface estates should have been separately assessed prior to the 1908 tax sale, is, more than 100 years later, immaterial as a matter of law.  *See Herder Spring*, 143 A.3d at 374; *Proctor Heirs*, Memorandum Opinion at 16.  The matter is immaterial because it relates to long-barred challenges to the 1907 assessment and 1908 tax sale.  *Id.*

61.     As the Pennsylvania Supreme Court explained in *Herder Spring*:

if the Kellers disputed the County Commissioners' **failure to assess their subsurface estate separately from the surface estate, they should have contested the assessment and tax sale within the initial two-year redemption period**. **After the expiration of that redemption period, a challenge to the propriety of the tax sale would not be heard under Section 4 of the Act of 1815** . . . .

*Herder Spring,* 143 A.3d at 374.

**JA628**

62.     The Trust is in the same position as the Kellers in *Herder Spring*.  This Court, therefore, should look to controlling and directly relevant Pennsylvania authority and conclude the 1908 tax sale is, over 100 years later, unassailable on the basis of alleged irregularities in notice, assessment, and process.  *Id.*; s*ee also Cornwall*, 158 A.3d at 160, *appeal denied by*, 172 A.3d 594 (Pa. 2017), *cert. denied*, 138 S.Ct. 1698 (2018) (Trusts time-barred from challenging procedural irregularities in the notice, assessment, and tax sale process because such irregularities only rendered the sale voidable within the period for challenging the tax sale, and not void); *Woodhouse*, 183 A.3d at 461  (collateral attacks on a tax sale may not be raised after the redemption period has passed).

63.     The 1908 tax sale was statutorily authorized, conducted by the proper authorities, and held in response to unpaid taxes.  *See* Joint Exhibit J1; *see also* Trial Tr. 9.

64.     The 1908 tax sale cannot, under *Herder Spring*, be collaterally attacked decades later on the basis that the separate surface and subsurface estates were reported and should have been separately assessed prior to the tax sale; such facts, if true, rendered the tax sale only voidable during the redemption period, not void. *See Herder Spring*, 143 A.3d at 374; *Proctor Heirs*, Memorandum Opinion at 13; *Cornwall*, 158 A.3d at 159-161.

65.     Pursuant to Section 5 of the Act of 1804 and as a matter of law, the

1908 tax sale, the propriety of which was not challenged during the two-year redemption period, encompassed the entire Josiah Haines warrant. *See Herder Spring*, 143 A.3d at 359; *Proctor Heirs*, Memorandum Opinion at 13; Doc. 97-1 at 74.

> **D.     There Was No "Duty" Of Owners to Pay Taxes on Unseated Land That Barred Their Acquiring Better Title at a Tax Sale.**

66.     The Court misinterpreted the Pennsylvania Supreme Court's decision in *Powell v. Lantzy*, 34 A. 450 (Pa. 1896) to reverse itself and discover a non-existent "duty" on owners of unseated land to pay taxes thereon that barred their acquiring better title at a tax sale. Doc. 183 at 43.

67.     The Court misinterpreted *Powell* because, as explained in that case, a finding of *personal liability to the state* for the taxes due, or some contractual or other obligation to a third party to pay them, is essential to finding any disabling "duty of the purchaser to pay the tax." *Id*. at 451. This rule of law is the relevant holding in *Powell*. And, this rule of law explains, and is essential to, the Pennsylvania Supreme Court's earlier decision in *Coxe v. Gibson*, 27 Pa. 160 (Pa. 1856).

68.     In *Powell*, the Pennsylvania Supreme Court began its analysis by acknowledging the general rule that "[o]ne cannot, by a purchase at a tax sale caused by his failure to pay taxes which he **owed the state** or which he was otherwise legally or morally bound to pay, acquire a better title or a title adverse to that of other parties

**JA630**

in interest …." 34 A. at 451 (emphasis added).

69.     There are, according *Powell*, two classes of owners who are barred from purchasing land at a tax sale: (1) owners "chargeable with" paying the overdue taxes; and (2) landowners that "by contract or otherwise [assume] a duty to other parties concerned to make the payment." *Id*.

70.     As evidenced by the roughly equivalent depth of consideration of each, the holding in *Powell* has two parts corresponding to the two classes of purchasers precluded from acquiring better title at a tax sale.  This is because the court in *Powell* had to decide whether the tax sale purchaser fell into either of the barred classes identified above.

71.     As to the first class, persons charged with paying taxes, the holding of *Powell* is that an owner of unseated land is **not** "charged" with paying taxes on that land and, therefore, is not barred from purchasing the land unseated land at a tax sale.  *Id*.

72.     The Pennsylvania Supreme Court's holding in this regard is: "[i]n speaking of taxes on unseated lands, which are not a charge against the owner . . . there was nothing in reason or law to prevent the holder of a defective title from purchasing a better one at a tax sale."  *Id*.  When it explained this holding, the court expressly equated "chargeability" with personal liability for the tax, stating: "[t]he taxes under which the sale was made in this case were on unseated lands, and there

was no personal responsibility on the owner therefor.  The land alone is liable."  *Id.*

73.    Thus, rather than being "quite different" from the disabling "duty," as this Court erroneously concluded (Doc. 183 at 37), personal liability is the *sine qua non* of that "duty."[2]

74.    The Pennsylvania Supreme Court in *Powell* did not, as suggested by this Court, ground its holding in the fact that the tax sale purchaser did not own the land when the overdue taxes were assessed.  *See* Doc. 183 at 36 (discussing *Cox v. Gibson*).  To the contrary, this fact is mentioned at no point in *Powell's* discussion of the relevant law.  Rather, the Pennsylvania Supreme Court's focus in *Powell* was on whether the purchaser, as the owner of the unseated land, was personally liable for taxes on the land and it reached its decision since owners of unseated land are not personally liable for the taxes, *irrespective* of when taxes are assessed on the land.

75.    Additionally, while the Pennsylvania Supreme Court, commenting on a decision from the Michigan Supreme Court, did observe that an owner may be

---

[2]    When speaking of unseated land, the Pennsylvania Supreme Court has long equated "charge" with personal liability.  In *Hunter v. Cochran*, 3 Pa. 105 (Pa. 1846), the court, affirming and adopting the opinion of the lower court, explained: "[i]t is settled, that the charge of a tax upon unseated lands is no charge upon the person of the owner, but the land itself liable for the payment of it.    It is also decided, that whether the charge be in the name of the real owner or not, is a matter of no moment; if charge upon the land and not paid, a sale of the land, for the unpaid taxes, passes to the purchaser."

chargeable with taxes if in possession of the property when taxes are assessed, the outcome determinative inquiry is not whether the purchaser at the tax sale owned the property at the time the taxes were assessed. *See Powell*, 34 A. 451 (discussing *Lacey v. Davis*, 4 Mich. 140 (1856)). Rather, as concluded by *Powell*, the outcome determinative inquiry is whether the owner, as a result of owning the land or otherwise, was "charged" with paying the taxes. *Id*.

76. Once the holding in *Powell* is correctly stated, any confusion regarding the court's earlier decision in *Coxe v Gibson* is cleared up. The Pennsylvania Supreme Court in *Gibson* did not ignore the fact that the purchaser at the tax sale owned the unseated land when at least a portion of the taxes at issue were assessed. *See* Doc. 183 at 36 (discussing *Gibson*). Rather, as it later expressly recognized in *Powell*, this fact was *immaterial* because the land at issue was unseated when the taxes were assessed. 34 A.2d at 451. This meant that the owner, and tax sale purchaser, did not have personal liability for the taxes assessed during his ownership and, therefore, the landowner was not barred from purchasing his own land at the tax sale. *Id*.

77. The holding of *Powell* is perfectly consistent with the equitable concept that one should not be able to profit from the neglect of a legal duty or, as the court in *Powell* stated it, from the "failure to pay taxes which he **owed the state**." 34 A. at 451 (emphasis added). This is because, under Pennsylvania law, an owner of

unseated land is not viewed as having a legal duty to pay (*i.e.*, personal liability for) taxes assessed on the land. The owner does not "owe" taxes to the state. And, in the absence of personal responsibility for the taxes, the owner is not viewed as "profiting" from the tax sale. The owner does not escape or avoid liability – *because* the liability was never his to begin with.

78.     All owners of unseated land were identically situated, irrespective of whether they bought the land before or after taxes were assessed. Upon assessment, the tax liability attached to the unseated land and it remained with, or ran with, the land until satisfied. Because the unseated land, and not the owner, was the debtor, the taxes on unseated land burdened current and prior owners equally. Both were at risk of losing the unseated land at a tax sale, but neither was "charged" with (*i.e.*, personally liable for) the taxes. More importantly, when thinking about the purchasing bar, both owners – the owner at the time of assessment and the owner at the time of a tax sale – enjoyed the same benefit if they purchased at a tax sale. They got the property back free of liability and burdens.

79.     Because prior and current owners of unseated land were identically situated with respect to the unseated land and taxes assessed thereon, the bar to purchasing at a tax sale should apply equivalently to both owners. And, in fact, given the holdings of *Powell* and *Gibson*, it did.

80.     The Act of June 6, 1887, relied upon by this Court (Doc. 183 at 38), did

not disturb the holding of *Powell* or modify the rule that owners of unseated land were not personally liable for taxes assessed against the land. The 1887 Act, instead, confirmed the long-standing process by which taxes on unseated land were collected. It was always the practice that the land was assessed, and became liable for the tax, but owners were expected to remit the tax because, of course, the land could not make the actual payment. The 1887 Act simply recognized the reality of how taxes were actually paid. *See* Joint Exhibit J29.

81. The 1887 Act relied upon by the Court, moreover, pre-dates the Pennsylvania Supreme Court's 1896 decision in *Powell*, which was subsequently reaffirmed by the Court's 2016 decision in *Herder Spring* over a 100 years later. *See Herder Spring*, 143 A.3d at 367, 375. It must be presumed that the Pennsylvania Supreme Court, when it rendered its *Powell* and *Herder Spring* decisions, was aware of the 1887 Act and did not view it as imposing the "duty" found by this Court. The 1887 Act did not, moreover, as the Court acknowledged, change the common law. Doc. 183 at 38.

82. Section 5 of the Act of 1804, moreover, which the 1887 Act must be read in conjunction with, did not concern itself with who owned the unseated land or why the taxes were not paid. By its plain and unambiguous language, Section 5 of the Act of 1804 vested the first link in an entirely new chain of title in the purchaser at the tax sale, *regardless* of whether that purchaser was the owner of the

unseated land sold at the tax sale or had precipitated the tax sale by failing or refusing to pay the taxes thereon. *See Herder Spring*, 143 A.3d at 366, quoting Section 5 of the Act of 1804.

83. This Court's conclusion, then, that owners of unseated land had a "duty" to pay taxes on such land is contrary to decades of well-established Pennsylvania law. Doc. 183 at 36. The "lack of person liability" to pay taxes on unseated land – *i.e.*, the lack of any "charge against the owner" – necessarily renders the "duty" discovered by this Court illusory, non-existent, and one that simply could be neglected or breached by the owner. That is because the unseated land, not the owner, is the debtor, and the owner has the same right as stranger to become a purchaser at a tax sale of unseated land. *See Neil v. Lacy*, 1 A. 325 (Pa. 1885). *See also Herder Spring* at 366-67 (discussing *Powell*).

84. Because the unseated land, not the owner, is the debtor, it is irrelevant *how* that debt was created, and it makes no difference if the tax-sale purchaser induced the treasurer's sale by failing or refusing to pay the assessed taxes. Whether created by the owner of the unseated land through a deliberate tax avoidance scheme (like the one concocted by the Trust's predecessors-in-interest in this case) or by a third party, the debt still belongs to the unseated land, not to the owner of it.[3]

---

[3]     As the Court is aware from prior filings in this case, the tax sales the Trust seeks to undo in this, and other cases were the linchpin of a monopolistic business

85.     The Court, in its memorandum, strained to predict how the Pennsylvania courts would rule if confronted with the situation presented by this case – *i.e.*, where the surface owner of unseated land failed to pay the assessed taxes and then purchased, or had an alleged agent purchase, the property at tax sale.  *See* Doc. 183 at 36.  But the Pennsylvania Supreme Court, as aptly recognized by Chief Magistrate Judge Schwab's report, has already ruled on that very issue.  *See* Doc. 155 at 68-69.  It concluded, in both *Powell* and *Herder Spring*, and contrary to this Court's decision, that the owner of unseated land was not "chargeable" for the taxes and, consequently, was not barred, in the absence of some duty to a third party, from acquiring better title at a tax sale.  *See Powell*, 34 A. at 451-52; *Herder Spring*, 143 A.3d at 367, 375.

86.     In *Herder Spring*, the Pennsylvania Supreme Court expressly rejected this Court's conclusion that there was any "duty" on the owners of unseated land to pay the taxes thereon:

> As discussed, **tax on unseated land was the liability of the land rather than the owners**. Therefore, if the property was assessed as a whole property and none of the owners paid the tax, then the property would be sold as a whole to satisfy that tax. **As cogently set forth in *Powell v. Lantzy***, "[a]ny moral obligation to agree and jointly pay the tax, each contributing his just share, rested equally upon the owners of

model and tax avoidance scheme employed by the wealthy families whose assets are now held by the Trust.  The Trust's hands are filthy here.  *See An Historical Perspective of The Pennsylvania Title Wash*, 85 PA Bar Assn. Quarterly 106 (July 2014) (providing illuminating insight into wealth and tax avoidance in the early 1900s).

the different parts; **but there was no legal duty on either to do this**. It was their separate, not their joint, interests which were in peril." *Id.* at 550; *see also Proctor*, 166 F.Supp. at 475 ("[w]hen there is no separate assessment of the minerals, a purchase of the whole by the owner of the surface divests the title of the owner of the minerals"); *Hutchinson*, 199 Pa. 564, 49 A. 312. We find no distinction based upon the timing of the severance.

*Herder Spring*, 143 A.3d at 375 (emphasis added).

87.     Even if there was such a duty, as erroneously concluded by this Court on reconsideration of its prior grant of summary judgment for the Commission, the Trust cannot challenge the validity of the 1908 tax sale, over a century later, on the basis of that "duty."  Any such duty, per the Court's own reasoning, would have been owed by CPLC *to the state* (or to a third party) and not to the Trust's predecessors-in-interest.  The state was not wronged by the owner's purchase and, as between CPLC and the Trust's predecessors-in-interest, the state was simply not concerned with who purchased the property at the tax sale.

88.     Because unseated landowners had no legal duty to pay taxes on their land, McCauley Jr.'s purchase at the tax sale is neither "highly relevant" nor "material."  Doc. 183 at 43.

89.     It is of no consequence that McCauley, Jr. was purportedly acting as CPLC's agent at the 1908 tax sale, as CPLC was not, per *Powell* and *Herder Spring*, precluded from acquiring better title at the tax sale.

Respectfully Submitted,


PENNSYLVANIA GAME COMMISSION


July 1, 2021                     _s/_ Bradley C. Bechtel_____
                                Bradley C. Bechtel
                                PA No. 49681
                                W. Creigh Martson
                                PA No. 94759
                                2001 Elmerton Ave.
                                Harrisburg, PA 17110-9797
                                (717) 787-4250
                                brbechtel@pa.gov
                                wmartson@pa.gov
                                *Attorneys for Plaintiff*

IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Commonwealth of Pennsylvania,          :
Pennsylvania Game Commission,          :
                            Plaintiff  :
                                       :
                            v.         :  No. 493 M.D. 2017
                                       :  SUBMITTED:  October 2, 2019
Thomas E. Proctor Heirs Trust and      :
the Margaret O.F. Proctor Trust,       :
                          Defendants   :

BEFORE:   HONORABLE ELLEN CEISLER, Judge

OPINION NOT REPORTED

MEMORANDUM OPINION
BY JUDGE CEISLER                              FILED:  January 26, 2021

## I. Introduction

The Commonwealth of Pennsylvania, Pennsylvania Game Commission (Game Commission) filed a complaint (erroneously labeled as a petition for review) in this Court's original jurisdiction, in the nature of a quiet title action. Joint Pretrial Filing, Joint Statement of Undisputed Facts (Stip.) No. 1. The Game Commission seeks a declaration that it holds title in fee simple to both the surface and subsurface interests in a 2008.5 acre tract of land in Lewis and Gamble Townships, Lycoming County (Property).

The Game Commission acquired the Property in 1937. Stip. No. 2. The Thomas E. Proctor Heirs Trust and the Margaret O.F. Proctor Trust (jointly, Trusts), on behalf of the heirs of Thomas E. Proctor (Proctor), claim title to the subsurface

**JA640**

minerals, including natural gas, pursuant to an 1894 deed reservation of the subsurface interest.

The dispositive question of fact is whether the Property was unseated (*i.e.*, wild) land in 1908 and 1924, when it was exposed to tax sales. In their pretrial stipulations of fact, the parties agreed that it was. Stip. No. 24; *see* Stip. Nos. 17, 21. The Court therefore finds there are no longer any genuine issues of material fact remaining for trial. Accordingly, for the reasons set forth below, final judgment will be entered in favor of the Game Commission based on the facts as stipulated by the parties.

## II. Background

The Property includes lands comprising all or parts of warrants[1] originally held by Mary Rustin, Charlotte Rustin, John Reed, Robert Straub, William Barker,

---

[1]     As explained in the Historical Society of Pennsylvania's Land Records Guide, Pennsylvania's early land law developed from policies instituted by William Penn's sons in an attempt to encourage organized settlement and payment for the land. Generally, a person seeking to purchase land would submit an application to the Land Office. The secretary would issue a **warrant**, which described the land, the property adjoining the land, the purchaser, the purchase price, and the terms of sale. The issuance of the warrant triggered the surveyor general's responsibility for surveying the land, which would produce a survey map that identified important features on the land and adjoining properties and town and county boundaries, which helped to create cohesive maps of the area. Upon completion of the survey by the deputy surveyor, the surveyor general would verify the acreage, which included a six percent allowance for roads. After the survey was returned, a patent would be issued providing clear title from the state or the proprietor (such as the Penn Family) to the original purchaser of the property. Historical Society of Pennsylvania, Land Records Guide (2013) available at https://hsp.org/collections/catalogs-research-tools/subject-guides/land-records-guide; *see generally* Donna Bingham Munger, *Pennsylvania Land Records: A History and Guide for Research*, Section IV, (1991).

*Herder Spring Hunting Club v. Keller*, 143 A.3d 358, 360 (Pa. 2016).

John Barron, Jr., Samuel Straub, and Mary Rustin, Jr.  Stip. No. 4.  Prior to October 1894, Proctor purchased more than 59,000 acres of land in Lycoming County,[2] including the Property.  Stip. Nos. 5-6.  By deed dated October 2, 1894 (Proctor deed), Proctor and his wife conveyed lands including the Property to Elk Tanning Company, a subsidiary of U.S. Leather Company.  Stip. Nos. 7-8.  The Proctor deed reserved to Proctor, his heirs and assigns, "'all the natural gas, coal, coal oil, petroleum, marble and all minerals of every kind and character in, upon, or under the said land. . . .'"  Stip. Nos. 7, 9 (quoting deed).

Proctor died in December 1894.  Stip. No. 13.

By deed dated May 25, 1903, Elk Tanning Company conveyed lands including the Property to Central Pennsylvania Lumber Company (CPLC), another subsidiary of U.S. Leather Company.  Stip. Nos. 15-16.

In 1908, parts of the Property were exposed to a tax sale as unseated lands (1908 tax sale).  Stip. No. 17.  The parts of the Property subject to the 1908 tax sale included the former warrants of Samuel Straub, Charlotte Rustin, John Reed, Mary Rustin, and Mary Rustin, Jr.  *Id.*  The tax sale purchaser was Calvin H. McCauley, Jr. (McCauley).  Stip. No. 18.  By deed dated December 6, 1910,[3] McCauley and his wife quitclaimed back to CPLC for $1.00 the lands McCauley had purchased at the 1908 tax sale, including the parts of the Property that had been exposed to the 1908 tax sale.  Stip. No. 19.  By deed dated November 1, 1922, Elk Tanning Company quitclaimed its interest (if any) in the Property to CPLC.  Stip. No. 20.

---

[2] At the time of the 1894 conveyance, the Property lay entirely in Lewis Township.  Joint Pretrial Filing, Joint Statement of Undisputed Facts (Stip.) No. 12.

[3] Under applicable law at the time, there was a two-year redemption period during which the record owner could void the tax sale by paying the taxes at issue.  *See Herder Spring*, 143 A.3d at 375.

In June 1924, the Property was exposed to a tax sale as unseated lands (1924 tax sale). Stip. No. 21. The tax sale purchaser was A.F. Jones (Jones). *Id.* By deed dated June 10, 1926, Jones quitclaimed the Property back to CPLC. Stip. No. 23. In the interim, however, by deed dated October 25, 1924, CPLC conveyed the Property to William Caprio and Anthony Grieco (Caprio and Grieco). Stip. No. 22. The deed to Caprio and Grieco recited that it was subject to the reservation of mineral rights in the Proctor deed. *Id.*

**The Property was unseated when exposed to the 1908 and 1924 tax sales.** Stip. No. 25.

By deed dated May 21, 1937, Caprio and Grieco, along with their wives, conveyed the Property to the Game Commission. Stip. No. 24. That deed also recited that it was subject to the reservation of mineral rights in the Proctor deed. *Id.*

The Property's subsurface has been found to contain Marcellus shale natural gas reservoirs. The parties dispute whether the Game Commission or the Trusts own the rights to the natural gas.

After the Game Commission filed its complaint, the parties engaged in discovery and then filed cross-applications for summary judgment. In an *en banc* decision, this Court denied summary judgment, finding that unresolved material facts remained.

The parties subsequently filed their Joint Pretrial Filing, including stipulations of fact and descriptions of each party's contentions concerning unresolved facts for trial. As set forth above, the parties agree the Property was unseated land when exposed to the 1908 and 1924 tax sales. Stip. No. 25. The parties dispute whether the severance of surface and subsurface interests in the Property by the Proctor deed was reported to the Lycoming County Commissioners. They further dispute whether

**JA643**

McCauley and Jones were acting as CPLC's agents at the 1908 and 1924 tax sales, and thus, whether the tax sales gave rise to valid purchases by McCauley and Jones in their own rights or were merely redemptions for unpaid taxes on behalf of CPLC. Notwithstanding these disputes, the Game Commission maintains that the disputed facts are not material and that it is entitled to judgment as a matter of law.

### III. Issue

The overarching issue in this case is whether the 1908 and 1924 tax sales passed title to undivided interests in the Property, *i.e.*, whether the tax sales washed the title, such that the Game Commission acquired title to the subsurface as well as the surface interests in the Property.

### IV. Discussion

#### A. Applicable Burdens of Proof

The plaintiff in a quiet title action must recover on the strength of its own title, not the weakness of the defendant's title. *Albert v. Lehigh Coal & Navigation Co.*, 246 A.2d 840, 843 (Pa. 1968). The plaintiff has the burden to prove title by a preponderance of the evidence. *Moore v. Dep't of Env't. Res.*, 566 A.2d 905, 907 (Pa. Cmwlth. 1989). However, once the plaintiff presents a *prima facie* case, the burden shifts to the defendant. *Id.* The plaintiff presents a *prima facie* case by showing both parties are claiming their titles from a common source. *Id.*

#### B. Character of the Property as Unseated

Prior to 1947, land was characterized for property tax purposes as either seated or unseated.[4] *Herder Spring Hunting Club v. Keller*, 143 A.3d 358, 363 (Pa. 2016). Unseated land was essentially wild. *Id.* at 363-64. Whether land was seated or

---

[4] "In 1947, the legislature repealed some of the acts underlying the concept of unseated land taxation and, instead, defined 'property' for purposes of the [real estate tax laws] as including both seated and unseated land." *Herder Spring*, 143 A.3d at 363.

**JA644**

unseated was in the eye and discretion of each assessor. *Id*. Here, ***the parties agree*** the Property was unseated when it was exposed to the 1908 and 1924 tax sales. Stip. No. 25.

The landowner was not personally responsible for taxes on unseated land; the land itself was the source of payment for collection of delinquent taxes. *Herder Spring*, 143 A.3d at 364, 373. The record owner's name, if stated at a tax sale, was used merely to identify the property; it did not indicate any personal liability. *Id*.

Where title to a tract of unseated land had been severed into surface and subsurface interests, the holder of the surface title could acquire the subsurface rights by exposing the land to a tax sale and purchasing it at that sale, where the surface and subsurface interests were not assessed and taxed separately, and no one had a personal duty to pay the taxes, which were assessed only against the land. *Powell v. Lantzy*, 34 A. 450, 451 (Pa. 1896).

## C. Validity of 1908 and 1924 Tax Sales

Under the Act of 1885, 72 P.S. § 5933,[5] a tax sale of land as unseated was valid regardless of whether the land was actually seated or unseated, as long as it was both assessed and sold as unseated. *Commonwealth v. Thomas E. Proctor Heirs Trust*, No 1:12-CV-1567, 2019 U.S. Dist. LEXIS 217042, at *17-*19 (M.D. Pa. Dec. 18, 2019) (*Proctor* 217042) (citing, discussing, and following *Scott v. Bell*, 25 A.2d 308, 309 (Pa. 1942)). Moreover, any finding of fact on whether land assessed as unseated was really seated or unseated was improper, because a challenge to a tax sale on that basis was foreclosed as a matter of law. *Proctor* 217042, 2019 U.S. Dist. LEXIS 217042, at *17-*19 (citing, discussing, and following *Scott*, 25 A.2d at 309). In other words, even if an assessor erred in classifying a tract of land as seated

_____

[5] Section 1 of the Act of June 3, 1885, P.L. 71.

**JA645**

or unseated, a tax sale of that land was valid as long as the sale listed the land in the same category, either seater or unseated, in which the assessor had placed it. *Pittsburg*[6] *Hunting Club v. Snyder*, 51 Pa. Super. 174, 182 (1912).

Here, there is no dispute that the Property was both assessed as unseated and sold as unseated at the 1908 and 1924 tax sales. Stip. Nos. 17, 21, 25. Therefore, the tax sales were valid. *See Pittsburg Hunting Club*, 51 Pa. Super. at 182.

### D. Reporting Severance of Surface and Subsurface Interests

The legal obligation was originally on surveyors, and then on the original and subsequent owners, to inform the county commissioners of land owned pursuant to grants of warrant, to allow imposition of tax. *Herder Spring*, 143 A.3d at 369. The tax system treated unseated lands "entirely in reference to the original warrants when not otherwise directed by the owners." *Id.* (quoting *Heft v. Gephart*, 65 Pa. 510, 516 (1870), at 370 (quoting *Hutchinson v. Kline*, 49 A. 312, 313 (Pa. 1901)), at 372 (citing *M'Coy v. Michew*, 7 Watts & Serg. 386, 390 (Pa. 1844)). In other words, if there was not an owner pursuant to a grant of warrant, the tax system treated the land as not conveyed to anyone.

The Act of 1806[7] did not require reporting to county commissioners of a grantor's reservation of a subsurface interest. However, the lack of a report would be relevant to the commissioners' assessment of unseated land, which was based on such reports. *Herder Spring*, 143 A.3d at 360. The Act of 1806 imposed reporting

---

[6] During the period when the cited case was decided, there was a spelling controversy over whether to include the "h" at the end of "Pittsburgh." *See* Popular Pittsburgh, "What's in an H?" https://popularpittsburgh.com/whatsinanh/#:~:text=The%20official%20spelling%20of%20the%2 0city%20has%20always,England%E2%80%99s%20Prime%20Minister%20at%20the%20time% 2C%20William%20Pitt (last visited January 25, 2021).

[7] Act of March 28, 1806, P.L. 644, repealed by the Act of April 6, 1949, *formerly* 72 P.S. §§5481-87.

duty only on one "becoming" a holder of unseated land; one reserving a subsurface interest did not thereby "become" a holder, and so incurred no reporting duty. *Herder Spring*, 143 A.3d at 372. If neither the seller nor the purchaser reported the severance, the land would continue to be assessed and taxed as a whole. *Id.*

Here, the Trusts argue that this Court should infer notice of the severance of the subsurface interest in the Property from the reservation in the deed. However, a deed creating a separate estate in the subsurface of a tract of land did not constitute notice or reporting to the county commissioners or assessors concerning the separate subsurface interest as required by the Act of 1806, because the commissioners were not required to search land records in order to learn of a severance. *Id.* at 370 (citing *Hutchinson*, 49 A. at 313).

Without proof to the contrary, courts presume a severance was never reported. *Herder Spring*, 143 A.3d at 370. That presumption applies here. More importantly, however, as explained in the next section, whether a severance was reported is ultimately irrelevant to the disposition of this case.

### E. Title Wash

The Game Commission maintains that the 1908 and 1924 tax sales washed the title to the Property, thus eliminating the previous severance of the subsurface interests. As explained above, failure to report a severance of the subsurface interest in unseated land had the practical effect that the property would be assessed and taxed as a whole. *Id*. However, the pertinent question in determining whether there was a title wash by a tax sale of unseated land was not who was responsible to report a severance and reservation of a subsurface interest, or even whether the severance/reservation was reported at all, but only whether the assessment and taxation were on the entire estate without severance of the subsurface interest.

*Commonwealth of Pa., Pa. Game Comm'n v. Thomas E. Proctor Heirs Trust*, No. 1:12-CV-01567, 2019 U.S. Dist. LEXIS 28522 at *86 (M.D. Pa. Feb. 21, 2019) (*Proctor* 28522) (citing *Herder Spring*, 143 A.3d at 368, 375; *Proctor v. Sagamore Big Game Club*, 166 F.Supp. 465, 475 (W.D. Pa. 1958) (*Sagamore I*), *aff'd on other grounds*, 265 F.2d 196 (3d Cir. 1959) (*Sagamore II*)).

Property divided into surface and subsurface interests was still sold as a whole at a tax sale if the interests were not separately assessed. *Herder Spring*, 143 A.3d at 368 (citing *Powell*, 34 A. at 451). Regarding assessment, a bare reservation of oil and gas rights by a grantor of unseated lands did not create a separate taxable estate in the subsurface minerals, because such minerals might not exist. *F.H. Rockwell & Co. v. Warren Cnty.*, 77 A. 665, 666 (Pa. 1910).

A subsurface estate is subject to taxation only if the value of the mineral rights is shown, either through current production or by evaluation of neighboring properties. *Herder Spring*, 143 A.3d at 373. Here, the Trusts argue there is a question of fact whether the value of the mineral rights relating to the Property was established by development of such rights on neighboring properties, such that there was a basis for separate taxation of the subsurface estate. However, the potential value of the subsurface rights is irrelevant to whether the Property's assessment addressed the whole warrant or only the surface, because without a separate assessment, land was legally required to be taxed, and therefore sold at a tax sale, as a whole. *See id.* at 374-75. Similarly, the Trusts' alternate assertion, contending the reason there was no separate assessment was that there was no basis to value the mineral rights, does not support the Trusts' claim to the subsurface estate, because the potential value of the subsurface minerals was irrelevant to whether a tax

assessment related to the entire warrant. *Proctor 28522*, 2019 U.S. Dist. LEXIS 28522, *90-*91 (citing *Herder Spring*, 143 A.3d at 373).

Notably, ***the Trusts concede the subsurface interest was not separately assessed***, ***because there was no basis to do so***:

> ***The subsurface estate of the [Property was] not separately assessed*** prior to the 1908 tax sale because there was no production of the oil, gas, or minerals prior to that time. . . . [The subsurface estate] could only be assessed when development occurred to form the basis of the assessed value and "[a] mere naked reservation of oil and gas in a deed without any other facts to base a valuation upon is not sufficient to warrant the assessment of taxes."

Defs.' mt. for summ. judg., 2/15/19, at 58 ¶ 122 (emphasis added) (quoting *F.H. Rockwell*, 77 A. at 666). *See also* Br. of Defs. in opposition to Pl.'s mt. for summ. Judg., 3/1/19, at 2 (describing as "fanciful" the Game Commission's argument that the subsurface estate could or should have been separately assessed, and asserting that separate assessment, without a basis to value the subsurface estate, "was forbidden under the law as it was in effect at the time"); Answer to Pl.'s mt. for summ. judg., 3/1/19, at 6 ¶ 8, 12 ¶ 21, 18 ¶ 57 (denying that a separate assessment "would have been permissible under governing law" in the absence of development of the subsurface estate; quoting *F.H. Rockwell*, 77 A. at 666).

Without evidence that either CPLC or Proctor reported a separation of surface and subsurface interests, that the mineral rights were separately assessed, that separate taxes were imposed or paid, or that a timely challenge was raised to the absence of a separate assessment, the court in *Proctor 217042* was compelled to conclude the 1908 tax sale offered the entire warrant, both surface and subsurface, of the tract of land at issue in that case. *Id.*, 2019 U.S. Dist. LEXIS 217042 at *37. We find that reasoning persuasive here.

Where there was no separate assessment of subsurface rights, a purchase of the whole at a tax sale, even by the surface owner, divested the subsurface owner's interest. *Herder Spring*, 143 A.3d at 368 (citing *Sagamore I*, 166 F.Supp. at 475). Indeed, under the Acts of 1804[8] and 1815,[9] it was common, and perfectly legal, for landowners to clear all sorts of clouds on their titles by exposing their lands to tax sales and then purchasing them at the sale for the amount of the back taxes. *Herder Spring*, 143 A.3d at 160.

### F. Purchase by Alleged Agent of Owner; Alleged Redemption

The owner of the surface and the owner of the subsurface in the same property have no common interest giving rise to any duty that would make a tax sale purchase of both surface and subsurface by the surface owner inequitable. *Proctor 28522*, 2019 U.S. Dist. LEXIS 28522 at *75-*76 (quoting *Powell*, 34 A. at 451-52). There

---

[8] Act of April 3, 1804, P.L. 517, repealed by the Act of April 6, 1949, P.L. 394, *formerly* 72 P.S. §§ 5481, 5485, 5791, 5893, 6044, 6092. As our Supreme Court explained in *Herder Spring*:

> The Acts of 1806 and 1815, which amended the Act of 1804, have been repealed in large part. *See e.g.* 1947, July 7, P.L. 1368, No. 542, 72 P.S. § 5860.801 (repealing the Act of 1804 and 1815 as to certain taxing districts). Nevertheless, *the Acts were in force during the tax sale at issue in this case*. The Act of 1804, April 3, P.L. 517, 4 Sm. L. 201, was entitled "An act directing the mode of selling unseated lands for taxes." The Act of 1806, March 28, P.L. 644, 4 Sm. L. 346, was entitled "A supplement to the act entitled 'An act enjoining certain duties on the holders of warrants not executed, and on the holders of unseated lands.'" The Act of 1815, March 13, P.L. 177, 6 Sm. L. 299, amended the Act of 1804, and was itself amended by the Act of 1847, March 9, P.L. 278.

*Herder Spring*, 143 A.3d at 365 (emphasis added). This analysis in *Herder Spring* applies equally here.

[9] Act of March 13, 1815, P.L. 177, *as amended*, 72 P.S. §§ 5792, 5911, 5981, 6043, 6091, 6093, 6131, 6132, 6134, 6136.

is likewise no fiduciary relation between the owner of the surface and the owner of subsurface interest that would prevent one from buying the other's interest at a tax sale. *Proctor 28522*, 2019 U.S. Dist. LEXIS 28522 at *76 (quoting *Hutchinson*, 49 A. at 313).

Under modern Pennsylvania law, an owner cannot repurchase his own property at a tax sale. *See Gates v. Clearfield Cnty. Tax Claim Bureau* (Pa. Cmwlth., No. 541 C.D. 2008, filed Oct. 23, 2008), 2008 Pa. Commw. Unpub. LEXIS 547, *5 (unreported) (citing Section 618(a) of the Real Estate Tax Sale Law[10]).  However, as discussed above, under prior law, an owner could wash his title by exposing his land to a tax sale and then purchasing it at that sale.  Accordingly, if the land was unseated, whether the purchaser at a tax sale was the owner's agent was immaterial, because the surface owner could purchase both the surface and subsurface interests where land was unseated at time of tax sale and the surface and subsurface interests were not separately assessed. *Proctor 28522*, 2019 U.S. Dist. 28522 at *37 (citing *Herder Spring*, 143 A.3d at 367); *see also Proctor 217042*, 2019 U.S. Dist. LEXIS 217042 at *42-*43 (agency status of tax sale purchase had no legal effect on tax sale of unseated land; owner/principal was not barred from acquiring improved title through tax sale).  Thus, *if the land was unseated at the time of the tax sale, the result was a title wash.* *Proctor 28522*, 2019 U.S. Dist. LEXIS 28522 at *92 (citing generally *Herder Spring*).

The rule in *Powell* that one cannot acquire by a tax sale a title better than he previously had, rests on the premise that one cannot profit from his own wrong. However, *Powell* applies only where there is a duty to pay the taxes.  Even where CPLC properly reported its ownership of the surface interest regarding tracts other

---

[10] Act of July 7, 1947, P.L. 1368, added by the Act of July 3, 1986, P.L. 351, *as amended*, 72 P.S. § 5860.618(a).

than the Property, CPLC had no duty to pay taxes on those unseated lands, because the land itself was the only source of enforcing payment of delinquent taxes. (Indeed, that is why, as discussed above, whether a severance was reported is irrelevant to the validity and legal effect of a tax sale of unseated lands.)

Accordingly, McCauley and Jones, whether or not they were purchasing the Property on behalf of the owner, CPLC, at the 1908 and 1924 tax sales, took good title to the lands purchased; the purchases were *not* merely redemptions. Their alleged agency status was irrelevant to the nature of the title passed by the tax sales. *See Proctor 217042*, 2019 U.S. Dist. LEXIS 217042 at *40 (applying and predicting Pennsylvania law).

### G. Effect of Title Wash on Reservations in Other Deeds

If a tax sale resulted in a title wash, it extinguished a prior reservation of the subsurface estate; the tax sale purchaser, even if he was the owner's agent, became the "first link in a new chain of title." *Proctor* 28522, 2019 U.S. Dist. LEXIS at *94 (quoting *Herder Spring*, 143 A.3d at 378); *see Keta Gas & Oil Co. v. Proctor* (Pa. Super., No. 1975 MDA 2018, filed Dec. 6, 2019), 2019 Pa. Super. Unpub. LEXIS 4532 at *18-*19 (unreported)[11] (quoting *Herder Spring*, 143 A.3d at 379). Here, as discussed above, the 1908 and 1924 tax sales washed the title of the Property.[12] Therefore, there was no longer a reservation of the subsurface.

_____

[11] Although not precedential, unreported opinions of the Superior Court filed after May 1, 2019 may be cited for their persuasive value. 210 Pa. Code § 65.37; Pa. R.A.P. 126(b)(1).

[12] This Court notes as persuasive the decisions of other courts that have considered similar title disputes involving Proctor's heirs. Those courts found that other tax sales to McCauley also extinguished deed restrictions purporting to reserve subsurface interests to Proctor's heirs. *See Commonwealth v. Thomas E. Proctor Heirs Trust*, No 1:12-CV-1567, 2019 U.S. Dist. LEXIS 217042, at *44 (M.D. Pa. Dec. 18, 2019); *Commonwealth of Pa., Pa. Game Comm'n v. Thomas E. Proctor Heirs Trust*, No. 1:12-CV-01567, 2019 U.S. Dist. LEXIS 28522 at *17 (M.D. Pa. Feb.

Moreover, recitals of the reservations in the deeds from CPLC to Caprio and Grieco and from Caprio and Grieco to the Game Commission, deeds to which Proctor's heirs were strangers, could not revive a subsurface interest or transfer any such interest to the heirs. *Proctor 28522*, 2019 U.S. Dist. LEXIS at *97-*98 (citing *Sagamore II*, 265 F.2d at 201; *In re: Condemnation by Cnty. of Allegheny of Certain Coal, Oil, Gas, Limestone & Mineral Props.*, 719 A.2d 1, 3-4 (Pa. Cmwlth. 1998)).

In addition, a deed's reference to an exception for a subsurface reservation in another deed is merely a protective measure to avoid breach of the title warranty; it does not express an intent to limit the conveyance, and it does not reinvigorate a subsurface interest which was previously lost at a tax sale. *Proctor 217042*, 2019 U.S. Dist. LEXIS 217042 at *44; *Proctor 28522*, 2019 U.S. Dist. LEXIS at *97-*98. This is a separate and additional rule from the stranger-to-the-title rule above, which also applies. *See Proctor 28522*, 2019 U.S. Dist. LEXIS at *98. The federal courts in *Proctor 217042* and *Proctor 28522* expressly applied this rule to Proctor's heirs in relation to other tracts of land and found that because the 1908 tax sale extinguished their subsurface interests, references in later deeds to the Proctor deed's reservation of subsurface interests did not revive those interests. *Proctor 217042*, 2019 U.S. Dist. LEXIS 217042 at *44; *Proctor 28522*, 2019 U.S. Dist. LEXIS at *99-*100. This Court reaches the same conclusion here. The recitals of the Proctor deed's reservations in the deeds from CPLC to Caprio and Grieco, and from Caprio and Grieco to the Game Commission, could not and did not revive the Proctor heirs' subsurface interests in the Property, which were extinguished by the 1908 and 1924 tax sales.

21, 2019); *Keta Gas & Oil Co. v. Proctor* (Pa. Super., No. 1975 MDA 2018, filed Dec. 6, 2019), 2019 Pa. Super. Unpub. LEXIS 4532 at *19 (unreported).

The Trusts nonetheless assert that the principle of estoppel by deed prevents the Game Commission from disclaiming the reservation of subsurface interests contained in the deed from Caprio and Grieco to the Game Commission. However, estoppel by deed is not applicable here. A deed's recitation that it is subject to restrictions in some other deed does not make those restrictions applicable if they do not otherwise apply. "Subject-to" language referring to restrictions that do not in fact exist does not impose those restrictions on the granted land. *Proctor 28522*, 2019 U.S. Dist. LEXIS at \*106-\*07 (quoting *Burns v. Baumgardner*, 449 A.2d 590, 593 (Pa. Super. 1982)); *Keta Gas*, 2019 Pa. Super. Unpub. LEXIS 4532 at \*19 (citing *Herder Spring*, 143 A.3d at 379).

The party asserting estoppel to claim title has the burden to establish the estoppel. *Albert*, 246 A.2d at 847. Here, as explained above, any reservation of subsurface interests in the Proctor deed was extinguished by the 1908 and 1924 tax sales. Therefore, those interests no longer existed when subsequent deeds were executed. The Game Commission is not estopped from challenging the validity of the deed restriction.

## H. Two-Year Time Limit to Challenge Tax Sale

Finally, Section 4 of the Act of 1815, 72 P.S. § 6091, provides a two-year redemption period after a tax sale of unseated land. Failure of either surface or subsurface owner to redeem within 2 years extinguishes that owner's title. *Herder Spring*, 143 A.3d at 375; *see Proctor 28522*, 2019 U.S. Dist. LEXIS at \*49 (challenges to tax assessment had to be brought within the statutory two-year period and could not be collaterally asserted 50 years later) (quoting *Herder Spring*, 143 A.3d at 366); *Proctor 28522*, 2019 U.S. Dist. LEXIS at \*91 (citing *Herder Spring*, 143 A.3d at 374) (any dispute of county commissioners' failure to assess surface and

**JA654**

subsurface interests separately had to be raised within the 2-year redemption period after the tax sale); *Keta Gas*, 2019 Pa. Super. Unpub. LEXIS 4532 at *17 (citing *Herder Spring*, 143 A.3d at 374) (same); *Proctor 217042*, 2019 U.S. Dist. LEXIS 217042, at 27, *33-*34 (classification of land as unseated was not subject to collateral attack). Neither Proctor's heirs nor the Trusts on their behalf raised any challenge to either the 1908 or 1924 tax sale within two years thereafter. Therefore, to the extent the Trusts now assert any argument based on invalidity of either tax sale, such an argument, raised a century after the tax sales, is rejected.

Although a tax sale cannot be collaterally attacked after two years, it is still proper to defend a quiet title action by asserting that a tax sale at which the plaintiff obtained its title was void. However, the respondent must still plead a viable basis to find the tax sale was void. *Cornwall Mountain Invs., L.P. v. Proctor Heirs Trust*, 158 A.3d 148, 160 (Pa. Super. 2017). Bases to void a tax sale are limited to irregularities in the sale, such as that the property sold was assessed as seated and then was improperly sold as unseated, or the converse; that the property was not correctly identified; that the deed was forged; or that the treasurer lacked authority to sell. *Id.* at 160-61.

Here, as discussed above, it is undisputed that the Property was both assessed and sold as unseated land. The Trusts do not assert that the Property was incorrectly identified at the time of either tax sale, that any deed was forged, or that the county treasurer lacked authority to conduct either tax sale. This Court therefore finds there is no basis to find either the 1908 or 1924 tax sale to be void as a defense to the Game Commission's complaint.

## V. Summary

The Property was unseated when Proctor sold it to Elk Tanning in 1894.  It remained unseated after severance of the subsurface interests in the Proctor deed in 1894.  It was still unseated when Elk Tanning later sold it to CPLC.  The Property was assessed as unseated at all pertinent times and was sold as unseated at the 1908 and 1924 tax sales.  Because the Property was sold at the 1908 and 1924 tax sales as unseated in conformity with its assessment, the tax sales were valid.

The Act of 1806 required one becoming a holder of unseated lands to report that holding to the county commissioners.  However, Proctor, an owner retaining a subsurface interest while selling the surface, was not required to report the severance of surface and subsurface interests.  Contrary to the Trusts' argument, the Proctor deed did not legally constitute a report of the severance to the Lycoming County Commissioners.  Without evidence of reporting, courts presume the severance was not reported.  In the absence of a report of the severance by either the surface or subsurface owner, the Property continued to be assessed and taxed as a whole.

More importantly, the pertinent inquiry is not whether the severance was reported, but rather, whether the severance resulted in separate assessments of the surface and subsurface interests.  Proctor's bare reservation of mineral rights in the Proctor deed conveying unseated lands did not create a separate taxable estate in the subsurface minerals.  The subsurface interest in the Property remained unseated through lack of development; therefore, there was no basis to assess it separately.

The Trusts concede the subsurface interest was not separately assessed, because there was no basis to do so.   Without separate assessments of the surface and subsurface interests, the Property was necessarily sold as a whole at the 1908 and 1924 tax sales, including both surface and subsurface interests, thereby washing

the title. Therefore, the 1908 and 1924 tax sales divested the Trusts' interests in the subsurface minerals.

Moreover, it does not matter whether McCauley and Jones, the tax sale purchasers, were CPLC's agents at the 1908 and 1924 tax sales. The law at the time allowed an owner, either on his own or through his agent, to acquire an improved title by exposing his property to a tax sale. Therefore, even if McCauley and Jones acted as CPLC's agents in purchasing the Property, each sale constituted a title wash and not merely a redemption.

Because the 1908 and 1924 tax sales washed the title, there was no longer a reservation of a separate subsurface interest. Recitations of the purported reservation in later deeds, to which the Trusts were strangers, could not revive the extinguished reservation. The recitations were merely protective by the sellers, to avoid any breach of title warranty; they did not limit the title conveyed.

Finally, all challenges, including a challenge to the county commissioners' failure to assess the subsurface interest separately, had to be brought within the two-year redemption period after each tax sale. Although a defendant in a quiet title action may defend on the basis that the tax sale at issue was void, it must still plead a viable basis to void the sale. Such bases are narrow and relate to irregularities in the sale such as assessment of the property in one category (seated or unseated) and sale in the other category, misidentification of the property, forgery of the deed, or unauthorized sale by the county treasurer. Here, the Trusts concede the Property was both assessed and sold as unseated. They do not assert any other viable basis to void the 1908 or 1924 tax sale. Therefore, the Trusts could not challenge either the 1908 or 1924 tax sale after the two-year redemption period expired.

## VI. Conclusion

Based on the foregoing analysis, the Game Commission is entitled to judgment in its favor as a matter of law.

_____
ELLEN CEISLER, Judge

IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Commonwealth of Pennsylvania, :
Pennsylvania Game Commission, :
            Plaintiff :
             :
     v. : No. 493 M.D. 2017
             :
Thomas E. Proctor Heirs Trust and :
the Margaret O.F. Proctor Trust, :
          Defendants :

## O R D E R

AND NOW, this 26th day of January, 2021, this decision is issued based on undisputed material facts to which the parties have stipulated, in lieu of a bench trial. For purposes of post-trial proceedings, this is a final judgment equivalent to judgment entered following a bench trial.

Upon full consideration of the stipulated facts, judgment is entered in favor of the Commonwealth of Pennsylvania, Pennsylvania Game Commission (Game Commission). The Court declares the Game Commission is the fee simple owner of both the surface and subsurface interests in the 2008.5 acre tract of land in Lewis and Gamble Townships, Lycoming County, which is the subject of this action and which includes lands comprising all or parts of warrants originally held by Mary Rustin, Charlotte Rustin, John Reed, Robert Straub, William Barker, John Barron, Jr., Samuel Straub, and Mary Rustin, Jr.

_____
ELLEN CEISLER, Judge

Order Exit
01/26/2021

**JA659**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA,
PENNSYLVANIA GAME COMMISSION,

　　　　Plaintiff,

　　v.

THOMAS E. PROCTOR HEIRS TRUST,

　　　　Defendant.

Case No. 1:12-CV-1567

Judge Christopher C. Conner

## DEFENDANT'S PROPOSED FINDINGS OF FACT AND
## CONCLUSIONS OF LAW

Defendant, the Thomas E. Proctor Heirs Trust (the "Proctor Trust"), hereby submits the following Proposed Findings of Fact and Conclusions of Law with respect to the April 27, 2021 bench trial in this action:

## I. INTRODUCTION

This action involves a dispute over who owns the oil, gas, and mineral rights associated with numerous tracts of land in Bradford and Sullivan Counties in northeastern Pennsylvania. The Court issued a Memorandum Opinion in connection with the parties' cross-motions for partial summary judgment regarding a bellwether tract of land – the Josiah Haines Warrant – in Bradford County. In that Memorandum, the Court identified two factual issues to be resolved at trial: (1) the scope of the 1907 assessment and 1908 tax sale and (2) whether Calvin H. McCauley, Jr. ("McCauley Jr."), the tax sale purchaser, was an agent of Central

**JA660**

Pennsylvania Lumber Company ("CPLC"), the defaulting surface owner.  The
Court convened a bench trial to address these issues on April 27, 2021.

The facts show that severance of the subsurface estate was reported to the
County Commissioners and therefore the tax assessment and resulting tax sale did
not encompass the subsurface estate.  In addition, the facts show that McCauley Jr.
was a long-standing agent of CPLC. The Pennsylvania Game Commission did not
introduce any evidence that he renounced his agency prior to the sale and for good
reason. The facts show the opposite - he continued to represent CPLC through at
least 1917.  McCauley's Jr's agency is consistent with, and the only logical
explanation for, CPLC's payment of taxes for the Josiah Haines Warrant *after*
McCauley Jr. purchased it and his conveyance of that warrant back to CPLC for
$1.  As a result, the title to the oil, gas, and minerals of the Josiah Haines Warrant
remains with the Proctor Trust and the heirs of Jonathan A. Hill.

## II.    PROPOSED FINDINGS OF FACT

### A.    The Parties and Jurisdiction

1.      The Commonwealth of Pennsylvania, Pennsylvania Game
Commission (the "PGC") is an independent state administrative agency with its
principal office located at 2001 Elmerton Avenue, Harrisburg, PA 17110.  (Sec.
Am. Compl., ECF No. 40, ¶ 1).

2.      The Thomas E. Proctor Heirs Trust (the "Proctor Trust"), is a

**JA661**

Massachusetts trust, whose trustees and beneficiaries are not citizens of Pennsylvania. (Sec. Am. Compl. ¶ 2-3). The Proctor Trust is comprised of the heirs of Thomas E. Proctor and/or successors to his interest in the Josiah Haines Warrant. (Stipulation of Facts ("Stip."), ECF No. 205, ¶ 10).

3.   The amount in controversy exceeds $75,000. (Sec. Am. Compl. ¶ 3).

**B.   The Josiah Haines Warrant**

4.   By warrant dated January 22, 1793, the Commonwealth of Pennsylvania warranted a tract of land located in what was then Northumberland County to Josiah Haines (the "Josiah Haines Warrant"). (Stip. ¶ 1).

5.   By patent dated June 27, 1794, the Commonwealth subsequently conveyed the Josiah Haines Warrant (also known as "Trap"), patented at 407¾ acres, to Daniel Brodhead. (Stip. ¶ 2).

6.   The Josiah Haines Warrant is located in what is now LeRoy Township, Bradford County. (Stip. ¶ 3).

7.   Through a series of conveyances, Schrader Mining & Manufacturing Co. acquired ownership of the Josiah Haines Warrant along with 44 other warrants in Bradford and Sullivan Counties. (Stip. ¶ 4; J3).

8.   By deed dated June 5, 1893, Schrader Mining & Manufacturing Co. conveyed a total of forty-five tracts (collectively, the "Schrader Lands"), including the Josiah Haines Warrant, to Thomas E. Proctor and Jonathan A. Hill ("Proctor &

Hill"). (Stip. ¶ 5; J3; *see also* D9.007).

9.      The Bradford County assessment records reflect Proctor & Hill's ownership of the Schrader Lands through notations referencing acreage adjustments resulting from the "Gen. Hill Map" and "Proctor & Hill Map" of the Schrader Lands.  (D51.001-004; Gass Tr. at J31.034:5-37:5).

10.      The Bradford County Historical Society has the map of the Schrader Lands, which contains references to Proctor & Hill.  (D49; Gass Tr. at J31.039:24-41:9).

**C.      The Proctor Reservation**

11.      By deed dated October 27, 1894 (the "Union Tanning Deed"), Thomas E. Proctor and his wife Emma H. Proctor, and Jonathan A. Hill and his wife Lucy M. Hill, conveyed the surface estate of 39[1] of the 45 tracts contained within the Schrader Lands, including the Josiah Haines Warrant, along with the bark rights for four tracts within the Schrader Lands and other tracts in Sullivan County to Union Tanning Co. (collectively, the "Union Tanning Lands") (Stip. ¶ 6; J4).

12.      Proctor & Hill reserved "all the minerals, coal, oil, gas, or petroleum"

---

[1] The first set of lands in the deed recites 38 tracts of land and 4 tracts of bark rights.  The Richard Fullerton warrant, which derives from the same source deed from Schrader Mining and Manufacturing, is conveyed later within the Union Tanning Deed.  (J4.009-11.)

JA663

(the "Subsurface Estate") from the lands conveyed to Union Tanning.  (J4.013).

13.     Specifically, the Union Tanning Deed provides that:

> And the same grantors herein Thomas E. Proctor and Jonathan A. Hill hereby expressly reserve, and save to themselves their heirs and assigns, all the minerals, coal, oil, gas, or petroleum found now or hereafter, on or under the surface of any or all of the lands described in each of the above mentioned parts or divisions, and conveyed by this Indenture, together with the right and privilege of ingress, egress, and regress upon said lands for the purpose of operating or developing, working, or removing the same.

(J4.013).

14.     Additionally, Proctor & Hill retained the fee less bark rights of the Henry Beck, John Graff, Thomas Dundas and James Biddle warrants (collectively, the "Proctor & Hill Retained Lands").  (J4.002).

**D.     The Transaction Severing the Subsurface Was Reported**

15.     The transaction involving the conveyance of lands from Proctor & Hill to Union Tanning was reported to the Bradford County Commissioners.

16.     Reporting was performed at the county level, but the County Commissioners would enlist assessors for each township to assess the taxable persons and properties within each township.  The County Commissioners would send a letter or a recapitulation statement along with an assessment book to the township assessors.  (D50; D1-3).  The recapitulation statement provided instructions to the assessors.  (D50).  The township assessors would return the

**JA664**

township books to the County Commissioners, who would then compile the County Assessment book from the information received from each township. (J8-11, D47).

17.     Beginning in 1894, the Bradford County Assessment records reflect that the taxes on the Schrader Lands were paid by Union Tanning Co. (J8.009-12). The assessment of one warrant in Barclay township states "Union Tanning Co. Claims No Such Land," which demonstrates that Union Tanning reported its ownership interests to the County Commissioners. (D51.007).

18.     The 1894 Bradford County Assessment records for LeRoy township cross out the road taxes for the Schrader Lands and contain a notation that the "Road taxes worked out by Proctor and Hill." (D51.009).

19.     The 1896 LeRoy Township Assessment records contain a handwritten note stating "The figures in pencil are the latest Survey of land belonging to the Union Tanning Co. and Proctor and Hill." (D1.001). Below the note, "U.T. Co." is listed in the "Remarks" column adjacent to the warrant names. *Id.*

20.     Following the entries for Union Tanning, the 1896 LeRoy Township Assessment records list "Proctor and Hill" in the "Remarks" column adjacent to the Henry Beck, John Graff, Thomas Dundas and James Biddle warrants – the Proctor & Hill Retained Lands reserved in the Union Tanning Deed. (D1.004).

21.     The Barclay Township assessment records contain notations of

"Union Tanning Co" in "Remarks" column for the Union Tanning Lands and "P & Hill" in the "Remarks" column for the Proctor & Hill Retained Lands. (D2.012-038).

22.    The 1898 LeRoy Township assessment records make clear that the references to "U.T. Co." reflected ownership because the warrants, including Josiah Haines (listed as Joseph Hines),[2] are under the heading "Unseated Lands in Warrant names assed to the Union Tanning Company." (D1.005).  Similarly, the Proctor & Hill Retained Lands are listed under a heading "Unseated Lands assed. to Proctor & Hill."  (D1.008).

23.    The 1899 LeRoy Township assessment records list the Union Tanning Lands under the heading "Unseated Lands in Warrantee Names assessed to Union Tanning Co."  (D1.009).  Again, the Proctor & Hill Retained Lands are listed under a heading "Unseated Lands assessed to Proctor & Hill."  (D1.010).

24.    Additional years show adjustments made by the County Commissioners for Proctor & Hill Retained Lands (D2.001-006, D3.001-003).  For instance, in 1896, the Barclay Township records make an adjustment to the acreage

---

[2] The Josiah Haines warrant is identified as Joseph Hines for a period of years between 1897 and 1906, but the identification of the warrant acreage remains 410 acres throughout that period.  In addition, the County Assessment records mirror the Township Assessment records in the changes between Josiah Haines and Joseph Hines.  (*See, e.g.,* D1.005 (Joseph Hines), D1.021 (Josiah Haines); J10.005 (Joseph Hines), J11.005 (Josiah Haines).)

of the Thomas Dundas warrant because of the Proctor & Hill survey. (D2.006). In 1897, the acreage on Proctor & Hill Retained Lands was adjusted to account for seated assessments of Proctor & Hill. (D2.011). These records reflect communication between Proctor & Hill and the County Commissioners regarding their property ownership.

25.     In addition, the county assessment records show the reported ownership. The 1900 Bradford County Assessment records for LeRoy Township contain notations adjacent to the warrants in the township column noting "UT Co" for the properties owned by Union Tanning and "P&H" for the Proctor & Hill Retained Lands reserved by Proctor and Hill in the Union Tanning Deed. (D51.011). The taxes for the "UT Co" lands were paid by Union Tanning and the taxes for the "P&H" lands were paid by "J.A. Hill." (*Id*.).

26.     The 1902 Bradford County Assessment records for Overton Township contain a notation adjacent to the first Union Tanning property listed stating "UT Co.   Ridgway Pa    S A Rote." (D51.013). SA Rote was the tax agent for Union Tanning and Elk Tanning. (D4.007 & D53.001). The same column notes a transfer of the George Moore warrant from "T. Rouse to UT Co. 1902" – demonstrating that the notations within the township column reflect the reported ownership. (D53.013).

### E.   CPLC Reported Its Interest in the Surface Estate

27.     In 1903, CPLC was formed to take over the land and lumber interests of the Penn, Elk and Union Tanning companies, which comprised several hundred thousand acres.  (D53.001-02).

28.     By deed dated May 25, 1903 (the "Union-CPLC Deed"), Union Tanning conveyed all of its lands owned in Bradford and Sullivan Counties, including the Josiah Haines Warrant, to CPLC.  (Stip. ¶ 11; J5).  Union Tanning retained the bark rights and the deed was made subject to the Proctor & Hill reservation.  (J5.004, J5.006).

29.     Following CPLC's acquisition of Union Tanning's lands, CPLC is identified as the owner of the lands in the township and county assessment records. (D1.018-21, 23; D2.040-46; D3.007-11; D51.015-18).

30.     Specifically, the 1907 assessment for LeRoy Township lists "C.P.L.Co" in the remarks column for all the warrants owned by CPLC and previously owned by Union Tanning.  (D1.019).

31.     The 1907 Township assessment for the Josiah Haines Warrant (corrected from Joseph Hines) lists "C.P.L.Co." in the remarks column.  (D1.021).

32.     CPLC was identified as the reported owner of the Josiah Haines Warrant in the 1907 assessment, and that reported ownership is what was assessed. The 1907 County Assessment record for LeRoy Township lists ditto marks

adjacent to the Josiah Haines Warrant following the listing of "CPL" in the township column. (D51.017-18). One page earlier in the County Assessment records, a notation in the township column states that "CPL Co means Central Pennsylvania Lumber Co." (D51.015-16).

33.    Between 1894 and 1907, none of the warrants conveyed to Union Tanning and CPLC, including the Josiah Haines Warrant, were ever assessed "four times the amount of tax to which such tract or tracts of land would otherwise have been liable" as was required if there was a failure to report ownership to the County Commissioners. Thus, both Union Tanning and CPLC reported their ownership interests to the Bradford County Commissioners.

### F.    The Assessment Records Reflect the Reported Ownership and the Scope of the 1907 Tax Assessment and 1908 Tax Sale.

34.    By deed dated December 14, 1920 (the "PGC Deed"), CPLC conveyed 19 Warrants, including the Josiah Haines Warrant, to the Pennsylvania Game Commission. (Stip. ¶ 17; J6).

35.    Following this transaction, the PGC's title examiner sent a letter to the Bradford County Commissioners reporting the transaction in accordance with the Act of 1806. (J2.131). No record of this notice or any notice under the Act of 1806 exists with Bradford County, the Bradford County Historical Society or the Pennsylvania State Archives. (D44-46).

36.    The only evidence of the PGC's reporting in the public records is the

<div align="right">

**JA669**

</div>

notation in the assessment records – similar to the earlier notations of Union Tanning and CPLC – identifying the Commonwealth as the owner of the lands in 1921. (D1.028; D2.047).

37. The reporting of the PGC Deed transaction demonstrates that the notations in the assessment records identifying Union Tanning and CPLC reflect the reporting of their transactions, including their surface-only interest in the lands. (*See, e.g.,* D1.009 & D1.021).

38. In addition, the Union Tanning and Elk Tanning companies and Proctor heirs had a practice of reporting their interests in accordance with the Act of 1806. The testimony in *Gamble v. CPLC* explains how the tanning companies reported their purchases from Proctor and show that the assessment records' notations of ownership reflect reporting. (D4.049-66).

39. Correspondence from the Proctor heirs to county treasurers show that the Proctor heirs had a practice of reporting their subsurface interests and paying any taxes assessed against them. (D5).

40. Similarly, the assessment records for McIntyre Township, Lycoming County show that Proctor and CPLC had a practice of reporting their interests. McIntyre Township separately assessed subsurface rights that were being developed on the unseated list. (D6).

41. For example, in 1907, the subsurface estate of the William Chancellor

and Michael Gratz warrants was separately assessed to the Proctor heirs during years of coal operations. (D6.016). That same year, the William Chancellor and Michael Gratz warrants were assessed to CPLC. (D6.012). These records show that the identification of CPLC limits the scope of the assessment to CPLC's surface estate interest.

42.     Although Bradford County did not assess coal operations on the unseated list, assessors were aware of coal operations on the Proctor & Hill subsurface estate and assessed those operations on the seated list. (D8; Gass Tr. J31 at 25:11-27:8). And the Proctor & Hill heirs paid mineral rights taxes in Bradford County. (D33.026).

43.     Proctor & Hill had coal operations on their Subsurface Estate as early as 1897. (D9.004).

44.     The 1897 Barclay Township assessment records assess Proctor & Hill and other coal land owners on the seated list. (D8; Gass Tr., J31 at 25:11-27:8).

45.     Gregory Gass, a professional land man, reviewed every page of the LeRoy Township assessment records from 1894 to 1931. (Gass Tr., J31 at 10:2-8). The recapitulation statement and letters from the County Commissioners which identify taxable items do not identify oil, gas, coal or minerals as taxable items. (Gass Tr., J31 at 10:12-11:7; D50 (recapitulation statement for Barclay Township); Gass Tr., J31 at 19:2-20:7). During the period 1894 to 1931, the records did not

contain any assessment of severed oil, gas, mineral or coal rights in Leroy Township. (Gass Tr., J31 at 16:14-17). Between 1890 and 1935, there were no separate assessments of severed oil, gas, coal or mineral rights in the Bradford County unseated land books. (Gass Tr., J31 at 32:13-17). Instead of assessing subsurface rights on the unseated list, the assessment records reflect that Bradford County assessed coal operators on the seated list. (Gass Tr., J31 at 25:11-22, 27:2-8).

46.     Indeed, the Proctor heirs paid $175.40 of taxes on their mineral rights in Bradford County in 1919 resulting from coal operations on some of their lands. (D33.026).

47.     From 1911 to beyond 1921, the Proctor & Hill heirs leased their subsurface estate and obtained royalties from coal operations on their subsurface estate on lands that went through CPLC tax sales. (D35). For example, in 1917, the Proctor & Hill heirs leased their coal rights on the John Boyd warrant, which went through the same 1908 tax sale as the Josiah Haines Warrant. (D34.009 and D52.007) (maps showing Sunfish Pond on John Boyd warrant); D29.009 (McCauley quitclaim deed including John Boyd warrant)).

48.     In addition, the Proctor heirs consulted with McCauley Jr. on selling the Proctor & Hill coal rights on lands that went through McCauley Jr. tax sales. (D33.024-25, 27, 31-32).

49.     The Proctor & Hill heirs executed coal leases and extensions in 1921, after the PGC acquired the surface estate from CPLC.  (D35.014-17).

**G.     The 1908 Tax Sale**

50.     Following its acquisition of the Josiah Haines Warrant, CPLC began paying the taxes on the Josiah Haines Warrant.  (J10.007-15; J11.002).  However, CPLC did not pay the 1907 taxes on the Josiah Haines Warrant and allowed the property to be sold at a tax sale in June 1908.  (J11.005).

51.     On June 8, 1908, McCauley Jr. purchased the Josiah Haines Warrant and 44 other warrants owned by CPLC at the tax sale.  (D29.009-10).

52.     McCauley Jr. paid $49.36 for the Josiah Haines Warrant, which amounted to the 1907 taxes ($44.28) plus interest ($1.33) and costs of the sale ($3.75).  (J2.072; J11.005).

53.     In the years immediately following the tax sale, CPLC continued to pay the taxes despite McCauley Jr.'s purported ownership of the Josiah Haines Warrant.  (J11.009 (1908 taxes) and D47.002 (1909 taxes)).

54.     In 1910, McCauley Jr. quitclaimed the Josiah Haines Warrant and 44 other warrants back to CPLC for $1 (D29.008) even though he paid over $500 for just 21 of the 44 warrants at the tax sale.  (J2.072 & J2.075).

### H. McCauley Jr. Was a Long-standing Agent of CPLC

55.     McCauley Jr. was the son of C.H. McCauley, who was the General

Solicitor, a director, and the largest shareholder of CPLC at its inception in 1903.

(P3.002; D53.007; D13.001; Stip. ¶¶ 21-25).

56.     From 1903 to 1917, McCauley Jr. held multiple roles with CPLC,

each with significant levels of responsibility.  At CPLC's inception in 1903, he was

its treasurer.  (D13.002, 005; D14.001).

57.     He also served as CPLC's real estate agent for several years from

1903 until 1908.  In December 1903, CPLC's First Annual Report identifies

McCauley Jr. as its Real Estate Agent.  (D12.003).  Correspondence from CPLC's

ledger books identify McCauley Jr. as CPLC's real estate agent in 1904 and 1905.

(D15-D17).  The Boyd's Directory of Williamsport lists McCauley Jr. as a real

estate agent with an address associated with CPLC (D18.001-4), and a 1907

newspaper article confirms McCauley Jr.'s association with CPLC (D48.004).

58.     In February 1908, mere months before the tax sale at issue, McCauley

Jr. was admitted to the bar of Lycoming County and appointed as CPLC's

Assistant General Solicitor.  (D48.002).

59.     The 1908 Boyd's Directory confirms this promotion by listing

McCauley Jr. as Assistant General Solicitor with an address associated with CPLC.

(D20.003-4).

60.     In the years following his promotion to Assistant General Solicitor, McCauley Jr. continued to represent CPLC in real estate matters.  (D23.002, D25 & D26.002) (1910 court records identifying McCauley Jr. as the attorney for CPLC in tax assessment appeals);

61.     In April 1913, McCauley Jr.'s relationship with CPLC culminated with his election to the board of directors while still continuing his role as Assistant General Solicitor.  (D32.002; D32.005 (1917 newspaper article identifying McCauley Jr. as assistant general solicitor and director of CPLC).

62.     There is no evidence that McCauley Jr. ever renounced his agency with CPLC prior to any tax sales.

**I.     McCauley Jr. Systematically Purchased CPLC's Property at Tax Sales Only to Quitclaim the Lands Back to CPLC**

63.     Between 1904 and 1914, McCauley Jr. purchased at tax sales hundreds of properties, comprising hundreds of thousands of acres of land, owned by CPLC.  (D29).

64.     In 1904, McCauley Jr. purchased at a tax sale ten warrants owned by CPLC in Sullivan County.  (D29.012-13).

65.     In 1907, he quitclaimed those ten warrants back to CPLC for $1. (D29.012).

66.     In 1906, McCauley Jr. purchased at a tax sale 41 warrants owned by CPLC in Lycoming County.  (D29.05).

67.    In August 1908, McCauley Jr. quitclaimed those 41 warrants back to CPLC for $1.  (D29.04).

68.    In June 1908, McCauley Jr. purchased at a tax sale 56 warrants owned by CPLC in Lycoming County.  (D29.001-2).

69.    In 1910, he quitclaimed those 56 warrants back to CPLC for $1. (D29.001).

70.    With respect to the tax sale purchase of the Josiah Haines Warrant, McCauley Jr. purchased it along with 44 other tracts owned by CPLC in Bradford County at a tax sale.  (D29.008-9).

71.    In 1910, he quitclaimed all 45 tracts, including the Josiah Haines Warrant, back to CPLC for $1.  (D29.008).

72.    In 1914, McCauley Jr. signed a declaration explaining the process of his purchases of CPLC's lands at tax sales.  (D27-28).  In connection with the tax sale purchase in Elk County, McCauley Jr. stated that the funds he used for the tax sale purchase were "the proper money of the Central Pennsylvania Lumber Company...and that [McCauley Jr.'s] name in the said deeds is used only in trust for it, the said Central Pennsylvania Lumber Company…."  (D28.002).

73.    The evidence shows that McCauley Jr. was an agent of CPLC at the time of his tax sale purchase of the Josiah Haines Warrant.  There is no other plausible explanation why CPLC's Assistant General Solicitor would purchase

JA676

CPLC property, CPLC would pay the taxes for years *after* the sale, and McCauley

Jr. would convey the property back to CPLC for $1.

> **J.      The PGC Recognized CPLC's Practice of Having Its Agents Purchase Its Lands at Tax Sales.**

74.      In the early 1930s, the PGC's title examiner, John Potter, recognized

CPLC's practice of letting its lands go to a tax sale and be purchased by attorneys

of the corporation. (D36.003-4).

75.      The PGC's title examiner stated that he had been unwilling to

recommend acceptance of title where the taxes were those of the corporation

(CPLC) and the purchaser has been an attorney of CPLC (i.e. McCauley).

(D36.004).

76.      PGC's examiner again recognized CPLC's practice in his August 19,

1931 letter to CPLC regarding a 1926 tax sale of properties in Sullivan and

Wyoming County by CPLC's attorney.  (D37.001).  The PGC's title examiner

concluded that CPLC did not own the oil, gas and mineral rights as a result of the

1926 tax sale because a purchase by the Company's attorney would not divest title

of the mineral owner.  (D37.012).

77.      Indeed, the PGC recognized McCauley Jr.'s agency with CPLC.  In

connection with a 1908 tax sale purchase and subsequent quitclaim by McCauley

Jr. of property in Lycoming County, the PGC's title examiner referenced that he

understood McCauley Jr. "was acting for the Central Pennsylvania Lumber

<div align="right">

**JA677**

</div>

Company" in connection with the 1908 tax sale purchases. (D43.008).

**K.  The PGC Recognized that It Was Not Acquiring the Subsurface Estate**

78.  In 1920, the PGC and CPLC entered into an agreement for sale of 19 warrants, including the Josiah Haines Warrant.  The agreement for sale was made subject to the subsurface reservation in favor of Proctor & Hill. (J2.091).

79.  Indeed, the April 6, 1920 resolution from the CPLC Board to offer the tender to the PGC was made "subject to the reservations and conditions specified in said tender", with the "complete description of said lands together with all exceptions, covenants and stipulations to be embodied in said deed as follows: (J2.103) … RESERVING AND SAVING unto Thomas E. Proctor and Jonathan A. Hill…all the minerals, coal, oil, gas or petroleum…." (J2.108).

80.  PGC's title examiner recognized that the sale from CPLC to the PGC did not encompass the subsurface estate. (J2.092 and J2.119).

81.  In a November 22, 1920 letter from the PGC's title examiner, he highlighted that the Contract for Sale approved by the CPLC Board and the PGC was subject to the exception and reservation "RESERVING AND SAVING unto" Proctor & Hill the oil, gas and minerals.  (J2.091).  After reciting the exceptions and reservations, the PGC's title examiner stated that "[i]n the preparation of this report, therefore, no references are made to any exceptions, reservations or adverse conveyances which are included in the above exceptions contained in the

agreement for sale." (J2.092).

82.     In a January 11, 1921 letter to the Secretary of the PGC, the PGC's title examiner states that the land is "now vested in the said Central Pennsylvania Lumber Company in fee simple, free and clear of all encumbrances of record, *except the reservations expressly set forth in the Agreement for sale in this case*." (J2.119) (emphasis added).

83.     As a result, the 1920 CPLC-PGC deed was made "subject to all the minerals, coal, oil, gas or petroleum found now or hereafter on, or under the surface or any or all of the lands…as fully as said minerals and mineral rights were excepted and reserved in deed…from Thomas E. Proctor et al." (J6.004-5).

84.     The CPLC-PGC deed was also "subject to all the reservations, exceptions, covenants and stipulations" in the Proctor-Union Tanning Deed which reserved "all the minerals, coal, oil, gas or petroleum…." (J6.005).

85.     CPLC also excepted and reserved the right of way for the SSNY Railroad to access "any mine or mines on said described lands" indicating that the PGC was not acquiring the subsurface rights. (J2.130).

86.     At the same time, CPLC was negotiating with the LeRoy Coal Company, the lessee of the Proctor & Hill coal interests in the lands, to build a spur track to the mines to transport the coal.  (D33.025 ("We would like to know what arrangement the LeRoy Coal Co. has made with the Lumber Co. and the

**JA679**

Susquehanna and New York R.R. Co."); D3.027 ("as they are building a spur track, the Central Penn. Lumber Company have a good idea of the property")).

87.    Approximately 50 years after its purchase, the PGC acknowledged that it did not own the subsurface of the Michael Gratz and John Boyd warrants, which have the identical title history as the Josiah Haines Warrant.  (D52).  In 1969, the PGC sold portions of those warrants reserving "all rights-of-way, minerals, coal, gas, petroleum, and oil, in, on, or underlying the premises hereinbefore described as *previously excepted and reserved in prior deeds of record*."  (D52.003) (emphasis added).  The deeds of record show that CPLC reserved the right-of-way and Proctor & Hill had the only subsurface reservation. (J2.065-70; J3-J6).

## III. PROPOSED CONCLUSIONS OF LAW[3]

### A. Jurisdiction, Venue and Applicable Law

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 as the parties are of diverse citizenship and the amount in controversy exceeds $75,000.

2. Venue is proper because a "substantial part of the events or omissions giving rise to the claim occurred" in this district. 28 U.S.C. § 1391(b)(2).

3. The parties seek to quiet title and declare that they are the respective owners of the oil, gas and mineral rights associated with the Josiah Haines Warrant. The Court has authority to issue a declaratory judgment under 28 U.S.C. § 2201.

4. Because this case arises under the Court's diversity jurisdiction, this Court applies Pennsylvania substantive law. *See Erie R.R. Co. v. Tompkins*, 304 U.S. 64, 78 (1938).

---

[3] The Court thoroughly examined the law applicable to the sale of unseated lands for unpaid taxes in the Memorandum Opinion on the parties' cross-motions for summary judgment ("*Memorandum*"). *Memorandum*, ECF No. 183, *reported at* 455 F.Supp.3d 127 (2020). The *Memorandum* settled several legal issues in this case, including the applicable duties of Union Tanning and CPLC to report and pay taxes on their unseated lands and the prohibition against an unseated landowner from acquiring better title due to its own neglect of its duties. Therefore, the Proctor Trust does not restate the full legal support for the proposed conclusions of law, but relies primarily on this Court's prior determinations set forth in the *Memorandum*.

5.      In an action to quiet title, the plaintiff bears the burden of proof to establish title by a fair preponderance of the evidence. *Long Run Timber Co. v. Dep't of Conservation & Nat. Res.*, 145 A.3d 1217, 1228 (Pa. Commw. 2016); *see also Montgomery Cty., Pa. v. MERSCORP Inc.*, 795 F.3d 372, 375 n.2 (3d Cir. 2015) (applying Pennsylvania law); 22 Standard Pennsylvania Practice 2d § 120:181.

**B.      The Scope of the 1907 Tax Assessment and 1908 Tax Sale Encompassed Only CPLC's Surface Interest and Did Not Include the Subsurface Estate.**

6.      Under the Act of March 28, 1806 ("Act of 1806"), P.L. 644, 4 Sm. L. 346, § 1, repealed and replaced by 72 Pa.C.S.A. § 5020-409, the party "becoming a holder of unseated land" had the duty to report his ownership interest to the county commissioners for tax purposes. *Herder Spring Hunting Club v. Keller*, 143 A.3d 358, 368 (Pa. 2016).

7.      If the grantee failed to provide this information within one year of the conveyance, the commissioners were obligated to impose a penalty equal to "four times the amount of tax to which such tract or tracts of land would otherwise have been liable." *Id.*

8.      Reporting under the Act of 1806 is critical to determine what estate was assessed and sold "because the county commissioners were tasked with assessing unseated property for taxation purposes based on what was reported by

the owners." *Id.* at 360.

9.     In *Herder Spring*, the Pennsylvania Supreme Court held that where a party severs the surface from the subsurface in a deed, conveying only the surface and retaining the subsurface, the grantee in the deed has the obligation to report its acquisition of the surface estate. *Id.* at 372.

10.     Thus, in this case, both Union Tanning and CPLC had the affirmative duty to report their ownership of the severed surface estate to the Bradford County Commissioners.

11.     After a severance is reported, the county commissioners must assess and tax the severed estates separately. *Id.* at 364 (quoting *Wilson v. A. Cook Sons Co.*, 148 A. 63, 64 (Pa. 1929)); *see also Sanderson v. City of Scranton*, 105 Pa. 469, 469 (1888) ("Where the surface of lands and the minerals in place thereunder have been severed by the agreement or conveyance of the owner, and the respective divisions have become vested in different owners, the municipal authorities are bound to levy their taxes according to the ownership and value of these divisions. And each owner can be made responsible only for the tax on his interest, whether underlying strata or surface.").

12.     As set forth above in the Proposed Findings of Fact, the evidence establishes that both Union Tanning and CPLC reported their acquisitions of the surface estate of the Josiah Haines Warrant to the Bradford County

Commissioners.[4]

13.    Because CPLC properly reported its surface-only interest in the Josiah Haines Warrant, the 1907 assessment and 1908 tax sale encompassed only CPLC's surface estate of the Josiah Haines Warrant, and did not include the subsurface estate. *See Herder Spring*, 143 A.3d at 360; *New York State Nat. Gas Corp. v. Swan-Finch Gas Dev. Corp.*, 278 F.2d 577, 579 (3d Cir. 1960) ("a tax deed conveys only such interest as was actually assessed to the defaulting taxpayer.").[5]

14.    Accordingly, the 1908 tax sale did not alter the title to the subsurface

---

[4] The PGC has not presented any evidence that CPLC falsely reported that it owned the entirety of the warrant (surface and subsurface estates), nor would such a showing aid the PGC.  If CPLC improperly reported that it owned more than the surface, it would be equitably barred from gaining a better title following a tax sale caused by its failure to pay 1907 taxes.  *Powell v. Lantzy*, 34 A. 450, 451 (Pa. 1896); *Coxe v. Wolcott*, 27 Pa. 154, 159 (1856); *Chambers v. Wilson*, 2 Watts 495, 502 (Pa. 1834) ("It would be a fraud to permit her to gain a title by the non-performance of a duty which the law throws upon her."); *Elliott v. Moffett*, 74 A.2d 164, 168 (Pa. 1950) (an owner "cannot take advantage of his violation of that duty by purchasing the property at a tax sale occasioned by his own default.").

[5] The PGC places great weight on the absence of a separate assessment of the severed subsurface estate on the unseated list; however, the absence of such an assessment does not aid the PGC because CPLC had the duty to report.  *See Memorandum*, 455 F. Supp. 3d at 150 (explaining that the absence of assessments of the severed subsurface on the unseated list is irrelevant because "*Powell's* rule—barring the breaching party from acquiring better title—appertains only to the Game Commission, not the Proctor Trusts.").  Moreover, Bradford County assessed subsurface rights only where actual production occurred, placing them on the list of "seated" lands.  (D8; Gass Tr., J31 at 25:11-27:8; D33.026).  Thus, the PGC's argument is without merit.

estate associated with the Josiah Haines Warrant and the Thomas E. Proctor Heirs Trust and the heirs of Jonathan A. Hill are the owners of the subsurface estate of the Josiah Haines Warrant in LeRoy Township, Bradford County.

### C. CPLC's Duty To Report Its Ownership Interest and To Pay Taxes Precludes It From Acquiring the Subsurface Estate Through Its Own Default.

15.     Pennsylvania law instructs that "one cannot, by a purchase at a tax sale caused by his failure to pay taxes which he owed the state, or which he was otherwise legally or morally bound to pay, acquire a better title, or a title adverse to that of other parties in interest." *Powell v. Lantzy*, 173 Pa. 543, 34 A. 450, 451 (1896) (citing *Chambers v. Wilson*, 2 Watts 495 (Pa. 1834); *Coxe v. Wolcott*, 27 Pa. 154 (1856)).

16.     As explained by this Court, "[t]his rule 'rests upon the principle that one cannot profit by his own wrong, and build up or acquire a title founded upon his own neglect of duty.' Instead, such a purchase 'operates as a payment only,' *i.e.*, a redemption." *Memorandum*, 455 F. Supp. 3d at 145 (quoting *Powell*, 34 A. at 451) (citation omitted)).

17.     As discussed at length in the *Memorandum*, unseated landowners, such as CPLC, had the duty to pay taxes. *Memorandum*, 455 F. Supp. 3d at 147-48; *see also* Act of 6 June, 1887, P.L. 363, No. 248, § 1 (codified at 72 Pa.C.S.A. § 5781); *Breisch v. Coxe*, 81 Pa. 336, 346 (1876) ("the payment of taxes is a duty,

and a failure to perform it is the fault of the owner"); *see also Mayor of Philadelphia v. Riddle*, 25 Pa. 259, 263 (1855) ("it is an owner's duty to pay taxes").

18.     Thus, CPLC could not "utilize its own default to gain a better title at a tax sale, i.e., 'build up or acquire a title founded upon [its] own neglect of duty.'" *Memorandum*, 455 F. Supp. 3d at 150 (quoting *Powell*, 34 A. at 451).

19.     Because CPLC's failure to pay the tax assessed on its unseated land led to the tax sale, it could not acquire title to the subsurface estate as a result of the 1908 tax sale.

### D.     Because Calvin H. McCauley Jr. Was An Agent of CPLC, His Tax Sale "Purchase" Operated as a Redemption.

20.     In the *Memorandum*, the Court concluded that "CPLC owed a legal duty to pay taxes on its unseated surface estate; hence, CPLC could not use an agent to 'acquire a better title, or a title adverse to that of other parties in interest,' at a tax sale prompted by its own default." *Memorandum*, 455 F. Supp. 3d at 147 (quoting *Powell*, 34 A. at 451).

21.     Because McCauley Jr. was CPLC's agent, his tax sale purchase operated as payment of the defaulted taxes, operating as the "equivalent to a redemption" and keeping the title to the subsurface estate in Proctor & Hill. *See, e.g., Knupp v. Syms*, 50 A. 210, 212 (Pa. 1901).

22.     A redemption operates to "set aside or annul" the tax sale, leaving the title "precisely as though the sale had not been made." *Yocum v. Zahner*, 29 A. 778, 779 (Pa. 1894).

23.     McCauley Jr.'s agency status with CPLC was confirmed with the filing of CPLC's articles of incorporation, which designated him the treasurer of the company, his later position as real estate agent, and then – at the time of the sale – Assistant General Solicitor.  The PGC has not proffered any evidence that McCauley Jr. ever renounced his agency with CPLC prior to the 1908 tax sale (and the overwhelming evidence is just the opposite).  Therefore, his "purchase" can only be deemed to have been a payment on CPLC's behalf.  *Bartholomew v. Leech*, 7 Watts 472, 473-74 (Pa. 1838) (explaining that an agent cannot purchase his principal's property at a tax sale, unless he "explicitly resigned his trust").

24.     Thus, under settled law, an agent's purchase at a tax sale operates as a redemption, rendering the sale ineffective to alter title.  *Lamb v. Irwin*, 69 Pa. 436, 442–43 (Pa. 1871) ("The finding of the alleged agency would have vitiated the treasurer's sale").

25.     Indeed, the PGC's title examiner admitted that purchases by CPLC's attorneys and officers would not "have any greater effect than that of redemption, in which case the title to the oil, gas and minerals would not be divested…." (D37.012).  This is because an agent's payment of the tax sale purchase price is

treated as payment of the underlying assessed taxes. *Knupp*, 50 A. at 212; *see also* Black, Tax Titles, § 273 (purchase on owner's behalf "is deemed merely a mode of paying the taxes and leaves the title in precisely the position it would have occupied if the payment had been made before instead of after the land was put up for sale. This rule rests on such obvious principles as to require no justification.") (citations and footnote omitted).

26. "[T]he purpose of tax sales is not to strip the taxpayer of his property but to insure the collection of taxes." *Hess v. Westerwick*, 76 A.2d 745, 748 (Pa. 1950). Here, McCauley Jr.'s purchase operated as payment of the underlying taxes on CPLC's behalf.

27. Because McCauley Jr. was CPLC's agent at the time of the 1908 tax sale, "CPLC's purchase through McCauley effectuated nothing more than a redemption of its surface interest." *Memorandum*, 455 F. Supp. 3d at 151.

28. Accordingly, McCauley Jr.'s purchase left title to the oil, gas and minerals "precisely as though the sale had not been made." *Yocum*, 29 A. at 779. That is, title the oil, gas and minerals remained in the Proctor & Hill heirs.

### E. Collateral Estoppel Does Not Apply to this Action

29. On the eve of trial, the PGC argued for the first time in an evidentiary submission that the Superior Court's 2019 nonprecedential decision in *Keta Oil Keta Gas & Oil Co. v. Proctor*, No. 1975 MDA 2018, 2019 WL 6652174, at *3-4

(Pa. Super. Ct. Dec. 6, 2019) and Judge Ceisler's January 2021 decision in the parties' action before the Commonwealth Court should be given preclusive effect to the issues of CPLC's duty to pay taxes and McCauley Jr.'s agency.[6]  Although, as this Court noted during the trial, "there are some significant differences" between the cases (Tr. at 74:17-19), the PGC's attempt to apply collateral estoppel is precluded on several legal grounds.

30.     As an initial matter, collateral estoppel does not apply to pure questions of law, which the PGC seeks here.  *Office of Disciplinary Counsel v. Kiesewetter*, 889 A.2d 47, 52 (Pa. 2005) (citing *Parklane Hosiery Co., Inc. v. Shore,* 439 U.S. 322, 329–331 (1979)); *Henglein v. Colt Indus. Operating Corp*., 260 F.3d 201, 212 (3d Cir. 2001); *see also* Restatement (Second) of Judgments § 28. Instead, the rule of preclusion is superseded by the less limiting principle of stare decisis.  Restatement (Second) of Judgments § 29 cmt. i.  A review of the "conclusions" the PGC listed in its filing and the cases on which they are based shows that they are simply legal conclusions.

31.     In addition, those legal conclusions are inconsistent with this Court's *Memorandum* and the *en banc* Commonwealth Court's decision.  Where a ruling is

---

[6] Notably, the PGC's collateral estoppel argument does not apply to the issue of the scope of the tax assessments in this case.  Therefore, regardless of its application, collateral estoppel cannot salvage the PGC's claims as set forth under Section III.B *supra*.

inconsistent with other determinations, collateral estoppel is inappropriate. Restatement (Second) of Judgments § 29(4) & cmt. f (1982); *ADP, LLC v. Rafferty*, 923 F.3d 113, 124 n.10 (3d Cir. 2019) (holding that collateral estoppel is inappropriate where the court cannot be confident in the judgment given inconsistent determinations).  Indeed, the *Keta* decision rested on the belief that the presented evidence was speculative, but both this Court and the *en banc* Commonwealth Court disagreed with that determination.  Ironically, Judge Ceisler departed from the *en banc* decision by relying upon this Court's vacated opinion, meaning that the PGC seeks to turn the vacated opinion into binding law for this Court.  Clearly, collateral estoppel is not intended to have such a consequence.[7]

32.     As the Restatement explains, the foundation for the doctrine of collateral estoppel is not justified as "merely avoiding further costs of litigation but also by underlying confidence that the result reached is substantially correct. Where a determination relied on as preclusive is itself inconsistent with some other adjudication of the same issue, that confidence is generally unwarranted."

_____

[7] Indeed, this Court's *Memorandum* settling the applicable law was "sufficiently firm" to be afforded finality on the legal issues prior to Judge Ceisler's opinion to avoid collateral estoppel.  *Greenleaf v. Garlock, Inc.*, 174 F.3d 352, 358 (3d Cir. 1999) (analyzing "sufficiently firm" factors under the Restatement); *Burlington Northern R.R. v. Hyundai Merchant Marine Co.,* 63 F.3d 1227, 1233 n. 8 (3d Cir. 1995) (holding a denial of summary judgment sufficiently final to justify issue preclusion in a subsequent action even though it was not immediately appealable as a matter of law).

Restatement (Second) of Judgments § 29 cmt. f (1982); *Bravo-Fernandez v. United States*, 137 S. Ct. 352, 358 (U.S. 2016) ("Where circumstances suggest that an issue was resolved on erroneous considerations, 'taking the prior determination at face value for purposes of the second action would [impermissibly] extend the ... imperfections in the adjudicative process.'") (quoting Restatement § 29, Comment *g*). Thus, the inconsistent decisions cannot be afforded preclusive effect.

33.     Finally, the purpose of collateral estoppel is to save the parties' and Court's time and resources; that purpose is undermined where trial has already occurred and the second court has the benefit of evidence not reviewed by the prior courts. Indeed, by waiting until the eve of trial to raise the issue and failing even to file a motion, the PGC waived collateral estoppel. *Kopsie v. Dep't of Pub. Welfare*, No. 203 C.D. 2011, 2011 WL 10819928, at *4 n.8 (Pa. Commw. Ct. Oct. 13, 2011) (holding that collateral estoppel is waived where the party fails "to raise it at the earliest opportunity.").

34.     Accordingly, PGC's collateral estoppel argument fails.

**F.      The Thomas E. Proctor Heirs Trust and the Heirs of Jonathan A. Hill Are the Owners of the Subsurface Estate of the Josiah Haines Warrant.**

35.     Based on the foregoing, the 1908 tax sale did not alter the title to the subsurface estate reserved by Proctor & Hill in their 1894 deed to Union Tanning.

36.     Therefore, the Thomas E. Proctor Heirs Trust and the heirs of

Jonathan A. Hill are the owners of all the minerals, coal, oil, gas, or petroleum on or under the surface of the Josiah Haines Warrant in LeRoy Township, Bradford County.

Dated: July 6, 2021

Respectfully submitted,

/s/ *Laura A. Lange*
Laura A. Lange (PA 310733)
1670 Sturbridge Drive
Sewickley, PA 15143
lange@proctortrust.com

Justin G. Weber (PA 89266)
TROUTMAN PEPPER
Suite 200, 100 Market Street
P.O. Box 1181
Harrisburg, PA 17108-1181
717.255.1155
717.238.0575 (fax)
Justin.Weber@troutman.com

*Attorneys for the Thomas E. Proctor*
*Heirs Trust*

JA692

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of Court today via the Court's CM/ECF, and that, pursuant to Local Civil Rule 5.7, participants in the case who are registered ECF users will be served by the ECF system.

Dated:  July 6, 2021                    /s/ *Laura A. Lange*

# CERTIFICATE OF SERVICE

I, Michael J. Scarinci, Deputy Attorney General, do hereby certify that I have this day served the foregoing Joint Appendix – Volume V of V, via electronic service, on the following:

Christopher R. Healy, Esq.
Troutman Pepper Hamilton Sanders
Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

Laura A. Lange
1670 Sturbridge Drive
Sewickley, PA 15143

Justin G. Weber
Troutman Pepper
100 Market Street
P.O. Box 1181
Suite 200
Harrisburg, PA 17108
Attorneys for Appellees

Four copies were also sent by first class mail to the Clerk of the United States Court of Appeals for the Third Circuit in Philadelphia, Pennsylvania.

/s/ Michael J. Scarinci
_____

Deputy Attorney General

DATE: June 7, 2022