UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ACO-089

No. 22-1587

COMMONWEALTH OF PENNSYLVANIA,
PENNSYLVANIA GAME COMMISSION,
Appellant

v.

THOMAS E. PROCTOR HEIRS TRUST, under Declaration of Trust dated October 28, 1980, which is recorded in Sullivan County in Book 1106, at page 879, its successors and assigns

(M.D. Pa. No. 1-12-cv-01567)

Present: RESTREPO, Circuit Judge

1. Motion by EQT AMD LLC and EQT ARO LLC for Leave to File Amici Curiae Brief in Support of Appellant

Respectfully,
Clerk/MS

_____ORDER_____

The foregoing motion is granted.

By the Court,

s/ L. Felipe Restrepo
Circuit Judge

Dated: June 28, 2022
MS/cc: All counsel/parties of record