<u>9:30 A.M.</u>
<u>THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)</u>

<u>WEDNESDAY, JANUARY 11, 2023</u>

<u>Coram</u>: JORDAN, PHIPPS and ROTH, Circuit Judges

<u>No. 21-2963/ 21-2964/ 21-3018</u>

SHERELLE THOMAS; et al.
v.
CITY OF HARRISBURG;
OFFICER SCOTT JOHNSEN;
OFFICER DARIL FOOSE;
DAN KINSINGER; et al.

OFFICER SCOTT JOHNSEN;
OFFICER DARIL FOOSE;
DAN KINSINGER;
Appellants

| <u>Counsel for Appellants</u> | <u>Counsel for Appellee</u> |
|---|---|
| FREDERICK B. BUCK<br>[Officer Scott Johnsen]<br>(5 minutes per Court) | RILEY H. ROSS III |
| SHERYL L. BROWN<br>[Officer Daril Foose]<br>(5 minutes per Court) | |
| KIMBERLY A. BOYER-COHEN<br>[Dan Kinsinger]<br>(5 minutes per Court) | |
| (15 minutes Total per Court) | (15 minutes Total per Court) |

PAGE TWO – CONTINUED                                    WEDNESDAY, JANUARY 11, 2023

Coram: JORDAN, PHIPPS and ROTH, Circuit Judges

No. 22-1587

COMMONWEALTH OF PENNSYLVANIA;
PENNSYLVANIA GAME COMMISSION;
Appellants

v.

THOMAS E. PROCTOR HEIRS TRUST

| Counsel for Appellants | Counsel for Appellee |
|---|---|
| MICHAEL J. SCARINCI<br>[Pennsylvania Game Commission]<br>(12 minutes per Court) | LAURA A. LANGE |
| JOHN B. DEMPSEY<br>[Amicus Parties]<br>(3 minutes per Court) | |
| (15 minutes Total per Court) | (15 minutes per Court) |

<u>PAGE THREE – CONTINUED</u>   <u>WEDNESDAY, JANUARY 11, 2023</u>

<u>Coram</u>: JORDAN, PHIPPS and ROTH, Circuit Judges

<u>No. 22-1364</u>

ROBERTO MARTINEZ;
MIGUELINA MARTINEZ;
Appellants

v.

UNION OFFICINE MECCANICHE
S.P.A.; et al.

| <u>Counsel for Appellants</u> | <u>Counsel for Appellees</u> |
|---|---|
| SEAN T. PAYNE<br>[Martinez; et al]<br>(10 minutes per Court) | ALEXANDER D. PENCU |
| RICHARD M. WINOGRAD<br>[Martinez; et al]<br>(5 minutes per Court) | |
| (15 minutes Total per Court) | (15 minutes per Court) |